# Exhibit 1

# Account Agreement

Date: 07/13/17

## Institution Name & Address

WEST SHORE BANK
201 W. LOOMIS ST
LUDINGTON, MI 49431-0627
(231) 845-3500

Revised Date: 08/10/17
ADD LUCILLE MORENO AS AUS

## Internal Use

### Account Title & Address

LUIS GOMEZ-ECHEVERRIA
2480 E HAMMETT RD
HART MI 49420-8490

### Owner/Signer Information 1

| Field | Value |
|---|---|
| Name | LUIS GOMEZ-ECHEVERRIA |
| Relationship | |
| Address | 2480 E HAMMETT RD, HART MI 49420-8490 |
| Mailing Address (if different) | |
| Gov't Issued Photo ID (type, number, state, issue date, exp. date) | FOREIGN PASSPORT  FP  Redacted |
| Other ID (description, details) | |
| Employer | PURPOSE POINT HARVESTING |
| Previous Financial Inst. | |
| E-Mail | 02114j86m@GMAIL.COM |
| Work Phone | |
| Home Phone | Redacted |
| Mobile Phone | Redacted |
| Birth Date | Redacted |
| SSN/TIN | Redacted |

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

[x] Terms & Conditions   [x] Truth in Savings   [x] Funds Availability
[x] Electronic Fund Transfers   [x] Privacy   [x] Substitute Checks
[x] Common Features   ☐ _____

☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

### Ownership of Account

The specified ownership will remain the same for all accounts.

(For consumer accounts, select and initial.)

[x] Individual
☐ Joint with Survivorship (not as tenants in common)
☐ Joint with No Survivorship (as tenants in common)

☐ Sole Proprietorship or Single Member LLC   ☐ Partnership
☐ LLC-enter tax classification (☐ C Corp  ☐ S Corp  ☐ Partnership)
☐ C Corporation   ☐ S Corporation   ☐ _____
☐ Trust-Separate Agreement Dated: _____
☐ _____

### Beneficiary Designation

(Check appropriate ownership above.)
☐ Revocable Trust
☐

### Beneficiary Name(s), Address(es), and SSN(s)

(Check appropriate beneficiary designation above.)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [ X  *signature*  ]
LUIS GOMEZ-ECHEVERRIA
I.D. # Redacted     D.O.B. Redacted

(2): [ X  *Lucille J Moreno signature*  ]
LUCILLE J MORENO, AUTHORZED SIGNER
I.D. # Redacted     D.O.B. Redacted

(3): [ X ]
I.D. # _____   D.O.B. _____

(4): [ X ]
I.D. # _____   D.O.B. _____



INPUT BY Cm 10/6/17
VERIFIED BY *signature* 11/8/17