# Exhibit 2



Check: 0 Amount: $2,000.00 Date: 1/10/2018
Run: 1002, Batch: 3, Seq: 31, Source: C21-FromxTIC

Check: 0 Amount: $2,000.00 Date: 1/10/2018
Run: 1002, Batch: 3, Seq: 31, Source: C21-FromxTIC



Check: 0 Amount: $500.00 Date: 3/16/2018
Run: 1002, Batch: 6, Seq: 164, Source: C21-XTIC



Check: 0 Amount: $500.00 Date: 3/16/2018
Run: 1002, Batch: 6, Seq: 164, Source: C21-XTIC