# Exhibit 3

## CONSENT TO FILE SUIT UNDER
## THE FAIR LABOR STANDARDS ACT

I, _____, hereby consent to file suit as a Plaintiff

under the Fair Labor Standards Act, 29 U.S.C. 29 § 201 *et seq*.

Date: _____       Signature: _____

---

## CONSENTIMIENTO PARA DEMANDAR BAJO LA LEY
## DE CONDICIONES JUSTAS EN EL TRABAJO

Yo, _____, doy mi consentimiento para someter unja

demanda legal como demandante bajo la acta de Condiciones Justas en el Trabajo, 29 U.S.C. 29

§ 201 *et seq*.

Fecha: __9-20-19__       Firma: _[signature]_

DocuSign Envelope ID: BB548927-B60B-4241-85B7-89E9DB9036FC



## CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I, _____ ,hereby consent to file suit as a Plaintiff under the Fair Labor Standards Act, 29 U.S.C. 29 § 201 et seq.

Date: _____

Signature: _____

## CONSENTAMIENTO PARA DEMANDAR BAJO LA LEY DE CONDICIONES JUSTAS EN EL TRABAJO

Yo, Herby Gomez _____ ,doy mi consentimiento para someter unja demanda legal como demandante bajo la acta de Condiciones Justas en el Trabajo, 29 U.S.C. 29 § 201 et seq.

Fecha: [DocuSigned by: /s/ signature F54A310D3E8A440...]

Firma: 11/25/2019