Exhibit 4



**U.S. Department Labor**
**Employment and Training Administration**

OMB Control No. 1205-0134
Expiration Date: March 31, 2019

Agricultural and Food Processing Clearance Order ETA Form 790
Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

I. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y  Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal ):

Purpose Point Harvesting, LLC
Mailing Address:
2235 N. 56th Ave.
Mears, MI 49436

Physical Address:
2235 N. 56th Ave.
Mears , MI 49436

a) Federal Employer Identification Number (FEIN) / Número federal de Identificación del Empleador:

████████

b) Telephone Number / Número de Teléfono:
(231) 742-1395

c) Fax Number / Número de Fax:

d) E-mail Address / Dirección de Correo Electrónico:
c/o Employer Agent e-mail:  masH2A@maslabor.com

. Address and Directions to Work Site / Domicilio y Direcciones al lugar  de trabajo:
7035 N. 120th Ave, Hart, MI 49436

**See attached Itinerary for Additional Worksites**

ee "Attachment 1 to ETA 790" Item 2 / Ver "Adjunto 1 a ETA 790" Artículo 2

. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda:
2182 W. Shelby Rd., Shelby , MI 49455
2480 E Hammett Road, Hart,MI 49420 Units 1,3 & 4

) Description of Housing / Descripción de la vivienda:
Single Family Frame house - total housing capacity - 21 persons

Mobile Homes-total housing capacity 23 persons.

ee "Attachment 1 to ETA 790" Item 3 / Ver "Adjunto 1 a ETA 790" Artículo 3

---

**Nos. 4 through 8 for STATE USE ONLY**
**Números 4 a 8 para USO ESTATAL**

4. SOC (O*NET/OES) Occupational Code / Código Industrial:
45-2092.02

a. SOC (ONET/OES) Occupational Title / Título Ocupacional
farmworker/laborer crop

5. Job Order No. / Num. de Orden de Empleo:

7674341

6. Address of Order Holding Office (include Telephone number) / Dirección de la Oficina donde se radica la oferta (incluya el número de teléfono):

Michigan Works! 195 N Michigan Ave., Shelby MI 49455

a. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de la Oficina Local (Incluya el número  de teléfono de su línea directa).
Rose Rangel: (231) 259-2006; cell, (517) 388-9097
Ericka Garcia: (231) 259-2001

7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo:
04/07/2017

8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo:
8/24/2017

9. Anticipated Period of Employment / Período anticipado o previsto de Empleo:

From / Desde: 5/16/2017      To / Hasta:  11/30/2017

10. Number of Workers Requested / Número de Trabajadores Solicitados:
14

11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana.  Total: 40

| | | |
|---|---|---|
| Sunday / Domingo | 0 | Thursday /Jueves 7 |
| Monday / Lunes | 7 | Friday / Viernes 7 |
| Tuesday / Martes | 7 | Saturday / Sábado 5 |
| Wednesday / Miércoles | 7 | |

See "Attachment 1 to ETA 790" Item 11 / Ver "Adjunto 1 a ETA 790" Artículo 11

12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas par alas diferentes actividades de la temporada.
Performs a variety of manual/equipment operation tasks in Farm operation.

See "Attachment 1 to ETA 790" Item 12 / Ver "Adjunto 1 a ETA 790" Artículo 12

13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de:

Employer / Empleador:          Yes / Si ☒     No ☐

4.   Describe how the employer intends to provide either 3 meals a day to each worker or furnish free and convenient cooking and kitchen facilities for workers to prepare meals / Describa cómo el empleador tiene la intención de ofrecer, ya sea 3 comidas al día a cada trabajador, o proporcionar gratuitamente instalaciones para cocinar.

In addition to providing free cooking and kitchen facilities, employer will provide free transportation to and from the neighboring closest town no less than once each week for supplies and/or banking (for workers for whom housing must be provided).  Dining, full kitchen/cooking facilities and other common areas will be shared by all workers.

Además de proveer cocina y las facildades gratis, el empleador proveerá transportación gratuita a los trabajadores de y hasta la ciudad más cercana al menos una vez por semana para comprar suministros/ir al banco (para por los empleados a quienes se les deba de proveer vivienda).  El comedor, cocina completa/instalaciones de cocina y otras áreas comunes serán compartidas por todos los trabajadores.

5.  Referral Instructions and Hiring Information  / Instrucciones sobre cómo Referir Candidatos/Solicitantes - (Explain how applicants are to be hired or referred, and the Employer's/Agent's available hour to interview workers / Explique cómo los candidatos serán contratados o referidos, y las horas disponibles del empleador/agente para entrevistar a los trabajadores.  See instructions for more details / Vea las instrucciones para más detalles.

The actual employment offer is at the sole discretion of the employer.  Referrals will be accepted from the State Workforce Agencies (SWAs), directly from applicants, walk-ins, gate hires, and from other sources.  SWA's should thoroughly familiarize each applicant with the job specifications and terms and conditions of employment before a referral is made.  Workers must meet all of the following criteria:
1.  Are available and indicate willingness to work the entire season.
2.  Have transportation to job site at start of season for non-local workers and daily for local workers.
3.  Have been fully apprised by the local employment office of the terms, conditions, and nature of employment.
4.  Are legally entitled to work in the U.S.
5.  Are able, willing and qualified to perform the work.
Workers must possess documentation required to enable employer to comply with the employment verification requirements of IRCA.  Accurate completion of Form I-9 will be required of each worker within (3) days of employment pursuant to U.S. Law.  The employer will abide by the requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system.

--------------------------------------------------

El empleo actual es a discreción exclusiva del empleador. Se aceptan referencias de la Oficina Estatal de Empleo (SWAs), solicitantes directos, personas sin cita, contrataciones de puerta y de otros medios. Las SWAs debe estar completamente familiarizada con cada solicitante con las especificaciones del empleo y términos y condiciones del empleo antes de que se realice la referencia. Los empleados deben de cumplir con todos los siguientes criterios:
1.  Se encuentran disponibles e indican voluntad para trabajar la temporada completa.
2.  Tiene transportación hacia el lugar de trabajo al inicio de la temporada para empleados no locales y para empleados locales diarios.
3.  Se le ha informado completamente por la oficina local de empleo sobre los términos, condiciones y naturaleza del empleo.
4.  Están legalmente autorizados para trabajar en los EEUU.
5.  Son capaces, tienen el deseo y están calificados para desarrollar el trabajo.
Los empleados deben de poseer la documentación requerida para que el empleador cumpla con la verificación del empleo según los requisitos del IRCA. El cumplimiento preciso de la Forma I-9 será requerido para cada trabajador dentro de (3) días del empleo de acuerdo con la ley de los EEUU. El empleador será acatada por los requisitos y garantías del 20 CFR § 653.501en el proceso y/o contratación de individuos referidos a través del sistema de acreditación.

See "Attachment 1 to ETA 790" Item 15 / Ver "Adjunto 1 a RTA 790" Artículo 15

6.  Job description and requirements / Descripción y requisitos del trabajo:
This job requires a minimum of three months of prior cultivation/harvest experience in commercial field crop production of fruits or vegetables.  Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency.

See "Attachment 1 to ETA 790" Item 16 / Ver "Adjunto 1 a RTA 790" Artículo 16

Is previous work experience preferred? / Se prefiere previa experiencia?  Yes / Si ☒   No ☐   If yes, number of months preferred: / Si es así, numero de meses de experiencia: _3___

This job requires a minimum of three months of prior cultivation/harvest experience in commercial field crop production of fruits or vegetables. Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency./Este trabajo requiere un mínimo de tres meses de experiencia previa cultivando/cosechando en una producción comercial de cosechas de vegetales y frutas.  Los trabajadores deben ser capaces de desarrollar actividades manuales y mecánicas con presición y eficiencia.

Check all requirements that apply:

| | |
|---|---|
| ☐ Certification/License Requirements / Certificación/Licencia Requisitos | ☐ Criminal Background Check / Verificación de antecedentes penales |
| ☐ Driver Requirements / Requisitos del conductor | ☒ Drug Screen / Detección de Drogas |
| ☐ Employer Will Train / Empleador entrenará o adiestrará | ☐ Extensive Pushing and Pulling / Empujar y Jalar Extensamente |
| ☐ Exposure to Extreme Temp. / Expuesto a Temperaturas Extremas | ☒ Extensive Walking / Caminar por largos ratos |
| ☐ Lifting requirement / Levantar o Cargar _60__ lbs./libras | ☒ Frequent Stooping / Inclinándose o agachándose con frecuencia |
| ☐ Repetitive Movements / Movimientos repetitivos | ☐ OT/Holiday is not mandatory / Horas Extras (sobre tiempo) / Días Feriados no obligatorio |

Because the work qualifies as exempt under 29 USC § 213(a)(6), overtime rates are not applicable unless required by state law. / Ya que el empleo califica como exento bajo 29 USC § 213(a)(6), el tiempo extra no es aplicable a menos que sea requerido por la ley estatal.

**7.  Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)**

| Crop Activities / Cultivos | Hourly Wage / Salario por Hora | Piece Rate / Unit(s) / Pago por Pieza / Unidad(es) | Special Pay (bonus, etc.) / Pagos Especiales (Bono, etc.) | Deductions* / Deducciones | Yes/Si | No | Pay Period / Período de Pago |
|---|---|---|---|---|---|---|---|
| asparagus, zucchini, squash, broccoli, apples/Esparrago, zucchini, calabacita, broccoli, manzanas | $ 12.75 | $ See "Attachment 1 to ETA 790" Item 17 ---- $ Ver "Adjunto 1 a RTA 790" Articulo 17 | | Social Security / Seguro Social | ☒ | ☐ | Weekly / Semanal |
| | $ | | | Federal Tax / Impuestos Federales | ☒ | ☐ | ☒ |
| | $ | | | State Tax /Impuestos Estatales | ☒ | ☐ | Bi-weekly/ Quincenal |
| | $ | $ | | Meals / Comidas | ☐ | ☒ | ☐ |
| | $ | $ | | Other (specify) / Otro (especifica) | ☒ | ☐ | Monthly/Mensual ☐ |
| See "Attachment 1 to ETA 790" Item 17 / Ver "Adjunto 1 a ETA 790" Articulo 17 | | | | | | | Other/Otro ☐ |

**8.  More Details About the Pay / Mas Detalles Sobre el Pago:**

The employer guarantees to offer, advertise, and pay a wage defined as the highest of the USDOL-promulgated AEWR, the prevailing hourly wage or piece rate, an agreed-upon collective bargaining wage (this employer is not subject to a collective bargaining agreement) or the federal or state minimum wage in effect at the time work subject to the provisions of the job order is performed.  This guaranteed wage will not be based on commission, bonuses, or other incentives.

El empleador garantiza ofrecer, publicar y pagar el salario definido como el más alto en el AEWR promulgado por el Departamento de Trabajo, el salario por hora prevaleciente o por rango de pieza, el acordado bajo la negociacion colectiva del salario (el empleador no esta sujeto a un acuerdo de negociacion colectiva), o el salario Federal o mínimo estatal en efecto al momento del tiempo de trabajo sujeto a provision al momento de realizar el trabajo.  El salario garantizado no se basa comisiones, bonos u otros incentivos.

See "Attachment 1 to ETA 790" Item 18 / Ver "Adjunto 1 a ETA 790" Articulo 18

**9.  Transportation Arrangements / Arreglos de Transportación**

The employer will pay for or reimburse H-2A workers with pay for the first workweek for costs incurred by the worker for visa, processing, border crossing, and other related fees, including those mandated by the government (excluding passport fees).  For non-commuting workers, transportation costs and reasonable subsistence from the place from which the worker departed to work for the employer to the place of employment will be reimbursed with pay for the first workweek, to the extent such worker-borne expenditures reduce the workers' earnings below the FLSA minimum wage in the first workweek.  Pursuant to 20 CFR 655.122(h)(1), the employer will reimburse the worker in full for aforementioned transportation costs and reasonable subsistence no later than at the halfway point in the work contract ("50% period") if such payment was not already paid in full to the worker prior to the 50% period.  The minimum travel subsistence of $12.09 per day or the current minimum subsistence amount published in the Federal Register will be paid to workers who cannot provide receipts, and the maximum travel subsistence of $51.00 per day or the current maximum subsistence amount published in the Federal Register will be paid to workers with acceptable receipts.  The transportation reimbursement shall be calculated on the worker's actual cost but not more than the most economical and reasonable similar common carrier transportation charges for the distance involved.

El empleador pagará por el reembolso de los empleados H-2A con el pago de los costos realizados de la primera semana de trabajo del empleado por la visa, proceso, costo de cruce fronterizo y otras cuotas relacionadas, incluyendo aquellas requeridas por el gobierno (excluyendo la cuota de pasaporte). Para los empleados que no tienen que viajar para laborar, los costos de transportacion y subsistencia razonable desde el lugar de donde partieron para trabajar para el empleador en el lugar del empleado será reembolsado con el pago de la primera semana de trabajo, al grado que dichos gastos realizados por el empleado reduzcan las ganancias del empleado por debajo del salario mínimo de FLSA durante la primera semana de trabajo. Conforme al 20 CFR 655.122(h)(1), el empleador reembolsará al empleado por completo los costos de transportación y subsistencia razonable antes mencionado a más tardar que la mitad del contrato de trabajo ("periodo del 50%") si dicho pago no se ha realizado por completo previo al periodo del 50%. La subsistencia de viaje mínima es de $12.09 por día, la subsistencia actual mínima publicada en el Registro Federal pagándose a los empleados que no puedan proveer recibos y el máximo de subsistencia de viaje de $51.00 por día o la subsistencia actual máxima publicada en el Registro Federal pagándose a los empleados con recibos aceptables. El reembolso del transporte será calculado a costo actual pero no mayor que el medio más económico y razonable similar por los cargos por la distancia involucrada.

See "Attachment 1 to ETA 790" Item 19 / Ver "Adjunto 1 a ETA 790" Articulo 19

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarle a los trabajadores para este(os) tipo(s) de cosecha(s)?        Yes / Si    ☐        No ☒

If you have checked yes, what is the FLC wage for each activity? / Si contestó "Si," ¿cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

---

1. Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores?        Yes/Si ☒   No ☐

(When applicable according to state law / cuando se aplicable de acuerdo a la ley estatal)

2. Are workers covered by workers' compensation? / ¿Se le provee seguro de compensación/indemnización al trabajador;        Yes/Si ☒   No ☐

3. Are tools, supplies, and equipment provided at no charge to the workers? / ¿Se les proveen herramientas y equipos sin costo alguno a los trabajadores?        Yes/Si ☒   No ☐

---

4. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None".) / Enumere todos los acuerdos o convenios hechos con los propietarios del establecimiento o sus agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, Indique "Ninguno".)

None / Ninguno

---

5. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed. (If there are no such incidents, enter "None".) / Enumere toda huelga, paro o interrupción de operaciones de trabajo por parte de los empleados en el lugar de empleo. (Si no hay incidentes de este tipo, indique "Ninguno".)

None / Ninguno

26. Is this job order to be placed in connection with a future Application for Temporary Employment Certification for H-2A workers? / ¿Esta orden de empleo ha sido puesta en conexión con una futura solicitud de certificación de empleo temporal para trabajadores H-2A?

Yes/Sí ☒ No ☐

27. Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. / Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones del empleo que se le ofrece, y contiene todos los términos y condiciones materiales ofrecidos.

_Emilto Moreno Gomez , President_
Employer's Printed Name & Title / Nombre y Titulo en Letra de Molde/Imprenta del Empleador

_____    _____3/31/2017_____
Employer's Signature / Firma y Titulo del Empleador          Date / Fecha

READ CAREFULLY, In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Employment and Training Administration (ETA) nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the American Job Center constitute a contractual job offer to which the American Job Center, ETA or a State agency is in any way a party.

LEA CON CUIDADO, En vista de la función básica del Servicio de Empleo establecida por ley, como una entidad de intercambio laboral sin comisiones, es decir, como un foro para reunir a los empleadores y los solicitantes de empleo, ni ETA ni las agencias del estado pueden garantizar la exactitud o veracidad de la información contenida en las órdenes de trabajo sometidas por los empleadores. Ni ninguna orden de trabajo aceptado o contratado en el Centro de Carreras (American Job Center) constituyen una oferta de trabajo contractuales a las que el American Job Center, ETA o un organismo estatal es de ninguna manera una de las partes.

PUBLIC BURDEN STATEMENT
The public reporting burden for responding to ETA Form 790, which is required to obtain or retain benefits (44 USC 3501), is estimated to be approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. The public need not respond to this collection of information unless it displays a currently valid OMB Control Number. This is public information and there is no expectation of confidentiality. Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

DECLARACIÓN DE CARGA PÚBLICA
La carga de información pública para responder a la Forma ETA 790, que se requiere para obtener o retener beneficios (44 USC 3501), se estima en aproximadamente 60 minutos por respuesta, incluyendo el tiempo para revisar las instrucciones, buscar fuentes de datos existentes, recopilar y revisar la colección. El público no tiene por qué responder a esta recopilación de información a menos que muestre un número de control OMB válido. Esta información es pública y no hay ninguna expectativa de confidencialidad. Envíe sus comentarios acerca de esta carga o cualquier otro aspecto de esta colección, incluyendo sugerencias para reducir esta carga, al U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

i. Use this section to provide additional supporting information (including section Box number). Include attachments, if necessary. / Utilice esta sección para proporcionar información adicional de apoyo; incluya el numero de la sección e incluya archivos adjuntos, si es necesario.

See "Attachment 1 to ETA 790" for continuations of Item 2, Item 3, Item 11, Item 12, Item 15, Item 16, Item 17, Item 18, and Item 19.


Workers Compensation Insurance

Carrier: Farm Bureau Insurance
Policy: WCA 3082430


Ver "Adjunto 1 a ETA 790" for continuaciones of Articulo 2, Articulo 3, Articulo 11, Articulo 12, Articulo 15, Articulo 16, Articulo 17, Articulo 18, y Articulo 19.


Seguro de Compensación de Trabajadores

Portador: Farm Bureau Insurance
Poliza: WCA 3082430

20 CFR 653.501
Assurances

### INTRASTATE AND INTERSTATE CLEARANCE ORDER

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 10 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO).  If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need.  The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.


Employer's Name    Emilto  Moreno Gomez                    Date:  3/31/2017


Employer's Signature    _____


**Besides the material terms and conditions of the employment, the employer must agree to these assurances if the job order is to be placed as part of the Agricultural Recruitment System.  This assurance statement must be signed by the employer, and it must accompany the ETA Form 790.**

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 1 of 17

ENGLISH

Item 2.  Address and Direction to Work Site (continued from ETA 790, page 1, Item 2)

7035 N. 120th Ave, Hart, MI 49436 – Directions: From US31 take Pentwater exit to Monro Rd East to 120 Ave. Take a right and go 2 miles to field on W. side of Rd.

See attached Itinerary.

Item 3.  Address and Directions to Housing (continued from ETA 790, page 1, Item 3)

Housing is provided at no cost only to non-commuting workers .  "Non-commuting workers" are those workers who are not reasonably able to travel to and from the residence he/she occupied at time of employment offer each work day.  No person who is not an employee  and has not been assigned housing will be permitted to occupy the housing.

Employer retains possession and control of the housing premises at all times and worker, if provided housing under the terms of this work agreement, shall vacate the housing promptly upon termination of employment with the employer who provides the housing, in accordance with state law.

2182 W. Shelby Rd., Shelby , MI 49455 - Directions:  From US 31 take Shelby exit turn right onto 6th St. Continue straightuntil 88th Ave and turn right. At stop take left onto Shelby RD, House is second place on right.
   See attached  Itinerary     EDW   4/12/17
Should rental and/or public accommodations be listed in Item 3, the employer attests that such housing complies with all local, state, or federal housing safety standards pursuant to 20 CFR § 655.122(d)(1)(ii).  All housing charges for rental will be paid by the employer directly to the owner or operator of the rental and/or public accommodation unit(s).

If one has not already been performed at the time of this filing, Purpose Point Harvesting, LLC  requests a timely inspection of employer-provided worker housing by representatives of the State Workforce Agency, the State Health Department and/or the US Employment and Training Administration to verify the condition of such housing so as to ensure that all worker housing meets standards not later than 30 days prior to occupancy.

Workers occupying the housing will be responsible for maintaining the housing and their living quarters in a neat, clean manner and in compliance with Work Rules which will be provided upon hiring and are attached hereto and incorporated by reference in this Application.  Failure to comply with these rules will result in disciplinary action as described in the Work Rules.

Workers will be assigned to employer-provided housing by a designated company manager and must occupy the quarters assigned to them. Female workers will be provided with sleeping facilities and  bathroom/toilet facilities shared only with other female workers.

Item 11.  Anticipated Hours of Work per Week (continued from ETA 790, page 1, Item 11)

The work day is from 6:00 AM until 1:30 PM Monday through Friday and 6:00 AM until 11:00 AM on Saturday, with an unpaid lunch break ( 7 hours/day and 5 hours/day on Saturday).  The worker may be requested, but not required, to work as much as 12 hours per day and/or on the worker's Sabbath, depending on weather and other conditions.  Extreme heat, cold or drought may affect working hours.  Employer will offer 40 hours/week, weather and crop conditions permitting.  Worker will report to work at designated time and place as directed by employer each day.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 2 of 17

## Item 12.  Anticipated Range of Hours for Different Seasonal Activities (continued from ETA 790, page 1, Item 12)

(See Item 16 for a complete description of scope of job duties).  As a general matter, working hours will be divided between asparagus, zucchini, squash, broccoli, apples production depending on employer's need.  Given that the demands of agricultural production are unpredictable and driven by factors including weather, crop conditions, market demands and seasonal task needs and numerous other factors, it is impossible to predict with any degree of accuracy what percentage of time will be dedicated to specific tasks described in Item 16.

