

**U.S. Department Labor**
**Employment and Training Administration**

OMB Control No. 1205-0134
Expiration Date: March 31, 2019

## Agricultural and Food Processing Clearance Order ETA Form 790
### Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

| | |
|---|---|
| 1. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal): <br> **Purpose Point Harvesting, LLC** <br> **Mail: 2235 N. 56th Ave. Mears, MI 49436** <br><br> **Physical: 2235 N. 56th Ave., Mears, MI 49436** <br><br> a) Federal Employer Identification Number (FEIN) / Número federal de Identificación del Empleador: <br><br> b) Telephone Number / Número de Teléfono: <br> **(231) 742-1395** <br><br> c) Fax Number / Número de Fax: <br> **N/A** <br><br> d) E-mail Address / Dirección de Correo Electrónico: <br> **c/o Employer Agent e-mail: masH2A8739@maslabor.com** | **Nos. 4 through 8 for STATE USE ONLY** <br> **Números 4 a 8 para USO ESTATAL** |

| 4. SOC (O*NET/OES) Occupational Code / Código Industrial: <br><br> 45-2092.02 <br><br> a. SOC (ONET/OES) Occupational Title / Título Ocupacional <br> Farmworkers and Laborers, Crop | 5. Job Order No. / Num. de Orden de Empleo: <br><br> 9542345 |
|---|---|

| 2. Address and Directions to Work Site / Domicilio y Direcciones al lugar de trabajo: <br> **1430 W. Shelby Rd., Shelby, MI 49455** <br><br> **See attached Itinerary.** <br><br> See "Attachment 1 to ETA 790" Item 2 / Ver "Adjunto 1 a ETA 790" Artículo 2 |
|---|

| 6. Address of Order Holding Office (include Telephone number) / Dirección de la Oficina donde se radica la oferta (incluya el número de teléfono): <br><br> Michigan Works! 195 North Michigan Avenue, Shelby, MI 49455 <br><br> a. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de la Oficina Local (Incluya el número de teléfono de su línea directa). <br> Rose Rangel (habla español): 231-259-2006, rangelr@michigan.gov <br> Lourdes Estrada: 231-259-2001, lestrada@michworkswc.org |
|---|
| 7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo: <br><br> 2/6/2019 |
| 8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo: <br><br> 8/2/2019 |
| 9. Anticipated Period of Employment / Período anticipado o previsto de Empleo: <br><br> From / Desde:  4/16/2019    To / Hasta:  11/16/2019 |
| 10. Number of Workers Requested / Número de Trabajadores Solicitados: <br><br> **70** |

| 3. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda: <br> **2182 W. Shelby Rd., Shelby , MI 49455** <br><br> **See attached Itinerary.** <br><br> a) Description of Housing / Descripción de la vivienda: <br> **Single-family frame house – worker capacity = 15 persons** <br><br><br> See "Attachment 1 to ETA 790" Item 3 / Ver "Adjunto 1 a ETA 790" Artículo 3 |
|---|

| 11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana. Total: 40 |
|---|

| | | | |
|---|---|---|---|
| Sunday /Domingo | 0 | Thursday /Jueves | 7 |
| Monday / Lunes | 7 | Friday /Viernes | 7 |
| Tuesday / Martes | 7 | Saturday / Sábado | 5 |
| Wednesday / Miércoles | 7 | | |

See "Attachment 1 to ETA 790" Item 11 / Ver "Adjunto 1 a ETA 790" Artículo 11

| 12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas par alas diferentes actividades de la temporada: <br> **Performs a variety of manual/equipment operation tasks in farm operation.** <br><br> See "Attachment 1 to ETA 790" Item 12 / Ver "Adjunto 1 a ETA 790" Artículo 12 |
|---|
| 13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de: <br><br><br> Employer / Empleador:    Yes / Sí ☒    No ☐ |

P-16698

14.   Describe how the employer intends to provide either 3 meals a day to each worker or furnish free and convenient cooking and kitchen facilities for workers to prepare meals / Describa cómo el empleador tiene la intención de ofrecer, ya sea 3 comidas al día a cada trabajador, o proporcionar gratuitamente instalaciones para cocinar.

Employer-provided housing includes free cooking and kitchen facilities. For workers residing in employer-provided housing, employer will also provide free transportation, at least once per week, to and from the neighboring closest town for supplies and/or banking services. Dining, kitchen/cooking facilities and other common areas will be shared by all workers.

-------------------------------------------------------------------------------

La vivienda proveida por el empleador incluye cocinar gratis y facilidades de cocina.  Para los trabajadores que viven en la vivienda proveida por el empleador, el empleador tambien proveera transportacion gratis, por lo menos una vez por la semana, ida y vuelta, al pueblo mas cercano para hacer compras y/o ir al banco.  Comer, cocinar/facilidades de cocina y otras areas comunes seran usadas por todos los trabajadores.

15.  Referral Instructions and Hiring Information / Instrucciones sobre cómo Referir Candidatos/Solicitantes - (Explain how applicants are to be hired or referred, and the Employer's/Agent's available hour to interview workers / Explique cómo los candidatos serán contratados o referidos, y las horas disponibles del empleador/agente para entrevistar a los trabajadores).  See instructions for more details / Vea las instrucciones para más detalles.

**Employer will abide by all requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system. Employer will make offers of employment to eligible applicants at its sole discretion. Employer will accept applicants from all sources, including but not limited to State Workforce Agency (SWA) referrals, direct inquiries, walk-ins, and gate hires. The SWA should disclose to applicant all terms and conditions of employment prior to making a referral. To be eligible for hire, applicants must:**

1.  **Satisfy all applicable requirements and qualifications for the job (see Item 16);**
2.  **Be willing, able, and available to perform work for the entire contract period;**
3.  **Have been fully apprised by the SWA of all terms and conditions of employment; AND**
4.  **Be legally authorized to work in the United States.**

**Additionally, non-local workers (see definition in Item 3) must have transportation to place of employment at the beginning of the contract period. Local workers who are able to travel to and from their permanent residence each work day must have daily transportation to place of employment.**

**All applicants must possess documentation required to satisfy employment verification requirements of IRCA. Hired applicants must accurately complete a Form I-9 within three (3) days of beginning employment, in accordance with federal law.**

See "Attachment 1 to ETA 790" Item 15.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**El Empleador cumplirá con todos los requerimientos y aseguraciones de 20 CFR § 653.501 al procesar y/o contratar individuales referidos por el sistema de acreditacion. El Empleador ofrecerá empleo a solicitantes elegibles a su completa discrecion. El Empleador aceptara aplicaciones de todas las fuentes, incluyendo, sin limitar, referencias de la Oficina Estatal de Empleo (SWA), solicitantes directos, solicitantes que llegan al sitio de trabajo sin cita, y solicitantes que se presentan a trabajar y son contratados. El SWA debera demosnstrarle a todos los solicitantes los terminos y condiciones de trabajo antes de hacer la referencia. Para ser elegible para ser contratado, el solicitante debe:**

1.  **Satisfacer todos los requerimientos y calificaciones para el empleo (ver Articulo 16);**
2.  **Estar deseoso, habil, y disponible para desarollar el trabajo por el periodo completo del contrato;**
3.  **Estar plenamente enterado por el SWA de todas los terminos y condiciones de empleo; Y**
4.  **Estar legalmente autorizado para trabajar en los Estados Unidos.**

**Adicionalmente, los trabajadores que no sean locales (ver definicion en Articulo 3) deben tener transportation al sitio de trabajo al principio del periodo de contrato. Los trabajadores locales que puedan mobilizarse de/a su residencia permanente todos los dias laborales deben tener transportacion diaria al sitio de trabajo..**

**Todos los solicitantes deben posseer la documentacion requerida para verificar su habilidad de trabajar bajo las regulaciones del IRCA. Solicitantes contratados deben completar la Forma I-9 con presicion dentro de tres (3) dias del comienzo del empleo de acuerdo con las leyes federales.**

Ver "Adjunto 1 a ETA 790" Artículo 15.

---

16.  Job description and requirements / Descripción y requisitos del trabajo:
This job requires a minimum of three months of prior cultivation/harvest experience in field crop production of fruits or vegetables.  Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency.  / Este trabajo requiere un minimo de tres meses de experiencia previa cultivando/cosechando en una produccion de cosechas de vegetales y frutas. Los trabajadores deben ser capaces de desarollar actividades manuales y mecanicas con presicion y eficiencia

1.  Is previous work experience preferred? / Se prefiere previa experiencia?  Yes / Si ☒   No ☐   If yes, number of months preferred. / Si es así, numero de meses de experiencia: _3___
This job requires a minimum of three months of prior cultivation/harvest experience in field crop production of fruits or vegetables.  Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency./Este trabajo requiere un minimo de tres meses de experiencia previa cultivando/cosechando en una produccion de cosechas de vegetales y frutas.  Los trabajadores deben ser capaces de desarollar actividades manuales y mecanicas con presicion y eficiencia.

2.  Check all requirements that apply:

☐ Certification/License Requirements / Certificación/Licencia Requisitos
☐ Driver Requirements / Requisitos del conductor
☐ Employer Will Train / Empleador entrenará o adiestrará
☐ Extensive Sitting / Estar sentado largos ratos
☒ Exposure to Extreme Temp. / Expuesto a Temperaturas Extremas
☒ Lifting requirement / Levantar o Cargar __60___ lbs./libras
☒ Repetitive Movements / Movimientos repetitivos

☐ Criminal Background Check / Verificación de antecedentes penales
☒ Drug Screen / Detección de Drogas
☒ Extensive Pushing and Pulling / Empujar y Jalar Extensamente
☒ Extensive Walking / Caminar por largos ratos
☒ Frequent Stooping / Inclinándose o agachándose con frecuencia
☒ OT/Holiday is not mandatory / Horas Extras (sobre tiempo) / Días Feriados no obligatorio

See "Attachment 1 to ETA 790" Item 16. / Ver "Adjunto 1 a ETA 790" Artículo 16.

**17. Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)**

| Crop Activities / Cultivos | Hourly Wage / Salario por Hora | Piece Rate / Unit(s) / Pago por Pieza / Unidad(es) | Special Pay (bonus, etc.) / Pagos Especiales (Bono, etc.) | Deductions* / Deducciones | Yes/Si | No | Pay Period / Periodo de Pago |
|---|---|---|---|---|---|---|---|
| fruits, vegetables, Christmas trees/frutas, vegetales y arboles de navidad | $ 13.54 | $ See *Attachment 1 to ETA 790* Item 17 — | | Social Security / Seguro Social | ☒ | ☐ | Weekly / Semanal / / |
| | $ | $ Ver *Adjunto 1 a RTA 790* Artículo 17 | | Federal Tax / Impuestos Federales | ☒ | ☐ | ☒ |
| | $ | | | State Tax /Impuestos Estatales | ☒ | ☐ | Bi-weekly/ Quincenal |
| | $ | $ | | Meals / Comidas | ☐ | ☒ | ☐ |
| | $ | $ | | Other (specify) / Otro (especifica) | ☒ | ☐ | Monthly/Mensual ☐ |
| | | | | | | | Other/Otro ☐ |

**See "Attachment 1 to ETA 790" Item 17. / Ver "Adjunto 1 a ETA 790" Artículo 17.**

**18. More Details About the Pay / Mas Detalles Sobre el Pago:**

The employer guarantees to offer, advertise, and pay the applicable H-2A wage rate, defined as the highest of: (1) the USDOL-promulgated AEWR; (2) the prevailing hourly wage rate or piece rate; (3) an agreed-upon collective bargaining wage (this employer is not subject to a collective bargaining agreement); or (4) the federal or state minimum wage in effect at the time work subject to the provisions of the job order is performed. The applicable H-2A wage rate will not be based on commission, bonuses, or other incentives.

