Exhibit A

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0001 | SUPPLEMENTARY DATE:<br>Sat, Nov 16, 2019 | FILE CLASS:<br>99003 |

| INCIDENT STATUS:<br>OPEN |
|---|

## MISSING PERSON

### NO JOURNALS

### COMPLAINANT:

NAM: EMILTO MORENO-GOMEZ
BIR:                               RAC:           ETH:
NBR:            DIR:           SEX:           DL:
STR:                               DOB:           SSN:
SFX:                               HGT:           SI:         /
CTY:            ST:            WGT:           FBI:
TXH:            ZIP:           HAI:           MNU:
TXW:                               EYE:           PR:
MB:
MB:
SMT

### RECONTACT COMPLAINANT:

On 11/16/19, EMILTO contacted me. He sent me a photograph of ▮▮▮▮ and ▮▮▮▮ that had just recently been posted on ▮▮▮▮'s Facebook. ▮▮▮▮ appeared to be alive and in good health. ▮▮▮▮ advised that they were all supposed to fly out on 11/13/2019, but ▮▮▮▮ and ▮▮▮▮ did not. EMILTO sent me photographs of a business and two other individuals who he believed to be connected with the coyotes:

- The Painter's Personal Touch located at 1▮▮▮▮
- ▮▮▮▮

▮▮▮▮ were both individuals originally brought over to work for EMILTO at Purpose Point Harvesting.

### CONTACT MISSING CHILDREN'S CLEARINGHOUSE ANALYST:

On 11/16/2019, I responded to an email from JOLENE HARDESTY and updated her on our findings. I included the photograph of ▮▮▮▮ in the email.

| PAGE:<br>1 of 2 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:18

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0001 | SUPPLEMENTARY DATE:<br>Sat, Nov 16, 2019 | FILE CLASS:<br>99003 |

**PHOTOGRAPHS:**

Photographs were uploaded to the S:Drive DCSR folder. These will be uploaded to the MSP online phot repository.

In the photograph at the cafe, ▇▇▇▇▇▇ is the individual in the black sweatshirt. ▇▇▇▇▇▇ is in the blue t-shirt.

**STATUS:**

OPEN

| PAGE:<br>2 of 2 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:18

| MICHIGAN DEPARTMENT OF STATE POLICE | **ORIGINAL DATE:** Sun, Nov 03, 2019 | **INCIDENT NO:** 062-0005944-19 |
|---|---|---|
| **SUPPLEMENTAL INCIDENT REPORT** 0002 | **SUPPLEMENTARY DATE:** Wed, Apr 01, 2020 | **FILE CLASS:** 99003 |

**INCIDENT STATUS:**
OPEN

# MISSING PERSON

### JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 11-18-2019 | BECK, TREVOR, 405, Trooper | I/R. D/SGT SPARKS HAS BEEN NOTIFIED OF THIS CASE AND IS WORKING TO DETERMINE THE DIRECTION OF THE CASE. DUE TO THE INFORMATION PROVIDED, IT DOES NOT APPEAR THAT THE MISSING PEOPLE ARE MISSING UNDER ANY SUSPICIOUS CIRCUMSTANCES. |
| 11-19-2019 | NOBLISKI, MATTHEW, 255, D/Sergeant | DB REVIEW. CONTACTED TPR. MCMASTER THIS DATE TO CHECK STATUS. HE ADVISED HE HAS BEEN IN CONTACT WITH D/SGT. SPARKS AND ICE REGARDING THIS MATTER. I SUGGESTED HE REACH OUT TO ANALYST SHAWNA CREESE REGARDING THE OUTBOUND FLIGHTS FOR THE MISSING PERSONS. VERIFY IF THEY BOARDED OR FAILED TO DO SO. |
| 11-19-2019 | MCMASTER, KALEB, 859, Trooper | I CONTACTED SHAWNA CREESE. SHE CHECKED WITH HOMELAND SECURITY AND WAS ABLE TO DETERMINE THAT NEITHER ▇▇▇ NOR ▇▇ BOARDED THEIR FLIGHTS. |
| 01-21-2020 | BECK, TREVOR, 405, Trooper | SUPP 1 REVIEWED. PENDS DETERMINING THE DIRECTION OF THE CASE AND POSSIBLE TOT TO IMMIGRATION. |
| 02-19-2020 | BECK, TREVOR, 91, Sergeant | M/R. PENDS ABOVE. |
| 02-20-2020 | SPARKS, ZACHARY, 78, D/Sergeant | NTO, THAT THIS HAS BEEN A COUPLE MONTHS WITHOUT ANY ADDITIONAL INFORMATION, YOU SHOULD RECONTACT THE PERSONS INVOLVED INCLUDING ICE TO SEE IF ANY NEW INFORMATION. IF NOT THAN FIND OUT FROM CAMP OWNER WHERE MEDICAL/DENTAL RECORDS MAY BE SO WE CAN COLLECT/ENTER RECORDS AND BEGIN NAMUS PROFILE ENTRY. |
| 03-10-2020 | MCMASTER, KALEB, 859, Trooper | CALL EMILTO'S PHONE NUMBERS. LEAVE VOICEMAIL ON SECOND ATTEMPT AT EMILTO'S CELL REQUESTING AN UPDATE AND RETURN CALL. |