## Item 15.  Referral Instructions and Hiring Information (continued from ETA 790, page 3, Item 15)

Purpose Point Harvesting, LLC  will abide by the requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system.  Referrals of individuals shall be made through the order holding office of the MI Workforce Development Agency in order to ascertain current employment, crop or housing information and to enable proper arrangements to be made.  It will be the responsibility of the referring SWA office to inform job seekers of the terms and conditions of this clearance order.  The referring SWA office after coordinating the referral with the order holding office will contact the employer's agent or the employer directly and advise the agent or employer of the referral or referrals.  When possible, SWA offices should furnish translator services if necessary.  Interviews, either in person or by telephone, will be conducted by the employer  during the hours of 9:00 AM to 3:30 PM , Monday through Friday.  **Employer to be contacted first at the following address and phone number.  If unavailable, contact employer's agent during the same hours.**

| Employer | Employer Agent |
|---|---|
| Purpose Point Harvesting, LLC | MAS Labor H-2A, LLC. |
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave.  Mears, MI  49436 | Lovingston, VA  22949 |
| (231) 742-1395 (phone) | 434-263-4300 / 434-260-8833 (phone) |
| (fax) | 434-263-4700 (fax) |

Applicants will be interviewed by telephone at the time of referral or as soon thereafter as possible.  If a holding office plans to refer several applicants at the same time, it is requested that the employer be advised in advance and a time scheduled for the interview.

A hiring decision will be communicated directly to the applicant at the telephone number, address, email address or other contact information in the event that such a decision cannot be rendered at time of interview. The applicant should be advised to stay in touch with the referring SWA office in any case.

Order holding office:      MI Workforce Development Agency
                          201 N. Washington Square
                          Victor Office Center, 5th Floor
                          Lansing MI 48913
                          (517) 373-8075

Purpose Point Harvesting, LLC  will abide by the assurances set forth in 20 CFR § 655.135 including but not limited to specific regulations regarding hiring practices, positive recruitment, compliance with all applicable Federal, State, and local laws, and all specific obligations set forth in subpart (a) through (l) for all workers who apply and/or are hired to perform the specific work described in this clearance order.

## Item 16.  Job Description and Requirements (continued from ETA 790, page 3, Item 16)

Plant, cultivate and harvest fruits and vegetables.  Plant roots, seeds and bulbs. Spread plastic or other groundcovering. Clean plastic by hand from ground upon removal. Till soil. Weed and thin plants. Transplant

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 3 of 17

plants by hand. Stake/tie plants, trellis/prune plants, and set poles and wires for vine plants. Pick, cut, lift, or pull crops. Tie vegetables in bunches. Grade, size and field pack product. Take care to prevent damaging produce and plants.

Workers may be offered hours in the evening to harvest asparagus for a short period of time during the contract.

Hand thin apples to control the size and quality of fruit. Remove fruit blossom, bud and/or identifiable fruit from within a cluster of other fruits. Must accurately identify and remove misshapen, damaged or otherwise unmarketable fruit. Harvest: Spot and/or strip pick fruit based on seasonal need. Snap fruit off tree with thumb and palm of hand to avoid stem pulls, punctures, bruising, or other damage. Pick culls and peelers. Fill fruit buckets and place fruit in bins. Follow supervisor/foreman's instructions on color/size requirements. Must be able to differentiate between colors and fruit varieties accurately.

Perform ditching, shoveling, hoeing, hauling, ground preparation, and other manual tasks. Bending, stooping and kneeling required. Use hand tools including but not limited to hoes, shovels, knives, shears, clippers, loppers, and saws. Lift, carry, and load/unload products or supplies. Use power equipment including but not limited to: tractors, planters, mowers, plows, sprayers, cultivators, power shears, chain saws, high lifts, fork lifts, skid loaders. Must operate agricultural equipment safely, with or without direction. Clear debris from field and clean/maintain farm buildings, structures, equipment, and work areas.

Work is done in the field for long periods of time. Workers may assist in handling product weighing up to 60 pounds and lifting to a height of 5 feet. Workers must work on their feet in bent positions for long periods of time. Work requires repetitive movements and extensive walking. Work required in fields when plants are wet with dew and rain, and may be required during light rain, snow, moderate winds, direct sun, high humidity and extreme temperatures. Temperatures in fields during working hours can range from 10 to over 100 degrees F. Workers may be required to work during occasional showers not severe enough to stop field operations. Allergies to ragweed, goldenrod, honey bees, insecticides, herbicides, fungicides, or related chemicals may affect a worker's ability to perform the job. Workers should be able to do the work required with or without reasonable accommodations. Employer-paid post-hire drug/alcohol testing is required upon reasonable suspicion of use and after a worker has an accident at work. Saturday work required. Must be able to lift/carry 60 lbs.

Persons seeking employment in this position must be available for the entire period requested by the employer. Applicants must be able to furnish verbal or written statement establishing relevant prior work experience. All workers will be subject to a five day trial period during which the employer will evaluate workers' performance of required tasks. Employer reserves the right to terminate a worker if the employer reasonably finds that worker's performance during the trial period to be unacceptable.

Employer reserves the right to discharge an obviously unqualified worker, malingerer or recalcitrant worker who is physically able but is unwilling to perform the work necessary for the employer to grow a premium quality product, or for any other lawful reason. (See also Attachment 2, General Conditions).

The employer may discipline the worker, including brief suspension of work activities/employment for a set period determined by the supervisor or termination of employment as described in the Work Rules.

Employer assures that workers will be provided transportation from living quarters to work site every day (for workers who must be provided housing under the applicable regulations).

Raises and/or bonuses may be offered to any seasonal worker employed pursuant to this job order, at the company's sole discretion, based on individual factors including work performance, skill, and tenure.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 4 of 17

All terms and conditions included in the job order will apply equally to all workers, both U.S. workers and H-2A workers, employed in the occupation described in this clearance order.

<u>Item 17.   Wage Rates, Special Pay Information and Deductions (continued from ETA 790, page 4, Item 17)</u>

Piece Rate: All work is compensated at the above hourly rate except for the following work activities which may be compensated on a piece rate productivity incentive basis according to the following schedule:

Harvesting:

Asparagus - $0.18 per lb.

Apples - $16.00 per 18-bushel box

Broccoli - $15.00 per 18-bushel box

Zucchini - $18.00 per 18-bushel box

No piece rate work will be performed at less than the stated piece rates. All workers are guaranteed that when working on piece-rate basis they will be paid no less than the stated AEWR hourly rate for each hour worked. At his discretion employer may, when working or crop conditions indicate, increase piece rates to incentivize production or suspend the piece rate scheme in favor of hourly pay at the stated AEWR hourly rate in order to assure workers fair earnings.

The employer guarantees to offer the workers employment for at least ¾ of the work hours of the total period during which the work order and all extensions thereof are in effect, beginning with the first work day after the arrival of the workers at the place of employment and ending on the termination date specified in the work order or its extension, if any. If the employer offers the worker during such period less employment than required under this provision, the worker will be paid the amount he/she would have earned had he/she, in fact, worked for the guaranteed number of hours. Any employee who is terminated for cause for will not be entitled to this guarantee.

The employer agrees to maintain adequate and accurate payroll records, in accordance with the requirements of 20 CFR § 655.122(j)(1), and to retain such records for a period of not less than three (3) years after the date of certification. The employer will furnish to each worker on pay day an itemized accounting of earnings and of all legally-required and worker-authorized deductions. Deductions for FICA and federal/state tax withholding, and deductions including court-ordered child support, garnishments and liens, and any other such legally-required deductions will be made in individual circumstances as required by law. All deductions will be made in accordance with FLSA regulations. Advances and/or loans made to workers, if any, may be repaid by pre-authorized payroll deductions. The employer does not envision other uniform workforce-wide payroll deductions. The reasonable cost of damages and/or replacement of tools and/or equipment shall be charged to worker(s) if such repair or replacement is found to have been the result of willful neglect or gross negligence on the part of the worker. The employer may offer voluntary employee insurance or retirement plans to its workers; participation in any such plan, should it be offered, is voluntary and will be pre-authorized by the worker in writing. Reasonable repair costs of damage to housing other than that caused by normal wear and tear will be charged to workers found to have been responsible for such damage to housing. No charge will be made for beds and similar items furnished to workers to whom housing is provided unless items are unlawfully removed or damaged beyond normal wear and tear. If a worker makes a long distance telephone call using the employer's telephone line, the worker will be deemed to have consented to the deduction of the cost of such call(s) from his or her paycheck and will promptly confirm such authorization in writing. If the worker does not authorize such a deduction in writing, the worker will be expected to repay the employer for such telephone use upon demand. If the worker does not pay the cost of such telephone call(s) within a reasonable time after being asked to do so, the worker will be subject to discipline in accordance with the employer's policies.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 5 of 17

Item 18. More Details About the Pay (continued from ETA 790, page 4, Item 18)

In the event the USDOL decreases the stated AEWR for any reason during the pendency of the employer's positive recruitment and term of labor certification in the instant application, the employer will correspondingly reduce his offered/paid hourly wage rate so long as the newer lower AEWR remains the highest of the aforementioned rates in effect at the time the work is performed.  In the event the state workforce agency promulgates an hourly wage rate higher than the federal AEWR which is subsequently superseded by a prevailing wage rate identified by an industry- or employer-provided countervailing survey, accepted and approved by the USDOL, the employer reserves the right to pay the lower rate at his discretion but in any case not less than the highest of the aforementioned rates in effect at the time the work is performed.

If, before the expiration date specified in this clearance order, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract.  Whether such an event constitutes a contract impossibility will be determined by the Certifying Officer in accordance with law.  In the event of such termination of a contract, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of its termination as described in 20 C.F.R. § 655.122(i).  The employer will make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable.  If such transfer is not affected, the employer will:

(1)     Return the worker, at the employer's expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer, whichever the worker prefers;

(2)     Reimburse the worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and

(3)     Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employer's place of employment, if such payments were not already paid to the worker prior to the separation of employment. Daily subsistence must be computed as set forth in 20 C.F.R. § 655.122(h). The amount of the transportation payment will equal the most economical and reasonable common carrier transportation charges for the distances involved.

The employer will provide without charge all tools, supplies and equipment necessary to perform duties assigned.

All workers referred to the job through a State Workforce Agency shall contact that agency, or preferably the local holding office, to verify the date of need cited in the job order no sooner than nine (9) working days and no later than five (5) working days prior to the original date of need cited in the job order.  Failure to contact such office shall disqualify the worker from the assurance provided in 20 CFR § 653.501(d)(ii)(v)(A) & (D).

If the worker voluntarily abandons employment before the end of the job order period or is terminated for job related reasons or misconduct, the employer will notify DOL (and DHS, in the case of an H-2A worker) not later than two (2) working days after such abandonment occurs; five (5) consecutive workdays of unexcused absence shall constitute abandonment of employment.  The employer will not be responsible for providing or paying return transportation and subsistence expenses of the worker and the worker is not entitled to the three-quarter guarantee described above.

The employer will advise H-2A visa beneficiaries of their responsibility to return to their country of origin, or to subsequent employment-authorized work, at the end of the term of employment.

The employer prohibits the payment of recruitment fees by workers.  If a worker is asked to pay such a fee or has actually paid such a fee, he or she shall inform the employer immediately so that employer may take appropriate action.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 6 of 17

Each worker will be paid individually by check available on Tuesday. The payroll period is weekly. The employer will furnish to the worker, on or before each payday, one or more written statements showing the worker's total earnings for the pay periods, the beginning and ending dates of the pay period, the worker's hourly rate and/or piece rate of pay, the units produced daily (if paid by piece rate), the hours of employment which were offered to the worker (broken out by the hours offered in accordance with and over and above the ¾ guarantee), the hours actually worked by the worker, an itemization of all deductions that the employer has made from the worker's wage, and the employer's name, address and FEIN.

The employer agrees to make earnings records and statements available for inspection and transcription upon request by the Secretary of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker when appropriate authorization is provided.

Employer will provide workers' compensation covering injury and disease arising out of and in the course of worker's employment. Proof of worker's compensation insurance will be provided to the certifying officer prior to the certification date.

<u>Item 19. Transportation Arrangements (continued from ETA 790, page 4, Item 19)</u>

If the worker completes the period of employment, the employer will provide or pay for the worker's transportation and reasonable subsistence from the place of employment to the place from which the worker came to work for the employer, except when the worker has accepted subsequent employment with another employer who agrees to accept the return transportation costs, in which case this employer only pays for the transportation to the next job.

Reimbursement of inbound and return transportation costs applies only to persons recruited from outside normal commuting distance (to and from their permanent place of residence each day; see page one). Return transportation will not be provided to workers who voluntarily abandon employment before the end of employment period or who are terminated for cause.

The employer will provide transportation at no cost to the worker from the employer provided housing to the worksite and return to such housing on a daily basis. Such transportation shall be in accordance with applicable local, State, or Federal laws and regulations and meet all safety, licensure, and insurance requirements. The use of this transportation is voluntary; no worker will be required as a condition of employment to utilize the transportation and subsistence if applicable. No daily transportation is provided by employer to local workers other than from farm to worksite.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 7 of 17

SPANISH

*We have translated these terms of employment into Spanish and done our best to be accurate in every respect. However, if there is a conflict between the Spanish translation and the English original, the English original controls.*

*Hemos traducido las condiciones de empleo al español, y hemos hecho nuestro mejor esfuerzo para ser exactos en todos los aspectos. Sin embargo, en caso de un conflicto entre la traducción al español y el original en inglés, el contrato en inglés prevalecerá.*

Item 2. Address and Directions to Work Site/Domicilio y Direcciones al Sitio de Trabajo (continuación del ETA 790, página 1, Artículo 2)

7035 N. 120th Ave, Hart, MI 49436 - Instrucciones: Desde la carretera US31 tome la salida Pentwater a la calle Monroe Este a la Avenida 120. Voltee a la derecha y siga por 2 millas a el campo en el lado oeste de la calle.

Ver Itinerario anexo

Item 3. Address and Directions to Housing/Domicilio y Direcciones al Lugar de Vivienda (continuación del ETA 790, página 1, Artículo 3)

La vivienda esta proveída bajo ningún costo a trabajadores que no conmutan . "Trabajadores No-conmutables" son los trabajadores quienes no tienen la posibilidad de viajar cada día desde y hacia el lugar de su residencia que él/ella ocupaba en el momento del ofrecimiento de trabajo. La vivienda será proveída solamente a trabajadores. Ninguna persona que no sea un trabajador  y que no se le haya asignado una habitación se le permitirá ocupar la vivienda.

El empleador retiene la posesión y control del área de la vivienda en todo momento y el trabajador, si se le provee vivienda bajo los términos de este contrato de trabajo, desocupará la vivienda de inmediato bajo terminación del empleo con el empleador quien provee la vivienda, de acuerdo con la ley estatal.

2182 W. Shelby Rd., Shelby , MI 49455 - Instrucciones: Desde la carretera US 31 tome la salida Shelby. Voltee a la derecha en la parada. Tome una vuelta leve h la izquierda a la calle State Stree. Continue recto a la avenida 88 y voltee a la derecha. En la parada tome una izquierda a la calle Shelby Rd. La casa es la segunda a la derecha.

Ver Itinerario anexo.   EDW   4|2|17

En caso de alquiler y/o alojamiento público que figuran en el artículo 3, el empleador certifica que dicha vivienda cumple con los estándares de seguridad local, estatal y federal de conformidad con 20 CFR § 655.122(d)(1)(ii). Todos los gastos de renta serán pagados por el empleador directamente al dueño o corredor de la renta y/o a la unidad de alojamiento público.

Si no se ha realizado una al momento de llenar esta, Purpose Point Harvesting, LLC  solicitará con tiempo una inspección de la vivienda provista por el empleador a los representantes de la State Workforce Agency, el Departamento de Salud del Estado y/o la Administración de Empleo y Entrenamiento de los EEUU para verificar las condiciones de dicha vivienda para asegurar que todas las viviendas ofrecidas a trabajadores cumplan con los estándares a mas tardar 30 días previo a su ocupación.

Los trabajadores que ocupan la vivienda serán responsables de mantener la vivienda y sus recamaras en forma ordenada, limpia y de acuerdo con las Reglas de Trabajo que serán proveídas almomento de empleo y serán anexados a esto e incorporados por referencia a esta Solicitud. La falta de cumplimiento con estas reglas resultara en una acción disciplinaria como se describe en las Reglas de Trabajo.

Los trabajadores serán asignados a la vivienda del empleador por parte de un administrador designado por la compañía y deberán ocupar la vivienda asignada a ellos. Las trabajadores de genero femenino serán provistas con baños/sanitarios

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 8 of 17

compartidas solamente con otras empleadas femeninas. Areas de dormir separadas seran proveidas para personas no relacionadas de cada genero .

## Item 11.  Anticipated Hours of Work per Week/Horas Anticipadas/Previstas de Trabajo por Semana (continuación del ETA 790, página 1, Artículo 11)

El día de trabajo es de 6:00 AM hasta 1:30 PM de lunes a viernes y 6:00 AM hasta 11:00 AM el Sábado, con un tiempo para comer, sin goce de sueldo (7 horas/día y 5 horas/día on Sábado).  Se le podrá pedir al trabajador, pero no es requerido, trabajar hasta 12 horas por día y/o en el día de descanso religioso, dependiendo de las condiciones climáticas u otras condiciones. El calor excesivo, frío o sequía pueden afectar las horas de trabajo. El empleador ofrece  40 horas/semana siempre y cuando las condiciones del tiempo y la condición de la cosecha lo permitan. Los trabajadores se reportarán a trabajar el día y al lugar designado como se le indicó por el empleador cada día.

## Item 12.  Anticipated Range of Hours for Different Seasonal Activities/Rango Previsto de Horas para las Diferentes Actividades de la Temporada (continuación del ETA 790, página 1, Artículo 12)

Desarrolla un variedad de trabajos manual/ operación de equipos en el/la  granja operación.

 (Ver el Artículo 16 para una descripción completada la responsabilidades del trabajo).  Como asunto general, las horas de trabajo serán divididas entre la producción de Esparrago, zucchini, calabacita, broccoli, manzanas dependiendo de las necesidades del empleador.  Dado a que la demanda de la producción agrícola es impredecible y se maneja por factores que incluyen la temperatura, condiciones de la cosecha, demandas del mercado y tareas temporales requiridas y otros numerosos factores, es imposible predecir con un nivel de precisión que porcentaje de tiempo será dedicado a tareas descritos en el Artículo 16.

## Item 15.  Referral Instructions and Hiring Information/Instrucciones Sobre Cómo Referir Candidatos/Informacion de Contratacion (continuación del ETA 790, página 3 Artículo 15)

Purpose Point Harvesting, LLC  acatará los requisitos y garantías del 20 CFR § 653.501 en procesar y/o contratación de individuos referidos a través del sistema.  Las referencias de estos individuos serán hechas a través de las oficinas de colocación de la MI Workforce Development Agency para poder comprobar el empleo actual, cosecha o información de vivienda y para asegurar que se hagan los arreglos apropiados. Será la responsabilidad de la oficina SWA referente informar a los solicitantes de los términos y condiciones del empleo  en la orden La oficina SWA referente después de coordinar las referencias con las oficinas de colocación contactará al agente del empleador directamente y asesorará al agente o empleador sobre la referencia o referencias. Cuando sea posible, las oficinas SWA podrán proveer el servicio de traductor si fuera necesario. Las entrevistas, ya sea en persona o por teléfono, serán dirigidas por el  empleador durante las horas de 9:00 AM to 3:30 PM , de lunes a viernes.  El  empleador será contactado primeramente a el siguiente domicilio y teléfono. Si no se encontrará disponible, contactaral  el Agente del Empleador empleador directamente durante el mismo horario.

| Empleador | Agente del  Empleador |
|---|---|
| Purpose Point Harvesting, LLC | MAS Labor H-2A, LLC. |
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave.  Mears, MI  49436 | Lovingston, VA  22949 |
| (231) 742-1395 (teléfono) | 434-263-4300 / 434-260-8833 (teléfono) |
| (fax) | 434-263-4700 (fax) |

Los solicitantes serán entrevistados por teléfono en el momento de ser referidos o tan pronto sea posible. Si una oficina de colocación planea referir a varios solicitantes al mismo tiempo, se requiere que el empleador sea avisado por adelantado y una agenda para las entrevistas.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 9 of 17

La decisión de contratación será comunicada directamente al solicitante al teléfono, dirección, correo electrónico u otro medio de información en el caso que dicha información no pueda ser otorgada durante la entrevista. Se le debe pedir al solicitante de mantenerse en contacto con la oficina de referencia SWA en cualquier caso.

Oficina de Agencia Estatal:      MI Workforce Development Agency
                                 201 N. Washington Square
                                 Victor Office Center, 5th Floor
                                 Lansing MI 48913
                                 (517) 373-8075

Purpose Point Harvesting, LLC  acatará de acuerdo a lo establecido por el 20 CFR § 655.135 que incluye pero no se limita a la normativa específica con referencia a las prácticas de contratación, reclutación afirmativa, cumplimiento con las leyes Federales, Estatales y locales y las obligaciones específicas establecidas en la subparte (a) al (l) para todos los trabajadores que aplican y/o son contratados para desarrollar el trabajo específicamente descrito en la orden de autorización.

Item 16.  Job Description and Requirements/Descripción y Requisitos del Trabajo (continuación del ETA 790, página 3, Artículo 16)

Este trabajo requiere un mínimo de tres meses de experiencia previa cultivando/cosechando en una producción comercial de cosechas de vegetales y frutas.  Los trabajadores deben ser capaces de desarrollar actividades manuales y mecánicas con precisión y eficiencia.