See "Attachment 1 to ETA 790" Item 18.

-------------------------------------------------------------------------------

El empleador garantiza que ofrecera, anunciara, y pagara el rango de pago H-2A aplicable, definido como el mas alto de: (1) el AEWR promulgado por el Departamento de Labor, (2) el rango de pago por hora o por pieza predominante, (3) el rango de pago establecido bajo un acuerdo colectivo de una union (este empleador no esta sujeto a ningun acuerdo colectivo), o (4) el salario minimo federal o estatal en efecto cuando las tareas cubiertas bajo esta orden de trabajo se desarrollen.   El rango de pago H-2A aplicable no sera basado en comisiones, bonos, o cualquier otro incentivo.

Ver "Adjunto 1 a ETA 790" Artículo 18.

**19. Transportation Arrangements / Arreglos de Transportación**

Employer will pay or reimburse worker's inbound travel costs from worker's permanent residence or place of recruitment, to the employer's place of business. Payment or reimbursement of inbound travel costs shall include costs incurred by worker for transportation, visa issuance, consular processing, border crossing, and other related fees (excluding passport fees), and a daily subsistence for meals. Workers with acceptable receipts may be reimbursed up to the current maximum subsistence rate published in the Federal Register, currently $51.00 per day. Workers that cannot provide receipts will be reimbursed the minimum subsistence rate published in the Federal Register, currently $12.26 per day. Transportation reimbursements shall be calculated at the worker's actual cost, but shall not exceed the most economical and reasonable common carrier transportation costs for the distance involved. Employer will reimburse worker along with pay for the first workweek to the extent that such inbound travel costs reduce worker's earnings below the FLSA minimum wage.  Pursuant to 20 CFR §655.122(h)(l), employer will reimburse all inbound travel costs by the 50% point in the contract period to any worker who completes the first half of the contract.

See "Attachment 1 to ETA 790" Item 19.

-------------------------------------------------------------------------------

Empleador pagara o reembolsara los costos del viaje de entrada desde la residencia permanente del trabajador o el lugar de reclutamiento hasta el sitio de trabajo del empleador. Tal pago o reembolso de los costos del viaje de entrada incluira los costos incurridos por el trabajador para transportacion, obtener su visa, el proceso consular, cruzar la frontera, y otros costos relacionados (excluyendo costos para pasaporte), y subsistencia diaria para comidas. Trabajadores con recibos aceptables podrán ser reembolsados hasta el máximo monto de subsistencia publicada en el Registro Federal, actualmente $51.00 por dia.  Trabajadores que no pueden proveer recibos serán reembolsados el mínimo monto de subsistencia publicada en el Registro Federal, actualmente $12.26 por dia.  Reembolso de transportación serán calculados al costo actual del trabajador, pero no excederán el modo mas económico y razonable de un transporte común dada la distancia involucrada. Empleador reembolsara al trabajador con el pago de la primera semana laboral solo hasta el punto en que las ganancias del trabajador no caigan bajo el rango mínimo del FLSA.  De acuerdo con 20 CFR §655.122(h)(1), empleador reembolsara totalmente todos los costos del viaje de entrada no mas tarde que el punto medio del periodo de contrato (50%) a cualquier trabajador que complete la primera mitad del contrato.

Ver "Adjunto 1 a ETA 790" Artículo 19.

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarle a los trabajadores para este(os) tipo(s) de cosecha(s)?     Yes / Sí   ☐     No ☒

If you have checked yes, what is the FLC wage for each activity? / Si contesto "Si," cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

21. Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores?       Yes/Sí ☒   No ☐

(When applicable according to state law / cuando se applicable de acuerdo a la ley estatal)

22. Are workers covered by workers' compensation? / ¿Se le provee seguro de compensación/indemnización al trabajador:     Yes/Sí ☒   No ☐

23. Are tools, supplies, and equipment provided at no charge to the workers? / ¿Se les proveen herramientas y equipos sin costo algun o a los trabajadores?

Yes/Sí ☒   No ☐

24. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None".) / Enumere todos los acuerdos o convenios hechos con los propietarios del establecimiento o sus agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, i ndique "Ninguno".)

None / Ninguno

25. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed.  (If there are no such incidents, enter "None".) / Enumere toda huelga, paro o interrupción de operaciones de trabajo por parte de los empleados en el lugar de empleo. (Si no hay incidentes de este tipo, indique "Ninguno".)

None / Ninguno

26. Is this job order to be placed in connection with a future Application for Temporary Employment Certification for H–2A workers? / ¿Esta orden de empleo ha sido puesta en conexión con una futura solicitud de certificación de empleo temporal para trabajadores H-2A?

Yes/Si ■ No ❑

27. Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. / Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones del empleo que se le ofrece, y contiene todos los términos y condiciones materiales ofrecidos.

**Ms. Lucille Moreno, Secretary**

Employer's Printed Name & Title / Nombre y Titulo en Letra de Molde/Imprenta del Empleador

Date / Fecha   1/31/2019

Employer's Signature / Firma y Titulo del Empleador

**READ CAREFULLY,** In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Employment and Training Administration (ETA) nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the American Job Center constitute a contractual job offer to which the American Job Center, ETA or a State agency is in any way a party.

**LEA CON CUIDADO,** En vista de la función básica del Servicio de Empleo establecida por ley, como una entidad de intercambio laboral sin comisiones, es decir, como un foro para reunir a los empleadores y los solicitantes de empleo, ni ETA ni las agencias del estado pueden garantizar la exactitud o veracidad de la información contenida en las órdenes de trabajo sometidas por los empleadores. Ni ninguna orden de trabajo aceptado o contratado en el Centro de Carreras (American Job Center) constituyen una oferta de trabajo contractuales a las que el American Job Center, ETA o un organismo estatal es de ninguna manera una de las partes.

**PUBLIC BURDEN STATEMENT**
The public reporting burden for responding to ETA Form 790, which is required to obtain or retain benefits (44 USC 3501), is estimated to be approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. The public need not respond to this collection of information unless it displays a currently valid OMB Control Number. This is public information and there is no expectation of confidentiality. Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

**DECLARACION DE CARGA PÚBLICA**
La carga de información pública para responder a la Forma ETA 790, que se requiere para obtener o retener beneficios (44 USC 3501), se estima en aproximadamente 60 minutos por respuesta, incluyendo el tiempo para revisar las instrucciones, buscar fuentes de datos existentes, recopilar y revisar la colección. El público no tiene por qué responder a esta recopilación de información a menos que muestre un número de control OMB válido. Esta información es pública y no hay ninguna expectativa de confidencialidad. Envíe sus comentarios acerca de esta carga o cualquier otro aspecto de esta colección, incluyendo sugerencias para reducir esta carga, al U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

28.  Use this section to provide additional supporting information (including section Box number).  Include attachments, if necessary. / Utilice esta sección para proporcionar
     información adicional de apoyo; incluya  el numero de la sección e incluya  archivos adjuntos, si es necesario.

See "Attachment 1 to ETA 790" for continuations of Item 2, Item 3, Item 11, Item 12, Item 15, Item 16, Item 17, Item 18, and Item 19.


**Workers Compensation Insurance**

**Carrier:  Accident Fund Insurance Company**
**Policy:  ARP 12000269901**

--------------------------------------------------------------------------------

Ver "Adjunto 1 a ETA 790" for continuaciones of Articulo 2, Articulo 3, Articulo 11, Articulo 12, Articulo 15, Articulo 16, Articulo 17, Articulo 18, y Articulo 19.

**Seguro de Compensación de Trabajadores**

**Portador:  Accident Fund Insurance Company**
**Poliza:  ARP 12000269901**

**20 CFR 653.501**
**Assurances**

**INTRASTATE AND INTERSTATE CLEARANCE ORDER**

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 11 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date or need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO). If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need. The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.

Employer's Name        **Ms. Lucille Moreno**
                       _____    Date: 1/31/2019

Employer's Signature   ✓ _Lucille J. Moreno_

**Besides the material terms and conditions of the employment, the employer must agree to these assurances if the job order is to be placed as part of the Agricultural Recruitment System. This assurance statement must be signed by the employer, and it must accompany the ETA Form 790.**

- 8 -

ETA 790 – Attachment 1                                                                  P-16698
Purpose Point Harvesting, LLC

**ENGLISH**

## Item 2.    Address and Direction to Work Site (continued from ETA 790, Page 1, Item 2)

| Work Site | Directions |
|---|---|
| 1430 W. Shelby Rd., Shelby, MI 49455 | From US 31 take Shelby Exit, E on Shelby Rd. At stop take slight Left onto State St. Turn E. 22on 6th Street, Go until 96th Ave. Take a right, go for 1 mi. turn R. onto Shelby Rd. |

**See attached Itinerary.**

## Item 3.    Address and Directions to Housing (continued from ETA 790, Page 1, Item 3)

| Housing | Directions |
|---|---|
| 2182 W. Shelby Rd., Shelby , MI 49455 | From US 31 take Shelby exit and go east to Oceana Dr. Go north, Take 6th street East. Contiure straight until 88th Ave and turn right at stop take left onto shelby Rd. House is second place.  Housing is rented/leased by employer. |

**See attached Itinerary.**

Employer provides the foregoing at no cost only to non-local workers . "Non-local workers" are workers recruited from outside the area of intended employment who are not reasonably able to travel to and from their permanent residence each workday. Only workers will be permitted to occupy the housing. Workers must occupy the living quarters that the employer assigns to them. Employer will provide separate sleeping, bathing, and toilet facilities for each gender .

Employer retains possession and control of housing premises at all times. Workers residing in employer-provided housing must vacate the housing promptly upon termination of employment, in accordance with state law.

If one has not already been performed, Purpose Point Harvesting, LLC requests a timely inspection of employer-provided worker housing by the appropriate state/local housing authority to ensure that all such housing meets the relevant standards no later than 30 days prior to occupancy. Should rental and/or public accommodations be provided, such housing will comply with all applicable local, State, and/or federal OSHA housing standards at 29 CFR § 1910.142. Employer will pay all charges for rental accommodations directly to the owner/operator of the housing.

Workers residing in employer-provided housing are responsible for maintaining living quarters and common areas in a neat and clean manner in accordance with the Work Rules, attached hereto and incorporated herein by reference. Failure to comply with the Work Rules will result in disciplinary action.