| PAGE: 1 of 2 | INVESTIGATED BY: MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY: MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:18

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0002 | SUPPLEMENTARY DATE:<br>Wed, Apr 01, 2020 | FILE CLASS:<br>99003 |

## COMPLAINANT

NAM:   EMILTO MORENO-GOMEZ
BIR:                                    RAC: ▮    ETH: ▮
NBR: ▮    DIR:                  SEX: ▮    DL: ▮
STR: ▮                            DOB: ▮    SSN:
SFX: ▮                            HGT: ▮    SI:         /
CTY: ▮    ST: ▮              WGT: ▮    FBI:
TXH:          ZIP: ▮              HAI:         MNU:
TXW:                                  EYE: ▮    PR:
MB: ▮
MB: ▮
SMT:

## RECONTACT COMPLAINANT:

On 04/01/2020 at approximately 10:55 a.m., I made contact with EMILTO by phone. EMILTO advised that he had been out of the country for some time, which was why he had not returned my previous call. EMILTO advised that he will check into ▮'s bank account to determine if it has been accessed, as he has access to the account. In addition, EMILTO advised that one of ▮'s paychecks was cashed. EMILTO advised that he would obtain a copy of this information for me. EMILTO also stated that there are no dental records in the United States for either ▮ or ▮. However, EMILTO is going to reach out to one of his contacts in Guatemala to determine if there are dental records overseas.

## STATUS:

OPEN

| PAGE:<br>2 of 2 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:18

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0003 | SUPPLEMENTARY DATE:<br>Sun, Jun 21, 2020 | FILE CLASS:<br>99003 |

| INCIDENT STATUS:<br>OPEN |
|---|

## MISSING PERSON

### JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 04-01-2020 | ENTERED BY: SPARKS, ZACHARY, 78, D/SERGEANT | REVIEW OF SUPP #2, PENDING INFORMATION FROM CHECK CASHING AND ANY POSSIBLE LOCATION OF DENTAL RECORDS FOR UPDATING MISSING PERSON ENTRY. |
| 05-10-2020 | ENTERED BY: MCMASTER, KALEB, 859, TROOPER | SPEAK WITH EMILTO AGAIN.  HE ADVISED THAT HE HAS THE CHECK DEPOSIT RECORDS AND WILL BRING THEM IN TO ME ON 05/13/2020 AT 2:00PM WHEN I START MY SHIFT. EMILTO ADVISED THAT HE WILL REACH OUT TO FAMILY MEMBERS OVERSEAS TO SEE IF THEY HAVE ACCESS TO HIS DENTAL RECORDS. |
| 05-22-2020 | ENTERED BY: BECK, TREVOR, 91, SERGEANT | M/R. PENDS DENTAL RECORDS AND LEADS FROM CHECK CASHING. NTO, DID EMILTO EVER GET YOU THE CHECK INFORMATION? |
| 06-19-2020 | ENTERED BY: BECK, TREVOR, 91, SERGEANT | M/R. PENDS ABOVE. |

### CHECK INFORMATION:

The complainant, EMILTO MORENO, provided me with a copy of the check cashed by ▆▆▆▆▆▆▆.  The check was made out to ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.  There is a signature on the check that appears to be for ▆▆▆▆▆▆.  There is a second signature on the check.  There is a second signature on the check that appears to contain a capital "R", "M", and "G", which are also the initials of ▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆ is suspected of being a human trafficker or "coyote".  There is also a note on the back of the check that reads "pay to the order ▆▆▆▆▆▆▆▆ passport # ▆▆▆▆▆▆▆ DOB ▆▆▆▆▆ Exp ▆▆▆▆▆▆▆ EMILTO also advised that ROBIN MORENO lives in Arlington, VA.