Siembra, cultiva, y cosecha frutas y vegetales.  Siembra raíces, semillas, y bulbos.  Cubre la tierra con plástico o otras cubiertas.  Limpia el plástico a mano después de que sea removido.  Ara la tierra.  Deshierba y reduce plantas.  Transplanta plantas a mano.  Estaca/amarra plantas, enreja/poda plantas, instala postes y alambre para plantas con vides.  Pizca, corta, levanta, o jala la cosecha.  Amarra vegetales en montones.  Clasifica, determina tamaño, y empaca producto en el campo.  Mantiene cuidado para prevenir daño al producto y las plantas.

A los trabajadores se les podrá ofrecer trabajo en las tardes para cosechar esparrago por un período corto del contrato.

Reducir manzanas a mano para controlar el tamaño y calidad de la fruta.  Remover el capullo, flor y/o fruta identificable dentro del manojo de frutas.  Debe poder identificar con precisión y remover fruta deforme, dañada, o no vendible.  Cosechar: Escoger fruta para pizcar y/o pelar el árbol de fruta al pizcar basado en las necesidades de la temporada.  Chasquear fruta del árbol con pulgar y palma de la mano para evitar jalar el tallo, perforaciones, magulladas, o otros daños.  Pizcar fruta del suelo y fruta para pelar.  Llenar cubetas de fruta y colocar la fruta en contenedores.  Seguir las instrucciones del supervisor/capataz en relación a requirimientos de color y tamaño.  Debe ser capaz de diferenciar entre colores y variedades de fruta con precisión.

Cavar zanjas, palear, azadonear, acarrear, preparar la tierra, y otras tareas manuales.  Se requiere agacharse, inclinarse, arrodillarse.  Usar herramientas de mano incluyendo sin limitar, azadones, palas, cuchillos, tijeras, clippers, podadoras, y sierras. Levantar, cargar, descargar producto o suministros. Usar equipo de potencia incluyendo sin limitar: tractores, sembradoras, cortadoras, aradores, rociadores, cultivadores, tijera mecánica, sierra de cadena, montacargas, cargadores de patines.  Debe operar el equipo agrícola con seguridad, con o sin dirección.  Limpiar escombros de los campos y limpiar/mantener edificios, estructuras, equipo, y áreas de trabajo de la granja.

El trabajo se realiza en los campos por largos períodos de tiempo. Los trabajadores podrán ayudar en manejar el producto empaquetado pesando hasta 60 libras y deberán poder cargarlo hasta una altura de 5 pies. Los trabajadores deben de ser capaces de trabajar de pie en posición inclinada por largos períodos de tiempo. El trabajo requiere movimientos repetitivos y mucho caminar. El trabajo se requiere en los campos cuando las

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 10 of 17

plantas estan humedas con rocio y/o lluvia, y podra requerirse durante lluvia leve, nieve, vientos moderados, sol directo, alta humedad, y temperaturas extremas. Las temperaturas en los campos durante las horas de trabajo podran oscilar desde 10 hasta 100 grados F. Se podrá requerir que los trabajadores trabajen durante chubascos no tan severos que detengan la operación en los campos. Las alergias al solidago, vara de oro, abejas de miel, insecticidas, herbicidas, fungicidas, o quimicos relacionados, podran afectar la habilidad del trabajador para desarrollar el trabajo.

Los trabajadores deben ser capaces de realizar el trabajo requerido con o sin adaptaciones razonables. Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion bajo sospecha razonable de uso y luego de un accidente de trabajo. Se requiere trabajar en Sabado. Debe ser capaz de levantar/cargar 60 libras.

Las personas que deseen el trabajo en esta posicion deberán estar disponibles por el período completo requerido por el empleador. Los solicitantes deben ser capaces de proveer una declaracion verbal o por escrito para establecer experiencia previa relevante.

Los trabajadores estarán sujetos a una prueba de hasta 5 días durante el cual su desarrollo de las tareas requeridas será evaluado. El empleador se retiene el derecho de despedir a un trabajador si el empleador razonablemente encuentra que el desarrollo durante el periodo de evaluacion no es aceptable.

El empleador se retiene el derecho de despedir a un trabajador obviamente descalificado, enfermizo, o recalcitrante sea capaz pero demuestre su falta de deseo de desarrollar el trabajo necesario para que el empleador aumente su producción de calidad premium, o por cualquier otro motivo legítimo. (Ver Anexo 2, Condiciones Generales).

El empleador podra disciplinar al trabajador, incluyendo una suspensión breve de actividades (tiempo fuera) por un período determinado por el supervisor/suspensión de trabajo por un período establecido de días, o la terminación del trabajo como se encuentra descrito en las Normas de Trabajo.

El empleador asegura que al trabajador se le proveerá transportación de su vivienda al lugar de trabajo cada día (para los trabajadores que se les provea hospedaje bajo las normas aplicables).

Los aumentos y/o bonos se ofrecerán a cualquier trabajador temporal contratado bajo esta orden de trabajo, a discreción de la compañía, basado en factores individuales incluyendo su desempeño, habilidad y permanencia.

Todos los términos y condiciones incluidos en esta orden de trabajo se aplicarán por igual a todos los trabajadores, tanto empleados de EEUU y H-2A, empleados en la ocupación descrita en esta orden de trabajo.

Item 17.  Wage Rates, Special Pay Information and Deductions/Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas) (continuación del ETA 790, página 4, Artículo 17)

Pago por pieza: Todo el trabajo será compensado por el rango por hora mencionado anteriormente a excepción de las siguientes actividades que pueden ser compensadas por el rango por pieza como incentivo de productividad de acuerdo al siguiente criterio:

Cosechar:

Esparrago - $.18 por libra

Manzana - $16.00 por 18 cajas de bushel

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 11 of 17

Broccoli - $15.00 por 18 cajas de bushel

Zucchini - $18.00 por 18 cajas de bushel

No se podrá trabajar bajo el rango por pieza menor que el rango por pieza establecido. Cuando el trabajo se desarrolle de acuerdo con el rango por pieza establecido, se les garantiza que se les pagará nada menor que el establecido por el AEWR por hora por cada hora trabajada. En ocasiones cuando el trabajo o las condiciones de cosecha lo indiquen, el empleador puede, bajo su dirección, elevar o suspender el pago por pieza establecido a favor del pago por hora como lo menciona el AEWR establecido de manera de asegurar las ganancias justas de los trabajadores.

El empleador garantiza ofrecer al trabajador trabajo por al menos ¾ de las horas de trabajo del período total durante el cual el trabajo y todas las extensiones estarán en efecto, iniciando con el primer día de trabajo después de la llegada del trabajador al lugar del empleo y terminando en la fecha especificada en el contrato o sus extensiones, si hubieran. Si el empleador ofrece menos trabajo durante este periodo que el requerido bajo esta provisión, el trabajador será pagado la cantidad que él/ella hubiera ganado si hubiese trabajado por las horas garantizadas Cualquier empelado que sea despedido por causa justificada no tendrá derecho a esta garantía.

El empleador está de acuerdo en mantener los registros de nómina adecuados y precisos, de acuerdo a los requisitos del 20 CFR § 655.122 (j)(1) y de retener dichos records por un periodo de al menos tres (3) años después de la fecha de la certificación. El empleador proporcionará a cada trabajador en el día de pago la contabilidad detallada de las ganancias y las deducciones legalmente requeridas y autorizadas por los trabajadores. Las deducciones del FICA y las retenciones de impuestos federales/estatales y las deducciones incluyendo el apoyo a menores por orden judicial, embargos y gravámenes, y cualquier otra deducción legalmente requerida serán hechas en circunstancias individuales requeridas por la ley. Todas las deducciones serán realizadas de acuerdo a la reglamentación de FLSA. Los adelantos y/o préstamos hechos a los trabajadores si hubieran, serán pagados por deducción pre autorizada en la nómina. El empleador no prevée otras deducciones hechas a la nómina. Los gastos razonables de reparación de daños y/o reemplazo de herramientas y/u otros equipos deberán ser cobrados a los trabajadores si dicha reparación o reemplazo es descubierta que fue como resultado de negligencia o negligencia grave por parte del trabajador.. El empleador puede ofrecer seguro voluntario al trabajador o plan de retiro a sus trabajadores; la participación en dicho plan, si es ofrecido, es voluntario y será pre-autorizado por el trabajador por escrito. Los gastos razonables de reparación de daños de la vivienda aparte de aquellos causados por el desgaste y deterioro normal serán cobrados a los trabajadores que se encuentren responsables de dichos daños a la vivienda. No se deberá cobrar por las camas y otros artículos similares comprados por los trabajadores que se les provea vivienda a menos que los artículos sean retirados ilegalmente o dañados más allá del uso normal o desgarre. Si un trabajador realiza llamadas de larga distancia utilizando la línea de teléfono del empleador, el trabajador acepta que se le realicen dichas deducciones de la(s) llamada(s) de su recibo de nómina y inmediatamente confirmará dicha autorización por escrito. Si el trabajador no autoriza dicha deducción por escrito, se espera que el trabajador pueda pagar al empleador por el uso del teléfono cuando se le pida. Si el trabajador no paga dichas llamadas telefónicas dentro de un tiempo razonable después de que se la haya pedido, el trabajador estará sujeto a una acción disciplinaria de acuerdo a las políticas del empleador.

<u>Item 18. More Details About the Pay/Mas Detalles Sobre el Pago (continuación del ETA 790, página 4, Artículo 18)</u>

En caso que el Departamento de Labor disminuya el AEWR por cualquier razón durante el tiempo de la reclutación del empleador y el término de la solicitud del certificado de trabajo, el empleador reducirá su ofrecimiento/pago por rango de hora tan bajo como para equiparar con el nuevo AEWR contal de que el AEWR mas bajo todavia sea el más elevado de los rangos antes mencionados en efecto al momento de que el trabajo sea desarrollado. En el evento que la agencia estatal de colocación que promulgue un rango de salario por hora más elevado que el AEWR federal que subsecuentemente sea retirado y sustituido por un rango de salario prevaleciente identificado por una industria -- o por un estudio compensatorio proveída por el empleador-, aceptado y aprobado por el Departamento de Labor, el empleador se reserva el derecho de pagar un rango

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 12 of 17

menor a su discreción, pero en cualquier caso que no sea menor de el más elevado de los rangos antes mencionados en efecto al momento de que el trabajo sea desarrollado.

Si, antes de la fecha de expiración especificada en esta solicitud de aceptación, los servicios del trabajador no sean requeridos por razones fuera del control del empleador por fuego, clima, o casos de fuerza mayor que hacen que el cumplimiento del contrato sea imposible, el empleador podrá dar por terminado el contrato de trabajo. Si dicho evento constituye una imposibilidad del contrato este será determinado por un Oficial Certificante de acuerdo con la ley. En el evento que se dé por terminado el contrato, el empleador cumplirá con la garantía de tres cuartos por el tiempo que paso desde el primer día del empleo al momento de la terminación como se describe en el 20 C.F.R. § 655.122(i). El empleador hará un esfuerzo en transferir al trabajador con otro empleo comparable e igualmente aceptable para el trabajador, consistente con la existente ley de inmigración, como aplique. Si dicha transferencia no es efectuada, el empleador deberá:

(1)     Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) provenga a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2)     Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportación y gastos de subsistencia al lugar del empleo; y

(3)     Pagar al trabajador por cualquier costo realizado por el trabajador por su transportación y subsistencia diaria al lugar del empleo del patrón, si dichos pagos no fueron pagados al trabajador previamente antes de la separación del empleo. La subsistencia diaria será contabilizada como se establece en el 20 C.F.R. § 655.122(h). La cantidad del pago por transportacion 1 será igual al medio de transporte más económico y razonable que cubra la distancia involucrada.

El empleador proveerá sin costo todas las herramientas, suministros y equipo necesario para desarrollar las tareas asignadas.

Todos los trabajadores referidos a este trabajo a través de la Agencia de Empleo Estatal deberán comunicarse con la agencia o preferiblemente la oficina local, para verificar la fecha de necesidad mencionada en esta orden de trabajo no antes de nueve (9) días laborales y a más tardar de cinco (5) días laborales previos a la fecha original requerida citada en esta orden de trabajo. El no comunicarse con tal oficina descalificará al trabajador de garantizarle lo previsto en 20 CFR § 653.501 (d)(ii)(v)(A) & (D).

Si el trabajador voluntariamente abandona el trabajo antes del término del período del trabajo o es despedido por problemas laborales o mala conducta, el empleador notificará al Departamento de Labor (y DHS en el caso de un trabajador H2-A) a más tardar de dos (2) días laborales en caso de su abandono; cinco días laborales de ausencia injustificada significará abandono del empleo. El empleador no será responsable de proveer o pagar la transportación de retorno y gastos de subsistencia del trabajador y el empleador no está obligado a la garantía de tres cuartos descrita arriba.

El empleador ha informado a los beneficiarios/trabajadores de la visa H-2A de su responsabilidad de regresar a su país de origen, o de las autorizaciones de empleo subsecuentes, al final del término del empleo.

El empleador prohibe el pago de la reclutación de los trabajadores. Si a un trabajador se le pide pagar dicho pago o ha pagado el mismo, él o ella deberán de informar al empleador de inmediato para que el empleador pueda tomar acción apropiada.

Cada trabajador se le pagara de manera individual  por cheque disponible en martes.  El período de pago es semanal. El empleador proporciona al trabajador, en o antes del día de pago, uno o más de las declaraciones por escrito mostrando las ganancias totales por los períodos de pago, la fecha de inicio y término de cada periodo de pago, el rango por hora del trabajador y/o el rango de pago por pieza, las unidades producidas diariamente (si el pago es por rango de pieza) las horas de empleo que fueron ofrecidas a el trabajador (desglosadas por las horas ofrecidas de acuerdo con y sobre la garantía de ¾), las horas trabajadas por el trabajador, un desglose de todas las deducciones que el empleador haya hecho del salario del trabajador, el nombre del empleador, dirección y FEIN.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 13 of 17

El empleador está de acuerdo de llevar los registros de ganancias y los estados de cuenta disponibles para inspección y transcripción bajo pedimento del Secretario de Labor o algún representante autorizado y designado, y por el trabajador o representante designado por el mismo trabajador cuando se haya proveído una previa autorización.

El empleador proveerá al trabajador compensación sin costo que cubra heridas o enfermedades que se den fuera y en el curso del empleo del trabajador. Se proveerá comprobante del seguro de compensación proveído a el oficial certificador previo a la fecha de certificación.

Item 19. Transportation Arrangements/Arreglos de Transportación (continuación del ETA 790, página 4, Artículo 19)

Si el trabajador completa el período de empleo, el empleador proveerá o pagará la transportación y subsistencia razonable del trabajador desde el lugar de su empleo al lugar de donde proviene el trabajador, excepto cuando el trabajador haya aceptado empleo subsecuente con otro empleador que esté de acuerdo en aceptar los pagos de transporte de regreso, en este caso el empleador solo pagará por la transportación hacia el nuevo trabajo.

El reembolso de la transportación de llegada o retorno aplica solo a las personas reclutadas fuera de distancia conmutable (de y hasta su lugar permanente de residencia cada día, ver primera pagina). El transporte de retorno no será proveído a los trabajadores que voluntariamente abandonen el empleo antes de terminar el período o que hayan sido despedidos por causa.

El empleador proveerá la transportación bajo ningun costo para trabajador desde su vivienda al lugar del trabajo y regresarle a su vivienda diariamente. Dicha transportación será de acuerdo con las regulaciones locales, estatales, y federales aplicables. El uso de este transporte es voluntario, a ningún trabajador se le requerirá como condición del empleo el utilizar la transportación y subsistencia si aplica. El empleador no proveerá transportación que sea diferente los trabajadores locales.

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC
Page 14

General Conditions

To be hired for employment under this job order, the worker must be able, willing and qualified and be available at time and place needed to perform the work described in this job order.

The worker understands that if he quits or is terminated for cause prior to the end of the period of employment he will not receive certain transportation reimbursement discussed under Item 17 and may not be eligible for rehire in future years.

Employer may terminate the worker for lawful job-related reasons and so notify the Job Service local office if the worker (a) abandons the employment; five consecutive workdays of unexcused absence shall constitute abandonment of employment; employee must notify the employer and secure permission for necessary absences; (b) malingers or otherwise refuses without justified cause to perform as directed the work for which the worker was recruited and hired; (c) commits serious act(s) of misconduct or serious or repeated violation(s) of the employer's work rules; the employer may make and post work rules which shall apply to this employment; the worker shall abide by such rules (a copy of general rules is attached); (d) fails after completing the allowable three day training period or five day trial period, whichever is applicable, to perform in a workmanlike manner to enable the employer to produce and sell a premium quality product; (e) is found to have a criminal conviction record or status as a registered sex offender that the employer reasonably believes, consistent with current law, will impair the safety and living conditions of other workers; (f) provides other lawful job-related reasons for termination of employment, including termination of a non-US worker because a US worker makes himself available for the job under the DOL 50% rule.

If, before the expiration date specified in the work contract, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract. Whether such an event constitutes a contract impossibility will be determined by the Certifying Officer in accordance with law. In the event of such termination of a contract, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of its termination as described in 20 C.F.R. § 655.122(i). The employer will make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not effected, the employer will:

(1)    Return the worker, at the employer's expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer, whichever the worker prefers;

(2)    Reimburse the worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and

(3)    Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employer's place of employment, if such payments were not already paid to the worker prior to the separation of employment. Daily subsistence must be computed as set forth in 20 C.F.R. § 655.122(h). The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved.

A copy of the Agricultural Work Agreement and Work Rules containing all of the provisions required by 20 CFR 655.122(q) will be provided to the worker in a language understood by the worker no later than the time at which the worker applies for the visa, or, to a worker in corresponding employment, no later than on the date work commences. For an H-2A worker going from an H-2A employer to a subsequent H-2A employer,

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC
Page 15

the subsequent H-2A employer will provide the copy no later than the time an offer of employment is made by the subsequent H-2A employer. In the absence of a separate, written work contract entered into between the employer and the worker, the required terms of this job order and the certified *Application for Temporary Employment Certification* will be the work contract.

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC
Page 16

Condiciones Generales

Para ser contratado para este empleo bajo esta orden de trabajo, el trabajador deberá ser capaz, estar dispuesto, calificado y disponible en el momento y lugar de la necesidad para desarrollar el trabajo descrito en esta orden de trabajo.

El trabajador entiende que si renuncia o es despedido por causa ajena al término del período de empleo éste no recibirá el reembolso de transportación mencionado bajo el Título 17 y no podrá ser elegible para contratación en años futuros.

El empleador podrá dar por terminado al trabajador por razones legales relacionadas al trabajo y así mismo notificar al Servicio Local de Empleo si el trabajador abandona el empleo; cinco días laborales consecutivos sin justificación significará abandono del empleo; el trabajador deberá notificar al empleador y asegurar el permiso en caso de ausencia; (b) hacerse el enfermo o de otra manera rehusarse sin justificación a desarrollar el trabajo como se le es indicado para lo que fue reclutado o contratado; (c) que haya cometido actos serios de mala conducta o violaciones a las reglas de empleo ya sean serias o repetitivas; el empleador podrá hacer reglas posteriores al inicio de trabajo que aplicarán al empleo, el empleador deberá acatar por tales reglas (se anexa una copia de las reglas generales); (d) se rehúsa después de completar el período de tres días de entrenamiento o cinco días de período de prueba, lo que aplique, a desarrollar su trabajo de manera competente para que el empleador produzca o venda productos de calidad premium; (e) si se le encuentra un record de condena criminal o un registro de delincuencia sexual que el empleador crea razonablemente, de acuerdo con la ley, que impedirá la seguridad y condiciones de vida de otros trabajadores; (f) ofrece otras razones legales relacionadas con el trabajo para la terminación del empleo, incluyendo la terminación de un trabajador no originario de EEUU porque un trabajador de EEUU se pone a disposición para el empleo bajo la regla del 50% del DOL.

Si, antes de la fecha de expiración especificada en el contrato de trabajo, los servicios del trabajador no sean requeridos por razones fuera del control del empleador por fuego, clima, o casos de fuerza mayor que hace que el cumplimiento del contrato sea imposible, el empleador podrá dar por terminado el contrato de trabajo. Un Oficial Certificado determinara si dicho evento constituye una imposibilidad del contrato de acuerdo con la ley. En el evento que se de por terminado el contrato, el empleador cumplira con la garantía de tres cuartos por el tiempo que paso desde el primer día del empleo al tiempo de la terminación como se describe en el 20 C.F.R. § 655.122(i). El empleador hara un esfuerzo en transferir al trabajador a otro empleo similar que sea aceptable para el trabajador, consistente con la existente ley de inmigración, como aplique. Si dicha transferencia no es efectuada, el empleador deberá:

(1)     Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) vino a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2)     Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportacion y gastos de subsistencia al lugar del empleo; y

(3)     Pagar al trabajador por cualquier costo realizado por el trabajador por su transportacion y subsistencia diaria al lugar del empleo del patrón, si dichos pagos no fueron pagados al trabajador previamente antes de la separación del empleo. La subsistencia diaria sera contabilizada como se establece en el 20 C.F.R. § 655.122(h). La cantidad del pago del transporte no sera menor (y no se requiere ser mas) que el medio de transporte mas económico y razonable que cubra la distancia involucrada.