## Item 11.  Anticipated Hours of Work per Week (continued from ETA 790, Page 1, Item 11)

Employer will offer 40 hours per week, weather and crop conditions permitting. The standard work schedule is as follows:

| Work Day(s) | Start Time | End Time | Total Hours |
|---|---|---|---|
| Monday – Friday | 7:00 AM | 2:30 PM | 7 hours/day |
| Saturday | 7:00 AM | 12:00 PM | 5 hours/day |

Employer may request, but not require, workers to work more than 7 hours per day and/or on a worker's Sabbath or federal holidays. Workers will have an unpaid lunch break. Worker must report to work at designated time and place each day. Work

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC

P-16698

schedule may vary due to weather, sunlight, temperature, crop conditions, and other factors. Employer will notify workers in advance of any change to start time.

## Item 12.  Anticipated Range of Hours for Different Seasonal Activities (continued from ETA 790, Page 1, Item 12)

All hours worked will be engaged in production of fruits, vegetables, Christmas trees, with work activities divided among the specific tasks described in Item 16. Given that the demands of agricultural production are unpredictable and wholly dependent on external factors such as weather, sunlight, temperature, and market demands, it is impossible to predict with any degree of accuracy the percentage of time dedicated to each individual task or crop activity. The allocation of tasks and/or crop activities each workday may vary. See Item 16 for more information.

## Item 15.  Referral Instructions and Hiring Information (continued from ETA 790, Page 3, Item 15)

Employer will interview individuals referred through the local holding office, Michigan Works! West Central. The referring SWA is responsible for informing applicants of all terms and conditions of employment. After coordinating the referral with the order holding office, the referring SWA should contact the employer's agent or the employer directly to provide notice of the referral. When possible and if necessary, the SWA should furnish translator services.

Employer  will conduct interviews Monday through Friday. Please contact employer  first during the hours of 9:00 AM - 5:00 PM EST. If unavailable, contact employer's agent during the hours of 9:00 AM - 5:00 PM EST.

| Employer – Purpose Point Harvesting, LLC | Employer Agent – MAS Labor H2A, LLC |
| --- | --- |
| Ms. Lucille Moreno<br>2235 N. 56th Ave.  Mears, MI  49436<br>(231) 742-1395 (phone)<br>purposepointhllc@gmail.com (email) | P.O. Box 507<br>Lovingston, VA  22949<br>434-263-4300 / 434-260-8833 (phone)<br>referrals@maslabor.com (email) |

Employer  will interview applicants by phone at the time of the referral or within a reasonable time thereafter.  Employer requests advance notice by the SWA if the order holding office intends to refer multiple applicants concurrently.

Employer will communicate the hiring decision directly to the applicant at the phone number, address, or email address applicant provides. Employer advises all applicants to maintain communication with the referring SWA office:

**Order Holding Office**: Michigan Works! West Central
195 North Michigan Avenue
Shelby MI 49455
(231) 259-2000

Purpose Point Harvesting, LLC  will abide by all assurances set forth in 20 CFR § 655.135 with respect to applicants and workers hired to perform the work described herein, including but not limited to specific regulations regarding hiring practices, positive recruitment, and compliance with local, state, and federal laws and regulations.

## Item 16.  Job Description and Requirements (continued from ETA 790, Page 3, Item 16)

**Job Description:** Plant, cultivate and harvest vegetables, fruits and trees.

Plant roots, seeds and bulbs. Spread plastic or other groundcovering. Clean plastic by hand from ground upon removal. Till soil. Weed and thin plants. Transplant plants by hand. Stake/tie plants, trellis/prune plants, and set poles and wires for vine plants. Pick, cut, lift, or pull crops. Tie vegetables in bunches. Grade, size, wash and field pack product according to company standards. Take care to prevent damaging produce and plants.

ETA 790 – Attachment 1                                                                                       P-16698
Purpose Point Harvesting, LLC

Workers may be offered hours in the evening to harvest asparagus for a short period of time during the contract.

Hand thin fruits to control the size and quality of fruit. Remove fruit blossom, bud and/or identifiable fruit from within a cluster of other fruits. Must accurately identify and remove misshapen, damaged or otherwise unmarketable fruit. Harvest: Spot and/or strip pick fruit based on seasonal need. Snap fruit off tree with thumb and palm of hand to avoid stem pulls, punctures, bruising, or other damage. Pick culls and peelers.  Use/handle ladders up to 16 ft. in length and weighing up to 60 lbs. Fill fruit buckets/baskets and place fruit in bins. Follow supervisor/foreman's instructions on color/size requirements. Must be able to differentiate between colors and fruit varieties accurately.  Some fruits may use mechanized shakers at harvest.

General tree work may include planting, cultivating, hoeing, tree painting, weed mat application, mulching, fertilizing, trimming or training. Place tree guards or cones and hang pheromone dispensers. Tie/position trees and limbs, together and to trellises, using string, tape, wire or other fasteners and supports.

Workers may also cultivate and harvest evergreen trees: cutting trees with gasoline-operated chain saws.  Dragging trees from cutting area and shaking trees with mechanical shaker.  Shearing trees with knives, pulling cones off, fertilizing and coloring trees with sprayers.  Drag cut trees from cutting area, run trees through tree baler and load onto trailers, trucks or wagons.

Perform ditching, shoveling, hoeing, hauling, ground preparation, and other manual tasks.  Pick roots, rocks, brush and other field debris.    Bending, stooping and kneeling required. Use hand tools including but not limited to hoes, shovels, knives, shears, clippers, loppers, and saws. Lift, carry, and load/unload products or supplies. Cut, bale,stack and load hay.

Use power equipment including but not limited to: tractors, planters, mowers, plows, sprayers, cultivators, power shears, chain saws, high lifts, fork lifts, skid loaders. Must operate agricultural equipment safely, with or without direction.

Clean/maintain farm buildings, structures, equipment, and work areas. Build/repair fences and other structures and maintain property lines.

Work is done in the field for long periods of time. Workers may assist in handling product weighing up to 60  pounds and lifting to a height of 5 feet.  Workers must work on their feet in bent positions for long periods of time.  Work requires repetitive movements and extensive walking. Work required in fields when plants are wet with dew and rain, and may be required during light rain, snow, moderate winds, direct sun, high humidity and extreme temperatures.  Temperatures in fields during working hours can range from 10 to over 100 degrees F. Workers may be required to work during occasional showers not severe enough to stop field operations. Allergies to ragweed, goldenrod, honey bees, insecticides, herbicides, fungicides, or related chemicals may affect a worker's ability to perform the job. Workers should be able to do the work required with or without reasonable accommodations.  Employer-paid post-hire drug/alcohol testing is required upon reasonable suspicion of use and after a worker has an accident at work.  Saturday work required.  Must be able to lift/carry 60 lbs.

Persons seeking employment in this position must be available for the entire period requested by the employer. Applicants must be able to furnish verbal or written statement establishing relevant prior work experience.  All workers will be subject to a five day trial period during which the employer will evaluate workers' performance of required tasks. Employer reserves the right to terminate a worker if the employer reasonably finds that worker's performance during the trial period to be unacceptable.

Employer reserves the right to discharge an obviously unqualified worker, malingerer or recalcitrant worker who is physically able but is unwilling to perform the work necessary for the employer to grow a premium quality product, or for any other lawful reason.  (See also Attachment 2, General Conditions).

The employer may discipline the worker, including brief suspension of work activities/employment for a set period determined by the supervisor or termination of employment as described in the Work Rules.

Employer assures that workers will be provided transportation from living quarters to work site every day (for workers who must be provided housing under the applicable regulations).

Raises and/or bonuses may be offered to any seasonal worker employed pursuant to this job order, at the company's sole discretion, based on individual factors including work performance, skill, and tenure.

ETA 790 – Attachment 1                                                                                    P-16698
Purpose Point Harvesting, LLC

All terms and conditions included in the job order will apply equally to all workers, both U.S. workers and H-2A workers, employed in the occupation described in this clearance order.

**Special Requirements:** Saturday work required.  Must be able to lift/carry 60 lbs. Employer-paid post-hire drug/alcohol testing is required upon reasonable suspicion of use and after a worker has an accident at work.

## Item 17.  Wage Rates, Special Pay Information and Deductions (continued from ETA 790, Page 4, Item 17)

**Piece Rate.**     All work is compensated at the above hourly rate except for the following work activities which may be compensated on a piece rate productivity incentive basis according to the following schedule:

See 'Piece Rate Attachment'

No piece rate compensation will be lower than the prevailing piece rates in the area of intended employment. In the event that the SWA/DOL promulgates new prevailing piece rate(s) lower than the piece rates stated above, the employer reserves the right to pay the new, lower piece rate(s) for the applicable crop(s). When work is performed according to the stated piece rate schedule, workers are guaranteed that they will be paid no less than the applicable H-2A hourly rate for each hour worked. The employer may, in its sole discretion, raise or suspend the piece rate scheme in favor of hourly pay at the applicable H-2A hourly rate in order to assure fair earnings

**Overtime.**     Agricultural work is exempt from federal overtime requirements pursuant to 29 USC § 213(a)(6). Overtime pay is only applicable if required by state law or as otherwise specified in this section.

**Deductions.**     Employer will make all deductions required by law. Deductions may include FICA, federal/state tax withholdings, court-ordered child support, garnishments, liens, and other deductions authorized or required by law. Workers must pre-authorize any voluntary deductions. Potential voluntary deductions may include repayment of advances and/or loans, employee health insurance or retirement plan contributions, and/or payment of cell phone, cable/satellite TV, internet or other service(s) for worker's convenience and benefit. See also Attachment 2. Employer will make all deductions in accordance with the Fair Labor Standards Act (FLSA) and applicable state law.

Employer will provide workers' compensation insurance covering injury and disease arising from or in the course of worker's employment.  Employer will provide proof of workers' compensation coverage to the Certifying Officer prior to the certification date.

Making a long distance telephone call using the employer's telephone line will constitute consent by worker for the employer to deduct the cost of such call(s) from worker's pay.  Worker will promptly confirm such authorization in writing.  If worker does not authorize such a deduction in writing, worker must repay the employer for such telephone use upon demand. Workers who fail to pay the cost of telephone use within a reasonable time may be subject to discipline.

In accordance with 8 CFR § 214.2(h)(5)(xi)(A) and 20 CFR § 655.135(j)–(k), employer prohibits the solicitation and payment of recruitment fees by workers. Workers who pay or are solicited to pay such a fee must inform the employer immediately. Employer will investigate all claims of illegal fees and take immediate remedial action as appropriate.

## Item 18.  More Details About the Pay (continued from ETA 790, Page 4, Item 18)

In the event that the applicable H-2A wage rate decreases for any reason during the employer's positive recruitment or H-2A contract period in the instant job order, the employer reserves the right to decrease its offered/paid hourly wage to the new, lower wage rate, as long as the new lower wage rate remains the highest of the AEWR, the prevailing hourly wage or piece rate, an agreed-upon collective bargaining wage, and the federal and state minimum wages in effect at the time work subject to the provisions of this job order is performed.

Employer will pay each worker by check on Friday. The payroll period is weekly.

Employer will furnish to each worker, on or before each payday, one or more written statements reflecting: (1) the worker's gross earnings for the pay period; (2) the beginning and ending dates of the pay period; (3) hourly rate of pay; (4) piece rates and daily

ETA 790 – Attachment 1                                                    P-16698
Purpose Point Harvesting, LLC

number of units produced, if applicable; (5) work hours offered by employer; (6) hours actually worked by the worker; (7) an itemization of all deductions; (8) net earnings; and (9) the employer's name, address, and FEIN.