### FOLLOW-UP:

I will need to contact West Shore Bank to determine if they can obtain any further information on where the check was cashed.

| PAGE:<br>1 of 2 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:19

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0003 | SUPPLEMENTARY DATE:<br>Sun, Jun 21, 2020 | FILE CLASS:<br>99003 |

**STATUS:**

OPEN

| PAGE:<br>2 of 2 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:19

| MICHIGAN DEPARTMENT OF STATE POLICE | **ORIGINAL DATE:** Sun, Nov 03, 2019 | **INCIDENT NO:** 062-0005944-19 |
|---|---|---|
| **SUPPLEMENTAL INCIDENT REPORT** 0004 | **SUPPLEMENTARY DATE:** Sat, Dec 26, 2020 | **FILE CLASS:** 99003 |

| INCIDENT STATUS: OPEN |
|---|

# MISSING PERSON

### JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 06-22-2020 | ENTERED BY: BECK, TREVOR, 91, SERGEANT | SUPP 3 REVIEWED. PENDS INFORMATION FROM THE BANK ON WHERE THE CHECK WAS CASHED. |
| 07-14-2020 | ENTERED BY: ZIESMAN, ABIGAIL, 1835, TROOPER | PENDS CHECK INFORMATION |
| 07-18-2020 | ENTERED BY: BECK, TREVOR, 91, SERGEANT | M/R. PENDS CHECK INFORMATION. NOTE TO OFFICER TO COMPLETE |
| 08-21-2020 | ENTERED BY: BECK, TREVOR, 91, SERGEANT | M/R. PENDS FOLLOW UP. NOTE TO OIC TO DOCUMENT YOUR FOLLOW UP. |
| 10-11-2020 | ENTERED BY: BECK, TREVOR, 91, SERGEANT | M/R. YOU NEED TO COMPLETE THIS FOLLOW-UP ASAP. |
| 10-16-2020 | ENTERED BY: MCMASTER, KALEB, 859, TROOPER | ENLISTED TPR. ZIESMAN'S ASSISTANCE REFERENCE THE BANKING ASPECTS OF THIS COMPLAINT. ON THIS DATE, WE CONTACTED WEST SHORE BANK REFERENCE THE CHECK. BOTH PERSONS WHO ARE ABLE TO DETERMINE WHERE IT WAS CASHED WERE OUT OF THE OFFICE. WE ARE EXPECTING A CALL BACK NEXT WEEK. |
| 10-19-2020 | ENTERED BY: ZIESMAN, ABIGAIL, 1835, TROOPER | ATTEMPTED TO CALL BANK BACK, LEFT VOICEMAIL FOR COMPLIANCE TO CALL ME BACK |
| 11-28-2020 | ENTERED BY: BECK, TREVOR, 91, SERGEANT | M/R. ANY UPDATE FROM THE BANK? 6 MONTH SUPP DUE NEXT MONTH. |
| 12-02-2020 | ENTERED BY: ZIESMAN, ABIGAIL, 1835, TROOPER | NO UPDATE FROM BANK / UNABLE TO CALL NOW THAT I AM BACK TO NIGHTS |

| PAGE: 1 of 2 | INVESTIGATED BY: MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY: BECK, TREVOR, 91, SERGEANT | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:19

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0004 | SUPPLEMENTARY DATE:<br>Sat, Dec 26, 2020 | FILE CLASS:<br>99003 |

## STATUS:

OPEN

| PAGE:<br>2 of 2 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>BECK, TREVOR, 91, SERGEANT | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:19

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0005 | SUPPLEMENTARY DATE:<br>Tue, Dec 29, 2020 | FILE CLASS:<br>99003 |

| INCIDENT STATUS:<br>OPEN |
|---|

## MISSING PERSON

### JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 12-26-2020 | ENTERED BY: BECK, TREVOR, 91, SERGEANT | 6 MONTH SUPP ADDED/REVIEWED. CHECK WITH THE BANK REGARDING LOCATION THE CHECK WAS CASHED. |
| 12-28-2020 | ENTERED BY: MCMASTER, KALEB, 859, TROOPER | CONTACTED WEST SHORE BANK IN HART, MI AGAIN. I WAS FORWARDED ON TO STACY TENNEY. I LEFT A VOICEMAIL REFERENCE TRACKING THE DEPOSIT LOCATION FOR THE CHECK. |

### CONTACT BANK:

On 12/28/20, I was able to reach the vice president of West Shore Bank. Vice President JENNETTE SOMSOL assisted me in seeking information on the location where the check was deposited. JENNETTE advised she was able to determine it was determined at a Wells Fargo in Minnesota; however, the check did not have identifying information on it that would show what specific branch it was deposited at. JENNETTE provided me with the phone number for Wells Fargo of 1-800-745-2426. She also sent me the documentation related to this search, which I have added to externals.