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC
Page 17

Una copia del Acuerdo de Trabajo Agrícola y las Reglas de Trabajo contienen todas las disposiciones requeridas por la sección 20 CFR 655.122(q) serán proveídas al trabajador en el idioma entendido por el trabajador a más tardar al tiempo en que el trabajador aplique por su visa, o, al trabajador en el empleo correspondiente, a mas tardar que antes del inicio de trabajo. Para un trabajador H-2A yendo a un empleador subsecuente H-2A, el empleador subsecuente H-2A proveerá una copia a más tardar al tiempo de la oferta de trabajo hecha por un empleador H-2A subsecuente. En ausencia de un contrato de trabajo independiente por escrito  entre el empleador y el trabajador los términos requeridos en esta orden de trabajo y la *Certificación de la Solicitud de Empleo Temporal* certificada sera el contrato de trabajo.

## Purpose Point Harvesting, LLC  Work Rules

Although not intended to be a complete list, these work rules are intended to provide guidance to workers of standards of conduct expected of them.

Notice is provided that violation of lawful job-related employer requirements, including these work rules, will be considered grounds for immediate termination of a worker's employment. Penalties such as suspension from work opportunity for the remainder of a day to three days may be made in the case of less serious violations.

Workers are expected to comply with all rules relating to discipline, attendance, work quality and effort, and the care and maintenance of all property provided to them by the employer.

1.  Workers who perform sloppy work may be suspended without pay for the remainder of a workday or for up to three days in the sole judgment of their supervisor, depending on the degree of infraction, the worker's prior record and other relevant factors. Discharge of the worker may result from any subsequent offense.

2.  No use or possession of beer, liquor or illegal drugs is permitted during work time or during any workday before work is completed for the day (such as during meals); workers may not report for work under the influence of beer, liquor or illegal drugs. Employees may be terminated for excessive use of alcohol, drunk and/or disorderly conduct in housing after hours. Illegal drugs may not be used, sold, manufactured or kept on any employer premises, including housing.

3.  Excessive absences and/or tardiness will not be permitted. This is regular, everyday work for which employees are expected to be present, able and willing to perform every scheduled workday and at the scheduled time. This is not sporadic or "day work." Excessive or repeated tardiness is not acceptable. Any absence from work must be reported by 7AM. Five consecutive workdays of unexcused absence will constitute abandonment of employment and worker will be terminated.

4.  Workers shall maintain any living quarters provided to them clean and in good repair, given reasonable wear and tear. Workers shall cooperate in maintaining common kitchen and living areas. No pets of any kind are permitted.

5.  All posters required by federal and state law will be posted at each camp. They are not to be removed, defaced, or altered in any way. Workers who wish for copies may ask their supervisor.

6.  All housing must be locked each morning before leaving for work. Lights and unnecessary heat should be turned off; doors and windows closed in event of rain and when heat is turned on.

7.  Workers living in employer's housing assigned to bunk beds may not separate bunk beds, as floor space in sleeping rooms is needed by all occupants.

8.  Workers living in employer's housing may not cook in sleeping rooms or any other non-kitchen areas. Employer furnishes cooking facilities and equipment.

9.  Workers may not drop paper, cans, bottles and other trash in fields, work areas, or on housing premises. Trash and waste receptacles must be used.

10. Workers may not take unauthorized breaks from work.

11. Workers may not leave the field or other assigned work area without permission of employer or person in charge.

12. Workers may not enter employer's premises without authorization.

13. Workers shall be present at their assigned worksite at the scheduled start time. Workers may not begin work prior to scheduled starting time or continue working after stopping time.

14. Workers living in employer's housing may not entertain guests in housing premises after 10:30 p.m. except on Saturday night on which night guest hours end at 12:00 midnight. No persons, other than workers assigned by employer to a room, may sleep in any room.

15. Workers may not deliberately restrict production, damage plants or bruise fruit.

16. Any worker who physically threatens another worker, the employer or any supervisor with any tool or weapon will be subject to immediate discharge.

17. Any worker who is found carrying, using or possessing any dangerous or deadly weapon will be subject to immediate discharge.

18. Workers will be discharged for fighting on the employer's premises, including housing premises, at any time.

19. Workers will be discharged if they steal from fellow workers or the employer.

20. Workers will not falsify identification, personnel, medical, production or other work-related records.

21. Workers may not willfully abuse or destroy any machinery, truck or other vehicle, equipment, tools, or other property belonging to the employer or to other employees.

22. Workers may not use or operate trucks or other vehicles, machines, tools or other equipment and property to which the worker has not been specifically assigned by his supervisor.  Workers may not use or operate trucks or other vehicles, tools or other equipment or property for their personal use unless expressly authorized by the employer.

23. Workers must not misuse or remove from the farm premises without authorization any employer-owned property.

24. Workers must obey all safety rules and common safety practices and must report any injuries or accidents promptly to their supervisor or the employer's office.

25. Workers must follow supervisor's instructions.  Insubordination is cause for dismissal.

26. Long distance telephone calls are prohibited without prior permission of employer and costs of such calls, if made by workers without employer's prior permission, will be charged to workers.

27. No cell phone use is allowed during work hours.

28. Except as otherwise noted above, employees who violate work rules will be disciplined according to the following schedule:

    First offense:      oral warning and correction.

    Second offense:     written warning and unpaid leave for balance of day.

    Third offense:      immediate discharge with written fact statement.  Employee will be asked to sign written fact statement.

## NORMAS DE TRABAJO

Aunque no es la intención de ser una lista completa, estas normas de trabajo tienen la intención de proveer una guía de los estándares de conducta que se esperan de los trabajadores.

Se les notifica que cualquier violación de los requisitos legítimos relacionados al trabajo incluyendo estas normas de trabajo, serán consideradas como motivo para despedir al trabajador inmediatamente. Las sanciones, tales como suspensión de oportunidades de trabajo por el resto del día o hasta tres días pueden llevarse a cabo en el caso de violaciones menos graves.

Se espera que los trabajadores cumplan con todas las normas relacionadas con disciplina, asistencia al trabajo, calidad de trabajo y esfuerzo, y el cuidado y mantenimiento de toda la propiedad que el patrón le provea.

1. Los trabajadores que desarrollen un trabajo descuidado podrán ser suspendidos sin derecho a pago por el resto del día o hasta por tres días a discreción del supervisor, dependiendo del grado de la infracción, el record previo del trabajador y otros factores relevantes. El despido del trabajador podrá resultar por razón de ofensas anteriores.

2. No se podrá usar o poseer cerveza, licor o drogas ilegales durante las horas de trabajo o durante cualquier día de trabajo antes de que el mismo sea completado (como durante las comidas); los trabajadores no podrán reportarse a trabajar bajo la influencia de cerveza, licor o drogas ilegales. Los trabajadores podrán ser despedidos por el uso excesivo de alcohol, andar borrachos y/o tener una conducta inadecuada en la vivienda después de horas de trabajo. Las drogas ilegales no podrán ser usadas, vendidas, manufacturadas o guardadas en la propiedad del empleador, incluyendo la vivienda.

3. No se permitirán ausencias y/o tardanzas en exceso. Este es un trabajo regular, un empleo diario para lo que se espera que los trabajadores estén presentes, disponibles y deseosos de desarrollar su trabajo diario y en el tiempo programado. Este no es un empleo esporádico o de un día. Las llegadas tardes en exceso o repetitivas no serán aceptadas. Cualquier ausencia al trabajo deberá ser reportada antes de las 7 AM. Las ausencias sin justificación por cinco días consecutivas constituirá abandono del empleo y el trabajador será despedido.

4. Los trabajadores deberán mantener la vivienda proveída limpia y en buen estado, dado uso y desgaste razonable. Los trabajadores deberán cooperar en mantener las áreas comunes de la cocina y habitaciones. No se permiten mascotas de ningun tipo.

5. Todos los carteles requeridos por ley federal o estatal serán colocados en cada campamento. No podrán ser retirados, manipulados o alterados, de cualquier forma. Los trabajadores que requieran copias podrán pedírselas al supervisor.

6. Todas las viviendas deberán cerrarse cada mañana antes de ir a trabajar. Las luces y calefacción innecesaria deberán ser apagadas, las puertas y ventanas deberán cerrarse en caso de lluvia y cuando la calefacción esté encendida.

7. Los trabajadores que tengan una vivienda asignada con literas no podrán separar las literas, ya que el espacio en las habitaciones es necesario para los demás ocupantes.

8. Los trabajadores que viven en las viviendas del patrón no pueden cocinar en los dormitorios o en cualquiera otra área que no sea la cocina. El patrón proveerá los aparatos y artículos para cocinar.

9. Los trabajadores no deben tirar papeles, latas, botellas ni otra basura en los campos, áreas de trabajo, ni en el área de vivienda. Se deben usar los recipientes para basura y desperdicios.

10. Los trabajadores no podrán tomar recesos del trabajo sin autorización.

11. Los trabajadores no podrán abandonar los campos u otras áreas asignadas de trabajo sin permiso del empleador o la persona encargada.

12. Los trabajadores no deben entrar a la propiedad del patrón sin autorización.

13. Los trabajadores deberán presentarse al lugar de trabajo asignado a la hora programada para iniciar. Los trabajadores no podrán iniciar el empleo antes de la hora de entrada o continuar trabajo después de la hora de terminación.

14. Los trabajadores que habiten la vivienda del patrón no podrán tener visitas después de las 10:30 p.m. con la excepción de los sábados en la noche cuando las horas de visita terminarán a las 12:00 de la medianoche. Ninguna persona que no esté asignada por el empleador, podrá dormir en una habitación.

15. Los trabajadores no pueden deliberadamente restringir la producción, dañar las plantas o lastimar las frutas.

16. Cualquier trabajador que amenace físicamente a otro trabajador, el empleador o supervisor con una herramienta o arma estará sujeto a despido de inmediato.

17. Cualquier trabajador a quien se le encuentre cargando, usando o poseyendo cualquier arma peligrosa o mortal estará sujeto a despido de inmediato.

18. Los trabajadores serán despedidos por pelear en la propiedad del empleador, incluyendo la vivienda, en cualquier momento.

19. Los trabajadores serán despedidos si roban de otros compañeros de trabajo o el empleador.

20. Los trabajadores no falsificarán su identificación, registros personales, médicos, producción u otros documentos relacionados al trabajo.

21. Los trabajadores no podrán intencionalmente abusar o destruir maquinaria, camionetas o vehículos, equipo, herramientas o propiedad perteneciente al empleador o trabajadores.

22. Los trabajadores no podrán usar u operar camiones u otros vehículos, maquinaria, herramientas u otros equipos y propiedad a la que los trabajadores no hayan sido específicamente asignados por el supervisor. Los trabajadores no podrán usar u operar camiones u otros vehículos, herramientas u otro equipo o propiedad para uso personal a menos que haya sido expresamente autorizado por el empleador.

23. Los trabajadores no podrán hacer mal uso o retirar de la propiedad de la granja sin autorización cualquier propiedad del empleador.

24. Los trabajadores deberán obedecer todas las reglas de seguridad o practicas de seguridad común y deberán reportar cualquier lesión o accidente de inmediato al supervisor o la oficina del empleador.

25. Los trabajadores deberán seguir las instrucciones del supervisor. La insubordinación sera causa para despido.

26. Las llamadas de larga distancia están prohibidas sin la previa autorización del empleador y los costos de dichas llamadas, si fueran realizadas sin la previa autorización del empleador, serán cobradas a los trabajadores.

27. No se podrá utilizar el teléfono celular durante las horas de trabajo.

28. Salvo se indique lo contrario, los trabajadores que violen las normas de trabajo serán disciplinados de la siguiente manera:

|  |  |
|---|---|
| Primera ofensa: | aviso oral y prueba |
| Segunda ofensa: | aviso por escrito y resto del día sin paga. |
| Tercera ofensa: | despido inmediato con detalle de los hechos por escrito.  Se le pedirá al trabajador que firme los hechos por escrito. |

## 2017 ITINERARY FOR Purpose Point Harvesting

| Name and Contact Information of Fixed Site Employer | Location of Worksite | Work Start Date | Work End Date | Housing Address | Driving Directions and Description of Housing | Applicable Wage Rate |
|---|---|---|---|---|---|---|
| Paul Oomen & Sons 2840 E. Hammett Rd. Hart, MI 49420 Phone: 231-923-6826 | 7035 N. 120th Ave. Hart, MI 49436 Oceana County - From US31 take Pentwater Exit to Monroe Rd East to 120 Ave. Take a right and go 2 miles to field on W. side of Rd/Desde la carretera US31 tome la salida Pentwater a la calle Monroe Este a la Avenida 120. Voltee a la derecha y siga por 2 millas a el campo en el lado oeste de la calle. | 5/16/2017 | 11/30/2017 | 2182 W. Shelby Rd. Shelby, MI 49455 | From US 31 take Shelby Exit. Go right at stop. Take a slight left onto State St. Continue straight until 88th Ave and turn right. At stop lake left onto Shelby Rd. House is second on right: Single family frame house - total housing capacity – 21 persons/ Desde la carretera US 31 tome la salida Shelby. Voltee a la derecha en la parada. Toma una vuelta leve n la izquierda a la calle State Stree. Continue recto a la avenida 88 y voltee a la derecha. En la parada tome una izquierda a la calle Shelby Rd. La casa es la segunda a la derecha. | $12.75/hr, or applicable piece rate |
| Paul Oomen & Sons 2840 E. Hammett Rd. Hart, MI 49436 Oceana County - Phone: 231-923-6826 | 2422 E. Hammett Rd. Hart, MI 49436 Oceana County - From US 31 take Monroe Rd. Exit to 126 Ave. Take a left and go 1/4 miles to Hammett Rd. Go right and field is on both sides of road/Desde la carretera US31 tome la salida Monroe Rd. a la 126 Avenida. Voltee a la izquierda y siga por 1 y un cuarto de milla a la calle Hammett. Voltee a la derecha y el campo esta en ambos lados de la calle. | 5/16/2017 | 11/30/2017 | Same as above  *2480 E Hammett Rd., Hart, MI. 49420 (Units 13+14)*  ED-W 4/12/17 | Same as above/ Igual que el anterior  *From U.S. 31, take Pentwater Exit onto Monroe Rd. Go 7 miles to 126 Avenue. take a left. Go 1/4 miles to Hammett Rd. Turn right to houses on left ; Mobile homes - total housing capacity - 25 persons/ Desde la gurrtera US 31 tome la salida Pentwater y luego voltee a la derecha a la calle Monroe. Siga 7 millas a la Avenida y voltee a la izquierda. Siga por 1 y un* | Same as above |
| Aebig Orchards, LLC 1430 W. Shelby Rd. | 1824 W. Shelby Rd. Shelby, MI 49455 | 5/16/2017 | 11/30/2017 | Same as above | Same as above/Igual que el anterior  *cuarto de milla a la calle Hammett, Voltee a la derecha a las casa a la izquierda.* | Same as above |

| | | 5/16/2017 | 11/30/2017 | Same as above | Same as above/ Igual que el anterior | Same as above |
|---|---|---|---|---|---|---|
| Shelby, MI 49455 Phone: 231-742-0252 | Oceana County – From US 31 take Shelby Exit East to Shelby. At stop take a slight left onto State St. Turn right onto 6th St. Continue straight until 96 Ave. Go right then 1 mile & turn right onto Shelby Rd. After 340 ft. field is on the right//Desde la carretera US 31 tome la salida Shelby Este a Shelby. En la parada tome una leve vuelta a la izquierda a la calle State St. Voltee a la derecha en la calle 6th Street. Siga recto hasta la avenida 96. Voltee a la derecha y voltee a la derecha a la calle Shelby. Por una milla y voltee a la derecha a la calle Shelby. Despues de 340 pies el campo esta a la derecha. | | | | | |
| Aebig Orchards, LLC 1430 W. Shelby Rd. Shelby, MI 49455 Phone: 231-742-0252 | 1430 W. Shelby Rd. Shelby, MI 49455 Oceana County - From US 31 take Shelby Exit East to Shelby. At stop take a slight left onto State St. Turn right onto 6th St. Continue straight until 96 Ave. Go right then 1 mile & turn right onto Shelby Rd. Go 3/10 mile to field on left// Desde la carretera US 31 tome la salida Shelby Este a Shelby. En la parada tome una leve vuelta a la izquierda a la calle State St. Voltee a la derecha en la calle 6th Street. Siga recto hasta la avenida 96. Voltee a la derecha y siga por una milla y voltee a la derecha a la calle Shelby. | | | | | |

| | | | 5/16/2017 | 11/30/2017 | Same as above | Same as above/ Igual que el anterior | Same as above |
|---|---|---|---|---|---|---|---|
| Evans Farm 2216 N 120th Ave. Hart, MI 49420 Phone: 231-923-6465 | 1276 N. 136th Ave. Hart, MI 49420 Oceana County - From US 31 take Hart exit to 136th Ave. take a right and at stop sign take a slight left. Continue S. field is first place of left/Desde la carretera US31 tome la salida Hart a la avenida 136. Vollee a la derecha y en la parada tome una leve vuelta a la izquierda. Siga sur. El campo esta en el primer lugar a la izquierda. | Siga por 3/10 de una milla y el campo esta a la izquierda. | | | | | |
| Sam Near Farm, LLC 1495 W. Woodrow Rd. Shelby, MI 49455 Phone: 231-861-5005 | 1495 W. Woodrow Rd Shelby, MI 49455 Oceana County - From US 31 take Shelby exit east to Shelby. At stop take a slight left onto State St. Turn right onto 6th St. Continue straight until 96 Ave. Go right then 1 mile & turn right onto Shelby Rd. Farm sits on the corner of 96th Ave and Woodrow Rd./ Desde la carretera US 31 tome la salida Shelby Este a Shelby. En la parada tome una leve vuelta a la izquierda a la calle State St. Vollee a la derecha en la calle 6th Street. Siga recto hasta la avenida 96. Vollee a la derecha y siga por una milla y vollee a la derecha a la calle Shelby. La | | 5/16/2017 | 11/30/2017 | Same as above | Same as above/ Igual que el anterior | Same as above |

granja esta en la esquina de la 96 avenida con la calle Woodrow.



**U.S. Department Labor**
**Employment and Training Administration**

OMB Control No. 1205-0134
Expiration Date: March 31, 2019

Agricultural and Food Processing Clearance Order ETA Form 790
Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

| | |
|---|---|
| 1. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y  Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal ): <br><br> **Purpose Point Harvesting, LLC** <br> **Mail: 2235 N. 56th Ave , Mears, MI 49436** <br><br> **Physical: 2235 N. 56th Ave , Mears, MI 49436** <br><br> a) Federal Employer Identification Number (FEIN) / Número federal de Identificación del Empleador: <br><br> ▬▬▬▬▬ <br><br> b) Telephone Number / Número de Teléfono: <br> **(231) 742-1395** <br><br> c) Fax Number / Número de Fax: <br> **N/A** <br><br> d) E-mail Address / Dirección de Correo Electrónico: <br> c/o Employer Agent e-mail: masH2A@maslabor.com | **Nos. 4 through  8 for STATE USE ONLY** <br> **Números 4 a 8 para USO ESTATAL** |
| | 4. SOC (O*NET/OES) Occupational Code / Código Industrial: <br> 45-2092.02 <br><br> a. SOC (ONET/OES) Occupational Title / Título Ocupacional <br> Farmworkers and Laborers, Crop / 5. Job Order No. / Núm. de Orden de Empleo: <br><br> 8359221 |
| | 6. Address of Order Holding Office (include Telephone number) / Dirección de la Oficina donde se radicó la oferta (incluya el número de teléfono): <br><br> Michigan Works! 195 N Michigan Ave, Shelby MI 49455 <br><br> a. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de la Oficina Local (Incluya el número  de teléfono de su línea directa). <br> Ericka Garcia (se habla español): 231-259-2000, egarcia@michworkswc.org <br> Rosalinda Rangel (se habla español): 231-259-2006, RangelR@michigan.gov |
| | 7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo: <br> 2/26/2018 |
| | 8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo: <br> 8/4/2018 |
| 2. Address and Directions to Work Site / Domicilio y Direcciones al lugar de trabajo: <br><br> **7035 N. 120th Ave, Hart, MI 49436** <br> **2480 E. Hammett Rd., Hart, MI 49436** <br><br> **See attached Itinerary.** | 9. Anticipated Period of Employment / Período anticipado o previsto de Empleo: <br><br> From / Desde: **4/16/2018**      To / Hasta: **11/20/2018** |
| | 10. Number of Workers Requested / Número de Trabajadores Solicitados: <br> **55** |
| See "Attachment 1 to ETA 790" Item 2 / Ver "Adjunto 1 a ETA 790" Artículo 2 | 11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana. Total: **40** |
| 3. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda: <br><br> **2706  E. Hammett Road, Hart , MI 49420** <br><br> **See attached list of additional housing locations.** | Sunday / Domingo __0__        Thursday / Jueves __7__ <br> Monday / Lunes __7__          Friday / Viernes __7__ <br> Tuesday / Martes __7__        Saturday / Sábado __5__ <br> Wednesday / Miércoles __7__ <br> See "Attachment 1 to ETA 790" Item 11 / Ver "Adjunto 1 a ETA 790" Artículo 11 |
| a)   Description of Housing / Descripción de la vivienda: <br><br> **I-beam housing - total housing capacity - 18 persons** | 12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas par alas diferentes actividades de la temporada: <br> **Performs a variety of manual/equipment operation tasks in farm operation.** <br><br> See "Attachment 1 to ETA 790" Item 12 / Ver "Adjunto 1 a ETA 790" Artículo 12 |
| | 13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de: <br><br><br> Employer / Empleador:          Yes / Sí ☒   No ☐ |
| See "Attachment 1 to ETA 790" Item 3 / Ver "Adjunto 1 a ETA 790" Artículo 3 | |

14.  Describe how the employer intends to provide either 3 meals a day to each worker or furnish free and convenient cooking and kitchen facilities for workers to prepare meals / Describa cómo el empleador tiene la intención de ofrecer, ya sea 3 comidas al día a cada trabajador, o proporcionar gratuitamente instalaciones para cocinar.