**Item 19.  Transportation Arrangements (continued from ETA 790, Page 4, Item 19)**

Employer will provide or pay outbound travel costs to all workers who complete the H-2A contract period. Travel costs include transportation and reasonable subsistence from the place of employment to the worker's permanent residence. In the event that a worker has accepted employment with a subsequent employer that has agreed to provide or pay outbound travel costs to worker's permanent residence, the current employer will provide or pay outbound travel costs only to the place of subsequent employment. Employer pays or reimburses inbound and outbound travel costs only to non-local workers (see definition in Item 3). Employer will not pay or reimburse travel costs to any worker who voluntarily resigns, abandons employment, or is terminated for cause prior to the H-2A contract end date.

Employer will provide, without charge to workers incidental, transportation between worksites. For workers residing in employer-provided housing, employer will also provide daily transportation to and from the worksite. All transportation shall be in accordance with applicable local, state, and federal laws and regulations. Transportation will comply with all safety, licensure, and insurance requirements. Use of employer-provided transportation is voluntary; workers are not required to utilize transportation as a condition of employment.

ETA 790 – Attachment 2                                                                                          P-16698
Purpose Point Harvesting, LLC

## ADDITIONAL TERMS, CONDITIONS, AND ASSURANCES

**General Conditions**.       Qualified applicants must be able, willing, and available at time and place needed to perform the work described in this job order to be eligible for hire. Hired workers agree to abide by all posted Work Rules (attached hereto). Workers must notify and secure permission from the employer for all absences. Workers who quit or are terminated for cause prior to the H-2A contract end date may not be eligible for rehire.

**Employer-Provided Items.**       The employer will provide without charge to workers all tools, supplies, and equipment necessary to perform the duties assigned. Employer may charge worker for the reasonable cost of damages and/or replacement of tools and/or equipment if such repair or replacement is found to have been the result of worker's willful misconduct or gross negligence. Employer may charge worker reasonable repair costs for damage to housing beyond normal wear and tear, if worker is found to have been responsible for such damage. Employer will provide beds and similar items to workers residing in employer-provided housing at no charge unless worker unlawfully removes items or causes damage beyond normal wear and tear.

**Three-Fourths Guarantee.**       Employer guarantees to offer each worker at least three-fourths (75%) of the work hours of the total H-2A contract period, including any applicable extensions thereof, beginning with the worker's first workday and ending on the H-2A contract end date or its extension, if any. If the employer fails to satisfy this guarantee, employer will pay to workers the amount that each worker would have earned had the worker, in fact, worked for the guaranteed number of hours. This provision does not apply to any worker who voluntarily resigns, abandons employment, or is terminated for cause.

**Termination.**    Employer may terminate a worker for lawful job-related reasons and notify the Job Service local office if the worker: (1) abandons employment (five consecutive workdays of unexcused absence); (2) malingers or otherwise refuses, without cause, to perform the work as directed; (3) commits serious act(s) of misconduct or repeatedly violates the Work Rules; (4) fails, after completing the allowable three day training period or five day trial period (whichever is applicable), to perform in a competent and skillful manner that enables the employer to produce and sell a premium quality product; and/or (5) provides other lawful job-related reasons for termination, including termination of a non-US worker because a US worker becomes available for the job under the DOL 50% rule.

Regardless of whether the employer requires a background check as a condition of employment (see Item 16.2), the employer may terminate for cause, in accordance with applicable laws and regulations, any worker found during the period of employment to have a criminal conviction record or status as a registered sex offender  that the employer reasonably believes will endanger the safety or welfare of other workers, company staff, customers, or the public at large.

**Separation Notices.**       Employer will notify DOL (and DHS, in the case of a foreign H-2A worker) no later than two (2) working days if a worker resigns voluntarily, abandons employment (five consecutive workdays of unexcused absence), is terminated for cause, or is otherwise dismissed prior to the H-2A contract end date. Employer will notify all foreign H-2A beneficiaries of their responsibility to return to their country of origin, or to subsequent employment-authorized work, upon separation of employment or completion of the H-2A contract period. Employer will not pay or reimburse travel costs to any worker who voluntarily resigns, abandons employment, or is terminated for cause prior to the H-2A contract end date.

**Earnings Records.**       Employer agrees to retain all documents required under 20 CFR § 655.122(j) and 20 CFR § 655.167 for a period of not less than three (3) years from the date of certification. Employer agrees to make all such documents available for inspection and transcription upon request by worker, worker's authorized representative, the Secretary of Labor or a duly authorized and designated representative.

**Contract Impossibility.** If fire, weather, or other "Act of God" makes completion of the contract impossible, the employer may terminate the work contract upon approval by the Certifying Officer. In the event of such contract termination, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of termination of the work contract as described in 20 CFR § 655.122(i).  The employer will make efforts to transfer the worker to comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer will:

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC

P-16698

(1)    At the worker's direction and employer's expense, return the worker to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer;

(2)    Reimburse worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; AND

(3)    Reimburse the worker for all inbound transportation and subsistence costs, if such payments were not already paid to the worker prior to termination of the work contract. Daily subsistence will be computed as set forth in 20 CFR § 655.122(h). The transportation payment will be no less than the most economical and reasonable common carrier transportation costs for the distances involved.

**First Week's Pay.**    In accordance with 20 CFR § 653.501(c)(3)(i), employer guarantees to offer U.S. applicants and referrals the number of hours of work specified above for the week beginning with the H-2A contract start date indicated in Item 9. Hired applicants must contact the SWA or order holding office to verify the start date of need no earlier than nine (9) working days, and no later than five (5) working days, prior to the start date of need specified in the job order. Failure to contact such office in accordance with this requirement shall disqualify the applicant from this assurance.

**Disclosure of Work Contract.**    Employer will provide to the worker, in a language understood by the worker, a copy of the Agricultural Work Agreement and Work Rules containing the provisions required by 20 CFR 655.122(q) no later than the time the worker applies for the visa, or, for a worker in corresponding employment, no later than on the date work commences. For an H-2A worker transferring to a subsequent H-2A employer, the subsequent H-2A employer will provide the copy no later than the time that employer made the offer of employment to the worker. In the absence of a written work contract between the employer and the worker, the terms of the job order will serve as the work contract.

**Departure Acknowledgment.**    Employer will advise all foreign H-2A beneficiaries of their responsibility to depart the United States upon separation of employment or completion of the H-2A contract period, unless the beneficiary obtains an extension of status.

ETA 790 – Adjunto 1
Purpose Point Harvesting, LLC

P-16698

## SPANISH

*We have translated these terms of employment into Spanish and done our best to be accurate in every respect.  However, if there is a conflict between the Spanish translation and the English original, the English original controls.*

*Hemos traducido las condiciones de empleo al español, y hemos hecho nuestro mejor esfuerzo para ser exactos en todos los aspectos.  Sin embargo, en caso de un conflicto entre la traducción al español y el original en inglés, el contrato en inglés prevalecerá.*

### Artículo 2.    Domicilio y Direcciones al Sitio de Trabajo (continuación del ETA 790, Página 1, Artículo 2)

| Sitio de Trabajo | Direcciones |
| --- | --- |
| 1430 W. Shelby Rd., Shelby, MI 49455 | De US 31 tome la salida Shelby, dirijase al Este en Shelby Rd. En el Alto tome una pequeña izquierda hacia State St. Doble al Este 22 en 6th Street, maneje hasta 96th Ave. Tome una derecha, maneje 1 milla. Doble a la derecha hacia Shelby Rd. |

Ver itinerario adjunto.

### Artículo 3.    Domicilio y Direcciones a la Vivienda (continuación del ETA 790, Página 1, Artículo 3)

| Vivienda | Direcciones |
| --- | --- |
| 2182 W. Shelby Rd., Shelby , MI 49455 | De US 31 tome la salida Shelby, dirijase al Este en Oceana Dr. Dirijase al Norte, Tome 6th Street al Este. Continue recto hasta llegar a 88th Ave. y doble a la derecha en el alto y tome la izquierda hacia Shelby Rd. La vivienda esta es el segundo lugar.  El empleador arrienda la vivienda. |

Ver itinerario adjunto.

El Empleador provee lo precedente sin costo solamente a trabajadores que no conmuten . Trabajadores que no conmuten son trabajadores reclutados de afuera del area de empleo destinado y que no pueden razonablemente viajar a/y de su residencia permanente cada dia laboral. Solamente trabajadores  se les permitira ocupar la vivienda proveida por el empleador. Los trabajadores deberan ocupar la vivienda asignada por el empleador. El empleador proveera facilidades para dormir, de baño, y de inodoro separadas para personas de cada genero

El empleador retiene posesion y control de la vivienda a todo momento. Trabajadores residiendo en vivienda proveida por el empleador deben desocupar la vivienda prontamente cuando su empleo es terminado, de acuerdo con las leyes del estado.

Si no ha sido realizado todavia, Purpose Point Harvesting, LLC  solicita una inspeccion de la vivienda proveida por el empleador por las autoridades apropiadas estatales/locales para asegurar que toda la vivienda cumple con los estandares relevantes no mas tarde de 30 dias antes de que la vivienda sea ocupada. En caso de que las viviendas proveidas fueran propiedades alquiladas y/o acomodaciones publicas, tal vivienda cumplira con todos los estandares de vivienda aplicables locales, estatales, y/o estandares federales de la OSHA en 29 CFR §1910.142. El empleador pagara todos los cargos por propiedades alquiladas directamente al dueño/operador de la vivienda.

Trabajadores viviendo en vivienda proveida por el empleador son responsables de mantener los dormitorios y las areas comunes en forma ordenada y limpia de acuerdo con las Normas de Trabajo, anexas e incorporadas por referencia. El faltar a cumplir con las Normas de Trabajo resultara en accion disciplinaria.

ETA 790 – Adjunto 1
Purpose Point Harvesting, LLC

P-16698

## Artículo 11. Horas Anticipadas/Previstas de Trabajo por Semana (continuación del ETA 790, Página 1, Artículo 11)

El empleador ofrecera 40 horas por semana, si el clima y la condicion de las cosechas lo permiten. La programacion de trabajo estandard es el siguiente:

| Día(s) Laborales | Hora de Comienzo | Hora de Terminacion | Horas Totales |
| --- | --- | --- | --- |
| Lunes – Viernes | 7:00 AM | 2:30 PM | 7 horas/dia |
| Sábado | 7:00 AM | 12:00 PM | 5 horas/dia |

El empleador podra solicitar, pero no requerir, que los trabajadores trabajen mas de 7 horas por dia, y/o en el Sabbath (dia de descano septimo) o feriados federales. Los trabajadores tendran un descanso para almorzar sin pago. Los trabajadores deberan reportarse a trabajar al sitio designado de trabajo cada dia. La programacion de trabajo podra variar dado el clima, la luz del sol, temperaturas, condiciones de la cosecha , y otros factores. El empleador notificara a los trabajadores de antemano de cualquier cambio de la hora de comenzar el trabajo.