### COMPLAINANT:

```
NAM:   EMILTO MORENO-GOMEZ
BIR:                                    RAC:            ETH:
NBR:            DIR:                    SEX:            DL:
STR:                                    DOB:            SSN:
SFX:                                    HGT:            SI:        /
CTY:            ST:                     WGT:            FBI:
TXH:            ZIP:                    HAI:            MNU:
TXW:                                    EYE:            PR:
MB:
MB:
SMT:
```

| PAGE:<br>1 of 3 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:19

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0005 | SUPPLEMENTARY DATE:<br>Tue, Dec 29, 2020 | FILE CLASS:<br>99003 |

**CONTACT EMILTO:**

On 12/29/20, I called EMILTO to see if he had any new information on either of the missing parties. EMILTO advised he did not. The last he had heard, the coyote who EMILTO believed had provided transportation to both missing parties was still living in Virginia; however, he did not know specifically ▮▮▮ or ▮▮ were there.

**VICTIM:**

NAM: ▮▮▮
BIR:          RAC: ▮     ETH: ▮
NBR:   DIR:   SEX: ▮     DL: /
STR: ▮        DOB: ▮     SSN:
SFX:          HGT: ▮     SI: /
CTY:   ST: ▮  WGT: ▮     FBI:
TXH:   ZIP:   HAI: ▮     MNU: ▮
TXW:          EYE: ▮     PR:
MB: ▮
SM: ▮
SMT:

EMPLOYER: PURPOSE POINT HARVESTING LLC

**CONTACT ▮▮:**

I attempted to call ▮▮▮'S phone number to see if it was reactivated, with no luck. I then tried ▮▮ phone number and a man picked up, who only spoke in Spanish. I asked if his name was ▮▮, and he said it was. I asked if his name was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and he confirmed that it was.

TPR. MORENO assisted me and we used a google translator and the complainant to facilitate additional conversation, including a text conversation, in which we notified him that we would attempt a three-way phone call. We facilitated a three-way phone call to include ▮▮ and EMILTO; and EMILTO was able to determine that, yes, in fact this was ▮▮, who was missing, confirming that he was alive and well. EMILTO translated some of the conversation; however, EMILTO and ▮▮ began arguing. ▮▮ accused EMILTO of causing marital problems for ▮▮, in Spanish. ▮▮ later texted me saying that he wanted EMILTO to pay him money that he owed. EMILTO advised that ▮▮ had stated in Spanish that he was going to get an attorney and then ▮▮ hung up the phone on us. ▮▮ then texted me stating that EMILTO needed to give him back all the money that EMILTO had stolen from ▮▮ while working for him.

I have attempted to follow up with ▮▮, but he will not pick up the phone or respond to my text messages. ▮▮ is also illegally in the country as his visa has long since expired.

| PAGE:<br>2 of 3 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:19

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>0005 | SUPPLEMENTARY DATE:<br>Tue, Dec 29, 2020 | FILE CLASS:<br>99003 |

### REMOVE ▮▮▮▮ FROM LEIN:

On 01/12/2021, Mason-Oceana Dispatch removed ▮▮▮▮ from LEIN as missing.

### STATUS:

OPEN

12/29/20 - 01/04/21
dmq

| PAGE:<br>3 of 3 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:19

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2019 | INCIDENT NO:<br>062-0005944-19 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT<br>**0006** | SUPPLEMENTARY DATE:<br>Wed, Jan 27, 2021 | FILE CLASS:<br>99003 |

| INCIDENT STATUS:<br>OPEN |
|---|

## MISSING PERSON

### JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 01-23-2021 | ENTERED BY: BECK, TREVOR, 91, SERGEANT | SUPP 5 REVIEWED. THIS IS JUST PENDING CONTACT WITH ▇▇▇ AFTER CONFIRMING ▇▇ IS NOT MISSING. YOU COULD TRY TEXTING ▇▇ BACK TO SEE IF HE HAD CONTACT INFO FOR ▇▇▇. |

### EXTERNAL DOCUMENTS:

- Copy of notes (requested by FOIA)

### PHOTOGRAPHS:

Screenshots of the text messages relating to the previous supplemental report were uploaded to the S:Drive DCSR folder and are pending upload to the MSP online photo repository.

### STATUS:

OPEN

| PAGE:<br>1 of 1 | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | INVESTIGATED BY:<br>MCMASTER, KALEB, 859, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 2/22/2021 13:19