Employer-provided housing includes free cooking and kitchen facilities. For workers residing in employer-provided housing, the employer will also provide free transportation, at least once per week, to and from the neighboring closest town for supplies and/or banking services. Dining, kitchen/cooking facilities and other common areas will be shared by all workers.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

La vivienda proveida por el empleador incluye cocinar gratis y facilidades de cocina.  Para los trabajadores que viven en la vivienda proveida por el empleador, el empleador tambien proveera transportacion gratis, por lo menos una vez por la semana, ida y vuelta, al pueblo mas cercano para hacer compras y/o ir al banco.  Comer, cocinar/facilidades de cocina y otras areas comunes seran usadas por todos los trabajadores.

15. Referral Instructions and Hiring Information  / Instrucciones sobre cómo Referir Candidatos/Solicitantes - (Explain how applicants are to be hired or referred, and the Employer's/Agent's available hour to interview workers / Explique cómo los candidatos serán contratados o referidos, y las horas disponibles del empleador/agente para entrevistar a los trabajadores).  See instructions for more details / Vea las instrucciones para más detalles.

The actual employment offer is at the sole discretion of the employer.  Referrals will be accepted from the State Workforce Agencies (SWAs), directly from applicants, walk-ins, gate hires, and from other sources.  SWA's should thoroughly familiarize each applicant with the job specifications and terms and conditions of employment before a referral is made.  Workers must meet all of the following criteria:
    1. Are available and indicate willingness to work the entire season.
    2. Have transportation to job site at start of season for non-local workers and daily for local workers.
    3. Have been fully apprised by the local employment office of the terms, conditions, and nature of employment.
    4. Are legally entitled to work in the U.S.
    5. Are able, willing and qualified to perform the work.
Workers must possess documentation required to enable employer to comply with the employment verification requirements of IRCA.  Accurate completion of Form I-9 will be required of each worker within (3) days of employment pursuant to U.S. Law.  The employer will abide by the requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system.

_____

El empleo actual es a discreción exclusiva del empleador.  Se aceptan referencias de la Oficina Estatal de Empleo (SWAs), solicitantes directos, personas sin cita, contrataciones de puerta y de otros medios.  Las SWAs debe estar completamente familiarizada con cada solicitante con las especificaciones del empleo y términos y condiciones del empleo antes de que se realice la referencia. Los empleados deben de cumplir con todos los siguientes criterios:
    1. Se encuentran disponibles e indican voluntad para trabajar la temporada completa.
    2. Tiene transportación hacia el lugar de trabajo al inicio de la temporada para empleados no locales y para empleados locales diarios.
    3. Se le ha informado completamente por la oficina local de empleo sobre los términos, condiciones y naturaleza del empleo.
    4. Están legalmente autorizados para trabajar en los EEUU.
    5. Son capaces, tienen el deseo y están calificados para desarrollar el trabajo.
Los empleados deben de poseer la documentación requerida para que el empleador cumpla con la verificación del empleo según los requisitos del IRCA. El cumplimiento preciso de la Forma I-9 será requerido para cada trabajador dentro de (3) días del empleo de acuerdo con la ley de los EEUU. El empleador será acatada por los requisitos y garantías del 20 CFR § 653.501en el proceso y/o contratación de individuos referidos a través del sistema de acreditación.

See "Attachment 1 to ETA 790" Item 15/ Ver "Adjunto 1 a RTA 790" Artículo 15

_EOW  2/20/2018_

16.  Job description and requirements / Descripción y requisitos del trabajo:
This job requires a minimum of three months of prior cultivation/harvest experience in ~~commercial~~ field crop production of fruits or vegetables.  Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency.

See "Attachment 1 to ETA 790" Item 16/ Ver "Adjunto 1 a RTA 790" Artículo 16

1.  Is previous work experience preferred? / Se prefiere previa experiencia?    Yes / Si ☒    No ☐   If yes, number of months preferred: / Si es así, numero de meses de experiencia: __3__
_EOW  2/20/2018_
This job requires a minimum of three months of prior cultivation/harvest experience in ~~commercial~~ field crop production of fruits or vegetables. Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency./Este trabajo requiere un mínimo de tres meses de experiencia previa cultivando/cosechando en una produccion ~~comercial~~ de cosechas de vegetales y frutas.  Los trabajadores deben ser capaces de desarrollar actividades manuales y mecanicas con presicion y eficiencia.
_EOW  2/20/2018_
2.  Check all requirements that apply:

☐ Certification/License Requirements / Certificación/Licencia Requisitos
☐ Driver Requirements / Requisitos del conductor
☐ Employer Will Train / Empleador entrenará o adiestrará
☐ Extensive Sitting / Estar sentado largos ratos
☒ Exposure to Extreme Temp. / Expuesto a Temperaturas Extremas
☒ Lifting requirement / Levantar o Cargar __60__ lbs./libras
☒ Repetitive Movements / Movimientos repetitivos

☐ Criminal Background Check / Verificación de antecedentes penales
☒ Drug Screen / Detección de Drogas
☒ Extensive Pushing and Pulling / Empujar y Jalar Extensamente
☒ Extensive Walking / Caminar por largos ratos
☒ Frequent Stooping / Inclinándose o agachándose con frecuencia
☒ OT/Holiday is not mandatory / Horas Extras (sobre tiempo) / Días Feriados no obligatorio

Agricultural work is exempt from federal overtime requirements pursuant to 29 USC § 213(a)(6). Overtime pay is only applicable if required by state law or as specified in Item 17 of the ETA 790 Attachment 1. / Trabajo agrícola esta exento de las leyes de pago de sobre tiempo bajo 29 USC § 213(a)(6). Pago de sobre tiempo es aplicable solo si lo requiere la ley estatal o el Artículo 17 de la ETA 790 Adjunto 1

- 3 -

17.  Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)

| Crop Activities / Cultivos | Hourly Wage / Salario por Hora | Piece Rate / Unit(s) / Pago por Pieza / Unidad(es) | Special Pay (bonus, etc.) / Pagos Especiales (Bono, etc.) | Deductions* / Deducciones | Yes/Si | No | Pay Period / Período de Pago /    / |
|---|---|---|---|---|---|---|---|
| fruits, vegetables, Christmas trees/frutas, vegetales y arboles de navidad | $ 13.06 | $ See *Attachment 1 to ETA 790* Item 17 — | | Social Security / Seguro Social | ☒ | ☐ | Weekly / Semanal |
| | $ | $ | | Federal Tax / Impuestos Federales | ☒ | ☐ | ☒ |
| | $ | $ Ver *Adjunto 1 a RTA 790* Artículo 17 | | State Tax /Impuestos Estatales | ☒ | ☐ | Bi-weekly/ Quincenal |
| | $ | $ | | Meals / Comidas | ☐ | ☒ | ☐ |
| | $ | $ | | Other (specify) / Otro (especifica) | ☒ | ☐ | Monthly/Mensual ☐ |
| | See *Attachment 1 to ETA 790* Item 17 / Ver *Adjunto 1 a RTA 790* Artículo 17 | | | | | | Other/Otro ☐ |

18.  More Details About the Pay / Mas Detalles Sobre el Pago:

The employer guarantees to offer, advertise, and pay the applicable H-2A wage rate, defined as the highest of: (1) the USDOL-promulgated AEWR; (2) the prevailing hourly wage rate or piece rate; (3) an agreed-upon collective bargaining wage (this employer is not subject to a collective bargaining agreement); or (4) the federal or state minimum wage in effect at the time work subject to the provisions of the job order is performed. The applicable H-2A wage rate will not be based on commission, bonuses, or other incentives.

El empleador garantiza que ofrecera, anunciara, y pagara el rango de pago H-2A aplicable, definido como el mas alto de: (1) el AEWR promulgado por el Departamento de Labor, (2) el rango de pago por hora o por pieza predominante, (3) el rango de pago establecido bajo un acuerdo colectivo de una union (este empleador no esta sujeto a ningun acuerdo colectivo), o (4) el salario minimo federal o estatal en efecto cuando las tareas cubiertas bajo esta orden de trabajo se desarrollen.  El rango de pago H-2A aplicable no sera basado en comisiones, bonos, o cualquier otro incentivo.

See *Attachment 1 to ETA 790* Item 18 / Ver *Adjunto 1 a RTA 790* Artículo 18

19.  Transportation Arrangements / Arreglos de Transportación

The employer will pay for or reimburse H-2A workers with pay for the first workweek for costs incurred by the worker for visa, processing, border crossing, and other related fees, including those mandated by the government (excluding passport fees).  For non-commuting workers, transportation costs and reasonable subsistence from the place from which the worker departed to work for the employer to the place of employment will be reimbursed with pay for the first workweek, to the extent such worker-borne expenditures reduce the workers' earnings below the FLSA minimum wage in the first workweek. Pursuant to 20 CFR 655.122(h)(1), the employer will reimburse the worker in full for aforementioned transportation costs and reasonable subsistence no later than at the halfway point in the work contract ("50% period") if such payment was not already paid in full to the worker prior to the 50% period.  The minimum travel subsistence of $12.07 per day or the current minimum subsistence amount published in the Federal Register will be paid to workers who cannot provide receipts, and the maximum travel subsistence of $51.00 per day or the current maximum subsistence amount published in the Federal Register will be paid to workers with acceptable receipts.  The transportation reimbursement shall be calculated on the worker's actual cost but not more than the most economical and reasonable similar common carrier transportation charges for the distance involved.

El empleador pagará por el reembolso de los empleados H-2A con el pago de los costos realizados de la primera semana de trabajo del empleado por la visa, proceso, costo de cruce fronterizo y otras cuotas relacionadas, incluyendo aquellas requeridas por el gobierno (excluyendo la cuota de pasaporte). Para los empleados que no tienen que viajar para laborar, los costos de transportación y subsistencia razonable desde el lugar de donde partieron para trabajar para el empleador en el lugar del empleador será reembolsado con el pago de la primera semana de trabajo, al grado que dichos gastos realizados por el empleado reduzcan las ganancias del empleado por debajo del salario minimo de FLSA durante la primera semana de trabajo. Conforme al 20 CFR 655.122(h)(1), el empleador reembolsará al empleado por completo los costos de transportación y subsistencia razonable antes mencionado a más tardar que la mitad del contrato de trabajo ("período del 50%") si dicho pago no se ha realizado por completo previo al periodo del 50%. La subsistencia de viaje mínima es de $12.07 por día  la subsistencia actual mínima publicada en el Registro Federal pagándose a los empleados que no puedan proveer recibos y el máximo de subsistencia de viaje de $51.00 por dia o la subsistencia actual máxima publicada en el Registro Federal pagándose a los empleados con recibos aceptables. El reembolso del transporte será calculado a costo actual pero no mayor que el medio más económico y razonable similar por los cargos por la distancia involucrada.

See *Attachment 1 to ETA 790* Item 19 / Ver *Adjunto 1 a RTA 790* Artículo 19

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarle a los trabajadores para este(os) tipo(s) de cosecha(s)?        Yes / Si    ☐        No ☒

If you have checked yes, what is the FLC wage for each activity? / Si contesto "Si," cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

21. Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores?        Yes/Si ☒   No ☐

(When applicable according to state law / cuando se applicable de acuerdo a la ley estatal)

22. Are workers covered by workers' compensation? / ¿Se le provee seguro de compensación/indemnización al trabajador:        Yes/Si ☒   No ☐

23. Are tools, supplies, and equipment provided at no charge to the workers? / ¿Se les proveen herramientas y equipos sin costo alguno a los trabajadores?

Yes/Si ☒   No ☐

24. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None".) / Enumere todos los acuerdos o convenios hechos con los propietarios del establecimiento o sus agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, i ndique "Ninguno".)

None / Ninguno

25. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed. (If there are no such incidents, enter "None".) / Enumere toda huelga, paro o interrupción de operaciones de trabajo por parte de los empleados en el lugar de empleo. (Si no hay incidentes de este tipo, indique "Ninguno".)

None / Ninguno

26.   Is this job order to be placed in connection with a future Application for Temporary Employment Certification for H-2A workers? / ¿Esta orden de empleo ha sido puesta en conexión con una futura solicitud de certificación de empleo temporal para trabajadores H-2A?

Yes/Si ■ No ☐

27.   Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. / Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones del empleo que se le ofrece, y contiene todos los términos y condiciones materiales ofrecidos.

**Emilto Moreno Gomez, President**

Employer's Printed Name & Title / Nombre y Título en Letra de Molde/Imprenta del Empleador

Employer's Signature / Firma y Título del Empleador

2/15/2018

Date / Fecha

**READ CAREFULLY,** In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Employment and Training Administration (ETA) nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the American Job Center constitute a contractual job offer to which the American Job Center, ETA or a State agency is in any way a party.

**LEA CON CUIDADO,** En vista de la función básica del Servicio de Empleo establecida por ley, como una entidad de intercambio laboral sin comisiones, es decir, como un foro para reunir a los empleadores y los solicitantes de empleo, ni ETA ni las agencias del estado pueden garantizar la exactitud o veracidad de la información contenida en las órdenes de trabajo sometidas por los empleadores. Ni ninguna orden de trabajo aceptado o contratado en el Centro de Carreras (American Job Center) constituyen una oferta de trabajo contractuales a las que el American Job Center, ETA o un organismo estatal es de ninguna manera una de las partes.

**PUBLIC BURDEN STATEMENT**
The public reporting burden for responding to ETA Form 790, which is required to obtain or retain benefits (44 USC 3501),  is estimated to be approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. The public need not respond to this collection of information unless it displays a currently valid OMB Control Number. This is public information and there is no expectation of confidentiality.  Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

**DECLARACION DE CARGA PÚBLICA**
La carga de información pública para responder a la Forma ETA 790, que se requiere para obtener o retener beneficios (44 USC 3501), se estima en aproximadamente 60 minutos por respuesta, incluyendo el tiempo para revisar las instrucciones, buscar fuentes de datos existentes, recopilar y revisar la colección. El público no tiene por qué responder a esta recopilación de información a menos que muestre un número de control OMB válido. Esta información es pública y no hay ninguna expectativa de confidencialidad. Envíe sus comentarios acerca de esta carga o cualquier otro aspecto de esta colección, incluyendo sugerencias para reducir esta carga, al U.S. Department of Labor, Employment and Training Administration. Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

28.  Use this section to provide additional supporting information (including section Box number). Include attachments, if necessary. / Utilice esta sección para proporcionar
     información adicional de apoyo; incluya  el numero de la sección e incluya  archivos adjuntos, si es necesario.

  See "Attachment 1 to ETA 790" for continuations of Item 2, Item 3, Item 11, Item 12, Item 15, Item 16, Item 17, Item 18, and Item 19.


  **Workers Compensation Insurance**


  Carrier:  Accident Fund Insurance Company

  Policy:  ████████████


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Ver "Adjunto 1 a ETA 790" for continuaciones of Artículo 2, Artículo 3, Artículo 11, Artículo 12, Artículo 15, Artículo 16, Artículo 17, Artículo 18, y Artículo 19.


**Seguro de Compensación de Trabajadores**


Portador:  Accident Fund Insurance Company

Poliza:  ████████████

**20 CFR 653.501**
**Assurances**

## INTRASTATE AND INTERSTATE CLEARANCE ORDER

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 10 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO).  If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need.  The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.


Employer's Name    **Emilto Moreno Gomez**                    Date:  2/15/2018


Employer's Signature    _Emilto Moreno_


**Besides the material terms and conditions of the employment, the employer must agree to these assurances if the job order is to be placed as part of the Agricultural Recruitment System.  This assurance statement must be signed by the employer, and it must accompany the ETA Form 790.**

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 1 of 12

ENGLISH

## Item 2.  Address and Direction to Work Site (continued from ETA 790, page 1, Item 2)

7035 N. 120th Ave, Hart, MI 49436 – Directions: From US31 take Pentwater exit to Monro Rd East to 120 Ave. Take a right and go 2 miles to field on W. side of Rd.

2480 E. Hammett Rd., Hart, MI 49436 – Directions:  From US 31 take Pentwater exit go east on Monroe Road. Continue to 126th Avenue, go to North to Hammett Road. Go about a mile to farm on left side of road.

**See attached Itinerary.**

## Item 3.  Address and Directions to Housing (continued from ETA 790, page 1, Item 3)

Housing is provided at no cost only to non-commuting workers .  "Non-commuting workers" are those workers who are not reasonably able to travel to and from the residence he/she occupied at time of employment offer each work day.  No person who is not an employee  and has not been assigned housing will be permitted to occupy the housing.

Employer retains possession and control of the housing premises at all times and worker, if provided housing under the terms of this work agreement, shall vacate the housing promptly upon termination of employment with the employer who provides the housing, in accordance with state law.

2706  E. Hammett Road, Hart , MI 49420 - Directions:  From US 31 take Pentwater Exit then take a right onto Monroe Road. Go 7 miles to 126 Avenue and take a left. Go 1 1/4 miles to Hammett Rd. Turn right to houses on left.  Housing is rented/leased by employer.

**See attached list of additional housing locations.**

Should rental and/or public accommodations be listed in Item 3, the employer attests that such housing complies with all local, state, or federal housing safety standards pursuant to 20 CFR § 655.122(d)(1)(ii).  All housing charges for rental will be paid by the employer directly to the owner or operator of the rental and/or public accommodation unit(s).

If one has not already been performed at the time of this filing, Purpose Point Harvesting, LLC  requests a timely inspection of employer-provided worker housing by representatives of the State Workforce Agency, the State Health Department and/or the US Employment and Training Administration to verify the condition of such housing so as to ensure that all worker housing meets standards not later than 30 days prior to occupancy.

Workers occupying the housing will be responsible for maintaining the housing and their living quarters in a neat, clean manner and in compliance with Work Rules which will be provided upon hiring and are attached hereto and incorporated by reference in this Application.  Failure to comply with these rules will result in disciplinary action as described in the Work Rules.

Workers will be assigned to employer-provided housing by a designated company manager and must occupy the quarters assigned to them. Female workers will be provided with sleeping facilities and  bathroom/toilet facilities shared only with other female workers.   Separate sleeping areas will be provided for non-related persons of each gender.

## Item 11.  Anticipated Hours of Work per Week (continued from ETA 790, page 1, Item 11)

The work day is from 7:00 AM until 2:30 PM Monday through Friday and 7:00 AM until 12:00 PM on Saturday, with an unpaid lunch break (7 hours/day and 5 hours/day on Saturday).  The worker may be requested, but not required, to work as much as 12 hours per day and/or on the worker's Sabbath, depending on weather and other conditions.  Extreme heat, cold or drought may affect working hours.  Employer will offer 40 hours/week, weather and crop conditions permitting.  Worker will report to work at designated time and place as directed by employer each day.

## Item 12.  Anticipated Range of Hours for Different Seasonal Activities (continued from ETA 790, page 1, Item 12)

(See Item 16 for a complete description of scope of job duties).  As a general matter, working hours will be divided between fruits, vegetables, Christmas trees production depending on employer's need.  Given that the demands of agricultural

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 2 of 12

production are unpredictable and driven by factors including weather, crop conditions, market demands and seasonal task needs and numerous other factors, it is impossible to predict with any degree of accuracy what percentage of time will be dedicated to specific tasks described in Item 16.

## Item 15. Referral Instructions and Hiring Information (continued from ETA 790, page 3, Item 15)

Purpose Point Harvesting, LLC  will abide by the requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system.  Referrals of individuals shall be made through the order holding office of the ~~MI Dept. of Labor & Economic Growth~~ Michigan Works! E.D.W. 2/26/18 in order to ascertain current employment, crop or housing information and to enable proper arrangements to be made.  It will be the responsibility of the referring SWA office to inform job seekers of the terms and conditions of this clearance order.  The referring SWA office after coordinating the referral with the order holding office will contact the employer's agent or the employer directly and advise the agent or employer of the referral or referrals.  When possible, SWA offices should furnish translator services if necessary.  Interviews, either in person or by telephone, will be conducted by the employer  during the hours of  9:00 AM to 3:30 PM , Monday through Friday.  **Employer to be contacted first at the following address and phone number.  If unavailable, contact employer's agent during the same hours.**

Employer

Employer Agent

| Purpose Point Harvesting, LLC | MAS Labor H-2A, LLC. |
|---|---|
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave. Mears, MI  49436 | Lovingston, VA  22949 |
| (231) 742-1395 (phone) | 434-263-4300 / 434-260-8833 (phone) |
| N/A (fax) | 434-263-4700 (fax) |

Applicants will be interviewed by telephone at the time of referral or as soon thereafter as possible.  If a holding office plans to refer several applicants at the same time, it is requested that the employer be advised in advance and a time scheduled for the interview.

A hiring decision will be communicated directly to the applicant at the telephone number, address, email address or other contact information in the event that such a decision cannot be rendered at time of interview.  The applicant should be advised to stay in touch with the referring SWA office in any case.

Order holding office: ~~MI Dept. of Labor & Economic Growth~~ Michigan Works!
EDW    ~~201 N. Washington Square~~  WEST CENTRAL  195 N Michigan AVE
2/26/2018  ~~Bureau of Workforce Programs, Victor Office Center, 5th Floor~~ Shelby, MI 49455
~~Lansing MI 48913~~
~~(517) 241-1198~~                                                   (231) 259-2000

Purpose Point Harvesting, LLC  will abide by the assurances set forth in 20 CFR § 655.135 including but not limited to specific regulations regarding hiring practices, positive recruitment, compliance with all applicable Federal, State, and local laws, and all specific obligations set forth in subpart (a) through (l) for all workers who apply and/or are hired to perform the specific work described in this clearance order.