## Artículo 12. Rango Previsto de Horas para las Diferentes Actividades de la Temporada (continuación del ETA 790, Página 1, Artículo 12)

Todas las horas trabajadas serán ocupadas en producción de frutas, vegetales y arboles de navidad con actividades de trabajo divididas entre tareas especificas descritas en el Articulo 16. Dado que la demanda de producción agricola no se puede predecir y depende enteramente de factores externos como el clima, luz del sol, temperatura, y demanda del mercado, es imposible predecir con cualquier grado de presicion el porcentaje de tiempo dedicado a cada tarea individual o actividad de cosecha. La asignación de tareas y/o actividades de cosecha cada dia laboral podrán variar. Ver Articulo 16 para mas información.

## Artículo 15. Instrucciones Sobre Cómo Referir y Contratar Solicitantes (continuación del ETA 790, Página 3, Artículo 15)

El empleador entrevista a solicitantes referidos por la oficina local, Michigan Works! West Central. La oficina estatal SWA que esta refiriendo al solicitante es responsable de informarle a los solicitantes de todos los terminos y condiciones de empleo. Despues de coordinar al solicitante referido con la oficina estatal SWA que tiene la orden de trabajo, la oficina estatal SWA que hizo la referencia debera contactar al agente del empleador o al empleador directamente para proveer notificacion de la referencia. Cuando sea posible y si es necesario, la oficina estatal SWA debera proporcionar servicios de traduccion.

El Empleador entrevistara de Lunes a Viernes. Porfavor contacte a el empleador primero durante las horas de 9:00 AM - 5:00 PM EST. Si no esta disponible, contactar a el Agente del Empleador empleador durante las horas de 9:00 AM - 5:00 PM EST.

| Empleador – Purpose Point Harvesting, LLC | Agente del Empleador – MAS Labor H2A, LLC |
| --- | --- |
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave. Mears, MI 49436 | Lovingston, VA 22949 |
| (231) 742-1395 (teléfono) | 434-263-4300 / 434-260-8833 (teléfono) |
| purposepointhllc@gmail.com (email) | referrals@maslabor.com (email) |

Empleador entrevistara al solicitante por telefono cuando sea referido o dentro de un tiempo razonable despues. Empleador solicita preaviso del SWA si la oficina que mantiene la orden de trabajo tiene intencion de referir multiples solicitantes al mismo tiempo.

ETA 790 – Adjunto 1                                                                                                       P-16698
Purpose Point Harvesting, LLC

El empleador le comunicara la decision de ofrecer empleo directamente al solicitante al numero de telefono, direccion, o correo electronico que el solicitante provee. El empleador le sugiere a todos los solicitantes que mantengan comunicacion con el SWA que los refirio.

**SWA que mantiene la orden de trabajo**:          Michigan Works! West Central
                                                    195 North Michigan Avenue
                                                    Shelby MI 49455
                                                    (231) 259-2000

Purpose Point Harvesting, LLC  cumplirá con todas las aseguraciones incluidas en 20 CFR §655.135 con respecto a solicitantes y trabajadores contratados para desarrollar el trabajo descrito con la presente, incluyendo sin limitar regulaciones especificas relacionadas a practicas de solicitar empleo, reclutamiento positivo, y cumplimiento con las leyes y regulaciones locales, estatales, y federales.

**Artículo 16.     Descripción y Requisitos del Trabajo (continuación del ETA 790, Página 3, Artículo 16)**

**Descripción del Trabajo:** Siembra, cultiva, y cosecha vegetales, frutas , arboles.

Siembra raices, semillas, y bulbos.  Cubre la tierra con plastico o otras cubiertas.  Limpia el plastico a mano despues de que sea removido.  Ara la tierra.  Deshierba y reduce plantas.  Transplanta plantas a mano.  Estaca/amarra plantas, enreja/poda plantas, instala postes y alambre para plantas con vides.  Pizca, corta, levanta, o jala la cosecha. Amarra vegetales en montones. Clasifica, determina tamaño, lava, y empaca producto en el campo de acuerdo con los estandares de la empresa.  Mantiene cuidado para prevenir daño al producto y las plantas.

A los trabajadores se les podra ofrecer trabajo en las tardes para cosechar esparrago por un periodo corto del contrato.

Reducir frutas a mano para controlar el tamaño y calidad de la fruta.  Remover el capullo, flor y/o fruta identificable dentro del manojo de frutas.  Debe poder  identificar con precision y remover fruta deforme, dañada, o no vendible.  Cosechar: Escoger fruta para pizcar y/o pelar el arbol de fruta al pizcar basado en las necesidades de la temporada.  Chasquear fruta del arbol con pulgar y palma de la mano para evitar jalar el tallo, perforaciones, magulladas, o otros daños.  Pizcar fruta del suelo y fruta para pelar.  Usar/manipular escalera de hasta 16 pies de altura y pesando hasta 60  libras Llenar cubetas/canastas de fruta y colocar la fruta en contenedores. Seguir las instrucciones del supervisor/capataz en relacion a requirimientos de color y tamaño.  Debe ser capaz de diferenciar entre colores y variedades de fruta con precision. Algunas frutas podran usar agitadores mecanicos al cosechar.

El trabajo general de arboles podra incluir sembrar, cultivar, azadonear, pintar arboles, colocar alfombra para evitar maleza, colocar mantilla, ferilizar, recortar o entrenar.  Colocar rejas protectoras de arboles o conos y colgar dispensadoras de feromonas. Amarrar/colocar arboles y ramas juntas a los enrejados usando hilo, cinta, alambre, u otro tipo de enganchadores o soporte.

Los trabajadores tambien podran cultivar y cosechar arboles perennes. Cortar árboles con sierras de cadena operadas con gasolina. Arrastrar arboles del área de corte y sacudir arboles con sacudidora mecánica. Empacar arboles utilizando empacadora mecánica. Cortar árboles con cuchillos, arrancar piñones, fertilizar y pintar arboles con rociadoras. Apilar arboles para formar un montón. Deberá cargar y descargar arboles y pasarlos por la embaladora y cargarlos a los camiones y vagones.

Cavar zanjas, palear, azadonear, acarrear, preparar la tierra, y otras tareas manuales.  Recoger raices, piedras, maleza y otros deshechos del campo.  Se requiere agacharse, inclinarse, arrodillarse.  Usar herramientas de mano incluyendo sin limitar, azadones, palas, cuchillos, tijeras, clippers, podadoras, y sierras. Levantar, cargar, descargar producto o suministros. Cortar, embalar, apilar y cargar heno.

Usar equipo de potencia incluyendo sin limitar: tractores, sembradoras, cortadoras, aradores, rociadores, cultivadores, tijera mecanica, sierra de cadena, montacargas, cargadores de patines. Debe operar el equipo agricola con seguridad, con o sin direccion. Limpiar/mantener edificios, estructuras, equipo, y areas de trabajo de la granja.  Construir/reparar enrejado y otras estructuras y mantener las lineas de la propiedad.

ETA 790 – Adjunto 1
Purpose Point Harvesting, LLC

P-16698

El trabajo se realiza en los campos por largos periodos de tiempo. Los trabajadores podran ayudar en manejar el producto empaquetado pesando hasta 60  libras y deberan poder cargarlo hasta una altura de 5  pies. Los trabajadores deben de ser capaces de trabajar de pie en posición inclinada por largos periodos de tiempo. El trabajo requiere movimientos repetitivos y mucho caminar. El trabajo se requiere en los campos cuando las plantas estan humedas con rocio y/o lluvia, y podra requerirse durante lluvia leve, nieve, vientos moderados, sol directo, alta humedad, y temperaturas extremas.  Las temperaturas en los campos durante las horas de trabajo podran oscilar desde 10  hasta 100  grados F.  Se podrá requerir que los trabajadores trabajen durante chubascos no tan severos que detengan la operación en los campos. Las alergias al ambrosia, vara de oro, abejas de miel, insecticidas, herbicidas, fungicidas, o químicos relacionados, podran afectar la habilidad del trabajador para desarrollar el trabajo.

Los trabajadores deben de ser capaces de realizar el trabajo requerido con o sin adaptaciones razonables.

Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion  bajo sospecha razonable de uso y luego de ún accidente de trabajo. Se requiere trabajar en Sabado.  Debe ser capaz de levantar/cargar 60 libras.

Las personas que deseen el trabajo en esta posicion deberán estar disponibles por el período completo requerido por el empleador. Los solicitantes deben ser capaces de proveer una declaracion verbal o por escrito para establecer experiencia previa relevante.

Los solicitantes contratados estarán sujetos a una prueba de hasta 5 días durante el cual su desarrollo de las tareas requeridas será evaluado.  El empleador se retiene el derecho de despedir a un trabajador si el empleador razonablemente encuentra que el desarrollo durante el periodo  de evaluacion no es aceptable.

El empleador se retiene el derecho de despedir a un trabajador obviamente descalificado, enfermo fingido, o recalcitrante quien físicamente sea capaz pero demuestre su falta de deseo de desarrollar el trabajo necesario para que el empleador aumente su producción de calidad premium, o por cualquier otro motivo legítimo. (Ver Anexo 2, Condiciones Generales).

El empleador podra disciplinar al trabajador, incluyendo una suspensión breve de actividades  (tiempo fuera) por un período determinado por el supervisor/suspensión de trabajo por un período establecido de días, o la terminación del trabajo como se encuentra descrito en las Normas de Trabajo.

El empleador asegura que al trabajador se le proveerá transportación de su vivienda al lugar de trabajo cada día (para los trabajadores que se les provea hospedaje bajo las normas aplicables).

Los aumentos y/o bonos se podran ofrecer a cualquier trabajador temporal contratado bajo esta orden de trabajo, a discreción de la compañía, basado en factores individuales incluyendo su desempeño, habilidad y permanencia.

Todos los términos y condiciones incluidos en esta orden de trabajo se aplicarán por igual a todos los trabajadores, tanto empleados de EEUU y H-2A, empleados en la ocupación descrita en esta orden de trabajo.

**Requisitos Especiales:** Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion bajo sospecha razonable de uso y luego de un accidente de trabajo.  Se requiere trabajar en Sabado.  Debe ser capaz de levantar/cargar 60 libras.

## Artículo 17.    Rango de Pago, Informacion Especial de Pagos y Deducciones (continuación del ETA 790, Página 4, Artículo 17)

**Rango por Pieza.**  Todo el trabajo sera compensado de acuerdo con el rango de pago por hora mencionado anteriormente con excepcion de ciertas tareas que podran ser compensadas de acuerdo con un rango por pieza de productividad como incentivo, de acuerdo con el sigiuiente esquema:

Ver las lista anexa de Rango Por Pieza

Ningun rango por pieza sera mas bajo que el rango por pieza predominante en el area de empleo donde se intenta trabajar. En caso que el SWA/DOL pase un rango(s) por pieza nuevo que sea mas bajo que el rango por pieza mencionado anteriormente, el

ETA 790 – Adjunto 1                                                                                    P-16698
Purpose Point Harvesting, LLC

empleador se reserva el derecho de pagar el rango por pieza nuevo mas bajo para las cosechas aplicables. Cuando el trabajo se desarolla de acuerdo con el rango por pieza prescrito, se le garantiza a los trabajadores que no se les pagara menos de el rango por hora H-2A applicable por cada hora trabajada. El empleador podra , a su discrecion, subir o suspender el esquema de rango por pieza a favor de un rango por hora descrito por el rango por hora H-2A applicable para asegurar ganancias justas.