## Item 16. Job Description and Requirements (continued from ETA 790, page 3, Item 16)

Plant, cultivate and harvest vegetables, fruits and trees.

Plant roots, seeds and bulbs. Spread plastic or other groundcovering. Clean plastic by hand from ground upon removal. Till soil. Weed and thin plants. Transplant plants by hand. Stake/tie plants, trellis/prune plants, and set poles and wires for vine plants. Pick, cut, lift, or pull crops. Tie vegetables in bunches. Grade, size, wash and field pack product according to company standards. Take care to prevent damaging produce and plants.

Workers may be offered hours in the evening to harvest asparagus for a short period of time during the contract.

Hand thin fruits to control the size and quality of fruit. Remove fruit blossom, bud and/or identifiable fruit from within a cluster of other fruits. Must accurately identify and remove misshapen, damaged or otherwise unmarketable fruit. Harvest: Spot and/or strip pick fruit based on seasonal need. Snap fruit off tree with thumb and palm of hand to avoid stem pulls,

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 3 of 12

punctures, bruising, or other damage. Pick culls and peelers. Use/handle ladders up to 16 ft. in length and weighing up to 60 lbs. Fill fruit buckets/baskets and place fruit in bins. Follow supervisor/foreman's instructions on color/size requirements. Must be able to differentiate between colors and fruit varieties accurately. Some fruits may use mechanized shakers at harvest.

General tree work may include planting, cultivating, hoeing, tree painting, weed mat application, mulching, fertilizing, trimming or training. Place tree guards or cones and hang pheromone dispensers. Tie/position trees and limbs, together and to trellises, using string, tape, wire or other fasteners and supports.

Workers may also cultivate and harvest evergreen trees: cutting trees with gasoline-operated chain saws. Dragging trees from cutting area and shaking trees with mechanical shaker. Shearing trees with knives, pulling cones off, fertilizing and coloring trees with sprayers. Drag cut trees from cutting area, run trees through tree baler and load onto trailers, trucks or wagons.

Perform ditching, shoveling, hoeing, hauling, ground preparation, and other manual tasks. Pick roots, rocks, brush and other field debris. Bending, stooping and kneeling required. Use hand tools including but not limited to hoes, shovels, knives, shears, clippers, loppers, and saws. Lift, carry, and load/unload products or supplies. Cut, bale, stack and load hay.

Use power equipment including but not limited to: tractors, planters, mowers, plows, sprayers, cultivators, power shears, chain saws, high lifts, fork lifts, skid loaders. Must operate agricultural equipment safely, with or without direction.

Clean/maintain farm buildings, structures, equipment, and work areas. Build/repair fences and other structures and maintain property lines.

Work is done in the field for long periods of time. Workers may assist in handling product weighing up to 60 pounds and lifting to a height of 5 feet. Workers must work on their feet in bent positions for long periods of time. Work requires repetitive movements and extensive walking. Work required in fields when plants are wet with dew and rain, and may be required during light rain, snow, moderate winds, direct sun, high humidity and extreme temperatures. Temperatures in fields during working hours can range from 10 to over 100 degrees F. Workers may be required to work during occasional showers not severe enough to stop field operations. Allergies to ragweed, goldenrod, honey bees, insecticides, herbicides, fungicides, or related chemicals may affect a worker's ability to perform the job. Workers should be able to do the work required with or without reasonable accommodations. Employer-paid post-hire drug/alcohol testing is required upon reasonable suspicion of use and after a worker has an accident at work. Saturday work required. Must be able to lift/carry 60 lbs.

Persons seeking employment in this position must be available for the entire period requested by the employer. Applicants must be able to furnish verbal or written statement establishing relevant prior work experience. All workers will be subject to a five day trial period during which the employer will evaluate workers' performance of required tasks. Employer reserves the right to terminate a worker if the employer reasonably finds that worker's performance during the trial period to be unacceptable.

Employer reserves the right to discharge an obviously unqualified worker, malingerer or recalcitrant worker who is physically able but is unwilling to perform the work necessary for the employer to grow a premium quality product, or for any other lawful reason. (See also Attachment 2, General Conditions).

The employer may discipline the worker, including brief suspension of work activities/employment for a set period determined by the supervisor or termination of employment as described in the Work Rules.

Employer assures that workers will be provided transportation from living quarters to work site every day (for workers who must be provided housing under the applicable regulations).

Raises and/or bonuses may be offered to any seasonal worker employed pursuant to this job order, at the company's sole discretion, based on individual factors including work performance, skill, and tenure.

All terms and conditions included in the job order will apply equally to all workers, both U.S. workers and H-2A workers, employed in the occupation described in this clearance order.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 4 of 12

## Item 17.  Wage Rates, Special Pay Information and Deductions (continued from ETA 790, page 4, Item 17)

Piece Rate: All work is compensated at the above hourly rate except for the following work activities which may be compensated on a piece rate productivity incentive basis according to the following schedule:

See 'Piece Rate Attachment'

No piece rate work will be performed at less than the stated piece rates.  All workers are guaranteed that when working on piece-rate basis they will be paid no less than the stated AEWR hourly rate for each hour worked.  At his discretion employer may, when working or crop conditions indicate, increase piece rates to incentivize production or suspend the piece rate scheme in favor of hourly pay at the stated AEWR hourly rate in order to assure workers fair earnings.

The employer guarantees to offer the workers employment for at least ¾ of the work hours of the total period during which the work order and all extensions thereof are in effect, beginning with the first work day after the arrival of the workers at the place of employment and ending on the termination date specified in the work order or its extension, if any.  If the employer offers the worker during such period less employment than required under this provision, the worker will be paid the amount he/she would have earned had he/she, in fact, worked for the guaranteed number of hours.  Any employee who is terminated for cause for will not be entitled to this guarantee.

The employer agrees to maintain adequate and accurate payroll records, in accordance with the requirements of 20 CFR § 655.122(j)(1), and to retain such records for a period of not less than three (3) years after the date of certification.  The employer will furnish to each worker on pay day an itemized accounting of earnings and of all legally-required and worker-authorized deductions.  Deductions for FICA and federal/state tax withholding, and deductions including court-ordered child support, garnishments and liens, and any other such legally-required deductions will be made in individual circumstances as required by law.  All deductions will be made in accordance with FLSA regulations.  Advances and/or loans made to workers, if any, may be repaid by pre-authorized payroll deductions.  The employer does not envision other uniform workforce-wide payroll deductions.  The reasonable cost of damages and/or replacement of tools and/or equipment shall be charged to worker(s) if such repair or replacement is found to have been the result of willful neglect or gross negligence on the part of the worker.  The employer may offer voluntary employee insurance or retirement plans to its workers; participation in any such plan, should it be offered, is voluntary and will be pre-authorized by the worker in writing.  Reasonable repair costs of damage to housing other than that caused by normal wear and tear will be charged to workers found to have been responsible for such damage to housing.  No charge will be made for beds and similar items furnished to workers to whom housing is provided unless items are unlawfully removed or damaged beyond normal wear and tear.  If a worker makes a long distance telephone call using the employer's telephone line, the worker will be deemed to have consented to the deduction of the cost of such call(s) from his or her paycheck and will promptly confirm such authorization in writing.  If the worker does not authorize such a deduction in writing, the worker will be expected to repay the employer for such telephone use upon demand.  If the worker does not pay the cost of such telephone call(s) within a reasonable time after being asked to do so, the worker will be subject to discipline in accordance with the employer's policies.

## Item 18.  More Details About the Pay (continued from ETA 790, page 4, Item 18)

In the event that the applicable H-2A wage rate decreases for any reason during the employer's positive recruitment or H-2A contract period in the instant job order, the employer reserves the right to decease its offered/paid hourly wage to the new, lower wage rate, as long as the new lower wage rate remains the highest of the AEWR, the prevailing hourly wage rate or piece rate, an agreed-upon collective bargaining wage, and the federal and state minimum wages in effect at the time work subject to the provisions of this job order is performed.

If, before the expiration date specified in this clearance order, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract.  Whether such an event constitutes a contract impossibility will be determined by the Certifying Officer in accordance with law.  In the event of such termination of a contract, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of its termination as described in 20 C.F.R. § 655.122(i).  The employer will make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer will:

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 5 of 12

(1)     Return the worker, at the employer's expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer, whichever the worker prefers;

(2)     Reimburse the worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and

(3)     Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employer's place of employment, if such payments were not already paid to the worker prior to the separation of employment. Daily subsistence must be computed as set forth in 20 C.F.R. § 655.122(h). The amount of the transportation payment will equal the most economical and reasonable common carrier transportation charges for the distances involved.

The employer will provide without charge all tools, supplies and equipment necessary to perform duties assigned.

All workers referred to the job through a State Workforce Agency shall contact that agency, or preferably the local holding office, to verify the date of need cited in the job order no sooner than nine (9) working days and no later than five (5) working days prior to the original date of need cited in the job order.  Failure to contact such office in accordance with this requirement shall disqualify the worker from the first weeks' pay assurance as described in 20 CFR § 653.501(c)(3)(i).

If the worker voluntarily abandons employment before the end of the job order period or is terminated for job related reasons or misconduct, the employer will notify DOL (and DHS, in the case of an H-2A worker) not later than two (2) working days after such abandonment occurs; five (5) consecutive workdays of unexcused absence shall constitute abandonment of employment.  The employer will not be responsible for providing or paying return transportation and subsistence expenses of the worker and the worker is not entitled to the three-quarter guarantee described above.

The employer will advise H-2A visa beneficiaries of their responsibility to return to their country of origin, or to subsequent employment-authorized work, at the end of the term of employment.

The employer prohibits the payment of recruitment fees by workers.  If a worker is asked to pay such a fee or has actually paid such a fee, he or she shall inform the employer immediately so that employer may take appropriate action.

Each worker will be paid individually by check available on Friday.  The payroll period is weekly.  The employer will furnish to the worker, on or before each payday, one or more written statements showing the worker's total earnings for the pay periods, the beginning and ending dates of the pay period, the worker's hourly rate and/or piece rate of pay, the units produced daily (if paid by piece rate), the hours of employment which were offered to the worker (broken out by the hours offered in accordance with and over and above the ¾ guarantee), the hours actually worked by the worker, an itemization of all deductions that the employer has made from the worker's wage, and the employer's name, address and FEIN.

The employer agrees to make earnings records and statements available for inspection and transcription upon request by the Secretary of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker when appropriate authorization is provided.

Employer will provide workers' compensation covering injury and disease arising out of and in the course of worker's employment. Proof of worker's compensation insurance will be provided to the certifying officer prior to the certification date.

## Item 19. Transportation Arrangements (continued from ETA 790, page 4, Item 19)

If the worker completes the period of employment, the employer will provide or pay for the worker's transportation and reasonable subsistence from the place of employment to the place from which the worker came to work for the employer, except when the worker has accepted subsequent employment with another employer who agrees to accept the return transportation costs, in which case this employer only pays for the transportation to the next job.

Reimbursement of inbound and return transportation costs applies only to persons recruited from outside normal commuting distance (to and from their permanent place of residence each day; see page one).  Return transportation will not be provided to workers who voluntarily abandon employment before the end of employment period or who are terminated for cause.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 6 of 12

The employer will provide transportation at no cost to the worker from the employer provided housing to the worksite and return to such housing on a daily basis.  Such transportation shall be in accordance with applicable local, State, or Federal laws and regulations and meet all safety, licensure, and insurance requirements.  The use of this transportation is voluntary; no worker will be required as a condition of employment to utilize the transportation and subsistence if applicable.  No daily transportation is provided by employer to local workers other than from farm to worksite.

ETA 790 – Attachment 1
**Purpose Point Harvesting, LLC**
Page 7 of 12

SPANISH

*We have translated these terms of employment into Spanish and done our best to be accurate in every respect.  However, if there is a conflict between the Spanish translation and the English original, the English original controls.*

*Hemos traducido las condiciones de empleo al español, y hemos hecho nuestro mejor esfuerzo para ser exactos en todos los aspectos.  Sin embargo, en caso de un conflicto entre la traducción al español y el original en inglés, el contrato en inglés prevalecerá.*

**Item 2.  Address and Directions to Work Site/Domicilio y Direcciones al Sitio de Trabajo (continuación del ETA 790, página 1, Artículo 2)**

7035 N. 120th Ave, Hart, MI 49436 - Instrucciones: Desde la carretera US31 tome la salida Pentwater a la calle Monroe Este a la Avenida 120.  Voltee a la derecha y siga por 2 millas a el campo en el lado oeste de la calle.

2480 E. Hammett Rd., Hart, MI 49436 - Instrucciones:  Desde la US 31 tome la salida Pentwater en direccion este a la calle Monroe.  Continue a la 126 Avenida, vaya en direccion norte a la calle Mammett.  Siga por una milla a la granja de el lado izquierdo de la calle.

**Ver itinerario adjunto.**

**Item 3.  Address and Directions to Housing/Domicilio y Direcciones al Lugar de Vivienda (continuación del ETA 790, página 1, Artículo 3)**

La vivienda esta proveida bajo ningún costo a trabajadores que no conmutan .  "Trabajadores No-conmutables" son los trabajadores quienes no tienen la posibilidad de viajar cada día desde y hacia el lugar de su residencia que él/ella ocupaba en el momento del ofrecimiento de trabajo. La vivienda será proveida solamente a trabajadores. Ninguna persona que no sea un trabajador  y que no se le haya asignado una habitación se le permitirá ocupar la vivienda.

El empleador retiene la posesión y control del área de la vivienda en todo momento y el trabajador, si se le provee vivienda bajo los términos de este contrato de trabajo, desocupará la vivienda de inmediato bajo terminación del empleo con el empleador quien provee la vivienda, de acuerdo con la ley estatal.

2706  E. Hammett Road, Hart , MI 49420 - Instrucciones:  Desde la carretera US 31 tome la salida Pentwater y luego voltee a la derecha a la calle Monroe.  Siga 7 millas a la 126 Avenida y voltee a la izquierda.  Siga por 1 y un cuarto de millas a la calle Hammett. Voltee a la derecha a las casa a la izquierda.  El empleador arrienda la vivienda.

**Ver lista de ubicacion de viviendas adicionales adjunta.**

En caso de alquiler y/o alojamiento público que figuran en el articulo 3, el empleador certifica que dicha vivienda cumple con los estándares de seguridad local, estatal y federal de conformidad con 20 CFR § 655.122(d)(1)(ii).  Todos los gastos de renta serán pagados por el empleador directamente al dueño o corredor de la renta y/o a la unidad de alojamiento público.

Si no se ha realizado una al momento de llenar esta,  Purpose Point Harvesting, LLC  solicitará con tiempo una inspección de la vivienda provista por el empleador a los representantes de la State Workforce Agency, el Departamento de Salud del Estado y/o la Administración de Empleo y Entrenamiento de los EEUU para verificar las condiciones de dicha vivienda para asegurar que todas las viviendas ofrecidas a trabajadores cumplan con los estándares a mas tardar 30 días previo a su ocupación.

Los trabajadores que ocupan la vivienda serán responsables de mantener la vivienda y sus recamaras en forma ordenada, limpia y de acuerdo con las Reglas de Trabajo que serán proveídas almomento de empleo y serán anexados a esto e incorporados por referencia a esta Solicitud. La falta de cumplimiento con estas reglas resultara en una acción disciplinaria como se describe en las Reglas de Trabajo.

Los trabajadores serán asignados a la vivienda del empleador por parte de un administrador designado por la compañía y deberán ocupar la vivienda asignada a ellos. Las trabajadoras de genero femenino serán provistas con baños/sanitarios compartidas solamente con otras empleadas femeninas. Areas de dormir separadas seran proveidas para personas no relacionadas de cada genero .

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 8 of 12

## Item 11.  Anticipated Hours of Work per Week/Horas Anticipadas/Previstas de Trabajo por Semana (continuación del ETA 790, página 1, Artículo 11)

El día de trabajo es de 7:00 AM hasta 2:30 PM de lunes a viernes y 7:00 AM hasta 12:00 PM el Sábado, con un tiempo para comer, sin goce de sueldo (7 horas/día y 5 horas/día on Sábado).  Se le podrá pedir al trabajador, pero no es requerido, trabajar hasta 12 horas por día y/o en el día de descanso religioso, dependiendo de las condiciones climáticas u otras condiciones. El calor excesivo, frío o sequía pueden afectar las horas de trabajo. El empleador ofrece  40 horas/semana siempre y cuando las condiciones del tiempo y la condición de la cosecha lo permitan. Los trabajadores se reportarán a trabajar el día y al lugar designado como se le indicó por el empleador cada día.

## Item 12.  Anticipated Range of Hours for Different Seasonal Activities/Rango Previsto de Horas para las Diferentes Actividades de la Temporada (continuación del ETA 790, página 1, Artículo 12)

Desarrolla un variedad de trabajos manual/ operación de equipos en el/la granja operación.

(Ver el Artículo 16 para una descripción completada la responsabilidades del trabajo).  Como asunto general, las horas de trabajo serán divididas entre la producción de frutas, vegetales y arboles de navidad dependiendo de las necesidades del empleador.  Dado a que la demanda de la producción agrícola es impredecible y se maneja por factores que incluyen la temperatura, condiciones de la cosecha, demandas del mercado y tareas temporales requiridas y otros numerosos factores, es imposible predecir con un nivel de precisión que porcentaje de tiempo será dedicado a tareas descritos en el Artículo 16.

## Item 15.  Referral Instructions and Hiring Information/Instrucciones Sobre Cómo Referir Candidatos/Informacion de Contratacion (continuación del ETA 790, página 3 Artículo 15)

Purpose Point Harvesting, LLC acatará los requisitos y garantías del 20 CFR § 653.501 en procesar y/o contratación de individuos referidos a través del sistema. Las referencias de estos individuos serán hechas a través de las oficinas de colocación de la MI ~~Dept. of Labor & Economic Growth~~ Michigan Works! EDW 2/26/18 para poder comprobar el empleo actual, cosecha o información de vivienda y para asegurar que se hagan los arreglos apropiados. Será la responsabilidad de la oficina SWA referente informar a los solicitantes de los términos y condiciones del empleo  en la orden La oficina SWA referente después de coordinar las referencias con las oficinas de colocación contactará al agente del empleador o al empleador directamente y asesorará al agente o empleador sobre la referencia o referencias. Cuando sea posible, las oficinas SWA podrán proveer el servicio de traductor si fuera necesario. Las entrevistas, ya sea en persona o por teléfono, serán dirigidas por el  empleador durante las horas de 9:00 AM to 3:30 PM , de lunes a viernes.  **El empleador será contactado primeramente a el siguiente domicilio y teléfono. Si no se encontrará disponible, contactaral el Agente del Empleador empleador directamente durante el mismo horario.**

Empleador                                     Agente del  Empleador

| Purpose Point Harvesting, LLC | MAS Labor H-2A, LLC. |
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave. Mears, MI  49436 | Lovingston, VA  22949 |
| (231) 742-1395 (teléfono) | 434-263-4300 / 434-260-8833 (teléfono) |
| N/A (fax) | 434-263-4700 (fax) |

Los solicitantes serán entrevistsados por teléfono en el momento de ser referidos o tan pronto sea posible. Si una oficina de colocación planea referir a varios solicitantes al mismo tiempo, se requiere que el empleador sea avisado por adelantado y una agenda para las entrevistas.

La decisión de contratación será comunicada directamente al solicitante al teléfono, dirección, correo electrónico u otro medio de información en el caso que dicha información no pueda ser otorgada durante la entrevista. Se le debe pedir al solicitante de mantenerse en contacto con la oficina de referencia SWA en cualquier caso.

Oficina de Agencia Estatal:    MI ~~Dept. of Labor & Economic Growth~~ Michigan  Works!
~~201 N. Washington Square~~ West Central 195 N. Michigan Ave.
~~Bureau of Workforce Programs~~ Victor Office Center, 5th Floor
~~Lansing MI 48913~~ Shelby, MI 49455
~~(517) 241-1198~~ (231) 259-2000

EDW
2/26/18

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 9 of 12

Purpose Point Harvesting, LLC  acatará de acuerdo a lo establecido por el 20 CFR § 655.135 que incluye pero no se limita a la normativa específica con referencia a las prácticas de contratación, reclutación afirmativa, cumplimiento con las leyes Federales, Estatales y locales y las obligaciones específicas establecidas en la subparte (a) al (l) para todos los trabajadores que aplican y/o son contratados para desarrollar el trabajo específicamente descrito en la orden de autorización.

<u>Item 16.  Job Description and Requirements/Descripción y Requisitos del Trabajo (continuación del ETA 790, página 3, Artículo 16)</u>

*EDW 2/20/2018*

Este trabajo requiere un mínimo de tres meses de experiencia previa cultivando/cosechando en una producción ~~comercial~~ de cosechas de vegetales y frutas.  Los trabajadores deben ser capaces de desarrollar actividades manuales y mecánicas con presicion y eficiencia.

Siembra, cultiva, y cosecha vegetales, frutas , arboles.

Siembra raices, semillas, y bulbos.  Cubre la tierra con plastico o otras cubiertas.  Limpia el plastico a mano despues de que sea removido.  Ara la tierra.  Deshierba y reduce plantas.  Transplanta plantas a mano.  Estaca/amarra plantas, enreja/poda plantas, instala postes y alambre para plantas con vides.  Pizca, corta, levanta, o jala la cosecha.  Amarra vegetales en montones. Clasifica, determina tamaño, lava, y empaca producto en el campo de acuerdo con los estandares de la empresa.  Mantiene cuidado para prevenir daño al producto y las plantas.

A los trabajadores se les podra ofrecer trabajo en las tardes para cosechar esparrago por un periodo corto del contrato.