**Horas Extra/Sobretiempo**. Trabajo Agricultural esta exento de los requerimientos federales de horas extras/sobretiempo bajo 29 USC §213(a)(6). La paga por horas extras/sobretiempo solamente es aplicable si es requerido por la ley estatal o como se especificado en esta section.

**Deducciones.** El empleador hara todas las deducciones requeridas por ley. Deducciones podran incluir FICA, retencion de impuestos federales/estatales, mantenimiento para niños ordenado por la corte, embargo, retencion por carga no pagada, y otras deducciones autorizadas o requeridas por ley. Los trabajadores deben autorizar de antemano cualquier deduccion voluntaria. Deducciones voluntarias podran incluir reembolso de avanzes y/o prestamos, seguro de salud, o contribucion a un plan de retiro, y/o servicios de TV cable/satelite, internet, o otros servicio(s) por la conveniencia y beneficio del trabajador. Otras deducciones podran ser aplicables (ver Anexo 2). El empleador hara todas las deducciones de acuerdo con la ley FLSA y leyes estatales aplicables.

El empleador proveera seguro de compensacion cubriendo lesiones y enfermedades que resultan de/o ocurren durante el curso de su trabajo. . El empleador proveera prueba de cobertura de seguro de compensacion a trabajadores a el Oficial Certificante antes de la fecha de certificacion.

Hacer una llamada de larga distancia utilizando el telefono del empleador constituira consentimiento por el trabajador de que el empleador le deduzca los costos de la(s) llamada(s) de su paga. El trabajador confirmara prontamente tal autorizacion por escrito. Si el trabajador no autoriza la deduccion por escrito, el trabajador debe pagarle al empleador por tal uso telefonico en cuanto el empleador se lo pida. Los trabajadores que no paguen los costos de las llamadas dentro de un tiempo razonable podran ser sujetos a disciplina.

De acuerdo con 8 CFR §214.2(h)(5)(xi)(A) y 20 CFR §655.135(j)-(k), el empleador prohibe que los trabajadores se solicite o que paguen cuotas por reclutamiento. Los trabajadores que paguen o sean solicitados a pagar tales cuotas deberan informar al empleador inmediatamente. El empleador investigara todos los reclamos de cuotas ilegales y tomara medidas para remediar la situacion como sea indicado.

## Artículo 18.    Mas Detalles Sobre el Salario (continuación del ETA 790, página 4, Artículo 18)

En caso de que el rango de pago aplicable a H-2A se reduzca por cualquier razon durante el periodo de reclutamiento positivo del empleador o durante el periodo de contrato de la orden de trabajo, el empleador se reserva el derecho de reducir el rango de pago por hora ofrecido a el rango de pago mas bajo, contal de que el rango de pago mas bajo continue siendo el rango de pago mas alto del AEWR, el rango de pago por hora o pieza preveciente, un rango determinado bajo un acuerdo colectivo, y el rango federal y estatal minimo en efecto cuando el trabajo bajo esta orden se desarolle.

El empleador le pagara a cada trabajador por cheque los Viernes. El periodo entre pagos es semanal.

El empleador proveera a cada trabajador, el dia de pago o antes, un estado de cuenta por escrito que refleje: (1) el pago en bruto de ganancias por el periodo de pago; (2) la fecha del comienzo y final del periodo de pago; (3) el rango por hora; (4) el rango por pieza y numero diario de unidades producidas, si es aplicable; (5) horas laborales ofrecidas por el empleador; (6) horas trabajadas por el trabajador; (7) una lista de todas las deducciones; (8) ganancias netas; y (9) el nombre, direccion, y numero federal (FEIN) del empleador.

## Artículo 19.    Arreglos de Transportacion (continuación del ETA 790, página 4, Artículo 19)

El empleador proveera o pagara el costo de transportacion de salida a todos los trabajadores que completen el periodo de contrato H-2A. Los costos incluiran transportacion y subsistencia razonable de el sitio de trabajo hasta la residencia permanente del trabajador. En el evento de que el trabajador haya aceptado trabajo con un empleador posterior que esta de acuerdo con proveer o pagar transportacion hasta la residencia permanente del trabajador, el empleador actual proveera o pagara el costo de

ETA 790 – Adjunto 1
Purpose Point Harvesting, LLC

P-16698

transportacion unicamente al sitio de trabajo posterior. El empleador pagara o reembolsara los costos de transportacion de entrada y de salida solamente a los trabajadores que no conmuten (ver definicion en Articulo 3) El empleador no pagara o reembolsara los costos de transportacion a cualquier trabajador que resigne voluntariamente, abandone su empleo, o sea terminado por motivo antes de que termine el periodo del contrato H-2A.

El empleador proveera, sin costo al trabajador, transportacion incidental entre sitios de trabajo. Para trabajadores que viven en vivienda proveida por el empleador, el empleador tambien proveera transportacion diaria a/y de el sitio de trabajo. Toda la transportacion sera de acuerdo con las leyes y regulaciones locales, estatales, y federales aplicables. Transportacion cumplira con todos los requisitos de seguridad, licenciatura, y seguro.  Uso de transportacion proveida por el empleador es voluntario; los trabajadores no esta requeridos a utilizarla como condicion de empleo.

ETA 790 – Adjunto 2
Purpose Point Harvesting, LLC

P-16698

## TERMINOS, CONDICIONES, Y ASEGURACIONES ADICIONALES

**Condiciones Generales.** Para ser contratado para este trabajo, el trabajador deberá ser capaz, estar dispuesto, y disponible en el momento y lugar donde se necesite desarrollar el trabajo descrito en esta orden de trabajo. Trabajadores contratados están de acuerdo con seguir las Normas de Trabajo publicadas (aqui anexas). Los trabajadores deberán notificar y obtener permiso del empleador para todas sus ausencias.  Los trabajadores que renuncian o son despedidos por causa previo al final del periodo de contrato podrán perder su elegibilidad para ser re-contratados.

**Articulos Proveidos por el Empleador.** El empleador proveera sin costo al trabajador todas las herramientas, suministros, y equipo necesario para desarrollar sus tareas asignadas. El empleador podra cobrarle al trabajador por los costos razonables de daños y/o repuesto de herramientas y/o equipo si la reparacion o repuesto son resultado de la mala conducta o negligencia de el trabajador.  El empleador podra cobrarle al trabajador por los costos razonables de reparacion de daños a la vivienda que se consideren mas que un desgaste normal, si se encuentra que el trabajador es responsable de tales daños.  El empleador proveera camas y otros articulos similares a los trabajadores que residen en vivienda proveida por el empleador sin costo alguno al menos que el trabajador ilegalmente remueva objetos o cause daño mas alla del desgaste normal.

**Garantia de ¾.** El empleador garantiza que ofrecera a cada trabajador por lo menos tres cuartos (75%) de las horas del total del periodo del contrato H-2A, incluyendo extensiones aplicables, comenzando con el primer dia de trabajo del trabajador y terminando el dia que finaliza el contrato H-2A o su extensión, si hubiera. Si el empleador no logra satisfacer esta garantia, el empleador le pagara a los trabajadores el monto que cada trabajador hubiera ganado si el trabajador hubiera trabajado las horas garantizadas. Esta provision no es aplicable a ningun trabajador que voluntariamente resigne, abandone su empleo, o sea terminado por causa.

**Terminacion.** El empleador podrá dar por terminado al trabajador por razones legales relacionadas al trabajo y así mismo notificar a la oficina local del Servicio de Empleo si el trabajador: (1) abandona el empleo (cinco días laborales consecutivos sin escusa); (2) se hace el enfermo o de otra manera se rehusa sin justificación a desarrollar el trabajo como se le es indicado; (3) comete actos serios de mala conducta o violaciones repetidas de las Normas de Trabajo; (4) fracasa, después de completar el período de tres días o cinco días de entrenamiento (el que aplique), a desarrollar su trabajo de manera competente para que el empleador produzca o venda productos de calidad premium; y/o (5) ofrece otro motivo legal para terminar su trabajo, incluyendo la terminación de un trabajador extranjero porque un trabajador de EEUU esta disponible para el trabajo bajo la regla del DOL de 50%.

Si el empleador requiera revisión de antecedentes como condición de empleo (ver Articulo 16.2), el empleador podrá terminar por causa, de acuerdo con las leyes y regulaciones aplicables, a cualquier trabajador que se le encuentre durante el periodo de trabajo una convicción criminal al menos que el trabajador ilegalmente remueva objetos o cause daño mas alla del desgaste normal que el empleador razonablemente crea podría poner la seguridad y bienestar de otros trabajadores, miembros de la empresa, clientes, o el publico en general, en peligro.

**Notificacion de Separacion.** El empleador notificara a DOL (y DHS, en el caso de un trabajador H-2A extranjero) no mas tarde que dos (2) dias laborales si un trabajador resigna voluntariamente, abandona su trabajo (cinco dias laborales consecutivos de ausencias sin escusa), es terminado por causa, o es despedido antes de que finalice la fecha del contrato H-2A. El empleador no pagara ni reembolsara los costos de viaje de salida a cualquier trabajador que resigne voluntariamente, abandone su trabajo, o sea despedido por causa antes de que el contrato H-2A finalice.

**Archivos de Ganancias.** El empleador esta de acuerdo con retener todos los documentos requeridos bajo 20 CFR § 655.122(j) y 20 CFR § 655.167 por un periodo de no menos de tres (3) años después de la fecha de certificacion. El empleador esta de acuerdo que hara disponibles estos documentos para inspeccion y transcripcion si un trabajador, un representante de un trabajador, el Secretario de Labor, o alguien autorizado y designado como representante lo solicita.

**Imposibilidad de Contrato.** Si, por causa de un fuego, clima, u otra fuerza mayor se vuelve imposible finalizar el contrato, el empleador podrá terminar el contrato siempre y cuando sea aprobado por un Oficial Certificador. En el evento que se de por terminado el Contrato, el empleador cumplira con la garantía de tres cuartos por el tiempo que haya pasado desde el primer día del empleo hasta el momento de la terminación de acuerdo con 20 CFR § 655.122(i). El empleador hara esfuerzos en transferir al

ETA 790 – Adjunto 2
Purpose Point Harvesting, LLC

P-16698

trabajador a otro empleo similar que sea aceptable a el trabajador, de acuerdo con las leyes de emigración aplicables. Si dicha transferencia no se efectua, el empleador deberá:

(1) Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) vino a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2) Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportacion y gastos de subsistencia al lugar del empleo; y

(3) Reembolsar al trabajador por gastos de transportación y subsistencia al lugar de empleo, si dichos reembolsos no fueron antes hechos. La subsistencia diaria sera contabilizada de acuerdo con 20 CFR § 655.122(h). La cantidad del reembolso de transporte no sera menor que el costo por el medio de transporte mas económico y razonable que cubra la distancia involucrada.

**Pago de la Primera Semana.** De acuerdo con 20 CFR § 653.501(c)(3)(i), el empleador garantiza que ofrecera a los solicitantes de Estados Unidos y los referidos el numero de horas especificadas anteriormente para la semana que comienza con el primer dia del contrato H-2A indicado en Articulo 9.  Solicitantes contratados deben contactar al SWA o oficina que retiene la orden de trabajo para verificar el primer dia de trabajo no antes de nueve (9) dias laborales, y no mas tarde de cinco (5) dias laborales, antes de la fecha de comienzo especificada en la orden de trabajo. El no contactar a la oficina de acuerdo con este requerimiento descalifica al solicitante de la garantía de horas.