Reducir frutas a mano para controlar el tamaño y calidad de la fruta.  Remover el capullo, flor y/o fruta identificable dentro del manojo de frutas.  Debe poder identificar con precision y remover fruta deforme, dañada, o no vendible.  Cosechar: Escoger fruta para pizcar y/o pelar el arbol de fruta al pizcar basado en las necesidades de la temporada. Chasquear fruta del arbol con pulgar y palma de la mano para evitar jalar el tallo, perforaciones, magulladas, o otros daños.  Pizcar fruta del suelo y fruta para pelar.  Usar/manipular escalera de hasta 16 pies de altura y pesando hasta 60  libras Llenar cubetas/canastas de fruta y colocar la fruta en contenedores.  Seguir las instrucciones del supervisor/capataz en relacion a requirimientos de color y tamaño. Debe ser capaz de diferenciar entre colores y variedades de fruta con precision. Algunas frutas podran usar agitadores mecanicos al cosechar.

El trabajo general de arboles podra incluir sembrar, cultivar, azadonear, pintar arboles, colocar alfombra para evitar maleza, colocar mantilla, ferilizar, recortar o entrenar.  Colocar rejas protectoras de arboles o conos y colgar dispensadoras de feromonas.  Amarrar/colocar arboles y ramas juntas a los enrejados usando hilo, cinta, alambre, u otro tipo de enganchadores o soporte.

Los trabajadores tambien podran cultivar y cosechar arboles perennes.  Cortar árboles con sierras de cadena operadas con gasolina. Arrastrar arboles del área de corte y sacudir arboles con sacudidora mecánica.  Empacar arboles utilizando empacadora mecánica. Cortar árboles con cuchillos, arrancar piñones, fertilizar y pintar arboles con rociadoras. Apilar arboles para formar un montón. Deberá cargar y descargar arboles y pasarlos por la embaladora y cargarlos a los camiones y vagones.

Cavar zanjas, palear, azadonear, acarrear, preparar la tierra, y otras tareas manuales.  Recoger raices, piedras, maleza y otros deshechos del campo.  Se requiere agacharse, inclinarse, arrodillarse.  Usar herramientas de mano incluyendo sin limitar, azadones, palas, cuchillos, tijeras, clippers, podadoras, y sierras. Levantar, cargar, descargar producto o suministros. Cortar, embalar, apilar y cargar heno.

Usar equipo de potencia incluyendo sin limitar: tractores, sembradoras, cortadoras, aradores, rociadores, cultivadores, tijera mecanica, sierra de cadena, montacargas, cargadores de patines.  Debe operar el equipo agricola con seguridad, con o sin direccion.  Limpiar/mantener edificios, estructuras, equipo, y areas de trabajo de la granja.  Construir/reparar enrejado y otras estructuras y mantener las lineas de la propiedad.

El trabajo se realiza en los campos por largos periodos de tiempo. Los trabajadores podran ayudar en manejar el producto empaquetado pesando hasta 60  libras y deberan poder cargarlo hasta una altura de 5 pies. Los trabajadores deben de ser capaces de trabajar de pie en posición inclinada por largos periodos de tiempo. El trabajo requiere movimientos repetitivos y mucho caminar. El trabajo se requiere en los campos cuando las plantas estan humedas con rocio y/o lluvia, y podra requerirse durante lluvia leve, nieve, vientos moderados, sol directo, alta humedad, y temperaturas extremas.  Las temperaturas

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 10 of 12

en los campos durante las horas de trabajo podran oscilar desde 10 hasta 100 grados F. Se podrá requerir que los trabajadores trabajen durante chubascos no tan severos que detengan la operación en los campos. Las alergias al solidago, vara de oro, abejas de miel, insecticidas, herbicidas, fungicidas, o químicos relacionados, podran afectar la habilidad del trabajador para desarrollar el trabajo.

Los trabajadores deben de ser capaces de realizar el trabajo requerido con o sin adaptaciones razonables. Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion bajo sospecha razonable de uso y luego de un accidente de trabajo. Se requiere trabajar en Sabado. Debe ser capaz de levantar/cargar 60 libras.

Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion bajo sospecha razonable de uso y luego de ún accidente de trabajo. Se requiere trabajar en Sabado. Debe ser capaz de levantar/cargar 60 libras.

Las personas que deseen el trabajo en esta posicion deberán estar disponibles por el período completo requerido por el empleador. Los solicitantes deben ser capaces de proveer una declaracion verbal o por escrito para establecer experiencia previa relevante.

Los solicitantes contratados estarán sujetos a una prueba de hasta 5 días durante el cual su desarrollo de las tareas requeridas será evaluado. El empleador se retiene el derecho de despedir a un trabajador si el empleador razonablemente encuentra que el desarollo durante el periodo de evaluacion no es aceptable.

El empleador se retiene el derecho de despedir a un trabajador obviamente descalificado, enfermizo, o recalcitrante quien físicamente sea capaz pero demuestre su falta de deseo de desarrollar el trabajo necesario para que el empleador aumente su producción de calidad premium, o por cualquier otro motivo legítimo. (Ver Anexo 2, Condiciones Generales).

El empleador podra disciplinar al trabajador, incluyendo una suspensión breve de actividades (tiempo fuera) por un período determinado por el supervisor/suspensión de trabajo por un período establecido de días, o la terminación del trabajo como se encuentra descrito en las Normas de Trabajo.

El empleador asegura que al trabajador se le proveerá transportación de su vivienda al lugar de trabajo cada día (para los trabajadores que se les provea hospedaje bajo las normas aplicables).

Los aumentos y/o bonos se ofrecerán a cualquier trabajador temporal contratado bajo esta orden de trabajo, a discreción de la compañía, basado en factores individuales incluyendo su desempeño, habilidad y permanencia.

Todos los términos y condiciones incluidos en esta orden de trabajo se aplicarán por igual a todos los trabajadores, tanto empleados de EEUU y H-2A, empleados en la ocupación descrita en esta orden de trabajo.

## Item 17. Wage Rates, Special Pay Information and Deductions/Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas) (continuación del ETA 790, página 4, Artículo 17)

Pago por pieza: Todo el trabajo será compensado por el rango por hora mencionado anteriormente a excepción de las siguientes actividades que pueden ser compensadas por el rango por pieza como incentivo de productividad de acuerdo al siguiente criterio:

Ver las lista anexa de Rango Por Pieza

No se podrá trabajar bajo el rango por pieza menor que el rango por pieza establecido. Cuando el trabajo se desarrolle de acuerdo con el rango por pieza establecido, se les garantiza que se les pagará nada menor que el establecido por el AEWR por hora por cada hora trabajada. En ocasiones cuando el trabajo o las condiciones de cosecha lo indiquen, el empleador puede, bajo su dirección, elevar o suspender el pago por pieza establecido a favor del pago por hora como lo menciona el AEWR establecido de manera de asegurar las ganancias justas de los trabajadores.

El empleador garantiza ofrecer al trabajador trabajo por al menos ¾ de las horas de trabajo del período total durante el cual el trabajo y todas las extensiones estarán en efecto, iniciando con el primer día de trabajo después de la llegada del trabajador al lugar del empleo y terminando en la fecha especificada en el contrato o sus extensiones, si hubieran. Si el empleador ofrece menos trabajo durante este periodo que el requerido bajo esta provisión, el trabajador será pagado la cantidad que él/ella

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 11 of 12

hubiera ganado si hubiese trabajado por las horas garantizadas Cualquier empelado que sea despedido por causa justificada no tendrá derecho a esta garantía.

El empleador está de acuerdo en mantener los registros de nómina adecuados y precisos, de acuerdo a los requisitos del 20 CFR § 655.122 (j)(1) y de retener dichos records por un periodo de al menos tres (3) años después de la fecha de la certificación. El empleador proporcionará a cada trabajador en el día de pago la contabilidad detallada de las ganancias y las deducciones legalmente requeridas y autorizadas por los trabajadores. Las deducciones del FICA y las retenciones de impuestos federales/estatales y las deducciones incluyendo el apoyo a menores por orden judicial, embargos y gravámenes, y cualquier otra deducción legalmente requerida serán hechas en circunstancias individuales requeridas por la ley. Todas las deducciones serán realizadas de acuerdo a la reglamentación de FLSA. Los adelantos y/o préstamos hechos a los trabajadores si hubieran, serán pagados por deducción pre autorizada en la nómina. El empleador no prevée otras deducciones hechas a la nómina. Los gastos razonables de reparación de daños y/o reemplazo de herramientas y/u otros equipos deberán ser cobrados a los trabajadores si dicha reparación o reemplazo es descubierta que fue como resultado de negligencia o negligencia grave por parte del trabajador.. El empleador puede ofrecer seguro voluntario al trabajador o plan de retiro a sus trabajadores; la participación en dicho plan, si es ofrecido, es voluntario y será pre-autorizado por el trabajador por escrito. Los gastos razonables de reparación de daños de la vivienda aparte de aquellos causados por el desgaste y deterioro normal serán cobrados a los trabajadores que se encuentren responsables de dichos daños a la vivienda. No se deberá cobrar por las camas y otros artículos similares comprados por los trabajadores que se les provea vivienda a menos que los aritculos sean retirados ilegalmente o dañados más allá del uso normal o desgarre. Si un trabajador realiza llamadas de larga distancia utilizando la línea de teléfono del empleador, el trabajador acepta que se le realicen dichas deducciones de la(s) llamada(s) de su recibo de nómina y inmediatamente confirmará dicha autorización por escrito. Sí el trabajador no autoriza dicha deducción por escrito, se espera que el trabajador pueda pagar al empleador por el uso del teléfono cuando se le pida. Si el trabajador no paga dichas llamadas telefónicas dentro de un tiempo razonable después de que se la haya pedido, el trabajador estará sujeto a una acción disciplinaria de acuerdo a las políticas del empleador.

**Item 18. More Details About the Pay/Mas Detalles Sobre el Pago (continuación del ETA 790, página 4, Artículo 18)**

Si el rango de pago H-2A applicable baja por cualquier razon durante el periodo de reclutamiento o el periodo del contrato H-2A de esta orden de trabajo, el empleador se reserva el derecho de reducir su rango de pago por hora ofrecido/pagado a el nuevo, mas bajo rango de pago, contal de que el nuevo mas bajo rango de pago continue siendo el mas alto de el AEWR, el rango de pago por hora o por pieza predominante, el rango de pago establecido bajo un acuerdo colectivo de una union y el salario minimo federal o estatal en efecto cuando las tareas cubiertas bajo esta orden de trabajo se desarrollen.

Si, antes de la fecha de expiración especificada en esta solicitud de aceptación, los servicios del trabajador no sean requeridos por razones fuera del control del empleador por fuego, clima, o casos de fuerza mayor que hacen que el cumplimiento del contrato sea imposible, el empleador podrá dar por terminado el contrato de trabajo. Si dicho evento constituye una imposibilidad del contrato este será determinado por un Oficial Certificante de acuerdo con la ley. En el evento que se dé por terminado el contrato, el empleador cumplirá con la garantía de tres cuartos por el tiempo que paso desde el primer día del empleo al momento de la terminación como se describe en el 20 C.F.R. § 655.122(i). El empleador hará un esfuerzo en transferir al trabajador con otro empleo comparable e igualmente aceptable para el trabajador, consistente con la existente ley de inmigración, como aplique. Si dicha transferencia no es efectuada, el empleador deberá:

(1)  Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) provenga a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2)  Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportación y gastos de subsistencia al lugar del empleo; y

(3)  Pagar al trabajador por cualquier costo realizado por el trabajador por su transportación y subsistencia diaria al lugar del empleo del patrón, si dichos pagos no fueron pagados al trabajador previamente antes de la separación del empleo. La subsistencia diaria será contabilizada como se establece en el 20 C.F.R. § 655.122(h). La cantidad del pago por transportacion l será igual al medio de transporte más económico y razonable que cubra la distancia involucrada.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 12 of 12

El empleador proveerá sin costo todas las herramientas, suministros y equipo necesario para desarrollar las tareas asignadas.

Todos los trabajadores referidos a este trabajo a través de la Agencia de Empleo Estatal deberán comunicarse con la agencia o preferiblemente la oficina local, para verificar la fecha de necesidad mencionada en esta orden de trabajo no antes de nueve (9) días laborales y a más tardar de cinco (5) días laborales previos a la fecha original requerida citada en esta orden de trabajo. El no contactar las oficinas de empleo estatales de acuerdo con estos requisitos, descalifica al trabajador de recibir las garantías de pago de la primera semana descritas en 20 CFR § 653.501(c)(3)(i).

Si el trabajador voluntariamente abandona el trabajo antes del término del período del trabajo o es despedido por problemas laborales o mala conducta, el empleador notificará al Departamento de Labor (y DHS en el caso de un trabajador H2-A) a más tardar de dos (2) días laborales en caso de su abandono; cinco días laborales de ausencia injustificada significará abandono del empleo.  El empleador no será responsable de proveer o pagar la transportación de retorno y gastos de subsistencia del trabajador y el empleador no está obligado a la garantía de tres cuartos descrita arriba.

El empleador ha informado a los beneficiarios/trabajadores de la visa H-2A de su responsabilidad de regresar a su país de órigen, o de las autorizaciones de empleo subsecuentes, al final del término del empleo.

El empleador prohíbe el pago de la reclutación de los trabajadores. Si a un trabajador se le pide pagar dicho pago o ha pagado el mismo, él o ella deberán de informar al empleador de inmediato para que el empleador pueda tomar acción apropiada.

Cada trabajador se le pagara de manera individual  por cheque disponible en viernes.  El período de pago es semanal. El empleador proporciona al trabajador, en o antes del día de pago, uno o más de las declaraciones por escrito mostrando las ganancias totales por los períodos de pago, la fecha de inicio y término de cada período de pago, el rango por hora del trabajador y/o el rango de pago por pieza, las unidades producidas diariamente (si el pago es por rango de pieza) las horas de empleo que fueron ofrecidas a el trabajador (desglosadas por las horas ofrecidas de acuerdo con y sobre la garantía de ¾), las horas trabajadas por el trabajador, un desglose de todas las deducciones que el empleador haya hecho del salario del trabajador, el nombre del empleador, dirección y FEIN.

El empleador está de acuerdo de llevar los registros de ganancias y los estados de cuenta disponibles para inspección y transcripción bajo pedimento del  Secretario  de Labor o algún representante autorizado y designado, y por el trabajador o representante designado por el mismo trabajador cuando se haya proveído una previa autorización.

El empleador proveerá al trabajador compensación sin costo que cubra heridas o enfermedades que se den fuera y en el curso del empleo del trabajador. Se proveerá comprobante del seguro de compensación proveído a el oficial certificador previo a la fecha de certificación.

### Item 19. Transportation Arrangements/Arreglos de Transportación (continuación del ETA 790, página 4, Artículo 19)

Si el trabajador completa el período de empleo, el empleador proveerá o pagará la transportación y subsistencia razonable del trabajador desde el lugar de su empleo al lugar de donde proviene el trabajador, excepto cuando el trabajador haya aceptado empleo subsecuente con otro empleador que esté de acuerdo en aceptar los pagos de transporte de regreso, en este caso el empleador solo pagará por la transportación hacia el nuevo trabajo.

El reembolso de la transportación de llegada o retorno aplica solo a las personas reclutadas fuera de distancia conmutable (de y hasta su lugar permanente de residencia cada día, ver primera pagina). El transporte de retorno no será proveído a los trabajadores que voluntariamente abandonen el empleo antes de terminar el periodo o que hayan sido despedidos por causa.

El empleador proveera la transportación bajo ningun costo para trabajador desde su vivienda al lugar del trabajo y regresarle a su vivienda diariamente.  Dicha transportación será de acuerdo con las regulaciones locales, estatales, y federales aplicables.  El uso de este transporte es voluntario, a ningún trabajador se le requerirá como condición del empleo el utilizar la transportación y subsistencia si aplica. El empleador no proveerá transportación que sea diferentea los trabajadores locales.

ETA 790 – Attachment 2
CompanyBranch
Page 1 of 2

Additional Terms, Conditions, and Assurances

**General Conditions**.    Qualified applicants must be able, willing, and available at time and place needed to perform the work described in this job order to be eligible for hire. Hired workers agree to abide by all posted Work Rules (attached hereto). Workers must notify and secure permission from the employer for all absences. Workers who quit or are terminated for cause prior to the end of the H-2A contract period will not receive return transportation and subsistence reimbursements (see Item 19) and may not be eligible for rehire.

**Termination.**    Employer may terminate a worker for lawful job-related reasons and notify the Job Service local office if the worker: (a) abandons employment (five consecutive workdays of unexcused absence); (b) malingers or otherwise refuses, without cause, to perform the work as directed; (c) commits serious act(s) of misconduct or repeatedly violates the Work Rules; (d) fails, after completing the allowable three day training period or five day trial period (whichever is applicable), to perform in a workmanlike manner that enables the employer to produce and sell a premium quality product; and/or (e) provides other lawful job-related reasons for termination, including termination of a non-US worker because a US worker becomes available for the job under the DOL 50% rule. Regardless of whether the employer requires a background check as a condition of employment (see Item 16.2), the employer may terminate for cause, in accordance with applicable laws and regulations, any worker found during the period of employment to have a criminal conviction record or status as a registered sex offender  that the employer reasonably believes will endanger the safety or welfare of other workers, company staff, customers, or the public at large.

**Contract Impossibility**.    If fire, weather, or other "Act of God" makes completion of the contract impossible, the employer may terminate the work contract upon approval by the Certifying Officer. In the event of such contract termination, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of termination of the work contract as described in 20 C.F.R. § 655.122(i).  The employer will make efforts to transfer the worker to comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer will:

(1)    At the worker's direction and employer's expense, return the worker to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer;

(2)    Reimburse worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and

(3)    Reimburse the worker for all inbound transportation and subsistence costs, if such payments were not already paid to the worker prior to termination of the work contract. Daily subsistence will be computed as set forth in 20 C.F.R. § 655.122(h). The transportation payment will be no less than the most economical and reasonable common carrier transportation costs for the distances involved.

**Disclosure of Work Contract.**    Employer will provide to the worker, in a language understood by the worker, a copy of the Agricultural Work Agreement and Work Rules containing the provisions required by 20 CFR 655.122(q) no later than the time the worker applies for the visa, or, for a worker in corresponding employment, no later than on the date work commences. For an H-2A worker transferring to a subsequent H-2A employer, the subsequent H-2A employer will provide the copy no later than the time that employer made the offer of employment to the worker. In the absence of a written work contract between the employer and the worker, the terms of the job order and the certified *Application for Temporary Employment Certification* will serve as the work contract.

ETA 790 – Attachment 2
CompanyBranch
Page 2 of 2

Terminos, Condiciones, y Aseguraciones Adicionales

**Condiciones Generales.** Para ser contratado para este trabajo, el trabajador deberá ser capaz, estar dispuesto, y disponible en el momento y lugar donde se necesite desarrollar el trabajo descrito en esta orden de trabajo. Trabajadores contratados están de acuerdo con seguir las Normas de Trabajo publicadas (ver anexo). Los trabajadores deberán notificar y obtener permiso del empleador para todas sus ausencias. Los trabajadores que renuncian o son despedidos por causa ajena previo al final del periodo de contrato no recibirán reembolso de transportación de regreso y gastos de subsistencia (ver Punto 19) y podrán perder su elegibilidad para ser re-contratados.

**Terminacion.** El empleador podrá dar por terminado al trabajador por razones legales relacionadas al trabajo y así mismo notificar al Servicio Local de Empleo si el trabajador: (a) abandona el empleo (cinco días laborales consecutivos sin escusa); (b) se hace el enfermo o de otra manera se rehusa sin justificación a desarrollar el trabajo como se le es indicado; (c) comete actos serios de mala conducta o violaciones repetidas de las Normas de Trabajo; (d) fracasa, después de completar el período de tres días o cinco días de entrenamiento (el que aplique), a desarrollar su trabajo de manera competente para que el empleador produzca o venda productos de calidad premium; y/o (e) ofrece otro motivo legal para terminar su trabajo, incluyendo la terminación de un trabajador extranjero porque un trabajador de EEUU esta disponible para el trabajo bajo la regla del 50% del DOL. No obstante de que el empleador requiera revisión de antecedentes como condición de empleo (ver Punto 16.2), el empleador podrá terminar por causa, de acuerdo con las leyes y regulaciones aplicables, a cualquier trabajador que se le encuentre durante el periodo de trabajo una convicción criminal o un registro de delincuencia sexual que el empleador razonablemente crea podría poner la seguridad y bienestar de otros trabajadores, miembros de la empresa, clientes, o el publico en general, en peligro.

**Imposibilidad de Contrato.** Si, por causa de un fuego, clima, u otra fuerza mayor se vuelve imposible finalizar el contrato, el empleador podrá terminar el contrato siempre y cuando sea aprobado por un Oficial Certificado. En el evento que se de por terminado el contrato, el empleador cumplira con la garantía de tres cuartos por el tiempo que haya pasado desde el primer día del empleo hasta el momento de la terminación de acuerdo con 20 C.F.R. § 655.122(i). El empleador hara esfuerzos en transferir al trabajador a otro empleo similar que sea aceptable a el trabajador, de acuerdo con las leyes de inmigración aplicables. Si dicha transferencia no se efectua, el empleador deberá:

(1)     Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) vino a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2)     Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportacion y gastos de subsistencia al lugar del empleo; y

(3)     Reembolsar al trabajador por gastos de transportación y subsistencia al lugar de empleo, si dichos reembolsos no fueron antes hechos. La subsistencia diaria sera contabilizada de acuerdo con 20 C.F.R. § 655.122(h). La cantidad del reembolso de transporte no sera menor que el costo por el medio de transporte mas económico y razonable que cubra la distancia involucrada.