**Revelacion del Contrato.** El empleador le proveera el trabajador, en un idioma que el trabajador entienda, una copia del Acuerdo de Trabajo Agrícola y las Normas de Trabajo que contengan todas las disposiciones requeridas por la sección 20 CFR 655.122(q) a más tardar al momento en que el trabajador aplique por su visa, o, para el trabajador domestico en empleo correspondiente, a mas tardar al momento que comience el trabajo. Para un trabajador H-2A transfiriendose a un empleador H-2A subsecuente, el empleador H-2A subsecuente proveerá una copia a más tardar al momento de hacer la oferta de trabajo al trabajador. Si hace falta un contrato por escrito entre el empleador y el trabajador los términos requeridos en esta orden de trabajo servirán como el contrato de trabajo.

**Reconocimiento de Partida**. El empleador aconsejara a todos los trabajadores extranjeros H-2A de su responsabilidad de partir de los Estados Unidos o a su empleo subsecuente autorizado cuando se separe de su empleo o complete el periodo de contrato H-2A, al menos que el trabajador extranjero H-2A obtenga una extension de status.

P-16698

## WORK RULES

These Work Rules provide guidance to workers regarding acceptable conduct standards and general expectations. This document is not intended to be comprehensive. Violation of any lawful, job-related employer requirements, including these Work Rules, are grounds for immediate termination. Employer may impose other disciplinary measures, including suspension of work, at its discretion.

1.  Workers must comply with all rules relating to discipline, attendance, work quality and effort, and the care and maintenance of all employer-provided property.

2.  Workers must perform work carefully and in accordance with employer's instructions. Workers performing sloppy work may be suspended without pay for the remainder of a workday or for up to three days, depending on the degree of infraction, the worker's prior record, and other relevant factors. Employer may discharge worker for subsequent offenses.

3.  Workers may not use or possess alcohol or illegal drugs during work time or during any workday before work is completed for the day (e.g., during meals). Workers may not report for work under the influence alcohol or illegal drugs. Employer may terminate workers for excessive alcohol use or drunk/disorderly conduct in housing after hours. Workers may not use, possess, sell, or manufacture illegal drugs on any employer premises, including housing.

4.  Workers must be present, able, and willing to perform every scheduled workday at the scheduled time unless excused by employer. Employer does not permit excessive absences and/or tardiness. Workers must report any absence from work by 7:00 AM. Employer may terminate any worker who abandons employment (five consecutive workdays of unexcused absence).

5.  Workers must keep employer-provided living quarters and common areas neat, clean, and in good repair, except for normal wear and tear. Workers must cooperate in maintaining common kitchen and living areas. Employer does not permit pets of any kind.

6.  Workers may not remove, deface, or alter any employer notices or posters required by federal and state law. Workers may request copies of posters.

7.  Workers living in employer-provided housing must lock the housing and turn off all lights, electronics, and unnecessary heat before leaving for work each morning. Workers must close all doors and windows while using heat and during adverse weather conditions.

8.  Workers assigned to bunk beds in employer-provided housing may not separate bunk beds.

9.  Workers may not cook in living quarters or any other non-kitchen areas in employer-provided housing. Employer furnishes cooking facilities and equipment.

10. Workers may not leave paper, cans, bottles and other trash in fields, work areas, or on housing premises. Workers must properly use trash and waste receptacles.

11. Workers may not take unauthorized breaks from work.

12. Workers may not sleep, waste time, or loiter during working hours.

13. Workers may not leave the field or other assigned work area without permission of employer or supervisor.

14. Workers may not enter employer's premises without authorization.

15. Workers must be present at their assigned worksite at the scheduled start time. Workers may not begin work prior to scheduled starting time or continue working after stopping time.

16. Workers may not entertain guests in employer-provided housing premises after 10:30 PM, except on Saturdays when guest hours end at 12:00 midnight. No persons, other than workers assigned by employer, may sleep in housing.

17. Workers may not deliberately restrict production or damage products/commodities.

18. Workers may not physically threaten other workers, the employer, supervisors, or members of the public with any tool or weapon. Workers who violate this rule may be subject to immediate termination.

19. Workers are prohibited from harassing others and engaging in abusive behavior of any kind. Workers who physically, sexually, or verbally harass other workers, the employer, supervisors, or members of the public may be subject to immediate termination.

P-16698

20. Workers may not fight on employer's premises, including housing, at any time. Workers who violate this rule may be subject to immediate termination.

21. Workers may not carry, possess, or use any dangerous or deadly weapon. Workers who violate this rule may be subject to immediate termination.

22. Workers may not steal from other workers or the employer. Workers who violate this rule may be subject to immediate termination.

23. Workers may not falsify identification, personnel, medical, production or other work-related records.

24. Workers may not drive any vehicles on employer's property without proper licensing, if required.

25. Workers may not abuse or destroy any machinery, truck or other vehicle, equipment, tools, or other property belonging to the employer or to other workers.

26. Workers must report any damage or breakdown to equipment, tools, or other property belonging to the employer.

27. Workers may not use or operate trucks or other vehicles, machines, tools or other equipment and property that has not been specifically assigned to worker by the employer or supervisor. Workers may not use or operate trucks or other vehicles, tools or other equipment or property for personal use unless expressly authorized by the employer.

28. Workers may not misuse or remove from the farm premises without authorization any employer-owned property.

29. Workers may not accept personal gifts from employer's vendors or customers without employer's authorization.

30. Workers must obey all safety rules and common safety practices. Workers must report any injuries or accidents promptly to the employer or immediate supervisor.

31. Workers must follow supervisor's instructions. Insubordination is cause for termination.

32. Workers may not reveal confidential or proprietary business information to any third-party. Confidential information includes, but is not limited to, worker lists, customer lists, financial information, or other business records.

33. Workers must obtain employer's permission to make long distance telephone calls on employer's telephone line. Employer will charge worker for the costs of any unauthorized long distance calls.

34. Except as otherwise noted above, employees who violate any of these Work Rules will be disciplined according to the following schedule:

| | |
|---|---|
| First Offense: | Oral warning and correction. |
| Second Offense: | Written warning and unpaid leave for balance of day. |
| Third Offense: | Immediate termination. Worker will be asked to sign written fact statement. |

P-16698

## NORMAS DE TRABAJO

Estas Normas de Trabajo proveen una guía para los trabajadores con relación a los estándares aceptables de conducta y expectativas generales del empleador. No es la intención del documento ser comprensivo. Violaciones de requisitos legitimos relacionados con el empleo, incluyendo estas Normas de Trabajo, serán motivo de terminación inmediata. El empleador podrá imponer otras medidas de disciplina, incluyendo suspensión de trabajo, a su discreción.

1. Los trabajadores deberán cumplir con todas las normas relacionadas con disciplina, asistencia, calidad y esfuerzo en el trabajo, y el cuidado y mantenimiento de toda la propiedad proveida por empleador.

2. Los trabajadores deberan desarollar su trabajo con cuidado de acuerdo con las instrucciones del empleador. Trabajadores desarollando su trabajo de forma descuidada podran ser suspendidos sin pago por el resto del día o hasta por tres días, dependiendo del grado de la infracción, el record previo del trabajador, y otros factores relevantes. El empleador podra despedir a un trabajador por ofensas que ocurran posteriormente.

3. Los trabajadores no podran usar o poseer alcohol, o drogas ilegales durante horas laborales de trabajo o durante cualquier día de trabajo antes de que el mismo sea completado (como durante las comidas). Los trabajadores no podrán reportarse a trabajar bajo la influencia de alcohol o drogas ilegales. El empleador podra despedir a un trabajador por uso excesivo de alcohol, andar borracho y/o conducta inadecuada en la vivienda después de las horas de trabajo. Los trabajadores no podran usar, poseer, vender, o manufacturar drogas ilegales en la propiedad del empleador, incluyendo la vivienda.

4. Los trabajadores deberan estar presentes, habiles, y dispuestos a desarrollar el trabajo programado para el dia a la hora programada al menos que reciban una excusa del empleador. El empleador no permitira ausencias excesivas y/o tardanzas. Los trabajadores deberan reportar cualquier ausencia del trabajo antes de las 7:00 AM. El empleador podra despedir a cualquier trabajador que abandone su trabajo (cinco días laborales consecutivos de ausencias sin excusa).

5. Los trabajadores deberán mantener la vivienda proveída por el empleador y areas comunes limpias y ordenadas, y en buen estado, con excepcion de el uso y desgaste normal. Los trabajadores deberán cooperar en mantener las áreas comunes de la cocina y habitaciones. El empleador no permitira ninguna mascota de ningun tipo.

6. Los trabajadores no deberan quitar, manipular, o alterar los carteles del empleador requeridos por ley federal y estatal. Los trabajadores que requieran copias podrán solicitarlas.

7. Los trabajadores viviendo en vivienda proveida por el empleador deberán hechar llave o candado, apagar todas las luces, artículos electrónicos, y la calefaccion no necesaria antes de salir al trabajo cada mañana. Los trabajadores deberan cerrar las puertas y ventanas mientras usan la calefaccion y durante condiciones de clima adversos.

8. Los trabajadores que tengan literas asignadas en vivienda proveida por el empleador no deberan separar las literas.

9. Los trabajadores que viven en vivienda proveida por el empleador no deberan cocinar en los dormitorios o en cualquier otra área que no sea la cocina. El empleador proveerá facilidades y equipo para cocinar.

10. Los trabajadores no deberan tirar papeles, latas, botellas ni otra basura en los campos, áreas de trabajo, ni en la vivienda. Se deberan usar los recipientes para basura y desperdicios.

11. Los trabajadores no deberan tomar descansos del trabajo sin autorización .

12. Los trabajadores no deberán dormir, perder el tiempo, o vagar durante horas laborales de trabajo.

13. Los trabajadores no deberan abandonar los campos u otras areas asignadas de trabajo sin permiso del empleador o el supervisor.

14. Los trabajadores no deberan entrar a la propiedad del empleador sin autorización.

15. Los trabajadores deberán presentarse a su lugar de trabajo asignado a la hora programada para iniciar su trabajo. Los trabajadores no podrán iniciar el trabajo antes de la hora de entrada o continuar trabajando despúes de la hora de terminación.

16. Los trabajadores que habiten la vivienda proveida por el empleador no podrán tener visitas después de las 10:30 p.m. con la excepción de los sábados en la noche cuando las horas de visita terminarán a las 12:00 de la medianoche. Ninguna persona que no esté asignada por el empleador, podrá dormir en la vivienda.

17. Los trabajadores no deberan deliberadamente restringir la producción o dañar los productos.

P-16698

18. Los trabajadores no deberan amenazar fisicamente a otros trabajadores, el empleador, o supervisores, o miembros del publico con una herramienta o arma. El trabajador que viole esta norma podra ser despido de inmediato.

19. Los trabajadores no deberán acosar a otros o participar en comportamiento abusivo de ningún tipo. Los trabajadores que fisicamente, sexualmente, o verbalmente acosen a otros trabajadores, el empleador, supervisores, o miembros del publico podrán ser sujetos a terminación inmediata.