**Revelacion del Contrato.** El empleador le provera el trabajador, en una idioma que el trabajador entienda, una copia del Acuerdo de Trabajo Agrícola y las Normas de Trabajo que contengan todas las disposiciones requeridas por la sección 20 CFR 655.122(q) a más tardar al momento en que el trabajador aplique por su visa, o, para el trabajador domestico en empleo correspondiente, a mas tardar al momento que comience el trabajo. Para un trabajador H-2A transfiriendose a un empleador H-2A subsecuente, el empleador H-2A subsecuente proveerá una copia a más tardar al momento de hacer la oferta de trabajo al trabajador. Si hace falta un contrato por escrito entre el empleador y el trabajador los términos requeridos en esta orden de trabajo y la *Certificación de la Solicitud de Empleo Temporal* certificada serviran como el contrato de trabajo.

### Purpose Point Harvesting, LLC  Work Rules

Although not intended to be a complete list, these work rules are intended to provide guidance to workers of standards of conduct expected of them.

Notice is provided that violation of lawful job-related employer requirements, including these work rules, will be considered grounds for immediate termination of a worker's employment.  Penalties such as suspension from work opportunity for the remainder of a day to three days may be made in the case of less serious violations.

Workers are expected to comply with all rules relating to discipline, attendance, work quality and effort, and the care and maintenance of all property provided to them by the employer.

1. Workers who perform sloppy work may be suspended without pay for the remainder of a workday or for up to three days in the sole judgment of their supervisor, depending on the degree of infraction, the worker's prior record and other relevant factors.  Discharge of the worker may result from any subsequent offense.

2. No use or possession of beer, liquor or illegal drugs is permitted during work time or during any workday before work is completed for the day (such as during meals); workers may not report for work under the influence of beer, liquor or illegal drugs.  Employees may be terminated for excessive use of alcohol, drunk and/or disorderly conduct in housing after hours.   Illegal drugs may not be used, sold, manufactured or kept on any employer premises, including housing.

3. Excessive absences and/or tardiness will not be permitted.  This is regular, everyday work for which employees are expected to be present, able and willing to perform every scheduled workday and at the scheduled time.  This is not sporadic or "day work."  Excessive or repeated tardiness is not acceptable.  Any absence from work must be reported by 7AM.   Five consecutive workdays of unexcused absence will constitute abandonment of employment and worker will be terminated.

4. Workers shall maintain any living quarters provided to them clean and in good repair, given reasonable wear and tear.  Workers shall cooperate in maintaining common kitchen and living areas.  No pets of any kind are permitted.

5. All posters required by federal and state law will be posted at each camp.  They are not to be removed, defaced, or altered in any way.  Workers who wish for copies may ask their supervisor.

6. All housing must be locked each morning before leaving for work.  Lights and unnecessary heat should be turned off; doors and windows closed in event of rain and when heat is turned on.

7. Workers living in employer's housing assigned to bunk beds may not separate bunk beds, as floor space in sleeping rooms is needed by all occupants.

8. Workers living in employer's housing may not cook in sleeping rooms or any other non-kitchen areas.  Employer furnishes cooking facilities and equipment.

9. Workers may not drop paper, cans, bottles and other trash in fields, work areas, or on housing premises.  Trash and waste receptacles must be used.

10. Workers may not take unauthorized breaks from work.

11. Workers may not leave the field or other assigned work area without permission of employer or person in charge.

12. Workers may not enter employer's premises without authorization.

13. Workers shall be present at their assigned worksite at the scheduled start time. Workers may not begin work prior to scheduled starting time or continue working after stopping time.

14. Workers living in employer's housing may not entertain guests in housing premises after 10:30 p.m. except on Saturday night on which night guest hours end at 12:00 midnight.  No persons, other than workers assigned by employer to a room, may sleep in any room.

15. Workers may not deliberately restrict production, damage plants or bruise fruit.

16. Any worker who physically threatens another worker, the employer or any supervisor with any tool or weapon will be subject to immediate discharge.

17. Any worker who is found carrying, using or possessing any dangerous or deadly weapon will be subject to immediate discharge.

18. Workers will be discharged for fighting on the employer's premises, including housing premises, at any time.

19. Workers will be discharged if they steal from fellow workers or the employer.

20. Workers will not falsify identification, personnel, medical, production or other work-related records.

21. Workers may not willfully abuse or destroy any machinery, truck or other vehicle, equipment, tools, or other property belonging to the employer or to other employees.

22. Workers may not use or operate trucks or other vehicles, machines, tools or other equipment and property to which the worker has not been specifically assigned by his supervisor. Workers may not use or operate trucks or other vehicles, tools or other equipment or property for their personal use unless expressly authorized by the employer.

23. Workers must not misuse or remove from the farm premises without authorization any employer-owned property.

24. Workers must obey all safety rules and common safety practices and must report any injuries or accidents promptly to their supervisor or the employer's office.

25. Workers must follow supervisor's instructions. Insubordination is cause for dismissal.

26. Long distance telephone calls are prohibited without prior permission of employer and costs of such calls, if made by workers without employer's prior permission, will be charged to workers.

27. Except as otherwise noted above, employees who violate work rules will be disciplined according to the following schedule:

     First offense:     oral warning and correction.

     Second offense:     written warning and unpaid leave for balance of day.

     Third offense:     immediate discharge with written fact statement. Employee will be asked to sign written fact statement.

## NORMAS DE TRABAJO

Aunque no es la intención de ser una lista completa, estas normas de trabajo tienen la intención de proveer una guía de los estándares de conducta que se esperan de los trabajadores.

Se les notifica que cualquier violación de los requisitos legítimos relacionados al trabajo incluyendo estas normas de trabajo, serán consideradas como motivo para despedir al trabajador inmediatamente. Las sanciones, tales como suspensión de oportunidades de trabajo por el resto del día o hasta tres días pueden llevarse a cabo en el caso de violaciones menos graves.

Se espera que los trabajadores cumplan con todas las normas relacionadas con disciplina, asistencia al trabajo, calidad de trabajo y esfuerzo, y el cuidado y mantenimiento de toda la propiedad que el patrón le provea.

1. Los trabajadores que desarrollen un trabajo descuidado podrán ser suspendidos sin derecho a pago por el resto del día o hasta tres días a discreción del supervisor, dependiendo del grado de la infracción, el record previo del trabajador y otros factores relevantes. El despido del trabajador podrá resultar por razón de ofensas anteriores.

2. No se podrá usar o poseer cerveza, licor o drogas ilegales durante las horas de trabajo o durante cualquier día de trabajo antes de que el mismo sea completado (como durante las comidas);  los trabajadores no podrán reportarse a trabajar  bajo la influencia de cerveza, licor o drogas ilegales. Los trabajadores podrán ser despedidos por el uso excesivo de alcohol, andar borrachos y/o tener una conducta inadecuada en la vivienda después de horas de trabajo. Las drogas ilegales no podrán ser usadas, vendidas, manufacturadas o guardadas en la propiedad del empleador, incluyendo la vivienda.

3. No se permitirán ausencias y/o tardanzas en exceso. Este es un trabajo regular, un empleo diario para lo que se espera que los trabajadores estén presentes, disponibles y deseosos de desarrollar su trabajo diario y en el tiempo programado. Este no es un empleo esporádico o de un día. Las llegadas tardes en exceso o repetitivas no serán aceptadas. Cualquier ausencia al trabajo deberá ser reportada antes de las 7 AM. Las ausencias sin justificación por cinco días consecutivas constituirán abandono del empleo y el trabajador será despedido.

4. Los trabajadores deberán mantener la vivienda proveída limpia y en buen estado, dado uso y desgaste razonable. Los trabajadores deberán cooperar en mantener las áreas comunes de la cocina y habitaciones. No se permiten mascotas de ningun tipo.

5. Todos los carteles requeridos por ley federal o estatal serán colocados en cada campamento. No podrán ser retirados, manipulados o alterados, de cualquier forma. Los trabajadores que requieran copias podrán pedírselas al supervisor.

6. Todas las viviendas deberán cerrarse cada mañana antes de ir a trabajar. Las luces y calefacción innecesaria deberán ser apagadas, las puertas y ventanas deberán cerrarse en caso de lluvia y cuando la calefacción esté encendida.

7. Los trabajadores que tengan una vivienda asignada con literas no podrán separar las literas, ya que el espacio en las habitaciones es necesario para los demás ocupantes.

8. Los trabajadores que viven en las viviendas del patrón no pueden cocinar en los dormitorios o en cualquiera otra área que no sea la cocina.  El patrón proveerá los aparatos y artículos para cocinar.

9. Los trabajadores no deben tirar papeles, latas, botellas ni otra basura en los campos, áreas de trabajo, ni en el área de vivienda.  Se deben usar los recipientes para basura y desperdicios.

10. Los trabajadores no podrán tomar recesos del trabajo sin autorización.

11. Los trabajadores no podrán abandonar los campos u otras areas asignadas de trabajo sin permiso del empleador o la persona encargada.

12. Los trabajadores no deben entrar a la propiedad del patrón sin autorización.

13. Los trabajadores deberán presentarse al lugar de trabajo asignado a la hora programada para iniciar. Los trabajadores no podrán iniciar el empleo antes de la hora de entrada o continuar trabajo después de la hora de terminación.

14. Los trabajadores que habiten la vivienda del patrón no podrán tener visitas después de las 10:30 p.m. con la excepción de los sábados en la noche cuando las horas de visita terminarán a las 12:00 de la medianoche. Ninguna persona que no esté asignada por el empleador, podrá dormir en una habitación.

15. Los trabajadores no pueden deliberadamente restringir la producción, dañar las plantas o lastimar las frutas.

16. Cualquier trabajador que amenace físicamente a otro trabajador, el empleador o supervisor con una herramienta o arma estará sujeto a despido de inmediato.

17. Cualquier trabajador a quien se le encuentre cargando, usando o poseyendo cualquier arma peligrosa o mortal estará sujeto a despido de inmediato.

18. Los trabajadores serán despedidos por pelear en la propiedad del empleador, incluyendo la vivienda, en cualquier momento.

19. Los trabajadores serán despedidos si roban de otros compañeros de trabajo o el empleador.

20. Los trabajadores no falsificarán su identificación, registros personales, médicos, producción u otros documentos relacionados al trabajo.

21. Los trabajadores no podrán intencionalmente abusar o destruir maquinaria, camionetas o vehículos, equipo, herramientas o propiedad perteneciente al empleador o trabajadores.

22. Los trabajadores no podrán usar u operar camiones u otros vehículos, maquinaria, herramientas u otros equipos y propiedad a la que los trabajadores no hayan sido específicamente asignados por el supervisor. Los trabajadores no podrán usar u operar camiones u otros vehículos, herramientas u otro equipo o propiedad para uso personal a menos que haya sido expresamente autorizado por el empleador.

23. Los trabajadores no podrán hacer mal uso o retirar de la propiedad de la granja sin autorización cualquier propiedad del empleador.

24. Los trabajadores deberán obedecer todas las reglas de seguridad o practicas de seguridad común y deberán reportar cualquier lesión o accidente de inmediato al supervisor o la oficina del empleador.

25. Los trabajadores deberán seguir las instrucciones del supervisor. La insubordinación sera causa para despido.

26. Las llamadas de larga distancia están prohibidas sin la previa autorización del empleador y los costos de dichas llamadas, si fueran realizadas sin la previa autorización del empleador, serán cobradas a los trabajadores.

27. Salvo se indique lo contrario, los trabajadores que violen las normas de trabajo serán disciplinados de la siguiente manera:

> Primera ofensa:    aviso oral y prueba
>
> Segunda ofensa:   aviso por escrito y resto del día sin paga.
>
> Tercera ofensa:    despido inmediato con detalle de los hechos por escrito.  Se le pedirá al trabajador que firme los hechos por escrito.

# Purpose Point Harvesting Itinerary- 2018

| Name and Contact Information of Fixed Site Employer | Location of Worksite | Work Start Date | Work End Date | Housing Address | Driving Directions and Description of Housing | Applicable Wage Rate |
|---|---|---|---|---|---|---|
| Paul Oomen & Sons<br>2840 E. Hammett Rd.<br>Hart, MI 49420<br>Phone: 231-923-6626 | 7035 N. 120th Ave.<br>Hart, MI 49436<br><br>2480 E. Hammett Rd.<br>Hart, MI 49436<br><br>Oceana County | 4/16/2018 | 11/20/2018 | 2706 E.<br>Hammett Rd.<br>Hart, MI 49420 | From US 31 take Pentwater exit then take a quarter miles to Hammett Road. Turn right right onto Monroe Road. Go 7 miles to 126th Avenue and take left. Go on in a and continue for approximately one and a half miles to mobile homes on left.<br><br>I-beam mobile homes - total housing capacity – 18 persons | $13.06/hr. or applicable piece rate |

Work will take place at the above site and at the following list of growers with additional worksite locations.

1 – 55 workers could be at any location based upon current labor need through the entire contract period.

## 2018 Growers & Additional Worksite Locations for Purpose Point Harvesting

### Worksite Contact Information and Location

| Company | Attention | Phone Number | Business Address | Worksite Address | County |
|---------|-----------|--------------|------------------|------------------|--------|
| Veg Grass, LLC | James Jensen | 231-903-3980 | 454 W. Tyler Rd., Hart, MI 49420 | 552-636 W Tyler Rd., Hart, MI 49420 | Oceana |
| Timothy Tubbs Farms, LLC | Timothy Tubbs | 231-873-4174 | 3748 N. Oceana, Hart, MI 49420 | 3995 N 72n Ave., Hart, MI 49420 | Oceana |
| Daly Orchard Company | Martin J. Daly | 231-873-3894 | 3585 W. Jackson Rd., Hart MI 49420 | 3585 W Jackson Rd., Hart, MI 49420 | Oceana |
| Lakeshore Farms Inc. | Alan Burmeister | 231-861-2754 | 1747 S. 32nd Ave., Shelby MI 49455 | 1709-1601 S 32nd Ave., Shelby, MI 49455 | Oceana |
| Evans Farms | Bill Evans | 231-923-6455 | 1276 N 136th Ave., Hart, MI 49420 | 1276 N. 136th Ave., Hart, MI 49420 | Oceana |
| Karen Longcore | Timothy Longcore | 231-873-3789 | 2598 W. Tyler Rd., Hart, MI 49420 | 2557 W. Tyler Rd., Hart, MI 49420 | Oceana |
| Gerrit Herrygers | Gerrit Herrygers | 231-742-1265 | 1261 N. 136th Ave., Hart, MI 49420 | 1260 N. 136th Ave., Hart, MI 49420 | Oceana |
| Herrygers Farms LLC | Alan Herrygers | 231-742-0136 | 1261 N 136th Ave., Hart, MI 49420 | 1261 N. 136th Ave., Hart, MI 49420 | Oceana |
| Aebig Orchards | Tad Aebig | 231-861-2992 | 1430 W. Shelby Rd., Shelby, MI 49455 | 1824 W. Shelby Rd., Shelby, MI 49455 | Oceana |
| Matt Williams | Matt Williams | 231-629-0593 | 3581 Hill N-Dale, Hart, MI 49420 | 5896 W Harrison Rd. Mears, MI 49436 | Oceana |
| Wittkamp Grain & Vegetable, LLC | Nathan Wittkamp | 231-206-4241 | 6718 W. Lake Rd., Mears, MI 49436 | 6718 W Lake Rd., Mears, MI 49436 | Oceana/Mason |
| Gerald and Rusty Shafer Inc. | Rusty Shafer | 231-873-3167 | 7944 N. 126th Ave., Hart, MI 49420 | 801-1399 E Jefferson Rd., Hart, MI 49420 | Oceana/Mason |
| Eisenlohr Farms LLC | Dolphie Eisenlohr | 231-861-2318 | 2500 E. Warren Rd., Shelby MI 49455 | 2500 E. Warren Rd., Shelby MI 49455 | Oceana |
| Greiner Farms | Scott Greiner | 231-873-3257 | 6033 N. 120th Ave., Hart, MI 49420 | 6033 N 120th Ave., Hart, MI 49420 | Oceana |
| BW Orchards, LLC | Brian Wernstrom | 231-742-0443 | 1556 N. 56th Ave., Mears, MI 49436 | 508 E. Tyler Rd. Hart MI 49420 | Oceana |
| Brandel Farms, LLC | Tony Eisenlohr | 231-742-1050 | 2107 N. 84th Ave., Hart, MI 49420 | 2751 W. Fox Rd., Hart, MI 49420 | Oceana |
| Slocum Farms, LLC | Denise Pagura | 231-873-3706 | 1625 N. 136th Ave., Hart, MI 49420 | 9656 N. Dickenson Ave., Bitely MI 49309 | Oceana/Newaygo |
| Oomen Brothers, Inc. | Ralph Oomen | 231-873-3289 | 2157 E. Jackson Rd., Hart, mI 49420 | 1574-2222 E Jackson Rd., Hart, MI 49420 | Oceana/Mason |

Please see following additional worksite locations.

| # | Field Name | GPS Coordinates | Physical Address | Les From Cal | County | Location of Field |
|---|---|---|---|---|---|---|
| | Assenage Fields | | | | | |
| 41 | NO VALUE | | | | | |
| 41 | GRAND TRAVEL/COOK.ER | Latitude: 43.683369075 Longitude: -85.2054011 | 7937 E Polk Rd Hart MI 49420 | | | |
| 43 | NO VALUE | Latitude 43.6728823 Longitude -86.2300639999999 | | 1 Mile | Oceana | Hart Exit Right off US31 on to Polk Rd 7 miles on right hand side beside Ferry |
| 45 | HONEY PLACE | Latitude 43.3743903999999, Longitude -86.2942960000001 | 3901 S Taylor Rd | | Oceana | Hart Exit. Right off US31 on to polk rd.. turn right on 128th Ave. & Taylor Rd East side of 128th behind Ferry |
| 46 | EMERO | Latitude 43.3743903999999, Longitude -86.2942960000001 | 3784 E 129th Ave Hart MI 49420 | | Oceana | Hart Exit on 31. Right off US31 on to polk rd.  turn right on 128th Ave. & Taylor Rd East side of 128th behind hovey |
| 62 | GREEN AVE. E | Numbers 60 thru 62, Latitude 043 33 57 N Longitude 0 85 -57-57 W | | | Oceana | Right off US31 on to polk rd.  turn right on 128th Ave. & Taylor Rd East side of 128th behind hovey |
| 84 | BACK 40 FIELD MAIN | Numbers 74-90 are all included in this latitude and longitude. Lat 043 43 43'N Long 0 86 0 1 W | 3386 3508 N Green Ave, Hesperia MI | 21 Miles | Newaygo | From US 31 take New Era exit. Go east on M-20, Left on Green Ave off m202 follow to Green Ave and Vanburen field N side. |
| 87 | BACK40 PARK (SOUTH CABIN) | Numbers 84-90 are all included in this latitude and longitude. Lat 043 43 43'N Long 0 86 0 1 W | | | Newaygo | From US 31 take New Era exit. Go east onto M-20 /M120 to Comstock Ave South to. Dickerson |
| 89 | NORTH CABIN FIELD | Numbers 84-90 are all included in this latitude and longitude. Lat 043 43 43'N Long 0 86 0 1 W | 9919 N Dickerson | | Newaygo | From US 31 take New Era exit. north on M-120 to Comstock Ave South of 11 mile Rd. 1/4 Mile on Comstock. E side of Rd |
| 90 | CECIL.S | Numbers 84-90 are included in this latitude and longitude. Lat 043 43 43'N Long 0 86 0 1 W | | | Newaygo | From US 31 turn E onto M-20. N onto M-120 to Comstock Ave South of 11 mile Road 1/4 Mile on Comstock. east side of Rd |
| 90 | | | | | Newaygo | US 31 take New Era exit. go E on M-20, N on M-120 to Comstock Ave south of 11 mile Rd 1/4 m on Comstock. Field on East |

# Purpose Point Harvesting LLC – Additional Housing Information

| Housing Address/Description | Housing Directions |
|---|---|
| 2182 W. Shelby Rd., Shelby MI 49455<br><br>Single-family frame house – capacity – 15 persons | From US 31 take Shelby exit turn right onto 6th St. Continue straight until 88th Ave and turn right. At stop take left onto Shelby RD. House is second place on right. |
| 1625 N. 136th Ave., Hart, MI 49420<br><br>Steel i-beam – capacity – 7 persons | From US 31 take Hart Exit, go East approximately 9.5 miles, south on 136 Ave. 2/3 mile, go west to two track and around curve to trailer on left. |
| 2657 E. Polk Rd., Hart, MI 49420<br><br>Multi-family frame house – capacity – 15 persons | Take US 31 to Hart Exit.  East on Polk Rd. approximately 9.2 miles to housing on southside. |
| 2319 Taylor Rd., Hart, MI 49420<br><br>Apartments – capacity – 6 persons | From US 31 take Hart Exit, go East on Polk Rd. South on 116th Ave, follow curve. Go East almost 2.5 miles and house is on south  side of road before next curve. |

## Piece rate schedule:

Apples:

- Processed -$17.00 per 18 bu. box
- Fresh- 18.75 per 18 bu. box
- Juice- AEWR

Asparagus:

- Processed- .16 per lb.
- Fresh- .18 per lb.
- Spears- .20 per lb.

Squash - $10.00 per 18 bushel box

Sm Zucchini -18.00 per 18 bushel box

Med. Zucchini- 17.00 per 18 bushel box.

Fresh Zucchini - 3.50 per 50 lbs. RPC crate.

Field-packed Zucchini- $2.35 per 20 lbs box

Cabbage- $10 per 18 bu. box

Processed Broccoli- $9.00 per 18 bu. box

Processed Peaches - $18.00 per 18 bu. Box

Peppers- $2.00 per 12 lbs. RPC crate