20. Los trabajadores no deberan pelear en la propiedad del empleador, incluyendo la vivienda, en ningun momento. El trabajador que viole esta norma podra ser despedido de inmediato.

21. Los trabajadores no deberan cargar, poseer, o usar armas peligrosas. El trabajador que viole esta norma podra ser despedido de inmediato.

22. Los trabajadores no deberan robar de otros compañeros de trabajo o el empleador. El trabajador que viole esta norma podra ser despedido de inmediato.

23. Los trabajadores no deberan falsificar su identificación, registros personales, medicos, producción u otros documentos relacionados al trabajo.

24. Los trabajadores no deberán conducir ningún vehiculo en la propiedad del empleador sin licencia apropiada, si es requerido.

25. Los trabajadores no podrán intencionalmente abusar o destruir maquinaria, camionetas o vehiculos, equipo, herramientas, o propiedad perteneciente al empleador o otros trabajadores.

26. Los trabajadores deberán reportar cualquier daño o descompostura de equipo, herramientas, o otra propiedad que sea del empleador.

27. Los trabajadores no deberan usar u operar camiones u otros vehículos, maquinaria, herramientas u otros equipos y propiedad a la que los trabajadores no hayan sido específicamente asignados por el supervisor. Los trabajadores no deberan usar u operar camiones u otros vehículos, herramientas u otro equipo o propiedad para uso personal al menos que haya sido expresamente autorizado por el empleador.

28. Los trabajadores no deberan hacer mal uso o retirar de la propiedad de la granja sin autorización cualquier propiedad del empleador.

29. Los trabajadores no deberán aceptar regalos personales de vendedores del empleador o clientes sin la autorización del empleador.

30. Los trabajadores deberán obedecer todas las reglas de seguridad o practicas de seguridad. Los trabajadores deberán reportar cualquier lesión o accidente de inmediato al supervisor o al empleador.

31. Los trabajadores deberán seguir las instrucciones del supervisor. La insubordinación sera motivo para terminacion.

32. Los trabajadores no deberán revelar información de la empresa confidencial a terceras personal. Informacion confidencial incluye, sin limitar, listas de trabajadores, lista de clientes, información de las finanzas, o otros records de la empresa.

33. El trabajador debera obtener permiso para hacer llamadas de larga distancia con el telefono del empleador.  El empleador le cobrara al trabajador el costo de cualquier llamada de larga distancia que no sea autorizada.

34. Salvo se indique lo contrario, los trabajadores que violen cualquiera de estas Normas de Trabajo serán disciplinados de la siguiente manera:

|  |  |
|---|---|
| Primera Ofensa: | Aviso oral y correccion. |
| Segunda Ofensa: | Aviso por escrito y resto del día sin paga. |
| Tercera Ofensa: | Despido inmediato. Se le pedirá al trabajador que firme los hechos por escrito |

# Drug & Alcohol Policy

Purpose Point Harvesting, LLC (the "Company") is a drug and alcohol-free workplace.  The Company's business focus on providing general labor to farmers to assist them in harvesting agricultural crops and other miscellaneous tasks around the farm ("farm work").  The Company's workplace refers to all job sites where Company employees are being assigned.  This policy applies to all temporary agricultural workers hired under the United States Citizenship and Immigration Services ("USCIS") H-2A Program, as well as no H-2A Program workers hired to perform farm work under the umbrella of a Master Agreement between the farmer and the Company.

This drug and alcohol-free workplace policy is issued in compliance with State of Michigan law governing drugs and alcohol testing and is meant to provide a balance between the worker privacy rights and the farmer right to demand the worker's performance not being compromised by the consumption of drugs and/or alcohol.

In compliance with state law, workers who, as part of their job, must operate heavy machinery, equipment or motor vehicles, for purposes of testing are held to a higher threshold of scrutiny.

All workers drug and alcohol test and/or records involving disciplinary actions related to violations of this policy will be kept confidential.  Its release will be allowed in the manner and to the individuals authorized by current law or regulation.

This policy prohibits unlawful manufacture, distribution, dispensing, possession and/or use of controlled substances or the unlawful possession, use or distribution of alcohol at the workplace or while in transit between the lodging facility and the field, shop or any other place the worker has been assigned by the Company. This ban also includes self-prescribed, over-the-counter, medications used and/or consumed in quantities larger than the recommended by the label, unless otherwise prescribed by a licensed physician.

The Company is authorized to test for any combination of drugs, and as many or as little substances and panels as it deems necessary on each case. The Company will test for alcohol consumption upon suspicion and within 8 hours of an accident.  An individual will be deemed in violation of the alcohol consumption policy when the alcohol concentration is .04 or greater. Alcohol is defined as the intoxicant agent in beverage alcohol, ethyl alcohol, or other low molecular weight alcohols, including methyl or isopropyl alcohol.

Violation of this policy may result in disciplinary sanctions up to and including termination of employment.  The Company may also refer the violation to the appropriate authorities for prosecution.  Similarly, the Company will implement all necessary steps to drop any worker in violation of the policy from the H-2A Program.

Refusing to be tested post accident or when a reasonable suspicion of violation is asserted, would imply that the worker is in violation of this policy.

While violation of this policy shall be deemed as a breach of the terms of employment, neither this policy nor any terms of the same shall be construed as the establishment of a contract of employment between the Company and the worker. The Company reserves the right to amend or modify any term or provision of this policy with or without notice.

A worker who receives a verified positive drug test will be subject to disciplinary action, up to and including termination. A worker whose test results indicate an alcohol concentration greater than .04 will be subject to disciplinary action, up to and including termination.

No worker will be allowed to remain at the workplace if upon being tested receives a verified positive drug results.  Similarly, no worker will be allowed to remain at the workplace if upon tested is found to have any unrecordable alcohol concentration.

A worker who refuses to submit to a required drug and/or alcohol test will be immediately removed from the workplace and will be subject to immediate termination. A worker is deemed he/she has refused to submit to a drug test and/or an alcohol test whenever he/she fails to meet any of the legal requirements to successfully complete the required test.

The Company relies on the Laboratory of choice meeting the qualifications and having in place the procedures to guarantee the chain of custody and proper confidentiality of the testing and results.  The Company will make every effort to keep the results of drug and alcohol tests confidential.  However, the worker realizes that since his hiring is based on a Federal Program (USCIS H-2A Program) the Company may be mandated to release said results, and/or base decisions aimed at excluding the worker from the Program.

Acknowledgment of Receipt:


_____
Name                        Date

## Política De Drogas y Alcohol

Purpose Point Harvesting, LLC (la "Compañía") es un lugar de trabajo libre de drogas y alcohol. Los negocios de la Compañía se centran en proporcionar mano de obra general a los finqueros para ayudarlos a cosechar cultivos agrícolas y otras tareas diversas en la finca ("trabajo agrícola"). El lugar de trabajo de la Compañía se refiere a todos los sitios de trabajo donde se asignan los empleados de la Compañía. Esta política se aplica a todos los trabajadores agrícolas temporales contratados bajo el Programa H-2A de Servicios de Ciudadanía e Inmigración de los Estados Unidos ("USCIS"), así como a los trabajadores del Programa H-2A contratados para realizar trabajos agrícolas bajo el Acuerdo Maestro entre agricultor y la Compañía.

De conformidad con la ley estatal, los trabajadores que, como parte de su trabajo, deben operar maquinaria pesada, equipo o vehículos de motor, a los fines de la prueba se someten a un umbral más alto de escrutinio.

Todas las pruebas y / o registros de drogas y alcohol de los trabajadores que impliquen acciones disciplinarias relacionadas con violaciones de esta política serán confidenciales. Su lanzamiento se permitirá de la manera y a las personas autorizadas por la ley o regulación actual.

Esta política prohíbe la fabricación, distribución, dispensación, posesión y / o uso ilegal de sustancias controladas o la posesión, el uso o la distribución ilícitos de alcohol en el lugar de trabajo o en tránsito entre la instalación de alojamiento y el campo, tienda o cualquier otro lugar donde el trabajador ha sido asignado por la Compañía. Esta prohibición también incluye los medicamentos auto prescritos, de venta libre, que se consumen o consumen en cantidades mayores a las recomendadas por la etiqueta, a menos que un médico autorizado indique lo contrario.

La Compañía está autorizada a realizar pruebas para detectar cualquier combinación de medicamentos sean grandes o pequenas sustancias y paneles como lo considere necesario en cada caso. La Compañía evaluará el consumo de alcohol bajo sospecha y dentro de las 8 horas posteriores a un accidente. Se considerará que un individuo infringe la política de consumo de alcohol cuando la concentración de alcohol es de .04 o mayor. El alcohol se define como el agente intoxicante en bebidas alcohólicas, alcohol etílico u otros alcoholes de bajo peso molecular, incluido el alcohol metílico o isopropílico.

La violación de esta política puede resultar en sanciones disciplinarias que pueden incluir el despido. La Compañía también puede derivar la violación a las autoridades correspondientes para su enjuiciamiento. De manera similar, la Compañía implementará todos los pasos necesarios para despedir a cualquier trabajador que viole la política del Programa H-2A.
Negarse a someterse a la prueba después de un accidente o cuando se afirma una sospecha razonable de violación, implicaría que el trabajador está en violación de esta política.

Si bien la violación de esta política se considerará como un incumplimiento de los términos de empleo, ni esta política ni los términos de la misma se interpretarán como el establecimiento de un contrato de trabajo entre la empresa y el trabajador. La Compañía se reserva el derecho de enmendar o modificar cualquier término o disposición de esta política con o sin previo aviso. Un trabajador que recibe una prueba de drogas positiva verificada estará sujeto a medidas disciplinarias, que pueden incluir el

despido. Un trabajador cuyos resultados de prueba indiquen una concentración de alcohol superior a .04 estará sujeto a medidas disciplinarias, que pueden incluir el despido.

No se permitirá que ningún trabajador permanezca en el lugar de trabajo si al someterse a la prueba recibe un resultado verificado de drogas positivas. De manera similar, a ningún trabajador se le permitirá permanecer en el lugar de trabajo si se encuentra que tiene una concentración irreversible de alcohol después de la prueba.

Un trabajador que se niegue a someterse a un examen de drogas y / o alcohol requerido será inmediatamente retirado del lugar de trabajo y estará sujeto a la terminación inmediata. Se considera que un trabajador se ha negado a someterse a una prueba de detección de drogas y / o una prueba de alcohol cada vez que no cumpla con alguno de los requisitos legales para completar con éxito la prueba requerida.

La Compañía confía en el Laboratorio de elección cumpliendo con las calificaciones y teniendo en su lugar los procedimientos para garantizar la cadena de custodia y la confidencialidad adecuada de las pruebas y los resultados. La Compañía hará todos los esfuerzos posibles para mantener confidenciales los resultados de las pruebas de drogas y alcohol. Sin embargo, el trabajador se da cuenta de que, dado que su contratación se basa en un Programa Federal (Programa USCIS H-2A), la Compañía puede tener el mandato de mandar dichos resultados y / o tomar decisiones básicas para excluir al trabajador del Programa.

Acuse de recibo:

_____

Nombre                    Fecha