Exhibit F



**U.S. Department Labor**
**Employment and Training Administration**

OMB Control No. 1205-0134
Expiration Date: March 31, 2019

Agricultural and Food Processing Clearance Order ETA Form 790
Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

I. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y  Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal ):

Purpose Point Harvesting, LLC
Mailing Address:
2235 N. 56th Ave.
Mears, MI  49436

Physical Address:
2235 N. 56th Ave.
Mears , MI 49436

a) Federal Employer Identification Number (FEIN) / Número federal de Identificación del Empleador:

▇▇▇▇▇▇▇

b) Telephone Number / Número de Teléfono:
(231) 742-1395

c) Fax Number / Número de Fax:

d) E-mail Address / Dirección de Correo Electrónico:
c/o Employer Agent e-mail:  masH2A@maslabor.com

2. Address and Directions to Work Site / Domicilio y Direcciones al lugar  de trabajo:
7035 N. 120th Ave, Hart, MI 49436

See attached Itinerary for Additional Worksites

See "Attachment 1 to ETA 790" Item 2 / Ver "Adjunto 1 a ETA 790" Artículo 2

3. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda:
2182 W. Shelby Rd., Shelby , MI 49455
2480 E Hammett Road, Hart, MI 49420 Units 1,3 & 4

4) Description of Housing / Descripción de la vivienda:
Single Family Frame house - total housing capacity - 21 persons

Mobile Homes-total housing capacity 23 persons.

See "Attachment 1 to ETA 790" Item 3 / Ver "Adjunto 1 a ETA 790" Artículo 3

---

## Nos. 4 through 8 for STATE USE ONLY / Números 4 a 8 para USO ESTATAL

4. SOC (O*NET/OES) Occupational Code / Código Industrial:
45-2092.02

a. SOC (ONET/OES) Occupational Title / Título Ocupacional
farmworker/laborer crop

5. Job Order No. / Núm. de Orden de Empleo:
7674341

6. Address of Order Holding Office (include Telephone number) / Dirección de la Oficina donde se radica la oferta (incluya el número de teléfono):

Michigan Works! 195 N Michigan Ave., Shelby MI 49455

a. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de la Oficina Local (Incluya el número  de teléfono de su línea directa).
Rose Rangel: (231) 259-2006; cell, (517) 388-9097
Ericka Garcia: (231) 259-2001

7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo:
04/07/2017

8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo:
8/24/2017

9. Anticipated Period of Employment / Período anticipado o previsto de Empleo:

From / Desde: 5/16/2017     To / Hasta:  11/30/2017

10. Number of Workers Requested / Número de Trabajadores Solicitados:
14

11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana.  Total: 40

| | | | |
|---|---|---|---|
| Sunday / Domingo | 0 | Thursday /Jueves | 7 |
| Monday / Lunes | 7 | Friday / Viernes | 7 |
| Tuesday / Martes | 7 | Saturday / Sábado | 5 |
| Wednesday / Miércoles | 7 | | |

See "Attachment 1 to ETA 790" Item 11 / Ver "Adjunto 1 a ETA 790" Artículo 11

12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas par alas diferentes actividades de la temporada.
Performs a variety of manual/equipment operation tasks in Farm operation.

See "Attachment 1 to ETA 790" Item 12 / Ver "Adjunto 1 a ETA 790" Artículo 12

13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de:

Employer / Empleador:        Yes / Si ☒    No ☐

4.  Describe how the employer intends to provide either 3 meals a day to each worker or furnish free and convenient cooking and kitchen facilities for workers to prepare meals / Describa cómo el empleador tiene la intención de ofrecer, ya sea 3 comidas al día a cada trabajador, o proporcionar gratuitamente instalaciones para cocinar.

In addition to providing free cooking and kitchen facilities, employer will provide free transportation to and from the neighboring closest town no less than once each week for supplies and/or banking (for workers for whom housing must be provided). Dining, full kitchen/cooking facilities and other common areas will be shared by all workers.

Además de proveer cocina y las facilades gratis, el empleador proveerá transportación gratuita a los trabajadores de y hasta la ciudad más cercana al menos una vez por semana para comprar suministros/ir al banco (para por los empleados a quienes se les deba de proveer vivienda). El comedor, cocina completa/instalaciones de cocina y otras áreas comunes serán compartidas por todos los trabajadores.

5.  Referral Instructions and Hiring Information  / Instrucciones sobre cómo Referir Candidatos/Solicitantes - (Explain how applicants are to be hired or referred, and the Employer's/Agent's available hour to interview workers / Explique cómo los candidatos serán contratados o referidos, y las horas disponibles del empleador/agente para entrevistar a los trabajadores).  See instructions for more details / Vea las instrucciones para más detalles.

The actual employment offer is at the sole discretion of the employer.  Referrals will be accepted from the State Workforce Agencies (SWAs), directly from applicants, walk-ins, gate hires, and from other sources.  SWA's should thoroughly familiarize each applicant with the job specifications and terms and conditions of employment before a referral is made.  Workers must meet all of the following criteria:
  1.  Are available and indicate willingness to work the entire season.
  2.  Have transportation to job site at start of season for non-local workers and daily for local workers.
  3.  Have been fully apprised by the local employment office of the terms, conditions, and nature of employment.
  4.  Are legally entitled to work in the U.S.
  5.  Are able, willing and qualified to perform the work.
Workers must possess documentation required to enable employer to comply with the employment verification requirements of IRCA.  Accurate completion of Form I-9 will be required of each worker within (3) days of employment pursuant to U.S. Law.  The employer will abide by the requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system.

---

El empleo actual es a discreción exclusiva del empleador. Se aceptan referencias de la Oficina Estatal de Empleo (SWAs), solicitantes directos, personas sin cita, contrataciones de puerta y de otros medios. Las SWAs debe estar completamente familiarizada con cada solicitante con las especificaciones del empleo y términos y condiciones del empleo antes de que se realice la referencia. Los empleados deben de cumplir con todos los siguientes criterios:
  1. Se encuentran disponibles e indican voluntad para trabajar la temporada completa.
  2. Tiene transportación hacia el lugar de trabajo al inicio de la temporada para empleados no locales y para empleados locales diarios.
  3. Se le ha informado completamente por la oficina local de empleo sobre los términos, condiciones y naturaleza del empleo.
  4. Están legalmente autorizados para trabajar en los EEUU.
  5. Son capaces, tienen el deseo y están calificados para desarrollar el trabajo.
Los empleados deben de poseer la documentación requerida para que el empleador cumpla con la verificación del empleo según los requisitos del IRCA. El cumplimiento preciso de la Forma I-9 será requerido para cada trabajador dentro de (3) días del empleo de acuerdo con la ley de los EEUU. El empleador será acatada por los requisitos y garantías del 20 CFR § 653.501 en el proceso y/o contratación de individuos referidos a través del sistema de acreditación.

See "Attachment 1 to ETA 790" Item 15 / Ver "Adjunto 1 a RTA 790" Artículo 15

---

6.  Job description and requirements / Descripción y requisitos del trabajo:
This job requires a minimum of three months of prior cultivation/harvest experience in commercial field crop production of fruits or vegetables.  Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency.

See "Attachment 1 to ETA 790" Item 16 / Ver "Adjunto 1 a RTA 790" Artículo 16

Is previous work experience preferred? / Se prefiere previa experiencia?  Yes / Si ☒    No ☐    If yes, number of months preferred: / Si es así, número de meses de experiencia:  _3___

This job requires a minimum of three months of prior cultivation/harvest experience in commercial field crop production of fruits or vegetables. Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency./Este trabajo requiere un mínimo de tres meses de experiencia previa cultivando/cosechando en una producción comercial de cosechas de vegetales y frutas. Los trabajadores deben ser capaces de desarrollar actividades manuales y mecánicas con precisión y eficiencia.

Check all requirements that apply:

| | |
|---|---|
| ☐ Certification/License Requirements / Certificación/Licencia Requisitos | ☐ Criminal Background Check / Verificación de antecedentes penales |
| ☐ Driver Requirements / Requisitos del conductor | ☒ Drug Screen / Detección de Drogas |
| ☐ Employer Will Train / Empleador entrenará o adiestrará | ☐ Extensive Pushing and Pulling / Empujar y Jalar Extensamente |
| ☐ Exposure to Extreme Temp. / Expuesto a Temperaturas Extremas | ☒ Extensive Walking / Caminar por largos ratos |
| ☐ Lifting requirement / Levantar o Cargar _60__ lbs./libras | ☒ Frequent Stooping / Inclinándose o agachándose con frecuencia |
| ☐ Repetitive Movements / Movimientos repetitivos | ☐ OT/Holiday is not mandatory / Horas Extras (sobre tiempo) / Días Feriados no obligatorio |

Because the work qualifies as exempt under 29 USC § 213(a)(6), overtime rates are not applicable unless required by state law. / Ya que el empleo califica como extento bajo 29 SC § 213(a)(6), el tiempo extra no es aplicable a menos que sea requerido por la ley estatal.

**7. Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)**

| Crop Activities / Cultivos | Hourly Wage / Salario por Hora | Piece Rate / Unit(s) / Pago por Pieza / Unidad(es) | Special Pay (bonus, etc.) / Pagos Especiales (Bono, etc.) | Deductions* / Deducciones | Yes/Sí | No | Pay Period / Período de Pago / / |
|---|---|---|---|---|---|---|---|
| asparagus, zucchini, squash, broccoli, apples/Esparrago, zucchini, calabacita, broccoli, manzanas | $ 12.75 | $ See "Attachment 1 to ETA 790" Item 17 ---- | | Social Security / Seguro Social | ☒ | ☐ | Weekly / Semanal |
| | $ | | | Federal Tax / Impuestos Federales | ☒ | ☐ | ☒ |
| | $ | $ Ver "Adjunto 1 a RTA 790" Artículo 17 | | State Tax /Impuestos Estatales | ☒ | ☐ | Bi-weekly/ Quincenal |
| | $ | $ | | Meals / Comidas | ☐ | ☒ | ☐ |
| | $ | $ | | Other (specify) / Otro (especifica) | ☒ | ☐ | Monthly/Mensual ☐ |
| See "Attachment 1 to ETA 790" Item 17 / Ver "Adjunto 1 a ETA 790" Artículo 17 | | | | | | | Other/Otro ☐ |

**8. More Details About the Pay / Mas Detalles Sobre el Pago:**

The employer guarantees to offer, advertise, and pay a wage defined as the highest of the USDOL-promulgated AEWR, the prevailing hourly wage or piece rate, an agreed-upon collective bargaining wage (this employer is not subject to a collective bargaining agreement) or the federal or state minimum wage in effect at the time work subject to the provisions of the job order is performed. This guaranteed wage will not be based on commission, bonuses, or other incentives.

El empleador garantiza ofrecer, publicar y pagar el salario definido como el más alto en el AEWR promulgado por el Departamento de Trabajo, el salario por hora prevaleciente o por rango de pieza, el acordado bajo la negociación colectiva del salario (el empleador no esta sujeto a un acuerdo de negociación colectiva), o el salario Federal o mínimo estatal en efecto al momento del tiempo de trabajo sujeto a provisión al momento de realizar el trabajo. El salario garantizado no se basa comisiones, bonos u otros incentivos.

See "Attachment 1 to ETA 790" Item 18 / Ver "Adjunto 1 a ETA 790" Artículo 18

**9. Transportation Arrangements / Arreglos de Transportación**

The employer will pay for or reimburse H-2A workers with pay for the first workweek for costs incurred by the worker for visa, processing, border crossing, and other related fees, including those mandated by the government (excluding passport fees). For non-commuting workers, transportation costs and reasonable subsistence from the place from which the worker departed to work for the employer to the place of employment will be reimbursed with pay for the first workweek, to the extent such worker-borne expenditures reduce the workers' earnings below the FLSA minimum wage in the first workweek. Pursuant to 20 CFR 655.122(h)(1), the employer will reimburse the worker in full for aforementioned transportation costs and reasonable subsistence no later than at the halfway point in the work contract ("50% period") if such payment was not already paid in full to the worker prior to the 50% period. The minimum travel subsistence of $12.09 per day or the current minimum subsistence amount published in the Federal Register will be paid to workers who cannot provide receipts, and the maximum travel subsistence of $51.00 per day or the current maximum subsistence amount published in the Federal Register will be paid to workers with acceptable receipts. The transportation reimbursement shall be calculated on the worker's actual cost but not more than the most economical and reasonable similar common carrier transportation charges for the distance involved.

El empleador pagará por el reembolso de los empleados H-2A con el pago de los costos realizados de la primera semana de trabajo del empleado por la visa, proceso, costo de cruce fronterizo y otras cuotas relacionadas, incluyendo aquellas requeridas por el gobierno (excluyendo la cuota de pasaporte). Para los empleados que no tienen que viajar para laborar, los costos de transportación y subsistencia razonable desde el lugar de donde partieron para trabajar para el empleador en el lugar del empleador será reembolsado con el pago de la primera semana de trabajo, al grado que dichos gastos realizados por el empleado reduzcan las ganancias del empleado por debajo del salario mínimo de FLSA durante la primera semana de trabajo. Conforme al 20 CFR 655.122(h)(1), el empleador reembolsará al empleado por completo los costos de transportación y subsistencia razonable antes mencionado a más tardar que la mitad del contrato de trabajo ("período del 50%") si dicho pago no se ha realizado por completo previo al período del 50%. La subsistencia de viaje mínima es de $12.09 por día. la subsistencia actual mínima publicada en el Registro Federal pagándose a los empleados que no puedan proveer recibos y el máximo de subsistencia de viaje de $51.00 por día o la subsistencia actual máxima publicada en el Registro Federal pagándose a los empleados con recibos aceptables. El reembolso del transporte será calculado a costo actual pero no mayor que el medio más económico y razonable similar por los cargos por la distancia involucrada.

See "Attachment 1 to ETA 790" Item 19 / Ver "Adjunto 1 a ETA 790" Artículo 19

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarle a los trabajadores para este(os) tipo(s) de cosecha(s)?    Yes / Si  ☐    No ☒

If you have checked yes, what is the FLC wage for each activity? / Si contestó "Sí," ¿cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

---

1. Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores?    Yes/Si ☒   No ☐

(When applicable according to state law / cuando se applicable de acuerdo a la ley estatal)

2. Are workers covered by workers' compensation? / ¿Se le provee seguro de compensación/indemnización al trabajador;    Yes/Si ☒   No ☐

3. Are tools, supplies, and equipment provided at no charge to the workers? / ¿Se les proveen herramientas y equipos sin costo alguno a los trabajadores?

Yes/Si ☒   No ☐

4. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None".) / Enumere todos los acuerdos o convenios hechos con los propietarios del establecimiento o sus agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, indique "Ninguno".)

None / Ninguno

---

5. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed. (If there are no such incidents, enter "None".) / Enumere toda huelga, paro o interrupción de operaciones de trabajo por parte de los empleados en el lugar de empleo. (Si no hay incidentes de este tipo, indique "Ninguno".)

None / Ninguno

26.   Is this job order to be placed in connection with a future Application for Temporary Employment Certification for H–2A workers? / ¿Esta orden de empleo ha sido puesta en conexión con una futura solicitud de certificación de empleo temporal para trabajadores H–2A?

Yes/Sí ☒ No ☐

27.  Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. / Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones del empleo que se le ofrece, y contiene todos los términos y condiciones materiales ofrecidos.

Emilto  Moreno Gomez , President
Employer's Printed Name & Title / Nombre y Título en Letra de Molde/Imprenta del Empleador

_3/31/2017_
Employer's Signature / Firma y Título del Empleador                    Date / Fecha

READ CAREFULLY, In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Employment and Training Administration (ETA) nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the American Job Center constitute a contractual job offer to which the American Job Center, ETA or a State agency is in any way a party.

LEA CON CUIDADO, En vista de la función básica del Servicio de Empleo establecida por ley, como una  entidad de intercambio laboral sin comisiones, es decir, como un foro para reunir a los empleadores y los solicitantes de empleo, ni ETA ni las agencias del estado pueden garantizar la exactitud o veracidad de la información contenida en las órdenes de trabajo sometidas por los empleadores.  Ni ninguna orden de trabajo aceptado o contratado en el Centro de Carreras (American Job Center) constituyen una oferta de trabajo contractuales a las que el American Job Center, ETA o un organismo estatal es de ninguna manera una de las partes.

PUBLIC BURDEN STATEMENT
The public reporting burden for responding to ETA Form 790, which is required to obtain or retain benefits (44 USC 3501),  is estimated to be approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. The public need not respond to this collection of information unless it displays a currently valid OMB Control Number. This is public information and there is no expectation of confidentiality.  Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

DECLARACION DE CARGA PÚBLICA
La carga de información pública para responder a la Forma ETA 790, que se requiere para obtener o retener beneficios (44 USC 3501), se estima en aproximadamente 60 minutos por respuesta, incluyendo el tiempo para revisar las instrucciones, buscar fuentes de datos existentes, recopilar y revisar la colección. El público no tiene por qué responder a esta recopilación de información a menos que muestre un número de control OMB válido. Esta información es pública y no hay ninguna expectativa de confidencialidad. Envíe sus comentarios acerca de esta carga o cualquier otro aspecto de esta colección, incluyendo sugerencias para reducir esta carga, al U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

i.   Use this section to provide additional supporting information (including section Box number).  Include attachments, if necessary. / Utilice esta sección para proporcionar información adicional de apoyo; incluya  el numero de la sección e incluya  archivos adjuntos, si es necesario.

See "Attachment 1 to ETA 790" for continuations of Item 2, Item 3, Item 11, Item 12, Item 15, Item 16, Item 17, Item 18, and Item 19.


Workers Compensation Insurance

Carrier:  Farm Bureau Insurance
Policy:  WCA 3082430


Ver "Adjunto 1 a ETA 790" for continuaciones of Articulo 2, Articulo 3, Articulo 11, Articulo 12, Articulo 15, Articulo 16, Articulo 17, Articulo 18, y Articulo 19.


Seguro de Compensación de Trabajadores

Portador:  Farm Bureau Insurance
Poliza:  WCA 3082430

20 CFR 653.501
Assurances

### INTRASTATE AND INTERSTATE CLEARANCE ORDER

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 10 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO).  If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need.  The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.


Employer's Name    Emilto  Moreno Gomez                          Date:  3/31/2017


Employer's Signature  _____


**Besides the material terms and conditions of the employment, the employer must agree to these assurances if the job order is to be placed as part of the Agricultural Recruitment System.  This assurance statement must be signed by the employer, and it must accompany the ETA Form 790.**

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 1 of 17

ENGLISH

Item 2.  Address and Direction to Work Site (continued from ETA 790, page 1, Item 2)

7035 N. 120th Ave, Hart, MI 49436 – Directions: From US31 take Pentwater exit to Monro Rd East to 120 Ave. Take a right and go 2 miles to field on W. side of Rd.

See attached Itinerary.

Item 3.  Address and Directions to Housing (continued from ETA 790, page 1, Item 3)

Housing is provided at no cost only to non-commuting workers .  "Non-commuting workers" are those workers who are not reasonably able to travel to and from the residence he/she occupied at time of employment offer each work day.  No person who is not an employee  and has not been assigned housing will be permitted to occupy the housing.

Employer retains possession and control of the housing premises at all times and worker, if provided housing under the terms of this work agreement, shall vacate the housing promptly upon termination of employment with the employer who provides the housing, in accordance with state law.

2182 W. Shelby Rd., Shelby , MI 49455 - Directions:  From US 31 take Shelby exit turn right onto 6th St. Continue straight until 88th Ave and turn right. At stop take left onto Shelby RD, House is second place on right.
See attached  Itinerary    EDW  4/12/17
Should rental and/or public accommodations be listed in Item 3, the employer attests that such housing complies with all local, state, or federal housing safety standards pursuant to 20 CFR § 655.122(d)(1)(ii).  All housing charges for rental will be paid by the employer directly to the owner or operator of the rental and/or public accommodation unit(s).

If one has not already been performed at the time of this filing, Purpose Point Harvesting, LLC  requests a timely inspection of employer-provided worker housing by representatives of the State Workforce Agency, the State Health Department and/or the US Employment and Training Administration to verify the condition of such housing so as to ensure that all worker housing meets standards not later than 30 days prior to occupancy.

Workers occupying the housing will be responsible for maintaining the housing and their living quarters in a neat, clean manner and in compliance with Work Rules which will be provided upon hiring and are attached hereto and incorporated by reference in this Application.  Failure to comply with these rules will result in disciplinary action as described in the Work Rules.

Workers will be assigned to employer-provided housing by a designated company manager and must occupy the quarters assigned to them.  Female workers will be provided with sleeping facilities and  bathroom/toilet facilities shared only with other female workers.

Item 11.  Anticipated Hours of Work per Week (continued from ETA 790, page 1, Item 11)

The work day is from 6:00 AM until 1:30 PM Monday through Friday and 6:00 AM until 11:00 AM on Saturday, with an unpaid lunch break ( 7 hours/day and 5 hours/day on Saturday).  The worker may be requested, but not required, to work as much as 12 hours per day and/or on the worker's Sabbath, depending on weather and other conditions.  Extreme heat, cold or drought may affect working hours.  Employer will offer 40 hours/week, weather and crop conditions permitting.  Worker will report to work at designated time and place as directed by employer each day.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 2 of 17

<u>Item 12.  Anticipated Range of Hours for Different Seasonal Activities (continued from ETA 790, page 1, Item 12)</u>

(See Item 16 for a complete description of scope of job duties).  As a general matter, working hours will be divided between asparagus, zucchini, squash, broccoli, apples production depending on employer's need.  Given that the demands of agricultural production are unpredictable and driven by factors including weather, crop conditions, market demands and seasonal task needs and numerous other factors, it is impossible to predict with any degree of accuracy what percentage of time will be dedicated to specific tasks described in Item 16.

<u>Item 15.  Referral Instructions and Hiring Information (continued from ETA 790, page 3, Item 15)</u>

Purpose Point Harvesting, LLC  will abide by the requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system.  Referrals of individuals shall be made through the order holding office of the MI Workforce Development Agency in order to ascertain current employment, crop or housing information and to enable proper arrangements to be made.  It will be the responsibility of the referring SWA office to inform job seekers of the terms and conditions of this clearance order.  The referring SWA office after coordinating the referral with the order holding office will contact the employer's agent or the employer directly and advise the agent or employer of the referral or referrals.  When possible, SWA offices should furnish translator services if necessary.  Interviews, either in person or by telephone, will be conducted by the employer  during the hours of 9:00 AM to 3:30 PM , Monday through Friday.  **Employer to be contacted first at the following address and phone number.  If unavailable, contact employer's agent during the same hours.**

| Employer | Employer Agent |
| --- | --- |
| Purpose Point Harvesting, LLC | MAS Labor H-2A, LLC. |
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave.  Mears, MI  49436 | Lovingston, VA  22949 |
| (231) 742-1395 (phone) | 434-263-4300 / 434-260-8833 (phone) |
| (fax) | 434-263-4700 (fax) |

Applicants will be interviewed by telephone at the time of referral or as soon thereafter as possible.  If a holding office plans to refer several applicants at the same time, it is requested that the employer be advised in advance and a time scheduled for the interview.

A hiring decision will be communicated directly to the applicant at the telephone number, address, email address or other contact information in the event that such a decision cannot be rendered at time of interview. The applicant should be advised to stay in touch with the referring SWA office in any case.

Order holding office:    MI Workforce Development Agency
                         201 N. Washington Square
                         Victor Office Center, 5th Floor
                         Lansing MI 48913
                         (517) 373-8075

Purpose Point Harvesting, LLC  will abide by the assurances set forth in 20 CFR § 655.135 including but not limited to specific regulations regarding hiring practices, positive recruitment, compliance with all applicable Federal, State, and local laws, and all specific obligations set forth in subpart (a) through (l) for all workers who apply and/or are hired to perform the specific work described in this clearance order.

<u>Item 16.  Job Description and Requirements (continued from ETA 790, page 3, Item 16)</u>

Plant, cultivate and harvest fruits and vegetables.  Plant roots, seeds and bulbs. Spread plastic or other groundcovering. Clean plastic by hand from ground upon removal. Till soil. Weed and thin plants. Transplant

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 3 of 17

plants by hand. Stake/tie plants, trellis/prune plants, and set poles and wires for vine plants. Pick, cut, lift, or pull crops. Tie vegetables in bunches. Grade, size and field pack product. Take care to prevent damaging produce and plants.

Workers may be offered hours in the evening to harvest asparagus for a short period of time during the contract.

Hand thin apples to control the size and quality of fruit. Remove fruit blossom, bud and/or identifiable fruit from within a cluster of other fruits. Must accurately identify and remove misshapen, damaged or otherwise unmarketable fruit. Harvest: Spot and/or strip pick fruit based on seasonal need. Snap fruit off tree with thumb and palm of hand to avoid stem pulls, punctures, bruising, or other damage. Pick culls and peelers. Fill fruit buckets and place fruit in bins. Follow supervisor/foreman's instructions on color/size requirements. Must be able to differentiate between colors and fruit varieties accurately.

Perform ditching, shoveling, hoeing, hauling, ground preparation, and other manual tasks. Bending, stooping and kneeling required. Use hand tools including but not limited to hoes, shovels, knives, shears, clippers, loppers, and saws. Lift, carry, and load/unload produces or supplies. Use power equipment including but not limited to: tractors, planters, mowers, plows, sprayers, cultivators, power shears, chain saws, high lifts, fork lifts, skid loaders. Must operate agricultural equipment safely, with or without direction. Clear debris from field and clean/maintain farm buildings, structures, equipment, and work areas.

Work is done in the field for long periods of time. Workers may assist in handling product weighing up to 60 pounds and lifting to a height of 5 feet. Workers must work on their feet in bent positions for long periods of time. Work requires repetitive movements and extensive walking. Work required in fields when plants are wet with dew and rain, and may be required during light rain, snow, moderate winds, direct sun, high humidity and extreme temperatures. Temperatures in fields during working hours can range from 10 to over 100 degrees F. Workers may be required to work during occasional showers not severe enough to stop field operations. Allergies to ragweed, goldenrod, honey bees, insecticides, herbicides, fungicides, or related chemicals may affect a worker's ability to perform the job. Workers should be able to do the work required with or without reasonable accommodations. Employer-paid post-hire drug/alcohol testing is required upon reasonable suspicion of use and after a worker has an accident at work. Saturday work required. Must be able to lift/carry 60 lbs.

Persons seeking employment in this position must be available for the entire period requested by the employer. Applicants must be able to furnish verbal or written statement establishing relevant prior work experience. All workers will be subject to a five day trial period during which the employer will evaluate workers' performance of required tasks. Employer reserves the right to terminate a worker if the employer reasonably finds that worker's performance during the trial period to be unacceptable.

Employer reserves the right to discharge an obviously unqualified worker, malingerer or recalcitrant worker who is physically able but is unwilling to perform the work necessary for the employer to grow a premium quality product, or for any other lawful reason. (See also Attachment 2, General Conditions).

The employer may discipline the worker, including brief suspension of work activities/employment for a set period determined by the supervisor or termination of employment as described in the Work Rules.

Employer assures that workers will be provided transportation from living quarters to work site every day (for workers who must be provided housing under the applicable regulations).

Raises and/or bonuses may be offered to any seasonal worker employed pursuant to this job order, at the company's sole discretion, based on individual factors including work performance, skill, and tenure.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 4 of 17

All terms and conditions included in the job order will apply equally to all workers, both U.S. workers and H-2A workers, employed in the occupation described in this clearance order.

**Item 17.  Wage Rates, Special Pay Information and Deductions (continued from ETA 790, page 4, Item 17)**

Piece Rate: All work is compensated at the above hourly rate except for the following work activities which may be compensated on a piece rate productivity incentive basis according to the following schedule:

Harvesting:

Asparagus - $0.18 per lb.

Apples - $16.00 per 18-bushel box

Broccoli - $15.00 per 18-bushel box

Zucchini - $18.00 per 18-bushel box

No piece rate work will be performed at less than the stated piece rates.  All workers are guaranteed that when working on piece-rate basis they will be paid no less than the stated AEWR hourly rate for each hour worked. At his discretion employer may, when working or crop conditions indicate, increase piece rates to incentivize production or suspend the piece rate scheme in favor of hourly pay at the stated AEWR hourly rate in order to assure workers fair earnings.

The employer guarantees to offer the workers employment for at least ¾ of the work hours of the total period during which the work order and all extensions thereof are in effect, beginning with the first work day after the arrival of the workers at the place of employment and ending on the termination date specified in the work order or its extension, if any.  If the employer offers the worker during such period less employment than required under this provision, the worker will be paid the amount he/she would have earned had he/she, in fact, worked for the guaranteed number of hours.  Any employee who is terminated for cause for will not be entitled to this guarantee.

The employer agrees to maintain adequate and accurate payroll records, in accordance with the requirements of 20 CFR § 655.122(j)(1), and to retain such records for a period of not less than three (3) years after the date of certification.  The employer will furnish to each worker on pay day an itemized accounting of earnings and of all legally-required and worker-authorized deductions.  Deductions for FICA and federal/state tax withholding, and deductions including court-ordered child support, garnishments and liens, and any other such legally-required deductions will be made in individual circumstances as required by law.  All deductions will be made in accordance with FLSA regulations.  Advances and/or loans made to workers, if any, may be repaid by pre-authorized payroll deductions.  The employer does not envision other uniform workforce-wide payroll deductions.  The reasonable cost of damages and/or replacement of tools and/or equipment shall be charged to worker(s) if such repair or replacement is found to have been the result of willful neglect or gross negligence on the part of the worker.  The employer may offer voluntary employee insurance or retirement plans to its workers; participation in any such plan, should it be offered, is voluntary and will be pre-authorized by the worker in writing.  Reasonable repair costs of damage to housing other than that caused by normal wear and tear will be charged to workers found to have been responsible for such damage to housing.  No charge will be made for beds and similar items furnished to workers to whom housing is provided unless items are unlawfully removed or damaged beyond normal wear and tear.  If a worker makes a long distance telephone call using the employer's telephone line, the worker will be deemed to have consented to the deduction of the cost of such call(s) from his or her paycheck and will promptly confirm such authorization in writing.  If the worker does not authorize such a deduction in writing, the worker will be expected to repay the employer for such telephone use upon demand.  If the worker does not pay the cost of such telephone call(s) within a reasonable time after being asked to do so, the worker will be subject to discipline in accordance with the employer's policies.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 5 of 17

Item 18. More Details About the Pay (continued from ETA 790, page 4, Item 18)

In the event the USDOL decreases the stated AEWR for any reason during the pendency of the employer's positive recruitment and term of labor certification in the instant application, the employer will correspondingly reduce his offered/paid hourly wage rate so long as the newer lower AEWR remains the highest of the aforementioned rates in effect at the time the work is performed. In the event the state workforce agency promulgates an hourly wage rate higher than the federal AEWR which is subsequently superseded by a prevailing wage rate identified by an industry- or employer-provided countervailing survey, accepted and approved by the USDOL, the employer reserves the right to pay the lower rate at his discretion but in any case not less than the highest of the aforementioned rates in effect at the time the work is performed.

If, before the expiration date specified in this clearance order, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract. Whether such an event constitutes a contract impossibility will be determined by the Certifying Officer in accordance with law. In the event of such termination of a contract, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of its termination as described in 20 C.F.R. § 655.122(i). The employer will make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer will:

(1)    Return the worker, at the employer's expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer, whichever the worker prefers;

(2)    Reimburse the worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and

(3)    Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employer's place of employment, if such payments were not already paid to the worker prior to the separation of employment. Daily subsistence must be computed as set forth in 20 C.F.R. § 655.122(h). The amount of the transportation payment will equal the most economical and reasonable common carrier transportation charges for the distances involved.

The employer will provide without charge all tools, supplies and equipment necessary to perform duties assigned.

All workers referred to the job through a State Workforce Agency shall contact that agency, or preferably the local holding office, to verify the date of need cited in the job order no sooner than nine (9) working days and no later than five (5) working days prior to the original date of need cited in the job order. Failure to contact such office shall disqualify the worker from the assurance provided in 20 CFR § 653.501(d)(ii)(v)(A) & (D).

If the worker voluntarily abandons employment before the end of the job order period or is terminated for job related reasons or misconduct, the employer will notify DOL (and DHS, in the case of an H-2A worker) not later than two (2) working days after such abandonment occurs; five (5) consecutive workdays of unexcused absence shall constitute abandonment of employment. The employer will not be responsible for providing or paying return transportation and subsistence expenses of the worker and the worker is not entitled to the three-quarter guarantee described above.

The employer will advise H-2A visa beneficiaries of their responsibility to return to their country of origin, or to subsequent employment-authorized work, at the end of the term of employment.

The employer prohibits the payment of recruitment fees by workers. If a worker is asked to pay such a fee or has actually paid such a fee, he or she shall inform the employer immediately so that employer may take appropriate action.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 6 of 17

Each worker will be paid individually by check available on Tuesday. The payroll period is weekly. The employer will furnish to the worker, on or before each payday, one or more written statements showing the worker's total earnings for the pay periods, the beginning and ending dates of the pay period, the worker's hourly rate and/or piece rate of pay, the units produced daily (if paid by piece rate), the hours of employment which were offered to the worker (broken out by the hours offered in accordance with and over and above the ¾ guarantee), the hours actually worked by the worker, an itemization of all deductions that the employer has made from the worker's wage, and the employer's name, address and FEIN.

The employer agrees to make earnings records and statements available for inspection and transcription upon request by the Secretary of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker when appropriate authorization is provided.

Employer will provide workers' compensation covering injury and disease arising out of and in the course of worker's employment. Proof of worker's compensation insurance will be provided to the certifying officer prior to the certification date.

Item 19. Transportation Arrangements (continued from ETA 790, page 4, Item 19)

If the worker completes the period of employment, the employer will provide or pay for the worker's transportation and reasonable subsistence from the place of employment to the place from which the worker came to work for the employer, except when the worker has accepted subsequent employment with another employer who agrees to accept the return transportation costs, in which case this employer only pays for the transportation to the next job.

Reimbursement of inbound and return transportation costs applies only to persons recruited from outside normal commuting distance (to and from their permanent place of residence each day; see page one). Return transportation will not be provided to workers who voluntarily abandon employment before the end of employment period or who are terminated for cause.

The employer will provide transportation at no cost to the worker from the employer provided housing to the worksite and return to such housing on a daily basis. Such transportation shall be in accordance with applicable local, State, or Federal laws and regulations and meet all safety, licensure, and insurance requirements. The use of this transportation is voluntary; no worker will be required as a condition of employment to utilize the transportation and subsistence if applicable. No daily transportation is provided by employer to local workers other than from farm to worksite.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 7 of 17

SPANISH

*We have translated these terms of employment into Spanish and done our best to be accurate in every respect. However, if there is a conflict between the Spanish translation and the English original, the English original controls.*

*Hemos traducido las condiciones de empleo al español, y hemos hecho nuestro mejor esfuerzo para ser exactos en todos los aspectos. Sin embargo, en caso de un conflicto entre la traducción al español y el original en inglés, el contrato en inglés prevalecerá.*

**Item 2. Address and Directions to Work Site/Domicilio y Direcciones al Sitio de Trabajo (continuación del ETA 790, página 1, Artículo 2)**

7035 N. 120th Ave, Hart, MI 49436 - Instrucciones: Desde la carretera US31 tome la salida Pentwater a la calle Monroe Este a la Avenida 120. Voltee a la derecha y siga por 2 millas a el campo en el lado oeste de la calle.

Ver Itinerario anexo

**Item 3. Address and Directions to Housing/Domicilio y Direcciones al Lugar de Vivienda (continuación del ETA 790, página 1, Artículo 3)**

La vivienda esta proveída bajo ningún costo a trabajadores que no conmutan . "Trabajadores No-conmutables" son los trabajadores quienes no tienen la posibilidad de viajar cada día desde y hacia el lugar de su residencia que él/ella ocupaba en el momento del ofrecimiento de trabajo. La vivienda será proveída solamente a trabajadores. Ninguna persona que no sea un trabajador  y que no se le haya asignado una habitación se le permitirá ocupar la vivienda.

El empleador retiene la posesión y control del área de la vivienda en todo momento y el trabajador, si se le provee vivienda bajo los términos de este contrato de trabajo, desocupará la vivienda de inmediato bajo terminación del empleo con el empleador quien provee la vivienda, de acuerdo con la ley estatal.

2182 W. Shelby Rd., Shelby , MI 49455 - Instrucciones: Desde la carretera US 31 tome la salida Shelby.  Voltee a la derecha en la parada. Tome una vuelta leve h la izquierda a la calle State Stree. Continue recto a la avenida 88 y voltee a la derecha. En la parada tome una izquierda a la calle Shelby Rd. La casa es la segunda a la derecha.
Ver Itinerario anexo.        EDW    4|2|17

En caso de alquiler y/o alojamiento público que figuran en el articulo 3, el empleador certifica que dicha vivienda cumple con los estándares de seguridad local, estatal y federal de conformidad con 20 CFR § 655.122(d)(1)(ii). Todos los gastos de renta serán pagados por el empleador directamente al dueño o corredor de la renta y/o a la unidad de alojamiento público.

Si no se ha realizado una al momento de llenar esta, Purpose Point Harvesting, LLC  solicitará con tiempo una inspección de la vivienda provista por el empleador a los representantes de la State Workforce Agency, el Departamento de Salud del Estado y/o la Administración de Empleo y Entrenamiento de los EEUU para verificar las condiciones de dicha vivienda para asegurar que todas las viviendas ofrecidas a trabajadores cumplan con los estándares a mas tardar 30 días previo a su ocupación.

Los trabajadores que ocupan la vivienda serán responsables de mantener la vivienda y sus recamaras en forma ordenada, limpia y de acuerdo con las Reglas de Trabajo que serán proveídas almomento de empleo y serán anexados a esto e incorporados por referencia a esta Solicitud. La falta de cumplimiento con estas reglas resultara en una acción disciplinaria como se describe en las Reglas de Trabajo.

Los trabajadores serán asignados a la vivienda del empleador por parte de un administrador designado por la compañía y deberán ocupar la vivienda asignada a ellos. Las trabajadores de genero femenino serán provistas con baños/sanitarios

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 8 of 17

compartidas solamente con otras empleadas femeninas. Areas de dormir separadas seran proveidas para personas no relacionadas de cada genero .

## Item 11.  Anticipated Hours of Work per Week/Horas Anticipadas/Previstas de Trabajo por Semana (continuación del ETA 790, página 1, Artículo 11)

El día de trabajo es de 6:00 AM hasta 1:30 PM de lunes a viernes y 6:00 AM hasta 11:00 AM el Sábado, con un tiempo para comer, sin goce de sueldo (7 horas/día y 5 horas/día on Sábado).  Se le podrá pedir al trabajador, pero no es requerido, trabajar hasta 12 horas por día y/o en el día de descanso religioso, dependiendo de las condiciones climáticas u otras condiciones. El calor excesivo, frío o sequía pueden afectar las horas de trabajo. El empleador ofrece  40 horas/semana siempre y cuando las condiciones del tiempo y la condición de la cosecha lo permitan. Los trabajadores se reportarán a trabajar el día y al lugar designado como se le indicó por el empleador cada día.

## Item 12.  Anticipated Range of Hours for Different Seasonal Activities/Rango Previsto de Horas para las Diferentes Actividades de la Temporada (continuación del ETA 790, página 1, Artículo 12)

Desarrolla un variedad de trabajos manual/ operación de equipos en el/la  granja operación.

(Ver el Articulo 16 para una descripción completada la responsabilidades del trabajo).  Como asunto general, las horas de trabajo serán dividídas entre la producción de Esparrago, zucchini, calabacita, broccoli, manzanas dependiendo de las necesidades del empleador.  Dado a que la demanda de la producción agrícola es impredecible y se maneja por factores que incluyen la temperatura, condiciones de la cosecha, demandas del mercado y tareas temporales requiridas y otros numerosos factores, es imposible predecir con un nivel de precisión que porcentaje de tiempo será dedicado a tareas descritos en el Artículo 16.

## Item 15.  Referral Instructions and Hiring Information/Instrucciones Sobre Cómo Referir Candidatos/Informacion de Contratacion (continuación del ETA 790, página 3 Artículo 15)

Purpose Point Harvesting, LLC  acatará los requisitos y garantías del 20 CFR § 653.501 en procesar y/o contratación de individuos referidos a través del sistema.  Las referencias de estos individuos serán hechas a través de las oficinas de colocación de la MI Workforce Development Agency para poder comprobar el empleo actual, cosecha o información de vivienda y para asegurar que se hagan los arreglos apropiados. Será la responsabilidad de la oficina SWA referente informar a los solicitantes de los términos y condiciones del empleo  en la orden La oficina SWA referente después de coordinar las referencias con las oficinas de colocación contactará al agente del empleador o al empleador directamente y asesorará al agente o empleador sobre la referencia o referencias. Cuando sea posible, las oficinas SWA podrán proveer el servicio de traductor si fuera necesario. Las entrevistas, ya sea en persona o por teléfono, serán dirigidas por el  empleador durante las horas de 9:00 AM to 3:30 PM , de lunes a viernes.  El  empleador será contactado primeramente a el siguiente domicilio y teléfono. Si no se encontrará disponible, contactaral  el Agente del Empleador empleador directamente durante el mismo horario.

| Empleador | Agente del  Empleador |
|---|---|
| Purpose Point Harvesting, LLC | MAS Labor H-2A, LLC. |
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave.  Mears, MI  49436 | Lovingston, VA  22949 |
| (231) 742-1395 (teléfono) | 434-263-4300 / 434-260-8833 (teléfono) |
| (fax) | 434-263-4700 (fax) |

Los solicitantes serán entrevistados por teléfono en el momento de ser referidos o tan pronto sea posible. Si una oficina de colocación planea referir a varios solicitantes al mismo tiempo, se requiere que el empleador sea avisado por adelantado y una agenda para las entrevistas.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 9 of 17

La decisión de contratación será comunicada directamente al solicitante al teléfono, dirección, correo electrónico u otro medio de información en el caso que dicha información no pueda ser otorgada durante la entrevista. Se le debe pedir al solicitante de mantenerse en contacto con la oficina de referencia SWA en cualquier caso.

Oficina de Agencia Estatal:      MI Workforce Development Agency
                                 201 N. Washington Square
                                 Victor Office Center, 5th Floor
                                 Lansing MI 48913
                                 (517) 373-8075


Purpose Point Harvesting, LLC acatará de acuerdo a lo establecido por el 20 CFR § 655.135 que incluye pero no se limita a la normativa específica con referencia a las prácticas de contratación, reclutación afirmativa, cumplimiento con las leyes Federales, Estatales y locales y las obligaciones específicas establecidas en la subparte (a) al (l) para todos los trabajadores que aplican y/o son contratados para desarrollar el trabajo específicamente descrito en la orden de autorización.

Item 16.  Job Description and Requirements/Descripción y Requisitos del Trabajo (continuación del ETA 790, página 3, Artículo 16)

Este trabajo requiere un mínimo de tres meses de experiencia previa cultivando/cosechando en una producción comercial de cosechas de vegetales y frutas.  Los trabajadores deben ser capaces de desarrollar actividades manuales y mecánicas con presición y eficiencia.

Siembra, cultiva, y cosecha frutas y vegetales.  Siembra raíces, semillas, y bulbos.  Cubre la tierra con plástico o otras cubiertas.  Limpia el plástico a mano después de que sea removido.  Ara la tierra.  Deshierba y reduce plantas.  Transplanta plantas a mano.  Estaca/amarra plantas, enreja/poda plantas, instala postes y alambre para plantas con vides.  Pizca, corta, levanta, o jala la cosecha.  Amarra plantas en montones.  Clasifica, determina tamaño, y empaca producto en el campo.  Mantiene cuidado para prevenir daño al producto y las plantas.

A los trabajadores se les podrá ofrecer trabajo en las tardes para cosechar espárrago por un período corto del contrato.

Reducir manzanas a mano para controlar el tamaño y calidad de la fruta.  Remover el capullo, flor y/o fruta identificable dentro del manojo de frutas.  Debe poder  identificar con precisión y remover fruta deforme, dañada, o no vendible.  Cosechar: Escoger fruta para pizcar y/o pelar el árbol de fruta al pizcar basado en las necesidades de la temporada.  Chasquear fruta del árbol con pulgar y palma de la mano para evitar jalar el tallo, perforaciones, magulladas, o otros daños.  Pizcar fruta del suelo y fruta para pelar.  Llenar cubetas de fruta y colocar la fruta en contenedores.  Seguir las instrucciones del supervisor/capataz en relación a requirimientos de color y tamaño.  Debe ser capaz de diferenciar entre colores y variedades de fruta con precisión.

Cavar zanjas, palear, azadonear, acarrear, preparar la tierra, y otras tareas manuales.  Se requiere agacharse, inclinarse, arrodillarse.  Usar herramientas de mano incluyendo sin limitar, azadones, palas, cuchillos, tijeras, clippers, podadoras, y sierras. Levantar, cargar, descargar producto o suministros.  Usar equipo de potencia incluyendo sin limitar: tractores, sembradoras, cortadoras, aradores, rociadores, cultivadores, tijera mecanica, sierra de cadena, montacargas, cargadores de patines.  Debe operar el equipo agrícola con seguridad, con o sin dirección.  Limpiar escombros de los campos y limpiar/mantener edificios, estructuras, equipo, y áreas de trabajo de la granja.

El trabajo se realiza en los campos por largos períodos de tiempo. Los trabajadores podrán ayudar en manejar el producto empaquetado pesando hasta 60 libras y deberán poder cargarlo hasta una altura de 5 pies. Los trabajadores deben de ser capaces de trabajar de pie en posición inclinada por largos períodos de tiempo. El trabajo requiere movimientos repetitivos y mucho caminar. El trabajo se requiere en los campos cuando las

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 10 of 17

plantas estan humedas con rocio y/o lluvia, y podra requerirse durante lluvia leve, nieve, vientos moderados, sol directo, alta humedad, y temperaturas extremas. Las temperaturas en los campos durante las horas de trabajo podran oscilar desde 10 hasta 100 grados F. Se podrá requerir que los trabajadores trabajen durante chubascos no tan severos que detengan la operación en los campos. Las alergias al solidago, vara de oro, abejas de miel, insecticidas, herbicidas, fungicidas, o quimicos relacionados, podran afectar la habilidad del trabajador para desarrollar el trabajo.

Los trabajadores deben de ser capaces de realizar el trabajo requerido con o sin adaptaciones razonables. Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion  bajo sospecha razonable de uso y luego de un accidente de trabajo. Se requiere trabajar en Sabado.  Debe ser capaz de levantar/cargar 60 libras.

Las personas que deseen el trabajo en esta posicion deberán estar disponibles por el período completo requerido por el empleador.  Los solicitantes deben ser capaces de proveer una declaracion verbal o por escrito para establecer experiencia previa relevante.

Los trabajadores estarán sujetos a una prueba de hasta 5 días durante el cual su desarrollo de las tareas requeridas será evaluado.  El empleador se retiene el derecho de despedir a un trabajador si el empleador razonablemente encuentra que el desarrollo durante el periodo  de evaluacion no es aceptable.

El empleador se retiene el derecho de despedir a un trabajador obviamente descalificado, enfermizo, o recalcitrante sea capaz pero demuestre su falta de deseo de desarrollar el trabajo necesario para que el empleador aumente su producción de calidad premium, o por cualquier otro motivo legítimo. (Ver Anexo 2, Condiciones Generales).

El empleador podra disciplinar al trabajador, incluyendo una suspensión breve de actividades  (tiempo fuera) por un período determinado por el supervisor/suspensión de trabajo por un período establecido de días, o la terminación del trabajo como se encuentra descrito en las Normas de Trabajo.

El empleador asegura que al trabajador se le proveerá transportación de su vivienda al lugar de trabajo cada día (para los trabajadores que se les provea hospedaje bajo las normas aplicables).

Los aumentos y/o bonos se ofrecerán a cualquier trabajador temporal contratado bajo esta orden de trabajo, a discreción de la compañía, basado en factores individuales incluyendo su desempeño, habilidad y permanencia.

Todos los términos y condiciones incluidos en esta orden de trabajo se aplicarán por igual a todos los trabajadores, tanto empleados de EEUU y H-2A, empleados en la ocupación descrita en esta orden de trabajo.

Item 17.   Wage Rates, Special Pay Information and Deductions/Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas) (continuación del ETA 790, página 4, Artículo 17)

Pago por pieza: Todo el trabajo será compensado por el rango por hora mencionado anteriormente a excepción de las siguientes actividades que pueden ser compensadas por el rango por pieza como incentivo de productividad de acuerdo al siguiente criterio:

Cosechar:

Esparrago - $.18 por libra

Manzana - $16.00 por 18 cajas de bushel

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 11 of 17

Broccoli - $15.00 por 18 cajas de bushel

Zucchini - $18.00 por 18 cajas de bushel

No se podrá trabajar bajo el rango por pieza menor que el rango por pieza establecido. Cuando el trabajo se desarrolle de acuerdo con el rango por pieza establecido, se les garantiza que se les pagará nada menor que el establecido por el AEWR por hora por cada hora trabajada. En ocasiones cuando el trabajo o las condiciones de cosecha lo indiquen, el empleador puede, bajo su dirección, elevar o suspender el pago por pieza establecido a favor del pago por hora como lo menciona el AEWR establecido de manera de asegurar las ganancias justas de los trabajadores.

El empleador garantiza ofrecer al trabajador trabajo por al menos ¾ de las horas de trabajo del período total durante el cual el trabajo y todas las extensiones estarán en efecto, iniciando con el primer día de trabajo después de la llegada del trabajador al lugar del empleo y terminando en la fecha especificada en el contrato o sus extensiones, si hubieran. Si el empleador ofrece menos trabajo durante este periodo que el requerido bajo esta provisión, el trabajador será pagado la cantidad que él/ella hubiera ganado si hubiese trabajado por las horas  garantizadas Cualquier empelado que sea despedido por causa justificada no tendrá derecho a esta garantía.

El empleador está de acuerdo en mantener los registros de nómina adecuados y precisos, de acuerdo a los requisitos del 20 CFR § 655.122 (j)(1) y de retener dichos records por un periodo de al menos tres (3) años después de la fecha de la certificación. El empleador proporcionará a cada trabajador en el día de pago la contabilidad detallada de las ganancias y las deducciones legalmente requeridas y autorizadas por los trabajadores. Las deducciones del FICA y las retenciones de impuestos federales/estatales y las deducciones incluyendo el apoyo a menores por orden judicial, embargos y gravámenes, y cualquier otra deducción legalmente requerida serán hechas en circunstancias individuales requeridas por la ley. Todas las deducciones serán realizadas de acuerdo a la reglamentación de FLSA.  Los adelantos y/o préstamos hechos a los trabajadores si hubieran, serán pagados por deducción pre autorizada en la nómina. El empleador no prevée otras deducciones hechas a la nómina.  Los gastos razonables de reparación de daños y/o reemplazo de herramientas y/u otros equipos deberán ser cobrados a los trabajadores si dicha reparación o reemplazo es descubierta que fue como resultado de negligencia o negligencia grave por parte del trabajador.. El empleador puede ofrecer seguro voluntario al trabajador o plan de retiro a sus trabajadores; la participación en dicho plan, si es ofrecido, es voluntario y será pre-autorizado por el trabajador por escrito. Los gastos razonables de reparación de daños de la vivienda aparte de aquellos  causados por el desgaste y deterioro normal serán cobrados a los trabajadores que se encuentren responsables de dichos daños a la vivienda.  No se deberá cobrar por las camas y otros artículos similares comprados por los trabajadores que se les provea vivienda a menos que los articulos sean retirados ilegalmente o dañados más allá del uso normal o desgarre. Si un trabajador realiza llamadas de larga distancia utilizando la línea de teléfono del empleador, el trabajador acepta que se le realicen dichas deducciones de la(s) llamada(s) de su recibo de nómina y inmediatamente confirmará dicha autorización por escrito. Si el trabajador no autoriza dicha deducción por escrito, se espera que el trabajador pueda pagar al empleador por el uso del teléfono cuando se le pida. Si el trabajador no paga dichas llamadas telefónicas dentro de un tiempo razonable después de que se la haya pedido, el trabajador estará sujeto a una acción disciplinaria de acuerdo a las políticas del empleador.

Item 18.   More Details About the Pay/Mas Detalles Sobre el Pago (continuación del ETA 790, página 4, Artículo 18)

En caso que el Departamento de Labor disminuya el AEWR por cualquier razón durante el tiempo de la reclutación del empleador y el término de la solicitud del certificado de trabajo, el empleador reducirá su ofrecimiento/pago por rango de hora tan bajo como para equiparar con el nuevo AEWR contal de que el AEWR mas bajo todavia sea  el más elevado de los rangos antes mencionados en efecto al momento de que el trabajo sea desarrollado.  En el evento que la agencia estatal de colocación que promulgue un rango de salario por hora más elevado que el AEWR federal que subsecuentemente sea retirado y sustituido por un rango de salario prevaleciente identificado por una industria -- o por un estudio compensatorio proveída por el empleador-, aceptado y aprobado por el Departamento de Labor, el empleador se reserva el derecho de pagar un rango

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 12 of 17

menor a su discreción, pero en cualquier caso que no sea menor de el más elevado de los rangos antes mencionados en efecto al momento de que el trabajo sea desarrollado.

Si, antes de la fecha de expiración especificada en esta solicitud de aceptación, los servicios del trabajador no sean requeridos por razones fuera del control del empleador por fuego, clima, o casos de fuerza mayor que hacen que el cumplimiento del contrato sea imposible, el empleador podrá dar por terminado el contrato de trabajo. Si dicho evento constituye una imposibilidad del contrato este será determinado por un Oficial Certificante de acuerdo con la ley. En el evento que se dé por terminado el contrato, el empleador cumplirá con la garantía de tres cuartos por el tiempo que paso desde el primer día del empleo al momento de la terminación como se describe en el 20 C.F.R. § 655.122(i). El empleador hará un esfuerzo en transferir al trabajador con otro empleo comparable e igualmente aceptable para el trabajador, consistente con la existente ley de inmigración, como aplique. Si dicha transferencia no es efectuada, el empleador deberá:

(1)     Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) provenga a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2)     Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportación y gastos de subsistencia al lugar del empleo; y

(3)     Pagar al trabajador por cualquier costo realizado por el trabajador por su transportación y subsistencia diaria al lugar del empleo del patrón, si dichos pagos no fueron pagados al trabajador previamente antes de la separación del empleo. La subsistencia diaria será contabilizada como se establece en el 20 C.F.R. § 655.122(h). La cantidad del pago por transportacion l será igual al medio de transporte más económico y razonable que cubra la distancia involucrada.

El empleador proveerá sin costo todas las herramientas, suministros y equipo necesario para desarrollar las tareas asignadas.

Todos los trabajadores referidos a este trabajo a través de la Agencia de Empleo Estatal deberán comunicarse con la agencia o preferiblemente la oficina local, para verificar la fecha de necesidad mencionada en esta orden de trabajo no antes de nueve (9) días laborales y a más tardar de cinco (5) días laborales previos a la fecha original requerida citada en esta orden de trabajo. El no comunicarse con tal oficina descalificará al trabajador de garantizarle lo previsto en 20 CFR § 653.501 (d)(ii)(v)(A) & (D).

Si el trabajador voluntariamente abandona el trabajo antes del término del periodo del trabajo o es despedido por problemas laborales o mala conducta, el empleador notificará al Departamento de Labor (y DHS en el caso de un trabajador H2-A) a más tardar de dos (2) días laborales en caso de su abandono; cinco días laborales de ausencia injustificada significará abandono del empleo.  El empleador no será responsable de proveer o pagar la transportación de retorno y gastos de subsistencia del trabajador y el empleador no está obligado a la garantía de tres cuartos descrita arriba.

El empleador ha informado a los beneficiarios/trabajadores de la visa H-2A de su responsabilidad de regresar a su país de origen, o de las autorizaciones de empleo subsecuentes, al final del término del empleo.

El empleador prohíbe el pago de la reclutación de los trabajadores. Si a un trabajador se le pide pagar dicho pago o ha pagado el mismo, él o ella deberán de informar al empleador de inmediato para que el empleador pueda tomar acción apropiada.

Cada trabajador se le pagara de manera individual  por cheque disponible en martes.  El período de pago es semanal. El empleador proporciona al trabajador, en o antes del día de pago, uno o más de las declaraciones por escrito mostrando las ganancias totales por los periodos de pago, la fecha de inicio y término de cada periodo de pago, el rango por hora del trabajador y/o el rango de pago por pieza, las unidades producidas diariamente (si el pago es por rango de pieza) las horas de empleo que fueron ofrecidas a el trabajador (desglosadas por las horas ofrecidas de acuerdo con y sobre la garantía de ¾), las horas trabajadas por el trabajador, un desglose de todas las deducciones que el empleador haya hecho del salario del trabajador, el nombre del empleador, dirección y FEIN.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 13 of 17

El empleador está de acuerdo de llevar los registros de ganancias y los estados de cuenta disponibles para inspección y transcripción bajo pedimento del Secretario de Labor o algún representante autorizado y designado, y por el trabajador o representante designado por el mismo trabajador cuando se haya proveído una previa autorización.

El empleador proveerá al trabajador compensación sin costo que cubra heridas o enfermedades que se den fuera y en el curso del empleo del trabajador. Se proveerá comprobante del seguro de compensación proveído a el oficial certificador previo a la fecha de certificación.

<u>Item 19. Transportation Arrangements/Arreglos de Transportación (continuación del ETA 790, página 4, Artículo 19)</u>

Si el trabajador completa el período de empleo, el empleador proveerá o pagará la transportación y subsistencia razonable del trabajador desde el lugar de su empleo al lugar de donde proviene el trabajador, excepto cuando el trabajador haya aceptado empleo subsecuente con otro empleador que esté de acuerdo en aceptar los pagos de transporte de regreso, en este caso el empleador solo pagará por la transportación hacia el nuevo trabajo.

El reembolso de la transportación de llegada o retorno aplica solo a las personas reclutadas fuera de distancia conmutable (de y hasta su lugar permanente de residencia cada día, ver primera pagina). El transporte de retorno no será proveído a los trabajadores que voluntariamente abandonen el empleo antes de terminar el periodo o que hayan sido despedidos por causa.

El empleador proveerá la transportación bajo ningun costo para trabajador desde su vivienda al lugar del trabajo y regresarle a su vivienda diariamente. Dicha transportación será de acuerdo con las regulaciones locales, estatales, y federales aplicables. El uso de este transporte es voluntario, a ningún trabajador se le requerirá como condición del empleo el utilizar la transportación y subsistencia si aplica. El empleador no proveerá transportación que sea diferente los trabajadores locales.

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC
Page 14

General Conditions

To be hired for employment under this job order, the worker must be able, willing and qualified and be available at time and place needed to perform the work described in this job order.

The worker understands that if he quits or is terminated for cause prior to the end of the period of employment he will not receive certain transportation reimbursement discussed under Item 17 and may not be eligible for rehire in future years.

Employer may terminate the worker for lawful job-related reasons and so notify the Job Service local office if the worker (a) abandons the employment; five consecutive workdays of unexcused absence shall constitute abandonment of employment; employee must notify the employer and secure permission for necessary absences; (b) malingers or otherwise refuses without justified cause to perform as directed the work for which the worker was recruited and hired; (c) commits serious act(s) of misconduct or serious or repeated violation(s) of the employer's work rules; the employer may make and post work rules which shall apply to this employment; the worker shall abide by such rules (a copy of general rules is attached); (d) fails after completing the allowable three day training period or five day trial period, whichever is applicable, to perform in a workmanlike manner to enable the employer to produce and sell a premium quality product; (e) is found to have a criminal conviction record or status as a registered sex offender that the employer reasonably believes, consistent with current law, will impair the safety and living conditions of other workers; (f) provides other lawful job-related reasons for termination of employment, including termination of a non-US worker because a US worker makes himself available for the job under the DOL 50% rule.

If, before the expiration date specified in the work contract, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract. Whether such an event constitutes a contract impossibility will be determined by the Certifying Officer in accordance with law. In the event of such termination of a contract, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of its termination as described in 20 C.F.R. § 655.122(i). The employer will make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not effected, the employer will:

(1)     Return the worker, at the employer's expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer, whichever the worker prefers;

(2)     Reimburse the worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and

(3)     Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employer's place of employment, if such payments were not already paid to the worker prior to the separation of employment.  Daily subsistence must be computed as set forth in 20 C.F.R. § 655.122(h). The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved.

A copy of the Agricultural Work Agreement and Work Rules containing all of the provisions required by 20 CFR 655.122(q) will be provided to the worker in a language understood by the worker no later than the time at which the worker applies for the visa, or, to a worker in corresponding employment, no later than on the date work commences. For an H-2A worker going from an H-2A employer to a subsequent H-2A employer,

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC
Page 15

the subsequent H-2A employer will provide the copy no later than the time an offer of employment is made by the subsequent H-2A employer. In the absence of a separate, written work contract entered into between the employer and the worker, the required terms of this job order and the certified *Application for Temporary Employment Certification* will be the work contract.

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC
Page 16

<u>Condiciones Generales</u>

Para ser contratado para este empleo bajo esta orden de trabajo, el trabajador deberá ser capaz, estar dispuesto, calificado y disponible en el momento y lugar de la necesidad para desarrollar el trabajo descrito en esta orden de trabajo.

El trabajador entiende que si renuncia o es despedido por causa ajena al término del período de empleo éste no recibirá el reembolso de transportación mencionado bajo el Título 17 y no podrá ser elegible para contratación en años futuros.

El empleador podrá dar por terminado al trabajador por razones legales relacionadas al trabajo y así mismo notificar al Servicio Local de Empleo si el trabajador abandona el empleo; cinco días laborales consecutivos sin justificación significará abandono del empleo; el trabajador deberá notificar al empleador y asegurar el permiso en caso de ausencia; (b) hacerse el enfermo o de otra manera rehusarse sin justificación a desarrollar el trabajo como se le es indicado para lo que fue reclutado o contratado; (c) que haya cometido actos serios de mala conducta o violaciones a las reglas de empleo ya sean serias o repetitivas; el empleador podrá hacer reglas posteriores al inicio de trabajo que aplicarán al empleo, el empleador deberá acatar por tales reglas (se anexa una copia de las reglas generales); (d) se rehúsa después de completar el período de tres días de entrenamiento o cinco días de período de prueba, lo que aplique, a desarrollar su trabajo de manera competente para que el empleador produzca o venda productos de calidad premium; (e) si se le encuentra un record de condena criminal o un registro de delincuencia sexual que el empleador crea razonablemente, de acuerdo con la ley, que impedirá la seguridad y condiciones de vida de otros trabajadores; (f) ofrece otras razones legales relacionadas con el trabajo para la terminación del empleo, incluyendo la terminación de un trabajador no originario de EEUU porque un trabajador de EEUU se pone a disposición para el empleo bajo la regla del 50% del DOL.

Si, antes de la fecha de expiración especificada en el contrato de trabajo, los servicios del trabajador no sean requeridos por razones fuera del control del empleador por fuego, clima, o casos de fuerza mayor que hace que el cumplimiento del contrato sea imposible, el empleador podrá dar por terminado el contrato de trabajo. Un Oficial Certificado determinara si dicho evento constituye una imposibilidad del contrato de acuerdo con la ley. En el evento que se de por terminado el contrato, el empleador cumplira con la garantía de tres cuartos por el tiempo que paso desde el primer día del empleo al tiempo de la terminación como se describe en el 20 C.F.R. § 655.122(i). El empleador hara un esfuerzo en transferir al trabajador a otro empleo similar que sea aceptable para el trabajador, consistente con la existente ley de inmigración, como aplique. Si dicha transferencia no es efectuada, el empleador deberá:

(1)      Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) vino a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2)      Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportacion y gastos de subsistencia al lugar del empleo; y

(3)      Pagar al trabajador por cualquier costo realizado por el trabajador por su transportacion y subsistencia diaria al lugar del empleo del patrón, si dichos pagos no fueron pagados al trabajador previamente antes de la separación del empleo. La subsistencia diaria como se establece en el 20 C.F.R. § 655.122(h). La cantidad del pago del transporte no sera menor (y no se requiere ser mas) que el medio de transporte mas económico y razonable que cubra la distancia involucrada.

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC
Page 17

Una copia del Acuerdo de Trabajo Agrícola y las Reglas de Trabajo contienen todas las disposiciones requeridas por la sección 20 CFR 655.122(q) serán proveídas al trabajador en el idioma entendido por el trabajador a más tardar al tiempo en que el trabajador aplique por su visa, o, al trabajador en el empleo correspondiente, a mas tardar que antes del inicio de trabajo. Para un trabajador H-2A yendo a un empleador subsecuente H-2A, el empleador subsecuente H-2A proveerá una copia a más tardar al tiempo de la oferta de trabajo hecha por un empleador H-2A subsecuente. En ausencia de un contrato de trabajo independiente por escrito  entre el empleador y el trabajador los términos requeridos en esta orden de trabajo y la *Certificación de la Solicitud de Empleo Temporal* certificada sera el contrato de trabajo.

## Purpose Point Harvesting, LLC  Work Rules

Although not intended to be a complete list, these work rules are intended to provide guidance to workers of standards of conduct expected of them.

Notice is provided that violation of lawful job-related employer requirements, including these work rules, will be considered grounds for immediate termination of a worker's employment.  Penalties such as suspension from work opportunity for the remainder of a day to three days may be made in the case of less serious violations.

Workers are expected to comply with all rules relating to discipline, attendance, work quality and effort, and the care and maintenance of all property provided to them by the employer.

1. Workers who perform sloppy work may be suspended without pay for the remainder of a workday or for up to three days in the sole judgment of their supervisor, depending on the degree of infraction, the worker's prior record and other relevant factors.  Discharge of the worker may result from any subsequent offense.

2. No use or possession of beer, liquor or illegal drugs is permitted during work time or during any workday before work is completed for the day (such as during meals); workers may not report for work under the influence of beer, liquor or illegal drugs.  Employees may be terminated for excessive use of alcohol, drunk and/or disorderly conduct in housing after hours.  Illegal drugs may not be used, sold, manufactured or kept on any employer premises, including housing.

3. Excessive absences and/or tardiness will not be permitted.  This is regular, everyday work for which employees are expected to be present, able and willing to perform every scheduled workday and at the scheduled time.  This is not sporadic or "day work."  Excessive or repeated tardiness is not acceptable.  Any absence from work must be reported by 7AM.  Five consecutive workdays of unexcused absence will constitute abandonment of employment and worker will be terminated.

4. Workers shall maintain any living quarters provided to them clean and in good repair, given reasonable wear and tear.  Workers shall cooperate in maintaining common kitchen and living areas.  No pets of any kind are permitted.

5. All posters required by federal and state law will be posted at each camp.  They are not to be removed, defaced, or altered in any way.  Workers who wish for copies may ask their supervisor.

6. All housing must be locked each morning before leaving for work.  Lights and unnecessary heat should be turned off; doors and windows closed in event of rain and when heat is turned on.

7. Workers living in employer's housing assigned to bunk beds may not separate bunk beds, as floor space in sleeping rooms is needed by all occupants.

8. Workers living in employer's housing may not cook in sleeping rooms or any other non-kitchen areas.  Employer furnishes cooking facilities and equipment.

9. Workers may not drop paper, cans, bottles and other trash in fields, work areas, or on housing premises.  Trash and waste receptacles must be used.

10. Workers may not take unauthorized breaks from work.

11. Workers may not leave the field or other assigned work area without permission of employer or person in charge.

12. Workers may not enter employer's premises without authorization.

13. Workers shall be present at their assigned worksite at the scheduled start time.  Workers may not begin work prior to scheduled starting time or continue working after stopping time.

14. Workers living in employer's housing may not entertain guests in housing premises after 10:30 p.m. except on Saturday night on which night guest hours end at 12:00 midnight.  No persons, other than workers assigned by employer to a room, may sleep in any room.

15. Workers may not deliberately restrict production, damage plants or bruise fruit.

16. Any worker who physically threatens another worker, the employer or any supervisor with any tool or weapon will be subject to immediate discharge.

17. Any worker who is found carrying, using or possessing any dangerous or deadly weapon will be subject to immediate discharge.

18. Workers will be discharged for fighting on the employer's premises, including housing premises, at any time.

19. Workers will be discharged if they steal from fellow workers or the employer.

20. Workers will not falsify identification, personnel, medical, production or other work-related records.

21. Workers may not willfully abuse or destroy any machinery, truck or other vehicle, equipment, tools, or other property belonging to the employer or to other employees.

22. Workers may not use or operate trucks or other vehicles, machines, tools or other equipment and property to which the worker has not been specifically assigned by his supervisor. Workers may not use or operate trucks or other vehicles, tools or other equipment or property for their personal use unless expressly authorized by the employer.

23. Workers must not misuse or remove from the farm premises without authorization any employer-owned property.

24. Workers must obey all safety rules and common safety practices and must report any injuries or accidents promptly to their supervisor or the employer's office.

25. Workers must follow supervisor's instructions. Insubordination is cause for dismissal.

26. Long distance telephone calls are prohibited without prior permission of employer and costs of such calls, if made by workers without employer's prior permission, will be charged to workers.

27. No cell phone use is allowed during work hours.

28. Except as otherwise noted above, employees who violate work rules will be disciplined according to the following schedule:

| | |
|---|---|
| First offense: | oral warning and correction. |
| Second offense: | written warning and unpaid leave for balance of day. |
| Third offense: | immediate discharge with written fact statement. Employee will be asked to sign written fact statement. |

## NORMAS DE TRABAJO

Aunque no es la intención de ser una lista completa, estas normas de trabajo tienen la intención de proveer una guía de los estándares de conducta que se esperan de los trabajadores.

Se les notifica que cualquier violación de los requisitos legítimos relacionados al trabajo incluyendo estas normas de trabajo, serán consideradas como motivo para despedir al trabajador inmediatamente. Las sanciones, tales como suspensión de oportunidades de trabajo por el resto del día o hasta tres días pueden llevarse a cabo en el caso de violaciones menos graves.

Se espera que los trabajadores cumplan con todas las normas relacionadas con disciplina, asistencia al trabajo, calidad de trabajo y esfuerzo, y el cuidado y mantenimiento de toda la propiedad que el patrón les provea.

1. Los trabajadores que desarrollen un trabajo descuidado podrán ser suspendidos sin derecho a pago por el resto del día o hasta por tres días a discreción del supervisor, dependiendo del grado de la infracción, el record previo del trabajador y otros factores relevantes. El despido del trabajador podrá resultar por razón de ofensas anteriores.

2. No se podrá usar o poseer cerveza, licor o drogas ilegales durante las horas de trabajo o durante cualquier día de trabajo antes de que el mismo sea completado (como durante las comidas); los trabajadores no podrán reportarse a trabajar bajo la influencia de cerveza, licor o drogas ilegales. Los trabajadores podrán ser despedidos por el uso excesivo de alcohol, andar borrachos y/o tener una conducta inadecuada en la vivienda después de horas de trabajo. Las drogas ilegales no podrán ser usadas, vendidas, manufacturadas o guardadas en la propiedad del empleador, incluyendo la vivienda.

3. No se permitirán ausencias y/o tardanzas en exceso. Este es un trabajo regular, un empleo diario para lo que se espera que los trabajadores estén presentes, disponibles y deseosos de desarrollar su trabajo diario y en el tiempo programado. Este no es un empleo esporádico o de un día. Las llegadas tardes en exceso o repetitivas no serán aceptadas. Cualquier ausencia al trabajo deberá ser reportada antes de las 7 AM. Las ausencias sin justificación por cinco días consecutivas constituirán abandono del empleo y el trabajador será despedido.

4. Los trabajadores deberán mantener la vivienda proveída limpia y en buen estado, dado uso y desgaste razonable. Los trabajadores deberán cooperar en mantener las áreas comunes de la cocina y habitaciones. No se permiten mascotas de ningún tipo.

5. Todos los carteles requeridos por ley federal o estatal serán colocados en cada campamento. No podrán ser retirados, manipulados o alterados, de cualquier forma. Los trabajadores que requieran copias podrán pedírselas al supervisor.

6. Todas las viviendas deberán cerrarse cada mañana antes de ir a trabajar. Las luces y calefacción innecesaria deberán ser apagadas, las puertas y ventanas deberán cerrarse en caso de lluvia y cuando la calefacción esté encendida.

7. Los trabajadores que tengan una vivienda asignada con literas no podrán separar las literas, ya que el espacio en las habitaciones es necesario para los demás ocupantes.

8. Los trabajadores que viven en las viviendas del patrón no pueden cocinar en los dormitorios o en cualquiera otra área que no sea la cocina. El patrón proveerá los aparatos y artículos para cocinar.

9. Los trabajadores no deben tirar papeles, latas, botellas ni otra basura en los campos, áreas de trabajo, ni en el área de vivienda. Se deben usar los recipientes para basura y desperdicios.

10. Los trabajadores no podrán tomar recesos del trabajo sin autorización.

11. Los trabajadores no podrán abandonar los campos u otras areas asignadas de trabajo sin permiso del empleador o la persona encargada.

12. Los trabajadores no deben entrar a la propiedad del patrón sin autorización.

13. Los trabajadores deberán presentarse al lugar de trabajo asignado a la hora programada para iniciar. Los trabajadores no podrán iniciar el empleo antes de la hora de entrada o continuar trabajo después de la hora de terminación.

14. Los trabajadores que habiten la vivienda del patrón no podrán tener visitas después de las 10:30 p.m. con la excepción de los sábados en la noche cuando las horas de visita terminarán a las 12:00 de la medianoche. Ninguna persona que no esté asignada por el empleador, podrá dormir en una habitación.

15. Los trabajadores no pueden deliberadamente restringir la producción, dañar las plantas o lastimar las frutas.

16. Cualquier trabajador que amenace físicamente a otro trabajador, el empleador o supervisor con una herramienta o arma estará sujeto a despido de inmediato.

17. Cualquier trabajador a quien se le encuentre cargando, usando o poseyendo cualquier arma peligrosa o mortal estará sujeto a despido de inmediato.

18. Los trabajadores serán despedidos por pelear en la propiedad del empleador, incluyendo la vivienda, en cualquier momento.

19. Los trabajadores serán despedidos si roban de otros compañeros de trabajo o el empleador.

20. Los trabajadores no falsificarán su identificación, registros personales, médicos, producción u otros documentos relacionados al trabajo.

21. Los trabajadores no podrán intencionalmente abusar o destruir maquinaria, camionetas o vehículos, equipo, herramientas o propiedad perteneciente al empleador o trabajadores.

22. Los trabajadores no podrán usar u operar camiones u otros vehículos, maquinaria, herramientas u otros equipos y propiedad a la que los trabajadores no hayan sido específicamente asignados por el supervisor. Los trabajadores no podrán usar u operar camiones u otros vehículos, herramientas u otro equipo o propiedad para uso personal a menos que haya sido expresamente autorizado por el empleador.

23. Los trabajadores no podrán hacer mal uso o retirar de la propiedad de la granja sin autorización cualquier propiedad del empleador.

24. Los trabajadores deberán obedecer todas las reglas de seguridad o practicas de seguridad común y deberán reportar cualquier lesión o accidente de inmediato al supervisor o la oficina del empleador.

25. Los trabajadores deberán seguir las instrucciones del supervisor. La insubordinación sera causa para despido.

26. Las llamadas de larga distancia están prohibidas sin la previa autorización del empleador y los costos de dichas llamadas, si fueran realizadas sin la previa autorización del empleador, serán cobradas a los trabajadores.

27. No se podrá utilizar el teléfono celular durante las horas de trabajo.

28. Salvo se indique lo contrario, los trabajadores que violen las normas de trabajo serán disciplinados de la siguiente manera:

    Primera ofensa:    aviso oral y prueba

    Segunda ofensa:    aviso por escrito y resto del día sin paga.

    Tercera ofensa:    despido inmediato con detalle de los hechos por escrito.  Se le pedirá al trabajador que firme los hechos por escrito.

2017 ITINERARY FOR Purpose Point Harvesting

| Name and Contact Information of Fixed Site Employer | Location of Worksite | Work Start Date | Work End Date | Housing Address | Driving Directions and Description of Housing | Applicable Wage Rate |
|---|---|---|---|---|---|---|
| Paul Oomen & Sons 2840 E. Hammett Rd. Hart, MI 49420 Phone: 231-923-6826 | 7035 N. 120th Ave. Hart, MI 49436 Oceana County - From US31 take Pentwater Exit to Monroe Rd East to 120 Ave. Take a right and go 2 miles to field on W. side of Rd/Desde la carretera US31 tome la salida Pentwater a la calle Monroe Este a la Avenida 120. Voltee a la derecha y siga por 2 millas a el campo en el lado oeste de la calle. | 5/16/2017 | 11/30/2017 | 2182 W. Shelby Rd. Shelby, MI 49455 | From US 31 take Shelby Exit. Go right at stop. Take a slight left onto State St. Continue straight until 88th Ave and turn right. At stop take left onto Shelby Rd. House is second on right. Single family frame house - total housing capacity – 21 persons/ Desde la carretera US 31 tome la salida Shelby. Voltee a la derecha en la parada. Toma una vuelta leve in la izquierda a la calle State Street. Continue recto a la avenida 88 y voltee a la derecha. En la parada tama una izquierda a la calle Shelby Rd. La casa es la segunda a la derecha. | $12.75/hr. or applicable piece rate |
| Paul Oomen & Sons 2840 E. Hammett Rd. Hart, MI 49436 Oceana County - From US 31 take Monroe Rd. Exit to 126 Ave. Take a left and go 1/4 miles to Hammett Rd. Go right and field is on both sides of road/Desde la carretera US31 tome la salida Monroe Rd. a la 126 Avenida. Voltee a la izquierda y siga por 1 y un cuarto de milla a la calle Hammett. Voltee a la derecha y el campo esta en ambos lados de la calle. | 2422 E. Hammett Rd. Hart, MI 49436 | 5/16/2017 | 11/30/2017 | Same as above  2490 E. Hammett Rd., Hart, MI. 49420 (Units 13+14)  EDW 4/21/17 | Same as above/ Igual que el anterior  From U.S. 31, take Pentwater Exit onto Monroe Rd. Go 7 miles to 126 Avenue. Go 1/4 miles to Hammett Rd. Turn right to houses on left : Mobile homes – total housing capacity – 25 persons/ Desde la garretera US 31 tome la salida Pentwater y luego voltee a la derecha a la calle Monroe. Siga 7 millas a la 126 Avenida y voltee a la izquierda. Siga por 1 y un cuarto de millas a la calle Hammett. Voltee a la derecha a las casa a la izquierda. | Same as above |
| Aebig Orchards, LLC 1430 W. Shelby Rd. | 1824 W. Shelby Rd. Shelby, MI 49455 | 5/16/2017 | 11/30/2017 | Same as above | Same as above | Same as above |

| | 5/16/2017 | 11/30/2017 | Same as above | Same as above/ Igual que el anterior | Same as above |
|---|---|---|---|---|---|
| Shelby, MI 49455<br>Phone: 231-742-0252<br><br>Oceana County – From US 31 take Shelby Exit East to Shelby. At stop take a slight left onto State St. Turn right onto 6th St. Continue straight until 96 Ave. Go right then 1 mile & turn right onto Shelby Rd. After 340 ft. field is on the right/Desde la carretera US 31 tome la salida Shelby Este a Shelby. En la parada tome una leve vuelta a la izquierda a la calle State St. Voltee a la derecha en la calle 6th Street. Siga recto hasta la avenida 96. Voltee a la derecha y siga por una milla y voltee a la derecha a la calle Shelby. Después de 340 pies el campo esta a la derecha. | | | | | |
| Aebig Orchards, LLC<br>1430 W. Shelby Rd.<br>Shelby, MI 49455<br>Phone: 231-742-0252<br><br>1430 W. Shelby Rd.<br>Shelby, MI 49455<br>Oceana County - From US 31 take Shelby Exit East to Shelby. At stop take a slight left onto State St. Turn right onto 6th St. Continue straight until 96 Ave. Go right then 1 mile & turn right onto Shelby Rd. Go 3/10 mile to field on left/ Desde la carretera US 31 tome la salida Shelby Este a Shelby. En la parada tome una leve vuelta a la izquierda a la calle State St. Voltee a la derecha en la calle 6th Street. Siga recto hasta la avenida 96. Voltee a la derecha y siga por una milla y voltee a la derecha a la calle Shelby. | | | | | |

| Name / Contact | Address / Directions | | | | |
|---|---|---|---|---|---|
| Evans Farm<br>2216 N 120th Ave.<br>Hart, MI 49420<br>Phone: 231-923-6465 | 1276 N. 136th Ave.<br>Hart, MI 49420<br>Oceana County - From US 31 take Hart exit to 136th Ave. take a right and at stop sign take a slight left. Continue S. field is first place of left/Desde la carretera US31 tome la salida Hart a la avenida 136. Vollee a la derecha y en la parada tome una leve vuelta a la izquierda. Siga sur. El campo esta en el primer lugar a la izquierda.<br>Siga por 3/10 de una milla y el campo esta a la izquierda. | 5/16/2017 | 11/30/2017 | Same as above | Same as above/ Igual que el anterior | Same as above |
| Sam Near Farm, LLC<br>1495 W. Woodrow Rd.<br>Shelby, MI 49455<br>Phone: 231-861-5005 | 1495 W. Woodrow Rd<br>Shelby, MI 49455<br>Oceana County - From US 31 take Shelby exit east to Shelby. At stop take a slight left onto State St. Turn right onto 6th St. Continue straight until 96 Ave. Go right then 1 mile & turn right onto Shelby Rd. Farm sits on the corner of 96th Ave and Woodrow Rd./ Desde la carretera US 31 tome la salida Shelby Este a Shelby. En la parada tome una leve vuelta a la izquierda a la calle State St. Vollee a la derecha en la calle 6th Street. Siga recto hasta la avenida 96. Vollee a la derecha y siga por una milla y vollee a la derecha a la calle Shelby. La | | | | | |

granja esta en la esquina de la 96 avenida con la calle Woodrow.



**U.S. Department Labor**
**Employment and Training Administration**

OMB Control No. 1205-0134
Expiration Date: March 31, 2019

Agricultural and Food Processing Clearance Order ETA Form 790
Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

---

1. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal ):

**Purpose Point Harvesting, LLC**
**Mail: 2235 N. 56th Ave , Mears, MI 49436**

**Physical: 2235 N. 56th Ave , Mears, MI 49436**

a) Federal Employer Identification Number (FEIN) / Número federal de Identificación del Empleador:

▮▮▮▮▮

b) Telephone Number / Número de Teléfono:
**(231) 742-1395**

c) Fax Number / Número de Fax:
**N/A**

d) E-mail Address / Dirección de Correo Electrónico:
c/o Employer Agent e-mail: masH2A@maslabor.com

---

**Nos. 4 through 8 for STATE USE ONLY**
**Números 4 a 8 para USO ESTATAL**

4. SOC (O*NET/OES) Occupational Code / Código Industrial:
45-2092.02

a. SOC (ONET/OES) Occupational Title / Título Ocupacional
Farmworkers and Laborers, Crop

5. Job Order No. / Num. de Orden de Empleo:
8359221

6. Address of Order Holding Office (include Telephone number) / Dirección de la Oficina donde se radico la oferta (incluya el número de teléfono ):

Michigan Works! 195 N Michigan Ave, Shelby MI 49455

a. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de la Oficina Local (Incluya el número de teléfono de su línea directa).
Ericka Garcia (se habla español): 231-259-2000, egarcia@michworkswc.org
Rosalinda Rangel (se habla español): 231-259-2006, RangelR@michigan.gov

7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo:
2/26/2018

8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo:
8/4/2018

---

2. Address and Directions to Work Site / Domicilio y Direcciones al lugar de trabajo:

**7035 N. 120th Ave, Hart, MI 49436**
**2480 E. Hammett Rd., Hart, MI 49436**

**See attached Itinerary.**

See "Attachment 1 to ETA 790" Item 2 / Ver "Adjunto 1 a ETA 790" Artículo 2

9. Anticipated Period of Employment / Período anticipado o previsto de Empleo:

From / Desde: **4/16/2018**    To / Hasta: **11/20/2018**

10. Number of Workers Requested / Número de Trabajadores Solicitados:
**55**

---

3. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda:

**2706 E. Hammett Road, Hart , MI 49420**

**See attached list of additional housing locations.**

a) Description of Housing / Descripción de la vivienda:

**I-beam housing - total housing capacity - 18 persons**

See "Attachment 1 to ETA 790" Item 3 / Ver "Adjunto 1 a ETA 790" Artículo 3

11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana. Total: **40**

| | | | |
|---|---|---|---|
| Sunday / Domingo | 0 | Thursday / Jueves | 7 |
| Monday / Lunes | 7 | Friday / Viernes | 7 |
| Tuesday / Martes | 7 | Saturday / Sábado | 5 |
| Wednesday / Miércoles | 7 | | |

See "Attachment 1 to ETA 790" Item 11 / Ver "Adjunto 1 a ETA 790" Artículo 11

12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas par alas diferentes actividades de la temporada:
**Performs a variety of manual/equipment operation tasks in farm operation.**

See "Attachment 1 to ETA 790" Item 12 / Ver "Adjunto 1 a ETA 790" Artículo 12

13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de:

Employer / Empleador:    Yes / Si ☒    No ☐

14. Describe how the employer intends to provide either 3 meals a day to each worker or furnish free and convenient cooking and kitchen facilities for workers to prepare meals / Describa cómo el empleador tiene la intención de ofrecer, ya sea 3 comidas al día a cada trabajador, o proporcionar gratuitamente instalaciones para cocinar.

Employer-provided housing includes free cooking and kitchen facilities. For workers residing in employer-provided housing, the employer will also provide free transportation, at least once per week, to and from the neighboring closest town for supplies and/or banking services. Dining, kitchen/cooking facilities and other common areas will be shared by all workers.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

La vivienda proveida por el empleador incluye cocinar gratis y facilidades de cocina.  Para los trabajadores que viven en la vivienda proveida por el empleador, el empleador tambien proveera transportacion gratis, por lo menos una vez por la semana, ida y vuelta, al pueblo mas cercano para hacer compras y/o ir al banco.  Comer, cocinar/facilidades de cocina y otras areas comunes seran usadas por todos los trabajadores.

15. Referral Instructions and Hiring Information  / Instrucciones sobre cómo Referir Candidatos/Solicitantes - (Explain how applicants are to be hired or referred, and the Employer's/Agent's available hour to interview workers / Explique cómo los candidatos serán contratados o referidos, y las horas disponibles del empleador/agente para entrevistar a los trabajadores.  See instructions for more details / Vea las instrucciones para más detalles.

The actual employment offer is at the sole discretion of the employer.  Referrals will be accepted from the State Workforce Agencies (SWAs), directly from applicants, walk-ins, gate hires, and from other sources.  SWA's should thoroughly familiarize each applicant with the job specifications and terms and conditions of employment before a referral is made.  Workers must meet all of the following criteria:
  1. Are available and indicate willingness to work the entire season.
  2. Have transportation to job site at start of season for non-local workers and daily for local workers.
  3. Have been fully apprised by the local employment office of the terms, conditions, and nature of employment.
  4. Are legally entitled to work in the U.S.
  5. Are able, willing and qualified to perform the work.
Workers must possess documentation required to enable employer to comply with the employment verification requirements of IRCA.  Accurate completion of Form I-9 will be required of each worker within (3) days of employment pursuant to U.S. Law.  The employer will abide by the requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system.


El empleo actual es a discreción exclusiva del empleador. Se aceptan referencias de la Oficina Estatal de Empleo (SWAs), solicitantes directos, personas sin cita, contrataciones de puerta y de otros medios. Las SWAs debe estar completamente familiarizada con cada solicitante con las especificaciones del empleo y términos y condiciones del empleo antes de que se realice la referencia. Los empleados deben de cumplir con todos los siguientes criterios:
  1. Se encuentran disponibles e indican voluntad para trabajar la temporada completa.
  2. Tiene transportación hacia el lugar de trabajo al inicio de la temporada para empleados no locales y para empleados locales diarios.
  3. Se le ha informado completamente por la oficina local de empleo sobre los términos, condiciones y naturaleza del empleo.
  4. Están legalmente autorizados para trabajar en los EEUU.
  5. Son capaces, tienen el deseo y están calificados para desarrollar el trabajo.
Los empleados deben de poseer la documentación requerida para que el empleador cumpla con la verificación del empleo según los requisitos del IRCA. El cumplimiento preciso de la Forma I-9 será requerido para cada trabajador dentro de (3) días del empleo de acuerdo con la ley de los EEUU. El empleador será acatada por los requisitos y garantías del 20 CFR § 653.501en el proceso y/o contratación de individuos referidos a través del sistema de acreditación.



See "Attachment 1 to ETA 790" Item 15 / Ver "Adjunto 1 a RTA 790" Artículo 15

*EOW 2/20/2018*

16. Job description and requirements / Descripción y requisitos del trabajo:
This job requires a minimum of three months of prior cultivation/harvest experience in ~~commercial~~ field crop production of fruits or vegetables.  Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency.



See "Attachment 1 to ETA 790" Item 16 / Ver "Adjunto 1 a RTA 790" Artículo 16

1. Is previous work experience preferred? / Se prefiere previa experiencia?  Yes / Si ☒   No ☐   If yes, number of months preferred: / Si es así, numero de meses de experiencia   3
*EOW 2/20/2018*
This job requires a minimum of three months of prior cultivation/harvest experience in ~~commercial~~ field crop production of fruits or vegetables. Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency./Esta trabajo requiere un minimo de tres meses de experiencia previa cultivando/cosechando en una produccion ~~comercial~~ de cosechas de vegetales y frutas. Los trabajadores deben ser capaces de desarollar actividades manuales y mecanicas con presicion y eficiencia.
*EOW 2/20/2018*
2. Check all requirements that apply:

☐ Certification/License Requirements / Certificación/Licencia Requisitos
☐ Driver Requirements / Requisitos del conductor
☐ Employer Will Train / Empleador entrenará o adiestrará
☐ Extensive Sitting / Estar sentado largos ratos
☒ Exposure to Extreme Temp. / Expuesto a Temperaturas Extremas
☒ Lifting requirement / Levantar o Cargar   60   lbs./libras
☒ Repetitive Movements / Movimientos repetitivos

☐ Criminal Background Check / Verificación de antecedentes penales
☒ Drug Screen / Detección de Drogas
☒ Extensive Pushing and Pulling / Empujar y Jalar Extensamente
☒ Extensive Walking / Caminar por largos ratos
☒ Frequent Stooping / Inclinándose o agachándose con frecuencia
☒ OT/Holiday is not mandatory / Horas Extras (sobre tiempo) / Días Feriados no obligatorio

Agricultural work is exempt from federal overtime requirements pursuant to 29 USC § 213(a)(6). Overtime pay is only applicable if required by state law or as specified in Item 17 of the ETA 790 Attachment 1. / Trabajo agrícola esta exento de las leyes de pago de sobre tiempo bajo 29 USC § 213(a)(6). Pago de sobre tiempo es aplicable solo si lo requiere la ley estatal o el Artículo 17 de la ETA 790 Adjunto 1

### 17. Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)

| Crop Activities / Cultivos | Hourly Wage / Salario por Hora | Piece Rate / Unit(s) / Pago por Pieza / Unidad(es) | Special Pay (bonus, etc.) / Pagos Especiales (Bono, etc.) | Deductions* / Deducciones | Yes/Si | No | Pay Period / Período de Pago / / |
|---|---|---|---|---|---|---|---|
| fruits, vegetables, Christmas trees/frutas, vegetales y arboles de navidad | $ 13.06 | $ See "Attachment 1 to ETA 790" Item 17 — | | Social Security / Seguro Social | ☒ | ☐ | Weekly / Semanal |
| | $ | $ Ver "Adjunto 1 a RTA 790" Articulo 17 | | Federal Tax / Impuestos Federales | ☒ | ☐ | ☒ |
| | $ | $ | | State Tax /Impuestos Estatales | ☒ | ☐ | Bi-weekly/ Quincenal |
| | $ | $ | | Meals / Comidas | ☐ | ☒ | ☐ |
| | $ | $ | | Other (specify) / Otro (especifica) | ☒ | ☐ | Monthly/Mensual ☐ |
| See "Attachment 1 to ETA 790" Item 17 / Ver "Adjunto 1 a RTA 790" Articulo 17 | | | | | | | Other/Otro ☐ |

### 18. More Details About the Pay / Mas Detalles Sobre el Pago:

The employer guarantees to offer, advertise, and pay the applicable H-2A wage rate, defined as the highest of: (1) the USDOL-promulgated AEWR; (2) the prevailing hourly wage rate or piece rate; (3) an agreed-upon collective bargaining wage (this employer is not subject to a collective bargaining agreement); or (4) the federal or state minimum wage in effect at the time work subject to the provisions of the job order is performed. The applicable H-2A wage rate will not be based on commission, bonuses, or other incentives.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

El empleador garantiza que ofrecera, anunciara, y pagara el rango de pago H-2A aplicable, definido como el mas alto de: (1) el AEWR promulgado por el Departamento de Labor, (2) el rango de pago por hora o por pieza predominante, (3) el rango de pago establecido bajo un acuerdo colectivo de una union (este empleador no esta sujeto a ningun acuerdo colectivo), o (4) el salario minimo federal o estatal en efecto cuando las tareas cubiertas bajo esta orden de trabajo se desarrollen.  El rango de pago H-2A aplicable no sera basado en comisiones, bonos, o cualquier otro incentivo.

**See "Attachment 1 to ETA 790" Item 18 / Ver "Adjunto 1 a RTA 790" Articulo 18**

### 19. Transportation Arrangements / Arreglos de Transportación

The employer will pay for or reimburse H-2A workers with pay for the first workweek for costs incurred by the worker for visa, processing, border crossing, and other related fees, including those mandated by the government (excluding passport fees).  For non-commuting workers, transportation costs and reasonable subsistence from the place from which the worker departed to work for the employer to the place of employment will be reimbursed with pay for the first workweek, to the extent such worker-borne expenditures reduce the workers' earnings below the FLSA minimum wage in the first workweek. Pursuant to 20 CFR 655.122(h)(1), the employer will reimburse the worker in full for aforementioned transportation costs and reasonable subsistence no later than at the halfway point in the work contract ("50% period") if such payment was not already paid in full to the worker prior to the 50% period. The minimum travel subsistence of $12.07 per day or the current minimum subsistence amount published in the Federal Register will be paid to workers who cannot provide receipts, and the maximum travel subsistence of $51.00 per day or the current maximum subsistence amount published in the Federal Register will be paid to workers with acceptable receipts. The transportation reimbursement shall be calculated on the worker's actual cost but not more than the most economical and reasonable similar common carrier transportation charges for the distance involved.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

El empleador pagará por el reembolso de los empleados H-2A con el pago de los costos realizados de la primera semana de trabajo del empleado por la visa, proceso, costo de cruce fronterizo y otras cuotas relacionadas, incluyendo aquellas requeridas por el gobierno (excluyendo la cuota de pasaporte). Para los empleados que no tienen que viajar para laborar, los costos de transportación y subsistencia razonable desde el lugar de donde partieron para trabajar para el empleador en el lugar del empleador será reembolsado con el pago de la primera semana de trabajo, al grado que dichos gastos realizados por el empleado reduzcan las ganancias del empleado por debajo del salario minimo de FLSA durante la primera semana de trabajo. Conforme al 20 CFR 655.122(h)(1), el empleador reembolsará al empleado por completo los costos de transportación y subsistencia razonable antes mencionado a más tardar que la mitad del contrato de trabajo ("periodo del 50%") si dicho pago no se ha realizado por completo previo al periodo del 50%. La subsistencia de viaje minima es de $12.07 por día  la subsistencia actual minima publicada en el Registro Federal pagándose a los empleados que no puedan proveer recibos y el máximo de subsistencia de viaje de $51.00 por dia o la subsistencia actual máxima publicada en el Registro Federal pagándose a los empleados con recibos aceptables. El reembolso del transporte será calculado a costo actual pero no mayor que el medio más económico y razonable similar por los cargos por la distancia involucrada.

**See "Attachment 1 to ETA 790" Item 19 / Ver "Adjunto 1 a RTA 790" Articulo 19**

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarle a los trabajadores para este(os) tipo(s) de cosecha(s)?        Yes / Si    ☐    No ☒

If you have checked yes, what is the FLC wage for each activity? / Si contesto "Si," cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

21. Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores?        Yes/Si ☒    No ☐

(When applicable according to state law / cuando se applicable de acuerdo a la ley estatal)

22. Are workers covered by workers' compensation? / ¿Se le provee seguro de compensación/indemnización al trabajador:        Yes/Si ☒    No ☐

23. Are tools, supplies, and equipment provided at no charge to the workers? / ¿Se les proveen herramientas y equipos sin costo alguno a los trabajadores?

Yes/Si ☒    No ☐

24. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None".) / Enumere todos los acuerdos o convenios hechos con los propietarios del establecimiento o sus agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, i ndique "Ninguno".)

None / Ninguno

25. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed.  (If there are no such incidents, enter "None".) / Enumere toda huelga, paro o interrupción de operaciones de trabajo por parte de los empleados en el lugar de empleo. (Si no hay incidentes de este tipo, indique "Ninguno".)

None / Ninguno

26. Is this job order to be placed in connection with a future Application for Temporary Employment Certification for H-2A workers? / ¿Esta orden de empleo ha sido puesta en conexión con una futura solicitud de certificación de empleo temporal para trabajadores H-2A?

Yes/Sí ■ No ☐

27. Employer's Certification  This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. / Certificación del Empleador  Esta orden de trabajo describe los términos y condiciones del empleo que se le ofrece, y contiene todos los términos y condiciones materiales ofrecidos.

### Emilto Moreno Gomez, President

Employer's Printed Name & Title / Nombre y Título en Letra de Molde/imprenta del Empleador

Employer's Signature / Firma y Título del Empleador

Date / Fecha    2/15/2018

READ CAREFULLY  In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Employment and Training Administration (ETA) nor the State agencies are guarantors of the accuracy or truthfulness of information contained in job orders submitted by employers. Nor does any job order accepted or recruited upon by the American Job Center constitute a contractual job offer to which the American Job Center, ETA or a State agency is in any way a party.

LEA CON CUIDADO. En vista de la función básica del Servicio de Empleo establecida por ley, como una entidad de intercambio laboral sin comisiones, es decir, como un foro para reunir a los empleadores y los solicitantes de empleo, ni ETA ni las agencias del estado pueden garantizar la exactitud o veracidad de la información contenida en las órdenes de trabajo sometidas por los empleadores. Ni ninguna orden de trabajo aceptada o contratada en el Centro de Carreras (American Job Center) constituyen una oferta de trabajo contractuales a las que el American Job Center, ETA o un organismo estatal es de ninguna manera una de las partes.

**PUBLIC BURDEN STATEMENT**
The public reporting burden for responding to ETA Form 790, which is required to obtain or retain benefits (44 USC 3501), is estimated to be approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. The public need not respond to this collection of information unless it displays a currently valid OMB Control Number. This is public information and there is no expectation of confidentiality. Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

**DECLARACION DE CARGA PUBLICA**
La carga de información pública para responder a la Forma ETA 790, que se requiere para obtener o retener beneficios (44 USC 3501), se estima en aproximadamente 60 minutos por respuesta, incluyendo el tiempo para revisar las instrucciones, buscar fuentes de datos existentes, recopilar y revisar la colección. El público no tiene por qué responder a esta recopilación de información a menos que muestre un número de control OMB válido. Esta información es pública y no hay ninguna expectativa de confidencialidad. Envíe sus comentarios acerca de esta carga o cualquier otro aspecto de esta colección, incluyendo sugerencias para reducir esta carga, al U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

28. Use this section to provide additional supporting information (including section Box number).  Include attachments, if necessary. / Utilice esta sección para proporcionar información adicional de apoyo; incluya  el numero de la sección e incluya  archivos adjuntos, si es necesario.

See "Attachment 1 to ETA 790" for continuations of Item 2, Item 3, Item 11, Item 12, Item 15, Item 16, Item 17, Item 18, and Item 19.

**Workers Compensation Insurance**

Carrier:  Accident Fund Insurance Company

Policy: ██████████

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Ver "Adjunto 1 a ETA 790" for continuations of Artículo 2, Artículo 3, Artículo 11, Artículo 12, Artículo 15, Artículo 16, Artículo 17, Artículo 18, y Artículo 19.

**Seguro de Compensación de Trabajadores**

Portador:  Accident Fund Insurance Company

Poliza: ██████████

**20 CFR 653.501**
**Assurances**

## INTRASTATE AND INTERSTATE CLEARANCE ORDER

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 10 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO).  If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need.  The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.


Employer's Name    __Emilto Moreno Gomez_____    Date: __2/15/2018__

Employer's Signature  ✔ _____


**Besides the material terms and conditions of the employment, the employer must agree to these assurances if the job order is to be placed as part of the Agricultural Recruitment System.  This assurance statement must be signed by the employer, and it must accompany the ETA Form 790.**

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 1 of 12

ENGLISH

## Item 2.  Address and Direction to Work Site (continued from ETA 790, page 1, Item 2)

7035 N. 120th Ave, Hart, MI 49436 – Directions: From US31 take Pentwater exit to Monro Rd East to 120 Ave. Take a right and go 2 miles to field on W. side of Rd.

2480 E. Hammett Rd., Hart, MI 49436 – Directions:  From US 31 take Pentwater exit go east on Monroe Road. Continue to 126th Avenue, go to North to Hammett Road. Go about a mile to farm on left side of road.

**See attached Itinerary.**

## Item 3.  Address and Directions to Housing (continued from ETA 790, page 1, Item 3)

Housing is provided at no cost only to non-commuting workers .  "Non-commuting workers" are those workers who are not reasonably able to travel to and from the residence he/she occupied at time of employment offer each work day.  No person who is not an employee  and has not been assigned housing will be permitted to occupy the housing.

Employer retains possession and control of the housing premises at all times and worker, if provided housing under the terms of this work agreement, shall vacate the housing promptly upon termination of employment with the employer who provides the housing, in accordance with state law.

2706  E. Hammett Road, Hart , MI 49420 - Directions:  From US 31 take Pentwater Exit then take a right onto Monroe Road. Go 7 miles to 126 Avenue and take a left. Go 1 1/4 miles to Hammett Rd. Turn right to houses on left.  Housing is rented/leased by employer.

**See attached list of additional housing locations.**

Should rental and/or public accommodations be listed in Item 3, the employer attests that such housing complies with all local, state, or federal housing safety standards pursuant to 20 CFR § 655.122(d)(1)(ii).  All housing charges for rental will be paid by the employer directly to the owner or operator of the rental and/or public accommodation unit(s).

If one has not already been performed at the time of this filing, Purpose Point Harvesting, LLC  requests a timely inspection of employer-provided worker housing by representatives of the State Workforce Agency, the State Health Department and/or the US Employment and Training Administration to verify the condition of such housing so as to ensure that all worker housing meets standards not later than 30 days prior to occupancy.

Workers occupying the housing will be responsible for maintaining the housing and their living quarters in a neat, clean manner and in compliance with Work Rules which will be provided upon hiring and are attached hereto and incorporated by reference in this Application.  Failure to comply with these rules will result in disciplinary action as described in the Work Rules.

Workers will be assigned to employer-provided housing by a designated company manager and must occupy the quarters assigned to them. Female workers will be provided with sleeping facilities and  bathroom/toilet facilities shared only with other female workers.   Separate sleeping areas will be provided for non-related persons of each gender.

## Item 11.  Anticipated Hours of Work per Week (continued from ETA 790, page 1, Item 11)

The work day is from 7:00 AM until 2:30 PM Monday through Friday and 7:00 AM until 12:00 PM on Saturday, with an unpaid lunch break (7 hours/day and 5 hours/day on Saturday).  The worker may be requested, but not required, to work as much as 12 hours per day and/or on the worker's Sabbath, depending on weather and other conditions. Extreme heat, cold or drought may affect working hours.  Employer will offer 40 hours/week, weather and crop conditions permitting.  Worker will report to work at designated time and place as directed by employer each day.

## Item 12.  Anticipated Range of Hours for Different Seasonal Activities (continued from ETA 790, page 1, Item 12)

(See Item 16 for a complete description of scope of job duties).  As a general matter, working hours will be divided between fruits, vegetables, Christmas trees production depending on employer's need.  Given that the demands of agricultural

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 2 of 12

production are unpredictable and driven by factors including weather, crop conditions, market demands and seasonal task needs and numerous other factors, it is impossible to predict with any degree of accuracy what percentage of time will be dedicated to specific tasks described in Item 16.

## Item 15. Referral Instructions and Hiring Information (continued from ETA 790, page 3, Item 15)

Purpose Point Harvesting, LLC  will abide by the requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system. Referrals of individuals shall be made through the order holding office of the MI Dept. of Labor & Economic Growth ~~michigan Works! EDW, DLEY~~ in order to ascertain current employment, crop or housing information and to enable proper arrangements to be made. It will be the responsibility of the referring SWA office to inform job seekers of the terms and conditions of this clearance order.  The referring SWA office after coordinating the referral with the order holding office will contact the employer's agent or the employer directly and advise the agent or employer of the referral or referrals.  When possible, SWA offices should furnish translator services if necessary.  Interviews, either in person or by telephone, will be conducted by the employer  during the hours of  9:00 AM to 3:30 PM , Monday through Friday.  **Employer to be contacted first at the following address and phone number.  If unavailable, contact employer's agent during the same hours.**

| Employer | Employer Agent |
|---|---|
| Purpose Point Harvesting, LLC | MAS Labor H-2A, LLC. |
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave. Mears, MI  49436 | Lovingston, VA  22949 |
| (231) 742-1395 (phone) | 434-263-4300 / 434-260-8833 (phone) |
| N/A (fax) | 434-263-4700 (fax) |

Applicants will be interviewed by telephone at the time of referral or as soon thereafter as possible.  If a holding office plans to refer several applicants at the same time, it is requested that the employer be advised in advance and a time scheduled for the interview.

A hiring decision will be communicated directly to the applicant at the telephone number, address, email address or other contact information in the event that such a decision cannot be rendered at time of interview.  The applicant should be advised to stay in touch with the referring SWA office in any case.

Order holding office:    ~~MI Dept. of Labor & Economic Growth~~  Michigan Works!
  EDW    ~~201 N. Washington Square~~  WEST CENTRAL  195 N  Michigan AVE
  2/26/2018    ~~Bureau of Workforce Programs, Victor Office Center, 5th Floor~~  Shelby, MI  49455
    ~~Lansing MI 48913~~    (231) 259-2000
    ~~(517) 241-1198~~

Purpose Point Harvesting, LLC  will abide by the assurances set forth in 20 CFR § 655.135 including but not limited to specific regulations regarding hiring practices, positive recruitment, compliance with all applicable Federal, State, and local laws, and all specific obligations set forth in subpart (a) through (l) for all workers who apply and/or are hired to perform the specific work described in this clearance order.

## Item 16. Job Description and Requirements (continued from ETA 790, page 3, Item 16)

Plant, cultivate and harvest vegetables, fruits and trees.

Plant roots, seeds and bulbs. Spread plastic or other groundcovering. Clean plastic by hand from ground upon removal. Till soil. Weed and thin plants. Transplant plants by hand. Stake/tie plants, trellis/prune plants, and set poles and wires for vine plants. Pick, cut, lift, or pull crops. Tie vegetables in bunches. Grade, size, wash and field pack product according to company standards. Take care to prevent damaging produce and plants.

Workers may be offered hours in the evening to harvest asparagus for a short period of time during the contract.

Hand thin fruits to control the size and quality of fruit. Remove fruit blossom, bud and/or identifiable fruit from within a cluster of other fruits. Must accurately identify and remove misshapen, damaged or otherwise unmarketable fruit. Harvest: Spot and/or strip pick fruit based on seasonal need. Snap fruit off tree with thumb and palm of hand to avoid stem pulls,

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 3 of 12

punctures, bruising, or other damage. Pick culls and peelers.  Use/handle ladders up to 16 ft. in length and weighing up to 60 lbs. Fill fruit buckets/baskets and place fruit in bins.  Follow supervisor/foreman's instructions on color/size requirements.  Must be able to differentiate between colors and fruit varieties accurately.  Some fruits may use mechanized shakers at harvest.

General tree work may include planting, cultivating, hoeing, tree painting, weed mat application, mulching, fertilizing, trimming or training. Place tree guards or cones and hang pheromone dispensers. Tie/position trees and limbs, together and to trellises, using string, tape, wire or other fasteners and supports.

Workers may also cultivate and harvest evergreen trees: cutting trees with gasoline-operated chain saws.  Dragging trees from cutting area and shaking trees with mechanical shaker.  Shearing trees with knives, pulling cones off, fertilizing and coloring trees with sprayers.  Drag cut trees from cutting area, run trees through tree baler and load onto trailers, trucks or wagons.

Perform ditching, shoveling, hoeing, hauling, ground preparation, and other manual tasks.  Pick roots, rocks, brush and other field debris.    Bending, stooping and kneeling required. Use hand tools including but not limited to hoes, shovels, knives, shears, clippers, loppers, and saws. Lift, carry, and load/unload products or supplies. Cut, bale,stack and load hay.

Use power equipment including but not limited to: tractors, planters, mowers, plows, sprayers, cultivators, power shears, chain saws, high lifts, fork lifts, skid loaders. Must operate agricultural equipment safely, with or without direction.

Clean/maintain farm buildings, structures, equipment, and work areas. Build/repair fences and other structures and maintain property lines.

Work is done in the field for long periods of time. Workers may assist in handling product weighing up to 60  pounds and lifting to a height of 5 feet.  Workers must work on their feet in bent positions for long periods of time.  Work requires repetitive movements and extensive walking. Work required in fields when plants are wet with dew and rain, and may be required during light rain, snow, moderate winds, direct sun, high humidity and extreme temperatures.  Temperatures in fields during working hours can range from 10 to over 100 degrees F. Workers may be required to work during occasional showers not severe enough to stop field operations. Allergies to ragweed, goldenrod, honey bees, insecticides, herbicides, fungicides, or related chemicals may affect a worker's ability to perform the job. Workers should be able to do the work required with or without reasonable accommodations.  Employer-paid post-hire drug/alcohol testing is required upon reasonable suspicion of use and after a worker has an accident at work.  Saturday work required.  Must be able to lift/carry 60 lbs.

Persons seeking employment in this position must be available for the entire period requested by the employer. Applicants must be able to furnish verbal or written statement establishing relevant prior work experience.  All workers will be subject to a five day trial period during which the employer will evaluate workers' performance of required tasks. Employer reserves the right to terminate a worker if the employer reasonably finds that worker's performance during the trial period to be unacceptable.

Employer reserves the right to discharge an obviously unqualified worker, malingerer or recalcitrant worker who is physically able but is unwilling to perform the work necessary for the employer to grow a premium quality product, or for any other lawful reason.  (See also Attachment 2, General Conditions).

The employer may discipline the worker, including brief suspension of work activities/employment for a set period determined by the supervisor or termination of employment as described in the Work Rules.

Employer assures that workers will be provided transportation from living quarters to work site every day (for workers who must be provided housing under the applicable regulations).

Raises and/or bonuses may be offered to any seasonal worker employed pursuant to this job order, at the company's sole discretion, based on individual factors including work performance, skill, and tenure.

All terms and conditions included in the job order will apply equally to all workers, both U.S. workers and H-2A workers, employed in the occupation described in this clearance order.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 4 of 12

## Item 17.  Wage Rates, Special Pay Information and Deductions (continued from ETA 790, page 4, Item 17)

Piece Rate: All work is compensated at the above hourly rate except for the following work activities which may be compensated on a piece rate productivity incentive basis according to the following schedule:

See 'Piece Rate Attachment'

No piece rate work will be performed at less than the stated piece rates.  All workers are guaranteed that when working on piece-rate basis they will be paid no less than the stated AEWR hourly rate for each hour worked.  At his discretion employer may, when working or crop conditions indicate, increase piece rates to incentivize production or suspend the piece rate scheme in favor of hourly pay at the stated AEWR hourly rate in order to assure workers fair earnings.

The employer guarantees to offer the workers employment for at least ¾ of the work hours of the total period during which the work order and all extensions thereof are in effect, beginning with the first work day after the arrival of the workers at the place of employment and ending on the termination date specified in the work order or its extension, if any.  If the employer offers the worker during such period less employment than required under this provision, the worker will be paid the amount he/she would have earned had he/she, in fact, worked for the guaranteed number of hours.  Any employee who is terminated for cause will not be entitled to this guarantee.

The employer agrees to maintain adequate and accurate payroll records, in accordance with the requirements of 20 CFR § 655.122(j)(1), and to retain such records for a period of not less than three (3) years after the date of certification.  The employer will furnish to each worker on pay day an itemized accounting of earnings and of all legally-required and worker-authorized deductions.  Deductions for FICA and federal/state tax withholding, and deductions including court-ordered child support, garnishments and liens, and any other such legally-required deductions will be made in individual circumstances as required by law.  All deductions will be made in accordance with FLSA regulations.  Advances and/or loans made to workers, if any, may be repaid by pre-authorized payroll deductions.  The employer does not envision other uniform workforce-wide payroll deductions.  The reasonable cost of damages and/or replacement of tools and/or equipment shall be charged to worker(s) if such repair or replacement is found to have been the result of willful neglect or gross negligence on the part of the worker.  The employer may offer voluntary employee insurance or retirement plans to its workers; participation in any such plan, should it be offered, is voluntary and will be pre-authorized by the worker in writing.  Reasonable repair costs of damage to housing other than that caused by normal wear and tear will be charged to workers found to have been responsible for such damage to housing.  No charge will be made for beds and similar items furnished to workers to whom housing is provided unless items are unlawfully removed or damaged beyond normal wear and tear.  If a worker makes a long distance telephone call using the employer's telephone line, the worker will be deemed to have consented to the deduction of the cost of such call(s) from his or her paycheck and will promptly confirm such authorization in writing.  If the worker does not authorize such a deduction in writing, the worker will be expected to repay the employer for such telephone use upon demand.  If the worker does not pay the cost of such telephone call(s) within a reasonable time after being asked to do so, the worker will be subject to discipline in accordance with the employer's policies.

## Item 18.  More Details About the Pay (continued from ETA 790, page 4, Item 18)

In the event that the applicable H-2A wage rate decreases for any reason during the employer's positive recruitment or H-2A contract period in the instant job order, the employer reserves the right to decease its offered/paid hourly wage to the new, lower wage rate, as long as the new lower wage rate remains the highest of the AEWR, the prevailing hourly wage rate or piece rate, an agreed-upon collective bargaining wage, and the federal and state minimum wages in effect at the time work subject to the provisions of this job order is performed.

If, before the expiration date specified in this clearance order, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract.  Whether such an event constitutes a contract impossibility will be determined by the Certifying Officer in accordance with law.  In the event of such termination of a contract, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of its termination as described in 20 C.F.R. § 655.122(i).  The employer will make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer will:

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 5 of 12

(1)   Return the worker, at the employer's expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer, whichever the worker prefers;

(2)   Reimburse the worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and

(3)   Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employer's place of employment, if such payments were not already paid to the worker prior to the separation of employment. Daily subsistence must be computed as set forth in 20 C.F.R. § 655.122(h). The amount of the transportation payment will equal the most economical and reasonable common carrier transportation charges for the distances involved.

The employer will provide without charge all tools, supplies and equipment necessary to perform duties assigned.

All workers referred to the job through a State Workforce Agency shall contact that agency, or preferably the local holding office, to verify the date of need cited in the job order no sooner than nine (9) working days and no later than five (5) working days prior to the original date of need cited in the job order. Failure to contact such office in accordance with this requirement shall disqualify the worker from the first weeks' pay assurance as described in 20 CFR § 653.501(c)(3)(i).

If the worker voluntarily abandons employment before the end of the job order period or is terminated for job related reasons or misconduct, the employer will notify DOL (and DHS, in the case of an H-2A worker) not later than two (2) working days after such abandonment occurs; five (5) consecutive workdays of unexcused absence shall constitute abandonment of employment. The employer will not be responsible for providing or paying return transportation and subsistence expenses of the worker and the worker is not entitled to the three-quarter guarantee described above.

The employer will advise H-2A visa beneficiaries of their responsibility to return to their country of origin, or to subsequent employment-authorized work, at the end of the term of employment.

The employer prohibits the payment of recruitment fees by workers. If a worker is asked to pay such a fee or has actually paid such a fee, he or she shall inform the employer immediately so that employer may take appropriate action.

Each worker will be paid individually by check available on Friday. The payroll period is weekly. The employer will furnish to the worker, on or before each payday, one or more written statements showing the worker's total earnings for the pay periods, the beginning and ending dates of the pay period, the worker's hourly rate and/or piece rate of pay, the units produced daily (if paid by piece rate), the hours of employment which were offered to the worker (broken out by the hours offered in accordance with and over and above the ¾ guarantee), the hours actually worked by the worker, an itemization of all deductions that the employer has made from the worker's wage, and the employer's name, address and FEIN.

The employer agrees to make earnings records and statements available for inspection and transcription upon request by the Secretary of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker when appropriate authorization is provided.

Employer will provide workers' compensation covering injury and disease arising out of and in the course of worker's employment. Proof of worker's compensation insurance will be provided to the certifying officer prior to the certification date.

## Item 19. Transportation Arrangements (continued from ETA 790, page 4, Item 19)

If the worker completes the period of employment, the employer will provide or pay for the worker's transportation and reasonable subsistence from the place of employment to the place from which the worker came to work for the employer, except when the worker has accepted subsequent employment with another employer who agrees to accept the return transportation costs, in which case this employer only pays for the transportation to the next job.

Reimbursement of inbound and return transportation costs applies only to persons recruited from outside normal commuting distance (to and from their permanent place of residence each day; see page one). Return transportation will not be provided to workers who voluntarily abandon employment before the end of employment period or who are terminated for cause.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 6 of 12

The employer will provide transportation at no cost to the worker from the employer provided housing to the worksite and return to such housing on a daily basis.  Such transportation shall be in accordance with applicable local, State, or Federal laws and regulations and meet all safety, licensure, and insurance requirements.  The use of this transportation is voluntary; no worker will be required as a condition of employment to utilize the transportation and subsistence if applicable.  No daily transportation is provided by employer to local workers other than from farm to worksite.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 7 of 12

SPANISH

*We have translated these terms of employment into Spanish and done our best to be accurate in every respect. However, if there is a conflict between the Spanish translation and the English original, the English original controls.*

*Hemos traducido las condiciones de empleo al español, y hemos hecho nuestro mejor esfuerzo para ser exactos en todos los aspectos. Sin embargo, en caso de un conflicto entre la traducción al español y el original en inglés, el contrato en inglés prevalecerá.*

### Item 2.  Address and Directions to Work Site/Domicilio y Direcciones al Sitio de Trabajo (continuación del ETA 790, página 1, Artículo 2)

7035 N. 120th Ave, Hart, MI 49436 - Instrucciones: Desde la carretera US31 tome la salida Pentwater a la calle Monroe Este a la Avenida 120.  Voltee a la derecha y siga por 2 millas a el campo en el lado oeste de la calle.

2480 E. Hammett Rd., Hart, MI 49436 - Instrucciones:  Desde la US 31 tome la salida Pentwater en direccion este a la calle Monroe.  Continue a la 126 Avenida, vaya en direccion norte a la calle Mammett.  Siga por una milla a la granja de el lado izquierdo de la calle.

**Ver itinerario adjunto.**

### Item 3.  Address and Directions to Housing/Domicilio y Direcciones al Lugar de Vivienda (continuación del ETA 790, página 1, Artículo 3)

La vivienda esta proveida bajo ningún costo a trabajadores que no conmutan .  "Trabajadores No-conmutables" son los trabajadores quienes no tienen la posibilidad de viajar cada día desde y hacía el lugar de su residencia que él/ella ocupaba en el momento del ofrecimiento de trabajo. La vivienda será proveida solamente a trabajadores. Ninguna persona que no sea un trabajador  y que no se le haya asignado una habitación se le permitirá ocupar la vivienda.

El empleador retiene la posesión y control del área de la vivienda en todo momento y el trabajador, si se le provee vivienda bajo los términos de este contrato de trabajo, desocupará la vivienda de inmediato bajo terminación del empleo con el empleador quien provee la vivienda, de acuerdo con la ley estatal.

2706  E. Hammett Road, Hart , MI 49420 - Instrucciones:  Desde la carretera US 31 tome la salida Pentwater y luego voltee a la derecha a la calle Monroe.  Siga 7 millas a la 126 Avenida y voltee a la izquierda.  Siga por 1 y un cuarto de millas a la calle Hammett.  Voltee a la derecha a las casa a la izquierda.  El empleador arrienda la vivienda.

**Ver lista de ubicacion de viviendas adicionales adjunta.**

En caso de alquiler y/o alojamiento público que figuran en el articulo 3, el empleador certifica que dicha vivienda cumple con los estándares de seguridad local, estatal y federal de conformidad con 20 CFR § 655.122(d)(1)(ii). Todos los gastos de renta serán pagados por el empleador directamente al dueño o corredor de la renta y/o a la unidad de alojamiento público.

Si no se ha realizado una al momento de llenar esta,  Purpose Point Harvesting, LLC  solicitará con tiempo una inspección de la vivienda provista por el empleador a los representantes de la State Workforce Agency, el Departamento de Salud del Estado y/o la Administración de Empleo y Entrenamiento de los EEUU para verificar las condiciones de dicha vivienda para asegurar que todas las viviendas ofrecidas a trabajadores cumplan con los estándares a mas tardar 30 días previo a su ocupación.

Los trabajadores que ocupan la vivienda serán responsables de mantener la vivienda y sus recamaras en forma ordenada, limpia y de acuerdo con las Reglas de Trabajo que serán proveídas almomento de empleo y serán anexados a esto e incorporados por referencia a esta Solicitud. La falta de cumplimiento con estas reglas resultara en una acción disciplinaria como se describe en las Reglas de Trabajo.

Los trabajadores serán asignados a la vivienda del empleador por parte de un administrador designado por la compañía y deberán ocupar la vivienda asignada a ellos. Las trabajadores de genero femenino serán provistas con baños/sanitarios compartidas solamente con otras empleadas femeninas. Areas de dormir separadas seran proveidas para personas no relacionadas de cada genero .

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 8 of 12

### Item 11. Anticipated Hours of Work per Week/Horas Anticipadas/Previstas de Trabajo por Semana (continuación del ETA 790, página 1, Artículo 11)

El día de trabajo es de 7:00 AM hasta 2:30 PM de lunes a viernes y 7:00 AM hasta 12:00 PM el Sábado, con un tiempo para comer, sin goce de sueldo (7 horas/día y 5 horas/día on Sábado).  Se le podrá pedir al trabajador, pero no es requerido, trabajar hasta 12 horas por día y/o en el día de descanso religioso, dependiendo de las condiciones climáticas u otras condiciones. El calor excesivo, frío o sequía pueden afectar las horas de trabajo. El empleador ofrece  40 horas/semana siempre y cuando las condiciones del tiempo y la condición de la cosecha lo permitan. Los trabajadores se reportarán a trabajar el día y al lugar designado como se le indicó por el empleador cada día.

### Item 12. Anticipated Range of Hours for Different Seasonal Activities/Rango Previsto de Horas para las Diferentes Actividades de la Temporada (continuación del ETA 790, página 1, Artículo 12)

Desarrolla un variedad de trabajos manual/ operación de equipos en el/la granja operación.

(Ver el Artículo 16 para una descripción completada la responsabilidades del trabajo).  Como asunto general, las horas de trabajo serán divididas entre la producción de frutas, vegetales y arboles de navidad dependiendo de las necesidades del empleador.  Dado a que la demanda de la producción agrícola es impredecible y se maneja por factores que incluyen la temperatura, condiciones de la cosecha, demandas del mercado y tareas temporales requiridas y otros numerosos factores, es imposible predecir con un nivel de precisión que porcentaje de tiempo será dedicado a tareas descritos en el Artículo 16.

### Item 15. Referral Instructions and Hiring Information/Instrucciones Sobre Cómo Referir Candidatos/Informacion de Contratacion (continuación del ETA 790, página 3 Artículo 15)

Purpose Point Harvesting, LLC  acatará los requisitos y garantías del 20 CFR § 653.501 en procesar y/o contratación de individuos referidos a través del sistema. Las referencias de estos individuos serán hechas a través de las oficinas de colocación de la MI Dept. of Labor & Economic Growth [Michigan Works! EDW 2/26/18] para poder comprobar el empleo actual, cosecha o información de vivienda y para asegurar que se hagan los arreglos apropiados. Será la responsabilidad de la oficina SWA referente informar a los solicitantes de los términos y condiciones del empleo  en la orden La oficina SWA referente después de coordinar las referencias con las oficinas de colocación contactará al agente del empleador o al empleador directamente y asesorará al agente o empleador sobre la referencia o referencias. Cuando sea posible, las oficinas SWA podrán proveer el servicio de traductor si fuera necesario. Las entrevistas, ya sea en persona o por teléfono, serán dirigidas por el  empleador durante las horas de 9:00 AM to 3:30 PM , de lunes a viernes.  **El  empleador será contactado primeramente a el siguiente domicilio y teléfono. Si no se encontrará disponible, contactaral el Agente del Empleador empleador directamente durante el mismo horario.**

Empleador                                        Agente del  Empleador

| Purpose Point Harvesting, LLC | MAS Labor H-2A, LLC. |
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave. Mears, MI  49436 | Lovingston, VA  22949 |
| (231) 742-1395 (teléfono) | 434-263-4300 / 434-260-8833 (teléfono) |
| N/A (fax) | 434-263-4700 (fax) |

Los solicitantes serán entrevistsados por teléfono en el momento de ser referidos o tan pronto sea posible. Si una oficina de colocación planea referir a varios solicitantes al mismo tiempo, se requiere que el empleador sea avisado por adelantado y una agenda para las entrevistas.

La decisión de contratación será comunicada directamente al solicitante al teléfono, dirección, correo electrónico u otro medio de información en el caso que dicha información no pueda ser otorgada durante la entrevista. Se le debe pedir al solicitante de mantenerse en contacto con la oficina de referencia SWA en cualquier caso.

Oficina de Agencia Estatal:        ~~MI Dept. of Labor & Economic Growth~~ Michigan Works!
EDW                                             ~~201 N. Washington Square~~ West Central 195 N. Michigan Ave.
2/26/18                                         ~~Bureau of Workforce Programs~~Victor Office Center, 5th Floor
                                                     ~~Lansing MI 48913~~                                                       Shelby, MI 49455
                                                     ~~(517) 241-1198~~                                                        (231) 259-2000

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 9 of 12

Purpose Point Harvesting, LLC  acatará de acuerdo a lo establecido por el 20 CFR § 655.135 que incluye pero no se limita a la normativa específica con referencia a las prácticas de contratación, reclutación afirmativa, cumplimiento con las leyes Federales, Estatales y locales y las obligaciones específicas establecidas en la subparte (a) al (l) para todos los trabajadores que aplican y/o son contratados para desarrollar el trabajo específicamente descrito en la orden de autorización.

<u>Item 16.  Job Description and Requirements/Descripción y Requisitos del Trabajo (continuación del ETA 790, página 3, Artículo 16)</u>

*EDW 2/20/2018*

Este trabajo requiere un mínimo de tres meses de experiencia previa cultivando/cosechando en una producción ~~comercial~~ de cosechas de vegetales y frutas.  Los trabajadores deben ser capaces de desarrollar actividades manuales y mecanicas con presicion y eficiencia.

Siembra, cultiva, y cosecha vegetales, frutas , arboles.

Siembra raices, semillas, y bulbos. Cubre la tierra con plastico o otras cubiertas. Limpia el plastico a mano despues de que sea removido. Ara la tierra. Deshierba y reduce plantas. Transplanta plantas a mano. Estaca/amarra plantas, enreja/poda plantas, instala postes y alambre para plantas con vides. Pizca, corta, levanta, o jala la cosecha. Amarra vegetales en montones. Clasifica, determina tamaño, lava, y empaca producto en el campo de acuerdo con los estandares de la empresa. Mantiene cuidado para prevenir daño al producto y las plantas.

A los trabajadores se les podra ofrecer trabajo en las tardes para cosechar esparrago por un periodo corto del contrato.

Reducir frutas a mano para controlar el tamaño y calidad de la fruta. Remover el capullo, flor y/o fruta identificable dentro del manojo de frutas. Debe poder identificar con precision y remover fruta deforme, dañada, o no vendible. Cosechar: Escoger fruta para pizcar y/o pelar el arbol de fruta al pizcar basado en las necesidades de la temporada. Chasquear fruta del arbol con pulgar y palma de la mano para evitar jalar el tallo, perforaciones, magulladas, o otros daños. Pizcar fruta del suelo y fruta para pelar. Usar/manipular escalera de hasta 16 pies de altura y pesando hasta 60 libras Llenar cubetas/canastas de fruta y colocar la fruta en contenedores. Seguir las instrucciones del supervisor/capataz en relacion a requirimientos de color y tamaño. Debe ser capaz de diferenciar entre colores y variedades de fruta con precision. Algunas frutas podran usar agitadores mecanicos al cosechar.

El trabajo general de arboles podra incluir sembrar, cultivar, azadonear, pintar arboles, colocar alfombra para evitar maleza, colocar mantilla, ferilizar, recortar o entrenar. Colocar rejas protectoras de arboles o conos y colgar dispensadoras de feromonas. Amarrar/colocar arboles y ramas juntas a los enrejados usando hilo, cinta, alambre, u otro tipo de enganchadores o soporte.

Los trabajadores tambien podran cultivar y cosechar arboles perennes. Cortar árboles con sierras de cadena operadas con gasolina. Arrastrar arboles del área de corte y sacudir arboles con sacudidora mecánica. Empacar arboles utilizando empacadora mecánica. Cortar árboles con cuchillos, arrancar piñones, fertilizar y pintar arboles con rociadoras. Apilar arboles para formar un montón. Deberá cargar y descargar arboles y pasarlos por la embaladora y cargarlos a los camiones y vagones.

Cavar zanjas, palear, azadonear, acarrear, preparar la tierra, y otras tareas manuales. Recoger raices, piedras, maleza y otros deshechos del campo. Se requiere agacharse, inclinarse, arrodillarse. Usar herramientas de mano incluyendo sin limitar, azadones, palas, cuchillos, tijeras, clippers, podadoras, y sierras. Levantar, cargar, descargar producto o suministros. Cortar, embalar, apilar y cargar heno.

Usar equipo de potencia incluyendo sin limitar: tractores, sembradoras, cortadoras, aradores, rociadores, cultivadores, tijera mecanica, sierra de cadena, montacargas, cargadores de patines. Debe operar el equipo agricola con seguridad, con o sin direccion. Limpiar/mantener edificios, estructuras, equipo, y areas de trabajo de la granja. Construir/reparar enrejado y otras estructuras y mantener las lineas de la propiedad.

El trabajo se realiza en los campos por largos periodos de tiempo. Los trabajadores podran ayudar en manejar el producto empacado pesando hasta 60 libras y deberan poder cargarlo hasta una altura de 5 pies. Los trabajadores deben de ser capaces de trabajar de pie en posición inclinada por largos periodos de tiempo. El trabajo requiere movimientos repetitivos y mucho caminar. El trabajo se requiere en los campos cuando las plantas estan humedas con rocio y/o lluvia, y podra requerirse durante lluvia leve, nieve, vientos moderados, sol directo, alta humedad, y temperaturas extremas. Las temperaturas

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 10 of 12

en los campos durante las horas de trabajo podran oscilar desde 10  hasta 100  grados F.  Se podrá requerir que los trabajadores trabajen durante chubascos no tan severos que detengan la operación en los campos. Las alergias al solidago, vara de oro, abejas de miel, insecticidas, herbicidas, fungicidas, o químicos relacionados, podran afectar la habilidad del trabajador para desarrollar el trabajo.

Los trabajadores deben de ser capaces de realizar el trabajo requerido con o sin adaptaciones razonables.  Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion bajo sospecha razonable de uso y luego de un accidente de trabajo.  Se requiere trabajar en Sabado.  Debe ser capaz de levantar/cargar 60 libras.

Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion  bajo sospecha razonable de uso y luego de ún accidente de trabajo. Se requiere trabajar en Sabado.  Debe ser capaz de levantar/cargar 60 libras.

Las personas que deseen el trabajo en esta posicion deberán estar disponibles por el período completo requerido por el empleador.  Los solicitantes deben ser capaces de proveer una declaracion verbal o por escrito para establecer experiencia previa relevante.

Los solicitantes contratados estarán sujetos a una prueba de hasta 5 días durante el cual su desarrollo de las tareas requeridas será evaluado.  El empleador se retiene el derecho de despedir a un trabajador si el empleador razonablemente encuentra que el desarrollo durante el periodo  de evaluacion no es aceptable.

El empleador se retiene el derecho de despedir a un trabajador obviamente descalificado, enfermizo, o recalcitrante quien físicamente sea capaz pero demuestre su falta de deseo de desarrollar el trabajo necesario para que el empleador aumente su producción de calidad premium, o por cualquier otro motivo legítimo. (Ver Anexo 2, Condiciones Generales).

El empleador podra disciplinar al trabajador, incluyendo una suspensión breve de actividades  (tiempo fuera) por un período determinado por el supervisor/suspensión de trabajo por un período establecido de días, o la terminación del trabajo como se encuentra descrito en las Normas de Trabajo.

El empleador asegura que al trabajador se le proveerá transportación de su vivienda al lugar de trabajo cada día (para los trabajadores que se les provea hospedaje bajo las normas aplicables).

Los aumentos y/o bonos se ofrecerán a cualquier trabajador temporal contratado bajo esta orden de trabajo, a discreción de la compañía, basado en factores individuales incluyendo su desempeño, habilidad y permanencia.

Todos los términos y condiciones incluidos en esta orden de trabajo se aplicarán por igual a todos los trabajadores, tanto empleados de EEUU y H-2A, empleados en la ocupación descrita en esta orden de trabajo.

**Item 17.   Wage Rates, Special Pay Information and Deductions/Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas) (continuación del ETA 790, página 4, Artículo 17)**

Pago por pieza: Todo el trabajo será compensado por el rango por hora mencionado anteriormente a excepción de las siguientes actividades que pueden ser compensadas por el rango por pieza como incentivo de productividad de acuerdo al siguiente criterio:

Ver las lista anexa de Rango Por Pieza

No se podrá trabajar bajo el rango por pieza menor que el rango por pieza establecido. Cuando el trabajo se desarrolle de acuerdo con el rango por pieza establecido, se les garantiza que se les pagará nada menor que el establecido por el AEWR por hora por cada hora trabajada. En ocasiones cuando el trabajo o las condiciones de cosecha lo indiquen, el empleador puede, bajo su dirección, elevar o suspender el pago por pieza establecido a favor del pago por hora como lo menciona el AEWR establecido de manera de asegurar las ganancias justas de los trabajadores.

El empleador garantiza ofrecer al trabajador trabajo por al menos ¾ de las horas de trabajo del período total durante el cual el trabajo y todas las extensiones estarán en efecto, iniciando con el primer día de trabajo después de la llegada del trabajador al lugar del empleo y terminando en la fecha especificada en el contrato o sus extensiones, si hubieran. Si el empleador ofrece menos trabajo durante este periodo que el requerido bajo esta provisión, el trabajador será pagado la cantidad que él/ella

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 11 of 12

hubiera ganado si hubiese trabajado por las horas  garantizadas Cualquier empelado que sea despedido por causa justificada no tendrá derecho a esta garantía.

El empleador está de acuerdo en mantener los registros de nómina adecuados y precisos, de acuerdo a los requisitos del 20 CFR § 655.122 (j)(1) y de retener dichos records por un periodo de al menos tres (3) años después de la fecha de la certificación. El empleador proporcionará a cada trabajador en el día de pago la contabilidad detallada de las ganancias y las deducciones legalmente requeridas y autorizadas por los trabajadores.  Las deducciones del FICA y las retenciones de impuestos federales/estatales y las deducciones incluyendo el apoyo a menores por orden judicial, embargos y gravámenes, y cualquier otra deducción legalmente requerida serán hechas en circunstancias individuales requeridas por la ley. Todas las deducciones serán realizadas de acuerdo a la reglamentación de FLSA.  Los adelantos y/o préstamos hechos a los trabajadores si hubieran, serán pagados por deducción pre autorizada en la nómina. El empleador no prevée otras deducciones hechas a la nómina.  Los gastos razonables de reparación de daños y/o reemplazo de herramientas y/u otros equipos deberán ser cobrados a los trabajadores si dicha reparación o reemplazo es descubierta que fue como resultado de negligencia o negligencia grave por parte del trabajador.. El empleador puede ofrecer seguro voluntario al trabajador o plan de retiro a sus trabajadores; la participación en dicho plan, si es ofrecido, es voluntario y será pre-autorizado por el trabajador por escrito. Los gastos razonables de reparación de daños de la vivienda aparte de aquellos  causados por el desgaste y deterioro normal serán cobrados a los trabajadores que se encuentren responsables de dichos daños a la vivienda.  No se deberá cobrar por las camas y otros artículos similares comprados por los trabajadores que se les provea vivienda  a menos que los ariteulos sean retirados ilegalmente o dañados más alla del uso normal o desgarre. Si un trabajador realiza llamadas de larga distancia utilizando la línea de teléfono del empleador, el trabajador acepta que se le realicen dichas deducciones de la(s) llamada(s) de su recibo de nómina y inmediatamente confirmará dicha autorización por escrito. Si el trabajador no autoriza dicha deducción por escrito, se espera que el trabajador pueda pagar al empleador por el uso del teléfono cuando se le pida. Si el trabajador no paga dichas llamadas telefónicas dentro de un tiempo razonable después de que se la haya pedido, el trabajador estará sujeto a una acción disciplinaria de acuerdo a las políticas del empleador.

<u>**Item 18.   More Details About the Pay/Mas Detalles Sobre el Pago (continuación del ETA 790, página 4, Artículo 18)**</u>

Si el rango de pago H-2A applicable baja por cualquier razon durante el periodo de reclutamiento o el periodo del contrato H-2A de esta orden de trabajo, el empleador se reserva el derecho de reducir su rango de pago por hora ofrecido/pagado a el nuevo, mas bajo rango de pago, contal de que el nuevo mas bajo rango de pago continue siendo el mas alto de el AEWR, el rango de pago por hora o por pieza predominante, el rango de pago establecido bajo un acuerdo colectivo de una union y el salario minimo federal o estatal en efecto cuando las tareas cubiertas bajo esta orden de trabajo se desarrollen.

Si, antes de la fecha de expiración especificada en esta solicitud de aceptación, los servicios del trabajador no sean requeridos por razones fuera del control del empleador por fuego, clima, o casos de fuerza mayor que hacen que el cumplimiento del contrato sea imposible, el empleador podrá dar por terminado el contrato de trabajo. Si dicho evento constituye una imposibilidad del contrato este será determinado por un Oficial Certificante de acuerdo con la ley. En el evento que se dé por terminado el contrato, el empleador cumplirá con la garantía de tres cuartos por el tiempo que paso desde el primer día del empleo al momento de la terminación como se describe en el 20 C.F.R. § 655.122(i). El empleador hará un esfuerzo en transferir al trabajador con otro empleo comparable e igualmente aceptable para el trabajador, consistente con la existente ley de inmigración, como aplique. Si dicha transferencia no es efectuada, el empleador deberá:

(1)     Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) provenga a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2)     Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportación y gastos de subsistencia al lugar del empleo; y

(3)     Pagar al trabajador por cualquier costo realizado por el trabajador por su transportación y subsistencia diaria al lugar del empleo del patrón, si dichos pagos no fueron pagados al trabajador previamente antes de la separación del empleo. La subsistencia diaria será contabilizada como se establece en el 20 C.F.R. § 655.122(h). La cantidad del pago por transportacion l será igual al medio de transporte más económico y razonable que cubra la distancia involucrada.

ETA 790 – Attachment 1
Purpose Point Harvesting, LLC
Page 12 of 12

El empleador proveerá sin costo todas las herramientas, suministros y equipo necesario para desarrollar las tareas asignadas.

Todos los trabajadores referidos a este trabajo a través de la Agencia de Empleo Estatal deberán comunicarse con la agencia o preferiblemente la oficina local, para verificar la fecha de necesidad mencionada en esta orden de trabajo no antes de nueve (9) días laborales y a más tardar de cinco (5) días laborales previos a la fecha original requerida citada en esta orden de trabajo. El no contactar las oficinas de empleo estatales de acuerdo con estos requisitos, descalifica al trabajador de recibir las garantías de pago de la primera semana descritas en 20 CFR § 653.501(c)(3)(i).

Si el trabajador voluntariamente abandona el trabajo antes del término del período del trabajo o es despedido por problemas laborales o mala conducta, el empleador notificará al Departamento de Labor (y DHS en el caso de un trabajador H2-A) a más tardar de dos (2) días laborales en caso de su abandono; cinco días laborales de ausencia injustificada significará abandono del empleo. El empleador no será responsable de proveer o pagar la transportación de retorno y gastos de subsistencia del trabajador y el empleador no está obligado a la garantía de tres cuartos descrita arriba.

El empleador ha informado a los beneficiarios/trabajadores de la visa H-2A de su responsabilidad de regresar a su país de orígen, o de las autorizaciones de empleo subsecuentes, al final del término del empleo.

El empleador prohíbe el pago de la reclutación de los trabajadores. Si a un trabajador se le pide pagar dicho pago o ha pagado el mismo, él o ella deberán de informar al empleador de inmediato para que el empleador pueda tomar acción apropiada.

Cada trabajador se le pagara de manera individual por cheque disponible en viernes. El período de pago es semanal. El empleador proporciona al trabajador, en o antes del día de pago, uno o más de las declaraciones por escrito mostrando las ganancias totales por los períodos de pago, la fecha de inicio y término de cada período de pago, el rango por hora del trabajador y/o el rango de pago por pieza, las unidades producidas diariamente (si el pago es por rango de pieza) las horas de empleo que fueron ofrecidas a el trabajador (desglosadas por las horas ofrecidas de acuerdo con y sobre la garantía de ¾), las horas trabajadas por el trabajador, un desglose de todas las deducciones que el empleador haya hecho del salario del trabajador, el nombre del empleador, dirección y FEIN.

El empleador está de acuerdo de llevar los registros de ganancias y los estados de cuenta disponibles para inspección y transcripción bajo pedimento del Secretario de Labor o algún representante autorizado y designado, y por el trabajador o representante designado por el mismo trabajador cuando se haya proveído una previa autorización.

El empleador proveerá al trabajador compensación sin costo que cubra heridas o enfermedades que se den fuera y en el curso del empleo del trabajador. Se proveerá comprobante del seguro de compensación proveído a el oficial certificador previo a la fecha de certificación.

## Item 19. Transportation Arrangements/Arreglos de Transportación (continuación del ETA 790, página 4, Artículo 19)

Si el trabajador completa el período de empleo, el empleador proveerá o pagará la transportación y subsistencia razonable del trabajador desde el lugar de su empleo al lugar de donde proviene el trabajador, excepto cuando el trabajador haya aceptado empleo subsecuente con otro empleador que esté de acuerdo en aceptar los pagos de transporte de regreso, en este caso el empleador solo pagará por la transportación hacia el nuevo trabajo.

El reembolso de la transportación de llegada o retorno aplica solo a las personas reclutadas fuera de distancia conmutable (de y hasta su lugar permanente de residencia cada día, ver primera pagina). El transporte de retorno no será proveído a los trabajadores que voluntariamente abandonen el empleo antes de terminar el periodo o que hayan sido despedidos por causa.

El empleador proveera la transportación bajo ningun costo para trabajador desde su vivienda al lugar del trabajo y regresarle a su vivienda diariamente. Dicha transportación será de acuerdo con las regulaciones locales, estatales, y federales aplicables. El uso de este transporte es voluntario, a ningún trabajador se le requerirá como condición del empleo el utilizar la transportación y subsistencia si aplica. El empleador no proveerá transportación que sea diferentea los trabajadores locales.

ETA 790 – Attachment 2
CompanyBranch
Page 1 of 2

## Additional Terms, Conditions, and Assurances

**General Conditions**.    Qualified applicants must be able, willing, and available at time and place needed to perform the work described in this job order to be eligible for hire. Hired workers agree to abide by all posted Work Rules (attached hereto). Workers must notify and secure permission from the employer for all absences. Workers who quit or are terminated for cause prior to the end of the H-2A contract period will not receive return transportation and subsistence reimbursements (see Item 19) and may not be eligible for rehire.

**Termination.**    Employer may terminate a worker for lawful job-related reasons and notify the Job Service local office if the worker: (a) abandons employment (five consecutive workdays of unexcused absence); (b) malingers or otherwise refuses, without cause, to perform the work as directed; (c) commits serious act(s) of misconduct or repeatedly violates the Work Rules; (d) fails, after completing the allowable three day training period or five day trial period (whichever is applicable), to perform in a workmanlike manner that enables the employer to produce and sell a premium quality product; and/or (e) provides other lawful job-related reasons for termination, including termination of a non-US worker because a US worker becomes available for the job under the DOL 50% rule. Regardless of whether the employer requires a background check as a condition of employment (see Item 16.2), the employer may terminate for cause, in accordance with applicable laws and regulations, any worker found during the period of employment to have a criminal conviction recordor status as a registered sex offender  that the employer reasonably believes will endanger the safety or welfare of other workers, company staff, customers, or the public at large.

**Contract Impossibility**.    If fire, weather, or other "Act of God" makes completion of the contract impossible, the employer may terminate the work contract upon approval by the Certifying Officer. In the event of such contract termination, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of termination of the work contract as described in 20 C.F.R. § 655.122(i).  The employer will make efforts to transfer the worker to comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer will:

(1)     At the worker's direction and employer's expense, return the worker to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer;

(2)     Reimburse worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and

(3)     Reimburse the worker for all inbound transportation and subsistence costs, if such payments were not already paid to the worker prior to termination of the work contract. Daily subsistence will be computed as set forth in 20 C.F.R. § 655.122(h). The transportation payment will be no less than the most economical and reasonable common carrier transportation costs for the distances involved.

**Disclosure of Work Contract.**    Employer will provide to the worker, in a language understood by the worker, a copy of the Agricultural Work Agreement and Work Rules containing the provisions required by 20 CFR 655.122(q) no later than the time the worker applies for the visa, or, for a worker in corresponding employment, no later than on the date work commences. For an H-2A worker transferring to a subsequent H-2A employer, the subsequent H-2A employer will provide the copy no later than the time that employer made the offer of employment to the worker. In the absence of a written work contract between the employer and the worker, the terms of the job order and the certified *Application for Temporary Employment Certification* will serve as the work contract.

ETA 790 – Attachment 2
CompanyBranch
Page 2 of 2

## Terminos, Condiciones, y Aseguraciones Adicionales

**Condiciones Generales.** Para ser contratado para este trabajo, el trabajador deberá ser capaz, estar dispuesto, y disponible en el momento y lugar donde se necesite desarrollar el trabajo descrito en esta orden de trabajo. Trabajadores contratados están de acuerdo con seguir las Normas de Trabajo publicadas (ver anexo). Los trabajadores deberán notificar y obtener permiso del empleador para todas sus ausencias. Los trabajadores que renuncian o son despedidos por causa ajena previo al final del periodo de contrato no recibirán reembolso de transportación de regreso y gastos de subsistencia (ver Punto 19) y podrán perder su elegibilidad para ser re-contratados.

**Terminacion.** El empleador podrá dar por terminado al trabajador por razones legales relacionadas al trabajo y así mismo notificar al Servicio Local de Empleo si el trabajador: (a) abandona el empleo (cinco días laborales consecutivos sin escusa); (b) se hace el enfermo o de otra manera se rehusa sin justificación a desarrollar el trabajo como se le es indicado; (c) comete actos serios de mala conducta o violaciones repetidas de las Normas de Trabajo; (d) fracasa, después de completar el período de tres días o cinco días de entrenamiento (el que aplique), a desarrollar su trabajo de manera competente para que el empleador produzca o venda productos de calidad premium; y/o (e) ofrece otro motivo legal para terminar su trabajo, incluyendo la terminación de un trabajador extranjero porque un trabajador de EEUU esta disponible para el trabajo bajo la regla del 50% del DOL. No obstante de que el empleador requiera revisión de antecedentes como condición de empleo (ver Punto 16.2), el empleador podrá terminar por causa, de acuerdo con las leyes y regulaciones aplicables, a cualquier trabajador que se le encuentre durante el periodo de trabajo una convicción criminal o un registro de delincuencia sexual que el empleador razonablemente crea podría poner la seguridad y bienestar de otros trabajadores, miembros de la empresa, clientes, o el publico en general, en peligro.

**Imposibilidad de Contrato.** Si, por causa de un fuego, clima, u otra fuerza mayor se vuelve imposible finalizar el contrato, el empleador podrá terminar el contrato siempre y cuando sea aprobado por un Oficial Certificado. En el evento que se de por terminado el contrato, el empleador cumplira con la garantía de tres cuartos del tiempo que haya pasado desde el primer día del empleo hasta el momento de la terminación de acuerdo con 20 C.F.R. § 655.122(i). El empleador hara esfuerzos en transferir al trabajador a otro empleo similar que sea aceptable a el trabajador, de acuerdo con las leyes de inmigración aplicables. Si dicha transferencia no se efectua, el empleador deberá:

(1)     Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) vino a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2)     Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportacion y gastos de subsistencia al lugar del empleo; y

(3)     Reembolsar al trabajador por gastos de transportación y subsistencia al lugar de empleo, si dichos reembolsos no fueron antes hechos. La subsistencia diaria sera contabilizada de acuerdo con 20 C.F.R. § 655.122(h). La cantidad del reembolso de transporte no sera menor que el costo por el medio de transporte mas económico y razonable que cubra la distancia involucrada.

**Revelacion del Contrato.** El empleador le provera el trabajador, en una idioma que el trabajador entienda, una copia del Acuerdo de Trabajo Agrícola y las Normas de Trabajo que contengan todas las disposiciones requeridas por la sección 20 CFR 655.122(q) a más tardar al momento en que el trabajador aplique por su visa, o, para el trabajador domestico en empleo correspondiente, a mas tardar al momento que comience el trabajo. Para un trabajador H-2A transfiriendose a un empleador H-2A subsecuente, el empleador H-2A subsecuente proveerá una copia a más tardar al momento de hacer la oferta de trabajo al trabajador. Si hace falta un contrato por escrito entre el empleador y el trabajador los términos requeridos en esta orden de trabajo y la *Certificación de la Solicitud de Empleo Temporal* certificada serviran como el contrato de trabajo.

### Purpose Point Harvesting, LLC  Work Rules

Although not intended to be a complete list, these work rules are intended to provide guidance to workers of standards of conduct expected of them.

Notice is provided that violation of lawful job-related employer requirements, including these work rules, will be considered grounds for immediate termination of a worker's employment.  Penalties such as suspension from work opportunity for the remainder of a day to three days may be made in the case of less serious violations.

Workers are expected to comply with all rules relating to discipline, attendance, work quality and effort, and the care and maintenance of all property provided to them by the employer.

1. Workers who perform sloppy work may be suspended without pay for the remainder of a workday or for up to three days in the sole judgment of their supervisor, depending on the degree of infraction, the worker's prior record and other relevant factors.  Discharge of the worker may result from any subsequent offense.

2. No use or possession of beer, liquor or illegal drugs is permitted during work time or during any workday before work is completed for the day (such as during meals); workers may not report for work under the influence of beer, liquor or illegal drugs.  Employees may be terminated for excessive use of alcohol, drunk and/or disorderly conduct in housing after hours.   Illegal drugs may not be used, sold, manufactured or kept on any employer premises, including housing.

3. Excessive absences and/or tardiness will not be permitted.  This is regular, everyday work for which employees are expected to be present, able and willing to perform every scheduled workday and at the scheduled time.  This is not sporadic or "day work."  Excessive or repeated tardiness is not acceptable.  Any absence from work must be reported by 7AM.   Five consecutive workdays of unexcused absence will constitute abandonment of employment and worker will be terminated.

4. Workers shall maintain any living quarters provided to them clean and in good repair, given reasonable wear and tear.  Workers shall cooperate in maintaining common kitchen and living areas.  No pets of any kind are permitted.

5. All posters required by federal and state law will be posted at each camp.  They are not to be removed, defaced, or altered in any way.  Workers who wish for copies may ask their supervisor.

6. All housing must be locked each morning before leaving for work.  Lights and unnecessary heat should be turned off; doors and windows closed in event of rain and when heat is turned on.

7. Workers living in employer's housing assigned to bunk beds may not separate bunk beds, as floor space in sleeping rooms is needed by all occupants.

8. Workers living in employer's housing may not cook in sleeping rooms or any other non-kitchen areas.  Employer furnishes cooking facilities and equipment.

9. Workers may not drop paper, cans, bottles and other trash in fields, work areas, or on housing premises.  Trash and waste receptacles must be used.

10. Workers may not take unauthorized breaks from work.

11. Workers may not leave the field or other assigned work area without permission of employer or person in charge.

12. Workers may not enter employer's premises without authorization.

13. Workers shall be present at their assigned worksite at the scheduled start time. Workers may not begin work prior to scheduled starting time or continue working after stopping time.

14. Workers living in employer's housing may not entertain guests in housing premises after 10:30 p.m. except on Saturday night on which night guest hours end at 12:00 midnight.  No persons, other than workers assigned by employer to a room, may sleep in any room.

15. Workers may not deliberately restrict production, damage plants or bruise fruit.

16. Any worker who physically threatens another worker, the employer or any supervisor with any tool or weapon will be subject to immediate discharge.

17. Any worker who is found carrying, using or possessing any dangerous or deadly weapon will be subject to immediate discharge.

18. Workers will be discharged for fighting on the employer's premises, including housing premises, at any time.

19. Workers will be discharged if they steal from fellow workers or the employer.

20. Workers will not falsify identification, personnel, medical, production or other work-related records.

21. Workers may not willfully abuse or destroy any machinery, truck or other vehicle, equipment, tools, or other property belonging to the employer or to other employees.

22. Workers may not use or operate trucks or other vehicles, machines, tools or other equipment and property to which the worker has not been specifically assigned by his supervisor. Workers may not use or operate trucks or other vehicles, tools or other equipment or property for their personal use unless expressly authorized by the employer.

23. Workers must not misuse or remove from the farm premises without authorization any employer-owned property.

24. Workers must obey all safety rules and common safety practices and must report any injuries or accidents promptly to their supervisor or the employer's office.

25. Workers must follow supervisor's instructions. Insubordination is cause for dismissal.

26. Long distance telephone calls are prohibited without prior permission of employer and costs of such calls, if made by workers without employer's prior permission, will be charged to workers.

27. Except as otherwise noted above, employees who violate work rules will be disciplined according to the following schedule:

     First offense:     oral warning and correction.

     Second offense:     written warning and unpaid leave for balance of day.

     Third offense:     immediate discharge with written fact statement. Employee will be asked to sign written fact statement.

## NORMAS DE TRABAJO

Aunque no es la intención de ser una lista completa, estas normas de trabajo tienen la intención de proveer una guía de los estándares de conducta que se esperan de los trabajadores.

Se les notifica que cualquier violación de los requisitos legítimos relacionados al trabajo incluyendo estas normas de trabajo, serán consideradas como motivo para despedir al trabajador inmediatamente. Las sanciones, tales como suspensión de oportunidades de trabajo por el resto del día o hasta tres días pueden llevarse a cabo en el caso de violaciones menos graves.

Se espera que los trabajadores cumplan con todas las normas relacionadas con disciplina, asistencia al trabajo, calidad de trabajo y esfuerzo, y el cuidado y mantenimiento de toda la propiedad que el patrón le provea.

1. Los trabajadores que desarrollen un trabajo descuidado podrán ser suspendidos sin derecho a pago por el resto del día o hasta tres días a discreción del supervisor, dependiendo del grado de la infracción, el record previo del trabajador y otros factores relevantes. El despido del trabajador podrá resultar por razón de ofensas anteriores.

2. No se podrá usar o poseer cerveza, licor o drogas ilegales durante las horas de trabajo o durante cualquier día de trabajo antes de que el mismo sea completado (como durante las comidas);  los trabajadores no podrán reportarse a trabajar  bajo la influencia de cerveza, licor o drogas ilegales. Los trabajadores podrán ser despedidos por el uso excesivo de alcohol, andar borrachos y/o tener una conducta inadecuada en la vivienda después de horas de trabajo. Las drogas ilegales no podrán ser usadas, vendidas, manufacturadas o guardadas en la propiedad del empleador, incluyendo la vivienda.

3. No se permitirán ausencias y/o tardanzas en exceso. Este es un trabajo regular, un empleo diario para lo que se espera que los trabajadores estén presentes, disponibles y deseosos de desarrollar su trabajo diario y en el tiempo programado. Este no es un empleo esporádico o de un día. Las llegadas tardes en exceso o repetitivas no serán aceptadas. Cualquier ausencia al trabajo deberá ser reportada antes de las 7 AM. Las ausencias sin justificación por cinco días consecutivos constituirán abandono del empleo y el trabajador será despedido.

4. Los trabajadores deberán mantener la vivienda proveída limpia y en buen estado, dado uso y desgaste razonable. Los trabajadores deberán cooperar en mantener las áreas comunes de la cocina y habitaciones. No se permiten mascotas de ningún tipo.

5. Todos los carteles requeridos por ley federal o estatal serán colocados en cada campamento. No podrán ser retirados, manipulados o alterados, de cualquier forma. Los trabajadores que requieran copias podrán pedírselas al supervisor.

6. Todas las viviendas deberán cerrarse cada mañana antes de ir a trabajar. Las luces y calefacción innecesaria deberán ser apagadas, las puertas y ventanas deberán cerrarse en caso de lluvia y cuando la calefacción esté encendida.

7. Los trabajadores que tengan una vivienda asignada con literas no podrán separar las literas, ya que el espacio en las habitaciones es necesario para los demás ocupantes.

8. Los trabajadores que viven en las viviendas del patrón no pueden cocinar en los dormitorios o en cualquiera otra área que no sea la cocina.  El patrón proveerá los aparatos y artículos para cocinar.

9. Los trabajadores no deben tirar papeles, latas, botellas ni otra basura en los campos, áreas de trabajo, ni en el área de vivienda.  Se deben usar los recipientes para basura y desperdicios.

10. Los trabajadores no podrán tomar recesos del trabajo sin autorización.

11. Los trabajadores no podrán abandonar los campos u otras areas asignadas de trabajo sin permiso del empleador o la persona encargada.

12. Los trabajadores no deben entrar a la propiedad del patrón sin autorización.

13. Los trabajadores deberán presentarse al lugar de trabajo asignado a la hora programada para iniciar. Los trabajadores no podrán iniciar el empleo antes de la hora de entrada o continuar trabajo después de la hora de terminación.

14. Los trabajadores que habiten la vivienda del patrón no podrán tener visitas después de las 10:30 p.m. con la excepción de los sábados en la noche cuando las horas de visita terminarán a las 12:00 de la medianoche. Ninguna persona que no esté asignada por el empleador, podrá dormir en una habitación.

15. Los trabajadores no pueden deliberadamente restringir la producción, dañar las plantas o lastimar las frutas.

16. Cualquier trabajador que amenace físicamente a otro trabajador, el empleador o supervisor con una herramienta o arma estará sujeto a despido de inmediato.

17. Cualquier trabajador a quien se le encuentre cargando, usando o poseyendo cualquier arma peligrosa o mortal estará sujeto a despido de inmediato.

18. Los trabajadores serán despedidos por pelear en la propiedad del empleador, incluyendo la vivienda, en cualquier momento.

19. Los trabajadores serán despedidos si roban de otros compañeros de trabajo o el empleador.

20. Los trabajadores no falsificarán su identificación, registros personales, medicos, producción u otros documentos relacionados al trabajo.

21. Los trabajadores no podrán intencionalmente abusar o destruir maquinaria, camionetas o vehiculos, equipo, herramientas o propiedad perteneciente al empleador o trabajadores.

22. Los trabajadores no podrán usar u operar camiones u otros vehículos, maquinaria, herramientas u otros equipos y propiedad a la que los trabajadores no hayan sido específicamente asignados por el supervisor. Los trabajadores no podrán usar u operar camiones u otros vehículos, herramientas u otro equipo o propiedad para uso personal a menos que haya sido expresamente autorizado por el empleador.

23. Los trabajadores no podrán hacer mal uso o retirar de la propiedad de la granja sin autorización cualquier propiedad del empleador.

24. Los trabajadores deberán obedecer todas las reglas de seguridad o practicas de seguridad común y deberán reportar cualquier lesión o accidente de inmediato al supervisor o la oficina del empleador.

25. Los trabajadores deberán seguir las instrucciones del supervisor. La insubordinación sera causa para despido.

26. Las llamadas de larga distancia están prohibidas sin la previa autorización del empleador y los costos de dichas llamadas, si fueran realizadas sin la previa autorización del empleador, serán cobradas a los trabajadores.

27. Salvo se indique lo contrario, los trabajadores que violen las normas de trabajo serán disciplinados de la siguiente manera:

    Primera ofensa:    aviso oral y prueba

    Segunda ofensa:    aviso por escrito y resto del día sin paga.

    Tercera ofensa:    despido inmediato con detalle de los hechos por escrito. Se le pedirá al trabajador que firme los hechos por escrito.

# Purpose Point Harvesting Itinerary- 2018

| Name and Contact Information of Fixed Site Employer | Location of Worksite | Work Start Date | Work End Date | Housing Address | Driving Directions and Description of Housing | Applicable Wage Rate |
|---|---|---|---|---|---|---|
| Paul Oomen & Sons 2840 E. Hammett Rd. Hart, MI 49420 Phone: 231-923-6626 | 7035 N. 120th Ave. Hart, MI 49436<br><br>2480 E. Hammett Rd. Hart, MI 49436<br><br>Oceana County | 4/16/2018 | 11/20/2018 | 2706 E. Hammett Rd. Hart, MI 49420 | From US 31 take Pentwater exit then take a right onto Monroe Road. Go 7 miles to 126th Avenue and take left. Go on in a quarter miles to Hammett Road. Turn right and continue for approximately one and a half miles to mobile homes on left.<br><br>I-beam mobile homes - total housing capacity – 18 persons | $13.06/hr. or applicable piece rate |
| | | | | | | |

Work will take place at the above site and at the following list of growers with additional worksite locations.

1 – 55 workers could be at any location based upon current labor need through the entire contract period.

# 2018 Growers & Additional Worksite Locations for Purpose Point Harvesting

## Worksite Contact Information and Location

| Company | Attention | Phone Number | Business Address | Worksite Address | County |
|---|---|---|---|---|---|
| Veg Grass, LLC | James Jensen | 231-903-3980 | 454 W. Tyler Rd., Hart, MI 49420 | 552-636 W Tyler Rd., Hart, MI 49420 | Oceana |
| Timothy Tubbs Farms, LLC | Timothy Tubbs | 231-873-4174 | 3748 N. Oceana, Hart, MI 49420 | 3995 N 72n Ave., Hart, MI 49420 | Oceana |
| Daly Orchard Company | Martin J. Daly | 231-873-3894 | 3585 W. Jackson Rd., Hart MI 49420 | 3585 W Jackson Rd., Hart, MI 49420 | Oceana |
| Lakeshore Farms Inc. | Alan Burmeister | 231-861-2754 | 1747 S. 32nd Ave., Shelby MI 49455 | 1709-1601 S 32nd Ave., Shelby, MI 49455 | Oceana |
| Evans Farms | Bill Evans | 231-923-6455 | 1276 N 136th Ave., Hart, MI 49420 | 1276 N. 136th Ave., Hart, MI 49420 | Oceana |
| Karen Longcore | Timothy Longcore | 231-873-3789 | 2598 W. Tyler Rd., Hart, MI 49420 | 2557 W. Tyler Rd., Hart, MI 49420 | Oceana |
| Gerrit Herrygers | Gerrit Herrygers | 231-742-1265 | 1261 N. 136th Ave., Hart, MI 49420 | 1260 N. 136th Ave., Hart, MI 49420 | Oceana |
| Herrygers Farms LLC | Alan Herrygers | 231-742-0136 | 1261 N 136th Ave., Hart, MI 49420 | 1261 N. 136th Ave., Hart, MI 49420 | Oceana |
| Aebig Orchards | Tad Aebig | 231-861-2992 | 1430 W. Shelby Rd., Shelby, MI 49455 | 1824 W. Shelby Rd., Shelby, MI 49455 | Oceana |
| Matt Williams | Matt Williams | 231-629-0593 | 3581 Hill N-Dale, Hart, MI 49420 | 5896 W Harrison Rd. Mears, MI 49436 | Oceana |
| Wittkamp Grain & Vegetable, LLC | Nathan Wittkamp | 231-206-4241 | 6718 W. Lake Rd., Mears, MI 49436 | 6718 W Lake Rd., Mears, MI 49436 | Oceana/Mason |
| Gerald and Rusty Shafer Inc. | Rusty Shafer | 231-873-3167 | 7944 N. 126th Ave., Hart, MI 49420 | 801-1399 E Jefferson Rd., Hart, MI 49420 | Oceana/Mason |
| Eisenlohr Farms LLC | Dolphie Eisenlohr | 231-861-2318 | 2500 E. Warren Rd., Shelby MI 49455 | 2500 E. Warren Rd., Shelby MI 49455 | Oceana |
| Greiner Farms | Scott Greiner | 231-873-3257 | 6033 N. 120th Ave., Hart, MI 49420 | 6033 N 120th Ave., Hart, MI 49420 | Oceana |
| BW Orchards, LLC | Brian Wernstrom | 231-742-0443 | 1556 N. 56th Ave., Mears, MI 49436 | 508 E. Tyler Rd. Hart MI 49420 | Oceana |
| Brandel Farms, LLC | Tony Eisenlohr | 231-742-1050 | 2107 N. 84th Ave., Hart, MI 49420 | 2751 W. Fox Rd., Hart, MI 49420 | Oceana |
| Slocum Farms, LLC | Denise Pagura | 231-873-3706 | 1625 N. 136th Ave., Hart, MI 49420 | 9656 N. Dickenson Ave., Bitely MI 49309 | Oceana/Newaygo |
| Oomen Brothers, Inc. | Ralph Oomen | 231-873-3289 | 2157 E. Jackson Rd., Hart, mI 49420 | 1574-2222 E Jackson Rd., Hart, MI 49420 | Oceana/Mason |

Please see following additional worksite locations.

| # | Field Name (Alternate Fields) | GPS Coordinates | Physical Address | Miles From Cut | County | Location of Field |
|---|---|---|---|---|---|---|
| 41 | HAMADTRAIL/COOLER — NO VALUE MI | Latitude: 43.8806925 Longitude: -86.2054033 | 7937 Oak Rd Hart MI 49420 | | Oceana | |
| 43 | NO VALUE MI | Latitude 43.8735827 Longitude -86.2302638999999 | 9801 Tinsel Rd | 1 Mile | Oceana | Hart Exit Right off US31 on N Polk Rd 7 miles on right hand side beside Ferry |
| 45 | HONEY PLACE | Latitude 43.8793989999991 Longitude -86.2342390000000 | 7283 N 128th Ave Hart MI 49420 | | Oceana | Hart Exit. Right off US31 on polk rd. Turn right on 128th Ave |
| 46 | SWING | Latitude 43.876089999999 Longitude -86.2342490000000 | | | Oceana | Hart Exit on 31 Right off US31 on polk rd. turn right on 128th Ave. & Taylor Rd East side of 128th behind honey |
| 62 | GREEN AVE. E | Numbers 60 thru 82 Latitude 043.33'37"N Longitude 0.89...57'W | | | Oceana | Right off US31 on to polk rd. Turn right on 128th Ave. & Taylor Rd East side of 128th behind honey |
| 84 | BACK 40 FIELD RAAU | Numbers 84-90 are all included in this lat/lude and long/lude. Lat 043'43'43"N Long 0-86.0.0'0.0 W | 3388 3958 N Green Ave, Hesperia MI | 2.1 Miles | Newaygo | From US 31 take New Era exit. Go east on M-20. Left on Green Ave off of m20 follow to Green Ave and Vanburen Field N side. |
| 87 | BACKYFARM (SHILOH CABIN) | Numbers 84-90 are all included in this lat/lude and long/lude. Lat 043'43'43"N Long 0-86.0.0'0.0 W | 9019 N Dickerson | | Newaygo | From US 31 take New Era exit. Go east onto M-20. M20 to Comstock Ave South to Dickerson. |
| 89 | NORTH CABIN FIELD | Numbers 84-90 are all included in this lat/lude and long/lude. Lat 043'43'43"N Long 0-86.0.0'0.0 W | | | Newaygo | From US 31 take New Era exit. north on M-20 to Comstock Ave South of 11 mile Rd. 1/4 Mile on Comstock. E side of Rd |
| 90 | DEVILS | Numbers 84-90 are all included in this lat/lude and long/lude. Lat 043'43'43"N Long 0-86.0.0'0.0 W | | | Newaygo | US 31 take New Era exit. go E on M-20. N on M-120 to Comstock Ave south of 11 mile Rd 1/4 m on Comstock. Field on East |

# Purpose Point Harvesting LLC – Additional Housing Information

| Housing Address/Description | Housing Directions |
|---|---|
| 2182 W. Shelby Rd, Shelby MI 49455<br><br>Single-family frame house – capacity – 15 persons | From US 31 take Shelby exit turn right onto 6th St. Continue straight until 88th Ave and turn right. At stop take left onto Shelby RD. House is second place on right. |
| 1625 N. 136th Ave., Hart, MI 49420<br><br>Steel i-beam – capacity – 7 persons | From US 31 take Hart Exit, go East approximately 9.5 miles, south on 136 Ave. 2/3 mile, go west to two track and around curve to trailer on left. |
| 2657 E. Polk Rd., Hart, MI 49420<br><br>Multi-family frame house – capacity – 15 persons | Take US 31 to Hart Exit.  East on Polk Rd. approximately 9.2 miles to housing on southside. |
| 2319 Taylor Rd., Hart, Mi 49420<br><br>Apartments – capacity – 6 persons | From US 31 take Hart Exit, go East on Polk Rd. South on 116th Ave, follow curve. Go East almost 2.5 miles and house is on south  side of road before next curve. |

Piece rate schedule:

Apples:
- Processed -$17.00 per 18 bu. box
- Fresh- 18.75 per 18 bu. box
- Juice- AEWR

Asparagus:
- Processed- .16 per lb.
- Fresh- .18 per lb.
- Spears- .20 per lb.

Squash - $10.00 per 18 bushel box

Sm Zucchini -18.00 per 18 bushel box

Med. Zucchini- 17.00 per 18 bushel box.

Fresh Zucchini - 3.50 per 50 lbs. RPC crate.

Field-packed Zucchini- $2.35 per 20 lbs box

Cabbage- $10 per 18 bu. box

Processed Broccoli- $9.00 per 18 bu. box

Processed Peaches - $18.00 per 18 bu. Box

Peppers- $2.00 per 12 lbs. RPC crate



**U.S. Department Labor**
**Employment and Training Administration**

OMB Control No. 1205-0134
Expiration Date: March 31, 2019

Agricultural and Food Processing Clearance Order ETA Form 790
Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

| 1. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y  Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal ): | Nos. 4 through  8 for STATE USE ONLY / Números 4 a 8 para USO ESTATAL | |
|---|---|---|
| **Purpose Point Harvesting, LLC**<br>**Mail: 2235 N. 56th Ave.  Mears, MI 49436**<br><br>**Physical: 2235 N. 56th Ave., Mears, MI 49436** | 4. SOC (O*NET/OES) Occupational Code / Código Industrial:<br><br>45-2092.02<br><br>a. SOC (ONET/OES) Occupational Title / Título Ocupacional<br>Farmworkers and Laborers, Crop | 5. Job Order No. / Num. de Orden de Empleo:<br><br>9542345 |
| a) Federal Employer Identification Number (FEIN) /  Número federal de Identificación del Empleador: | | |
| b) Telephone Number / Número de Teléfono:<br>**(231) 742-1395** | 6. Address of Order Holding Office (include Telephone number) / Dirección de la Oficina donde se radico la oferta (incluya el número de teléfono ):<br><br>Michigan Works! 195 North Michigan Avenue, Shelby, MI 49455 | |
| c) Fax Number / Número de Fax:<br>**N/A** | a. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de la Oficina Local (Incluya el número  de teléfono de su línea directa).<br>Rose Rangel (habla español): 231-259-2006, rangelr@michigan.gov<br>Lourdes Estrada: 231-259-2001, lestrada@michworkswc.org | |
| d) E-mail Address / Dirección de Correo Electrónico:<br>c/o **Employer Agent e-mail: masH2A8739@maslabor.com** | | |
| 2. Address and Directions to Work Site / Domicilio y Direcciones al lugar  de trabajo :<br>**1430 W. Shelby Rd., Shelby, MI 49455** | 7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo:<br><br>2/6/2019 | |
| **See attached Itinerary.** | 8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo:    8/2/2019 | |
| | 9. Anticipated Period of Employment / Período anticipado o previsto de Empleo:<br><br>From / Desde:  **4/16/2019**          To / Hasta:  **11/16/2019** | |
| See "Attachment 1 to ETA 790" Item 2 / Ver "Adjunto 1 a ETA 790" Artículo 2 | 10. Number of Workers Requested /  Número de Trabajadores Solicitados:<br><br>**70** | |
| 3. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda:<br>**2182 W. Shelby Rd., Shelby , MI 49455** | 11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana.  Total: 40 | |
| **See attached Itinerary.** | Sunday /Domingo   **0**          Thursday /Jueves  **7**<br>Monday / Lunes   **7**          Friday /Viernes   **7**<br>Tuesday / Martes   **7**          Saturday / Sábado   **5**<br>Wednesday / Miércoles   **7**<br>See "Attachment 1 to ETA 790" Item 11 / Ver "Adjunto 1 a ETA 790" Artículo 11 | |
| a)    Description of Housing / Descripción de la vivienda:<br>**Single-family frame house – worker capacity = 15 persons** | 12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas par alas diferentes actividades de la temporada.<br>**Performs a variety of manual/equipment operation tasks in farm operation.**<br><br>See "Attachment 1 to ETA 790" Item 12 / Ver "Adjunto 1 a ETA 790" Artículo 12 | |
| | 13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de:<br><br><br>Employer / Empleador:          Yes / Si ☒   No ☐ | |
| See "Attachment 1 to ETA 790" Item 3 / Ver "Adjunto 1 a ETA 790" Artículo 3 | | |

P-16698

14.  Describe how the employer intends to provide either 3 meals a day to each worker or furnish free and convenient cooking and kitchen facilities for workers to prepare meals / Describa cómo el empleador tiene la intención de ofrecer, ya sea 3 comidas al día a cada trabajador, o proporcionar gratuitamente instalaciones para cocinar.

Employer-provided housing includes free cooking and kitchen facilities. For workers residing in employer-provided housing, employer will also provide free transportation, at least once per week, to and from the neighboring closest town for supplies and/or banking services. Dining, kitchen/cooking facilities and other common areas will be shared by all workers.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

La vivienda proveida por el empleador incluye cocinar gratis y facilidades de cocina.  Para los trabajadores que viven en la vivienda proveida por el empleador, el empleador tambien proveera transportacion gratis, por lo menos una vez por la semana, ida y vuelta, al pueblo mas cercano para hacer compras y/o ir al banco.  Comer, cocinar/facilidades de cocina y otras areas comunes seran usadas por todos los trabajadores.

15.  Referral Instructions and Hiring Information / Instrucciones sobre cómo Referir Candidatos/Solicitantes - (Explain how applicants are to be hired or referred, and the Employer's/Agent's available hour to interview workers / Explique cómo los candidatos serán contratados o referidos, y las horas disponibles del empleador/agente para entrevistar a los trabajadores).  See instructions for more details / Vea las instrucciones para más detalles.

**Employer will abide by all requirements and assurances of 20 CFR § 653.501 in the processing and/or hiring of individuals referred through the clearance system. Employer will make offers of employment to eligible applicants at its sole discretion. Employer will accept applicants from all sources, including but not limited to State Workforce Agency (SWA) referrals, direct inquiries, walk-ins, and gate hires. The SWA should disclose to applicant all terms and conditions of employment prior to making a referral. To be eligible for hire, applicants must:**

      1.  **Satisfy all applicable requirements and qualifications for the job (see Item 16);**
      2.  **Be willing, able, and available to perform work for the entire contract period;**
      3.  **Have been fully apprised by the SWA of all terms and conditions of employment; AND**
      4.  **Be legally authorized to work in the United States.**

**Additionally, non-local workers (see definition in Item 3) must have transportation to place of employment at the beginning of the contract period. Local workers who are able to travel to and from their permanent residence each work day must have daily transportation to place of employment.**

**All applicants must possess documentation required to satisfy employment verification requirements of IRCA. Hired applicants must accurately complete a Form I-9 within three (3) days of beginning employment, in accordance with federal law.**

**See "Attachment 1 to ETA 790" Item 15.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**El Empleador cumplira con todos los requerimientos y aseguraciones de 20 CFR § 653.501 al procesar y/o contratar individuales referidos por el sistema de acreditacion. El Empleador ofrecera empleo a solicitantes elegibles a su completa discrecion. El Empleador aceptara aplicaciones de todas las fuentes, incluyendo, sin limitar, referencias de la Oficina Estatal de Empleo (SWA), solicitantes directos, solicitantes que llegan al sitio de trabajo sin cita, y solicitantes que se presentan a trabajar y son contratados. El SWA debera demosnstrarle a todos los solicitantes los terminos y condiciones de trabajo antes de hacer la referencia.  Para ser elegible para ser contratado, el solicitante debe:**

      1.  **Satisfacer todos los requerimientos y calificaciones para el empleo (ver Articulo 16);**
      2.  **Estar deseoso, habil, y disponible para desarollar el trabajo por el periodo completo del contrato;**
      3.  **Estar plenamente enterado por el SWA de todas los terminos y condiciones de empleo; Y**
      4.  **Estar legalmente autorizado para trabajar en los Estados Unidos.**

**Adicionalmente, los trabajadores que no sean locales (ver definicion en Articulo 3) deben tener transportation al sitio de trabajo al principio del periodo de contrato.  Los trabajadores locales que puedan mobilizarse de/a su residencia permanente todos los dias laborales deben tener transportacion diaria al sitio de trabajo..**

**Todos los solicitantes deben posseer la documentacion requerida para verificar su habilidad de trabajar bajo las regulaciones del IRCA.  Solicitantes contratados deben completar la Forma I-9 con presicion dentro de tres (3) dias del comienzo del empleo de acuerdo con las leyes federales.**

**Ver "Adjunto 1 a ETA 790" Articulo 15.**

---

16.  Job description and requirements / Descripción y requisitos del trabajo:
This job requires a minimum of three months of prior cultivation/harvest experience in field crop production of fruits or vegetables.  Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency. /  Este trabajo requiere un minimo de tres meses de experiencia previa cultivando/cosechando en una produccion de cosechas de vegetales y frutas. Los trabajadores deben ser capaces de desarollar actividades manuales y mecanicas con presicion y eficiencia.

1.  Is previous work experience preferred? / Se prefiere previa experiencia?  Yes / Si ■  No ❑   If yes, number of months preferred. / Si es así, numero de meses de experiencia: __3__
This job requires a minimum of three months of prior cultivation/harvest experience in field crop production of fruits or vegetables. Workers must be able to perform manual as well as mechanized activities with accuracy and efficiency./Este trabajo requiere un minimo de tres meses de experiencia previa cultivando/cosechando en una produccion de cosechas de vegetales y frutas. Los trabajadores deben ser capaces de desarollar actividades manuales y mecanicas con presicion y eficiencia.

2.  Check all requirements that apply:

❑ Certification/License Requirements / Certificación/Licencia Requisitos       ❑ Criminal Background Check / Verificación de antecedentes penales
❑ Driver Requirements / Requisitos del conductor       ☒ Drug Screen / Detección de Drogas
❑ Employer Will Train / Empleador entrenará o adiestrará       ☒ Extensive Pushing and Pulling / Empujar y Jalar Extensamente
❑ Extensive Sitting / Estar sentado largos ratos       ☒ Extensive Walking / Caminar por largos ratos
☒ Exposure to Extreme Temp. / Expuesto a Temperaturas Extremas       ☒ Frequent Stooping / Inclinándose o agachándose con frecuencia
☒ Lifting requirement / Levantar o Cargar __60__ lbs./libras       ☒ OT/Holiday is not mandatory / Horas Extras (sobre tiempo) / Días Feriados no
☒ Repetitive Movements / Movimientos repetitivos       obligatorio

      **See "Attachment 1 to ETA 790" Item 16. / Ver "Adjunto 1 a ETA 790" Artículo 16.**

**17.   Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)**

| Crop Activities / Cultivos | Hourly Wage / Salario por Hora | Piece Rate / Unit(s) / Pago por Pieza / Unidad(es) | Special Pay (bonus, etc.) / Pagos Especiales (Bono, etc.) | Deductions* / Deducciones | Yes/Sí | No | Pay Period / Período de Pago /    / |
|---|---|---|---|---|---|---|---|
| fruits, vegetables, Christmas trees/frutas, vegetales y árboles de navidad | $ 13.54 | $ See *Attachment 1 to ETA 790* Item 17 — | | Social Security / Seguro Social | ☒ | ☐ | Weekly / Semanal |
| | $ | $ | | Federal Tax / Impuestos Federales | ☒ | ☐ | ☒ |
| | $ | $ Ver *Adjunto 1 a RTA 790* Artículo 17 | | State Tax /Impuestos Estatales | ☒ | ☐ | Bi-weekly/ Quincenal |
| | $ | $ | | Meals / Comidas | ☐ | ☒ | ☐ |
| | $ | $ | | Other (specify) / Otro (especifica) | ☒ | ☐ | Monthly/Mensual ☐ |
| | | | | | | | Other/Otro ☐ |

See "Attachment 1 to ETA 790" Item 17. / Ver "Adjunto 1 a ETA 790" Artículo 17.

18.   More Details About the Pay / Mas Detalles Sobre el Pago:

The employer guarantees to offer, advertise, and pay the applicable H-2A wage rate, defined as the highest of: (1) the USDOL-promulgated AEWR; (2) the prevailing hourly wage rate or piece rate; (3) an agreed-upon collective bargaining wage (this employer is not subject to a collective bargaining agreement); or (4) the federal or state minimum wage in effect at the time work subject to the provisions of the job order is performed. The applicable H-2A wage rate will not be based on commission, bonuses, or other incentives.

See "Attachment 1 to ETA 790" Item 18.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

El empleador garantiza que ofrecera, anunciara, y pagara el rango de pago H-2A aplicable, definido como el mas alto de: (1) el AEWR promulgado por el Departamento de Labor, (2) el rango de pago por hora o por pieza predominante, (3) el rango de pago establecido bajo un acuerdo colectivo de una union (este empleador no esta sujeto a ningun acuerdo colectivo), o (4) el salario minimo federal o estatal en efecto cuando las tareas cubiertas bajo esta orden de trabajo se desarollen.   El rango de pago H-2A aplicable no sera basado en comisiones, bonos, o cualquier otro incentivo.

Ver "Adjunto 1 a ETA 790" Artículo 18.

19.   Transportation Arrangements / Arreglos de Transportación

Employer will pay or reimburse worker's inbound travel costs from worker's permanent residence or place of recruitment, to the employer's place of business. Payment or reimbursement of inbound travel costs shall include costs incurred by worker for transportation, visa issuance, consular processing, border crossing, and other related fees (excluding passport fees), and a daily subsistence for meals. Workers with acceptable receipts may be reimbursed up to the current maximum subsistence rate published in the Federal Register, currently $51.00 per day. Workers that cannot provide receipts will be reimbursed the minimum subsistence rate published in the Federal Register, currently $12.26 per day.   Transportation reimbursements shall be calculated at the worker's actual cost, but shall not exceed the most economical and reasonable common carrier transportation costs for the distance involved. Employer will reimburse worker along with pay for the first workweek to the extent that such inbound travel costs reduce worker's earnings below the FLSA minimum wage.  Pursuant to 20 CFR §655.122(h)(I), employer will reimburse all inbound travel costs by the 50% point in the contract period to any worker who completes the first half of the contract.

See "Attachment 1 to ETA 790" Item 19.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Empleador pagara o reembolsara los costos del viaje de entrada desde la residencia permanente del trabajador o el lugar de reclutamiento hasta el sitio de trabajo del empleador. Tal pago o reembolso de los costos del viaje de entrada incluira los costos incurridos por el trabajador para transportacion, obtener su visa, el proceso consular, cruzar la frontera, y otros costos relacionados (excluyendo costos para pasaporte), y subsistencia diaria para comidas. Trabajadores con recibos aceptables podrán ser reembolsados hasta el máximo monto de subsistencia publicada en el Registro Federal, actualmente $51.00 por dia.  Trabajadores que no pueden proveer recibos serán reembolsados el minimo monto de subsistencia publicada en el Registro Federal, actualmente $12.26 por dia.  Reembolso de transportación serán calculados al costo actual del trabajador, pero no excederán el modo mas económico y razonable de un transporte común dada la distancia involucrada. Empleador reembolsara al trabajador con el pago de la primera semana laboral solo hasta el punto en que las ganancias del trabajador no caigan bajo el rango minimo del FLSA.  De acuerdo con 20 CFR §655.122(h)(1), empleador reembolsara totalmente todos los costos del viaje de entrada no mas tarde que el punto medio del periodo de contrato (50%) a cualquier trabajador que complete la primera mitad del contrato.

Ver "Adjunto 1 a ETA 790" Artículo 19.

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarle a los trabajadores para este(os) tipo(s) de cosecha(s)?   Yes / Si   ☐   No ☒

If you have checked yes, what is the FLC wage for each activity? / Si contesto "Si," cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

21. Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores?   Yes/Si ☒   No ☐

(When applicable according to state law / cuando se applicable de acuerdo a la ley estatal)

22. Are workers covered by workers' compensation? / ¿Se le provee seguro de compensación/indemnización al trabajador:   Yes/Si ☒   No ☐

23. Are tools, supplies, and equipment provided at no charge to the workers? / ¿Se les proveen herramientas y equipos sin costo algun o a los trabajadores?

Yes/Si ☒   No ☐

24. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None".) / Enumere todos los acuerdos o convenios hechos con los propietarios del establecimiento o sus agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, i ndique "Ninguno".)

None / Ninguno

25. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed. (If there are no such incidents, enter "None".) / Enumere toda huelga, paro o interrupción de operaciones de trabajo por parte de los empleados en el lugar de empleo. (Si no hay incidentes de este tipo, indique "Ninguno".)

None / Ninguno

26.  Is this job order to be placed in connection with a future Application for Temporary Employment Certification for H–2A workers? / ¿Esta orden de empleo ha sido puesta en conexión con una futura solicitud de certificación de empleo temporal para trabajadores H-2A?

Yes/Sí ■ No ❑

27.  Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. / Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones del empleo que se le ofrece, y contiene todos los términos y condiciones materiales ofrecidos.

**Ms. Lucille Moreno, Secretary**

Employer's Printed Name & Title / Nombre y Título en Letra de Molde/Imprenta del Empleador

Lucille A. Moreno                              1/31/2019

Employer's Signature / Firma y Título del Empleador              Date / Fecha

**READ CAREFULLY**, In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Employment and Training Administration (ETA) nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the American Job Center constitute a contractual job offer to which the American Job Center, ETA or a State agency is in any way a party.

**LEA CON CUIDADO**, En vista de la función básica del Servicio de Empleo establecida por ley, como una entidad de intercambio laboral sin comisiones, es decir, como un foro para reunir a los empleadores y los solicitantes de empleo, ni ETA ni las agencias del estado pueden garantizar la exactitud o veracidad de la información contenida en las órdenes de trabajo sometidas por los empleadores. Ni ninguna orden de trabajo aceptado o contratado en el Centro de Carreras (American Job Center) constituyen una oferta de trabajo contractuales a las que el American Job Center, ETA o un organismo estatal es de ninguna manera una de las partes

**PUBLIC BURDEN STATEMENT**
The public reporting burden for responding to ETA Form 790, which is required to obtain or retain benefits (44 USC 3501), is estimated to be approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. The public need not respond to this collection of information unless it displays a currently valid OMB Control Number. This is public information and there is no expectation of confidentiality. Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210

**DECLARACION DE CARGA PÚBLICA**
La carga de información pública para responder a la Forma ETA 790, que se requiere para obtener o retener beneficios (44 USC 3501), se estima en aproximadamente 60 minutos por respuesta, incluyendo el tiempo para revisar las instrucciones, buscar fuentes de datos existentes, recopilar y revisar la colección. El público no tiene por qué responder a esta recopilación de información a menos que muestre un número de control OMB válido. Esta información es pública y no hay ninguna expectativa de confidencialidad. Envíe sus comentarios acerca de esta carga o cualquier otro aspecto de esta colección, incluyendo sugerencias para reducir esta carga, al U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210

28.  Use this section to provide additional supporting information (including section Box number).  Include attachments, if necessary. / Utilice esta sección para proporcionar información adicional de apoyo; incluya  el numero de la sección e incluya  archivos adjuntos, si es necesario.

See "Attachment 1 to ETA 790" for continuations of Item 2, Item 3, Item 11, Item 12, Item 15, Item 16, Item 17, Item 18, and Item 19.

Workers Compensation Insurance

Carrier:  Accident Fund Insurance Company
Policy:  ARP 12000269901

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Ver "Adjunto 1 a ETA 790" for continuaciones of Articulo 2, Articulo 3, Articulo 11, Articulo 12, Articulo 15, Articulo 16, Articulo 17, Articulo 18, y Articulo 19.

Seguro de Compensación de Trabajadores

Portador:  Accident Fund Insurance Company
Poliza:  ARP 12000269901

**20 CFR 653.501**
**Assurances**

**INTRASTATE AND INTERSTATE CLEARANCE ORDER**

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 11 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO).  If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need.  The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.

Employer's Name    **Ms. Lucille Moreno**                    Date: 1|31|2019

Employer's Signature    _Lucille J. Moreno_

**Besides the material terms and conditions of the employment, the employer must agree to these assurances if the job order is to be placed as part of the Agricultural Recruitment System.  This assurance statement must be signed by the employer, and it must accompany the ETA Form 790.**

ETA 790 – Attachment 1                                                                                      P-16698
Purpose Point Harvesting, LLC

**ENGLISH**

## Item 2.    Address and Direction to Work Site (continued from ETA 790, Page 1, Item 2)

| Work Site | Directions |
|---|---|
| 1430 W. Shelby Rd., Shelby, MI 49455 | From US 31 take Shelby Exit, E on Shelby Rd. At stop take slight Left onto State St. Turn E. 22on 6th Street, Go until 96th Ave. Take a right, go for 1 mi. turn R. onto Shelby Rd. |

**See attached Itinerary.**

## Item 3.    Address and Directions to Housing (continued from ETA 790, Page 1, Item 3)

| Housing | Directions |
|---|---|
| 2182 W. Shelby Rd., Shelby , MI 49455 | From US 31 take Shelby exit and go east to Oceana Dr. Go north, Take 6th street East. Contiure straight until 88th Ave and turn right at stop take left onto shelby Rd. House is second place.  Housing is rented/leased by employer. |

**See attached Itinerary.**

Employer provides the foregoing at no cost only to non-local workers . "Non-local workers" are workers recruited from outside the area of intended employment who are not reasonably able to travel to and from their permanent residence each workday. Only workers will be permitted to occupy the housing. Workers must occupy the living quarters that the employer assigns to them. Employer will provide separate sleeping, bathing, and toilet facilities for each gender .

Employer retains possession and control of housing premises at all times. Workers residing in employer-provided housing must vacate the housing promptly upon termination of employment, in accordance with state law.

If one has not already been performed, Purpose Point Harvesting, LLC requests a timely inspection of employer-provided worker housing by the appropriate state/local housing authority to ensure that all such housing meets the relevant standards no later than 30 days prior to occupancy. Should rental and/or public accommodations be provided, such housing will comply with all applicable local, State, and/or federal OSHA housing standards at 29 CFR § 1910.142. Employer will pay all charges for rental accommodations directly to the owner/operator of the housing.

Workers residing in employer-provided housing are responsible for maintaining living quarters and common areas in a neat and clean manner in accordance with the Work Rules, attached hereto and incorporated herein by reference. Failure to comply with the Work Rules will result in disciplinary action.

## Item 11.  Anticipated Hours of Work per Week (continued from ETA 790, Page 1, Item 11)

Employer will offer 40 hours per week, weather and crop conditions permitting. The standard work schedule is as follows:

| Work Day(s) | Start Time | End Time | Total Hours |
|---|---|---|---|
| Monday – Friday | 7:00 AM | 2:30 PM | 7 hours/day |
| Saturday | 7:00 AM | 12:00 PM | 5 hours/day |

Employer may request, but not require, workers to work more than 7 hours per day and/or on a worker's Sabbath or federal holidays. Workers will have an unpaid lunch break. Worker must report to work at designated time and place each day. Work

ETA 790 – Attachment 1                                                                                                  P-16698
Purpose Point Harvesting, LLC

schedule may vary due to weather, sunlight, temperature, crop conditions, and other factors. Employer will notify workers in advance of any change to start time.

## Item 12.  Anticipated Range of Hours for Different Seasonal Activities (continued from ETA 790, Page 1, Item 12)

All hours worked will be engaged in production of fruits, vegetables, Christmas trees, with work activities divided among the specific tasks described in Item 16. Given that the demands of agricultural production are unpredictable and wholly dependent on external factors such as weather, sunlight, temperature, and market demands, it is impossible to predict with any degree of accuracy the percentage of time dedicated to each individual task or crop activity. The allocation of tasks and/or crop activities each workday may vary. See Item 16 for more information.

## Item 15.  Referral Instructions and Hiring Information (continued from ETA 790, Page 3, Item 15)

Employer will interview individuals referred through the local holding office, Michigan Works! West Central. The referring SWA is responsible for informing applicants of all terms and conditions of employment. After coordinating the referral with the order holding office, the referring SWA should contact the employer's agent or the employer directly to provide notice of the referral. When possible and if necessary, the SWA should furnish translator services.

Employer  will conduct interviews Monday through Friday. Please contact employer  first during the hours of 9:00 AM - 5:00 PM EST. If unavailable, contact employer's agent during the hours of 9:00 AM - 5:00 PM EST.

| Employer – Purpose Point Harvesting, LLC | Employer Agent – MAS Labor H2A, LLC |
| --- | --- |
| Ms. Lucille Moreno | P.O. Box 507 |
| 2235 N. 56th Ave.  Mears, MI  49436 | Lovingston, VA  22949 |
| (231) 742-1395 (phone) | 434-263-4300 / 434-260-8833 (phone) |
| purposepointhllc@gmail.com (email) | referrals@maslabor.com (email) |

Employer  will interview applicants by phone at the time of the referral or within a reasonable time thereafter.  Employer requests advance notice by the SWA if the order holding office intends to refer multiple applicants concurrently.

Employer will communicate the hiring decision directly to the applicant at the phone number, address, or email address applicant provides. Employer advises all applicants to maintain communication with the referring SWA office:

**Order Holding Office**: Michigan Works! West Central
195 North Michigan Avenue
Shelby MI 49455
(231) 259-2000

Purpose Point Harvesting, LLC  will abide by all assurances set forth in 20 CFR § 655.135 with respect to applicants and workers hired to perform the work described herein, including but not limited to specific regulations regarding hiring practices, positive recruitment, and compliance with local, state, and federal laws and regulations.

## Item 16.  Job Description and Requirements (continued from ETA 790, Page 3, Item 16)

**Job Description:** Plant, cultivate and harvest vegetables, fruits and trees.

Plant roots, seeds and bulbs. Spread plastic or other groundcovering. Clean plastic by hand from ground upon removal. Till soil. Weed and thin plants. Transplant plants by hand. Stake/tie plants, trellis/prune plants, and set poles and wires for vine plants. Pick, cut, lift, or pull crops. Tie vegetables in bunches. Grade, size, wash and field pack product according to company standards. Take care to prevent damaging produce and plants.

ETA 790 – Attachment 1                                                                    P-16698
Purpose Point Harvesting, LLC

Workers may be offered hours in the evening to harvest asparagus for a short period of time during the contract.

Hand thin fruits to control the size and quality of fruit. Remove fruit blossom, bud and/or identifiable fruit from within a cluster of other fruits. Must accurately identify and remove misshapen, damaged or otherwise unmarketable fruit. Harvest: Spot and/or strip pick fruit based on seasonal need. Snap fruit off tree with thumb and palm of hand to avoid stem pulls, punctures, bruising, or other damage. Pick culls and peelers.  Use/handle ladders up to 16 ft. in length and weighing up to 60 lbs. Fill fruit buckets/baskets and place fruit in bins. Follow supervisor/foreman's instructions on color/size requirements. Must be able to differentiate between colors and fruit varieties accurately.  Some fruits may use mechanized shakers at harvest.

General tree work may include planting, cultivating, hoeing, tree painting, weed mat application, mulching, fertilizing, trimming or training. Place tree guards or cones and hang pheromone dispensers. Tie/position trees and limbs, together and to trellises, using string, tape, wire or other fasteners and supports.

Workers may also cultivate and harvest evergreen trees: cutting trees with gasoline-operated chain saws.  Dragging trees from cutting area and shaking trees with mechanical shaker.  Shearing trees with knives, pulling cones off, fertilizing and coloring trees with sprayers.  Drag cut trees from cutting area, run trees through tree baler and load onto trailers, trucks or wagons.

Perform ditching, shoveling, hoeing, hauling, ground preparation, and other manual tasks.  Pick roots, rocks, brush and other field debris.      Bending, stooping and kneeling required. Use hand tools including but not limited to hoes, shovels, knives, shears, clippers, loppers, and saws. Lift, carry, and load/unload products or supplies. Cut, bale,stack and load hay.

Use power equipment including but not limited to: tractors, planters, mowers, plows, sprayers, cultivators, power shears, chain saws, high lifts, fork lifts, skid loaders. Must operate agricultural equipment safely, with or without direction.

Clean/maintain farm buildings, structures, equipment, and work areas. Build/repair fences and other structures and maintain property lines.

Work is done in the field for long periods of time. Workers may assist in handling product weighing up to 60  pounds and lifting to a height of 5 feet.  Workers must work on their feet in bent positions for long periods of time.  Work requires repetitive movements and extensive walking. Work required in fields when plants are wet with dew and rain, and may be required during light rain, snow, moderate winds, direct sun, high humidity and extreme temperatures.  Temperatures in fields during working hours can range from 10 to over 100 degrees F. Workers may be required to work during occasional showers not severe enough to stop field operations. Allergies to ragweed, goldenrod, honey bees, insecticides, herbicides, fungicides, or related chemicals may affect a worker's ability to perform the job. Workers should be able to do the work required with or without reasonable accommodations.  Employer-paid post-hire drug/alcohol testing is required upon reasonable suspicion of use and after a worker has an accident at work.  Saturday work required.  Must be able to lift/carry 60 lbs.

Persons seeking employment in this position must be available for the entire period requested by the employer. Applicants must be able to furnish verbal or written statement establishing relevant prior work experience.  All workers will be subject to a five day trial period during which the employer will evaluate workers' performance of required tasks. Employer reserves the right to terminate a worker if the employer reasonably finds that worker's performance during the trial period to be unacceptable.

Employer reserves the right to discharge an obviously unqualified worker, malingerer or recalcitrant worker who is physically able but is unwilling to perform the work necessary for the employer to grow a premium quality product, or for any other lawful reason.  (See also Attachment 2, General Conditions).

The employer may discipline the worker, including brief suspension of work activities/employment for a set period determined by the supervisor or termination of employment as described in the Work Rules.

Employer assures that workers will be provided transportation from living quarters to work site every day (for workers who must be provided housing under the applicable regulations).

Raises and/or bonuses may be offered to any seasonal worker employed pursuant to this job order, at the company's sole discretion, based on individual factors including work performance, skill, and tenure.

ETA 790 – Attachment 1                                                                                          P-16698
Purpose Point Harvesting, LLC

All terms and conditions included in the job order will apply equally to all workers, both U.S. workers and H-2A workers, employed in the occupation described in this clearance order.

**Special Requirements:** Saturday work required. Must be able to lift/carry 60 lbs. Employer-paid post-hire drug/alcohol testing is required upon reasonable suspicion of use and after a worker has an accident at work.

## Item 17.  Wage Rates, Special Pay Information and Deductions (continued from ETA 790, Page 4, Item 17)

**Piece Rate.**    All work is compensated at the above hourly rate except for the following work activities which may be compensated on a piece rate productivity incentive basis according to the following schedule:

See 'Piece Rate Attachment'

No piece rate compensation will be lower than the prevailing piece rates in the area of intended employment. In the event that the SWA/DOL promulgates new prevailing piece rate(s) lower than the piece rates stated above, the employer reserves the right to pay the new, lower piece rate(s) for the applicable crop(s). When work is performed according to the stated piece rate schedule, workers are guaranteed that they will be paid no less than the applicable H-2A hourly rate for each hour worked. The employer may, in its sole discretion, raise or suspend the piece rate scheme in favor of hourly pay at the applicable H-2A hourly rate in order to assure fair earnings

**Overtime.**    Agricultural work is exempt from federal overtime requirements pursuant to 29 USC § 213(a)(6). Overtime pay is only applicable if required by state law or as otherwise specified in this section.

**Deductions.**    Employer will make all deductions required by law. Deductions may include FICA, federal/state tax withholdings, court-ordered child support, garnishments, liens, and other deductions authorized or required by law. Workers must pre-authorize any voluntary deductions. Potential voluntary deductions may include repayment of advances and/or loans, employee health insurance or retirement plan contributions, and/or payment of cell phone, cable/satellite TV, internet or other service(s) for worker's convenience and benefit. See also Attachment 2. Employer will make all deductions in accordance with the Fair Labor Standards Act (FLSA) and applicable state law.

Employer will provide workers' compensation insurance covering injury and disease arising from or in the course of worker's employment.  Employer will provide proof of workers' compensation coverage to the Certifying Officer prior to the certification date.

Making a long distance telephone call using the employer's telephone line will constitute consent by worker for the employer to deduct the cost of such call(s) from worker's pay.  Worker will promptly confirm such authorization in writing.  If worker does not authorize such a deduction in writing, worker must repay the employer for such telephone use upon demand. Workers who fail to pay the cost of telephone use within a reasonable time may be subject to discipline.

In accordance with 8 CFR § 214.2(h)(5)(xi)(A) and 20 CFR § 655.135(j)–(k), employer prohibits the solicitation and payment of recruitment fees by workers. Workers who pay or are solicited to pay such a fee must inform the employer immediately. Employer will investigate all claims of illegal fees and take immediate remedial action as appropriate.

## Item 18.  More Details About the Pay (continued from ETA 790, Page 4, Item 18)

In the event that the applicable H-2A wage rate decreases for any reason during the employer's positive recruitment or H-2A contract period in the instant job order, the employer reserves the right to decrease its offered/paid hourly wage to the new, lower wage rate, as long as the new lower wage rate remains the highest of the AEWR, the prevailing hourly wage or piece rate, an agreed-upon collective bargaining wage, and the federal and state minimum wages in effect at the time work subject to the provisions of this job order is performed.

Employer will pay each worker by check on Friday. The payroll period is weekly.

Employer will furnish to each worker, on or before each payday, one or more written statements reflecting: (1) the worker's gross earnings for the pay period; (2) the beginning and ending dates of the pay period; (3) hourly rate of pay; (4) piece rates and daily

ETA 790 – Attachment 1                                                                                           P-16698
Purpose Point Harvesting, LLC

number of units produced, if applicable; (5) work hours offered by employer; (6) hours actually worked by the worker; (7) an itemization of all deductions; (8) net earnings; and (9) the employer's name, address, and FEIN.

## Item 19.  Transportation Arrangements (continued from ETA 790, Page 4, Item 19)

Employer will provide or pay outbound travel costs to all workers who complete the H-2A contract period. Travel costs include transportation and reasonable subsistence from the place of employment to the worker's permanent residence. In the event that a worker has accepted employment with a subsequent employer that has agreed to provide or pay outbound travel costs to worker's permanent residence, the current employer will provide or pay outbound travel costs only to the place of subsequent employment. Employer pays or reimburses inbound and outbound travel costs only to non-local workers (see definition in Item 3). Employer will not pay or reimburse travel costs to any worker who voluntarily resigns, abandons employment, or is terminated for cause prior to the H-2A contract end date.

Employer will provide, without charge to workers incidental, transportation between worksites. For workers residing in employer-provided housing, employer will also provide daily transportation to and from the worksite. All transportation shall be in accordance with applicable local, state, and federal laws and regulations. Transportation will comply with all safety, licensure, and insurance requirements. Use of employer-provided transportation is voluntary; workers are not required to utilize transportation as a condition of employment.

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC

P-16698

## ADDITIONAL TERMS, CONDITIONS, AND ASSURANCES

**General Conditions**.    Qualified applicants must be able, willing, and available at time and place needed to perform the work described in this job order to be eligible for hire. Hired workers agree to abide by all posted Work Rules (attached hereto). Workers must notify and secure permission from the employer for all absences. Workers who quit or are terminated for cause prior to the H-2A contract end date may not be eligible for rehire.

**Employer-Provided Items.**    The employer will provide without charge to workers all tools, supplies, and equipment necessary to perform the duties assigned. Employer may charge worker for the reasonable cost of damages and/or replacement of tools and/or equipment if such repair or replacement is found to have been the result of worker's willful misconduct or gross negligence. Employer may charge worker reasonable repair costs for damage to housing beyond normal wear and tear, if worker is found to have been responsible for such damage. Employer will provide beds and similar items to workers residing in employer-provided housing at no charge unless worker unlawfully removes items or causes damage beyond normal wear and tear.

**Three-Fourths Guarantee.**    Employer guarantees to offer each worker at least three-fourths (75%) of the work hours of the total H-2A contract period, including any applicable extensions thereof, beginning with the worker's first workday and ending on the H-2A contract end date or its extension, if any. If the employer fails to satisfy this guarantee, employer will pay to workers the amount that each worker would have earned had the worker, in fact, worked for the guaranteed number of hours. This provision does not apply to any worker who voluntarily resigns, abandons employment, or is terminated for cause.

**Termination.**    Employer may terminate a worker for lawful job-related reasons and notify the Job Service local office if the worker: (1) abandons employment (five consecutive workdays of unexcused absence); (2) malingers or otherwise refuses, without cause, to perform the work as directed; (3) commits serious act(s) of misconduct or repeatedly violates the Work Rules; (4) fails, after completing the allowable three day training period or five day trial period (whichever is applicable), to perform in a competent and skillful manner that enables the employer to produce and sell a premium quality product; and/or (5) provides other lawful job-related reasons for termination, including termination of a non-US worker because a US worker becomes available for the job under the DOL 50% rule.

Regardless of whether the employer requires a background check as a condition of employment (see Item 16.2), the employer may terminate for cause, in accordance with applicable laws and regulations, any worker found during the period of employment to have a criminal conviction record or status as a registered sex offender  that the employer reasonably believes will endanger the safety or welfare of other workers, company staff, customers, or the public at large.

**Separation Notices.**    Employer will notify DOL (and DHS, in the case of a foreign H-2A worker) no later than two (2) working days if a worker resigns voluntarily, abandons employment (five consecutive workdays of unexcused absence), is terminated for cause, or is otherwise dismissed prior to the H-2A contract end date. Employer will notify all foreign H-2A beneficiaries of their responsibility to return to their country of origin, or to subsequent employment-authorized work, upon separation of employment or completion of the H-2A contract period. Employer will not pay or reimburse travel costs to any worker who voluntarily resigns, abandons employment, or is terminated for cause prior to the H-2A contract end date.

**Earnings Records.**    Employer agrees to retain all documents required under 20 CFR § 655.122(j) and 20 CFR § 655.167 for a period of not less than three (3) years from the date of certification. Employer agrees to make all such documents available for inspection and transcription upon request by worker, worker's authorized representative, the Secretary of Labor or a duly authorized and designated representative.

**Contract Impossibility.** If fire, weather, or other "Act of God" makes completion of the contract impossible, the employer may terminate the work contract upon approval by the Certifying Officer. In the event of such contract termination, the employer will fulfill the three-fourths guarantee for the time that has elapsed from the first day of employment to the time of termination of the work contract as described in 20 CFR § 655.122(i).  The employer will make efforts to transfer the worker to comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer will:

ETA 790 – Attachment 2
Purpose Point Harvesting, LLC

P-16698

(1)    At the worker's direction and employer's expense, return the worker to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer;

(2)    Reimburse worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; AND

(3)    Reimburse the worker for all inbound transportation and subsistence costs, if such payments were not already paid to the worker prior to termination of the work contract. Daily subsistence will be computed as set forth in 20 CFR § 655.122(h). The transportation payment will be no less than the most economical and reasonable common carrier transportation costs for the distances involved.

**First Week's Pay.**    In accordance with 20 CFR § 653.501(c)(3)(i), employer guarantees to offer U.S. applicants and referrals the number of hours of work specified above for the week beginning with the H-2A contract start date indicated in Item 9. Hired applicants must contact the SWA or order holding office to verify the start date of need no earlier than nine (9) working days, and no later than five (5) working days, prior to the start date of need specified in the job order. Failure to contact such office in accordance with this requirement shall disqualify the applicant from this assurance.

**Disclosure of Work Contract.**    Employer will provide to the worker, in a language understood by the worker, a copy of the Agricultural Work Agreement and Work Rules containing the provisions required by 20 CFR 655.122(q) no later than the time the worker applies for the visa, or, for a worker in corresponding employment, no later than on the date work commences. For an H-2A worker transferring to a subsequent H-2A employer, the subsequent H-2A employer will provide the copy no later than the time that employer made the offer of employment to the worker. In the absence of a written work contract between the employer and the worker, the terms of the job order will serve as the work contract.

**Departure Acknowledgment.**    Employer will advise all foreign H-2A beneficiaries of their responsibility to depart the United States upon separation of employment or completion of the H-2A contract period, unless the beneficiary obtains an extension of status.

ETA 790 – Adjunto 1
Purpose Point Harvesting, LLC

P-16698

## SPANISH

*We have translated these terms of employment into Spanish and done our best to be accurate in every respect.  However, if there is a conflict between the Spanish translation and the English original, the English original controls.*

*Hemos traducido las condiciones de empleo al español, y hemos hecho nuestro mejor esfuerzo para ser exactos en todos los aspectos.  Sin embargo, en caso de un conflicto entre la traducción al español y el original en inglés, el contrato en inglés prevalecerá.*

**Artículo 2.     Domicilio y Direcciones al Sitio de Trabajo (continuación del ETA 790, Página 1, Artículo 2)**

| Sitio de Trabajo | Direcciones |
| --- | --- |
| 1430 W. Shelby Rd., Shelby, MI 49455 | De US 31 tome la salida Shelby, dirijase al Este en Shelby Rd. En el Alto tome una pequeña izquierda hacia State St. Doble al Este 22 en 6th Street, maneje hasta 96th Ave. Tome una derecha, maneje 1 milla. Doble a la derecha hacia Shelby Rd. |

**Ver itinerario adjunto.**

**Artículo 3.     Domicilio y Direcciones a la Vivienda (continuación del ETA 790, Página 1, Artículo 3)**

| Vivienda | Direcciones |
| --- | --- |
| 2182 W. Shelby Rd., Shelby , MI 49455 | De US 31 tome la salida Shelby, dirijase al Este en Oceana Dr. Dirijase al Norte, Tome 6th Street al Este. Continue recto hasta llegar a 88th Ave. y doble a la derecha en el alto y tome la izquierda hacia Shelby Rd. La vivienda esta es el segundo lugar.  El empleador arrienda la vivienda. |

**Ver itinerario adjunto.**

El Empleador provee lo precedente sin costo solamente a trabajadores que no conmuten . Trabajadores que no conmuten son trabajadores reclutados de afuera del area de empleo destinado y que no pueden razonablemente viajar a/y de su residencia permanente cada dia laboral. Solamente trabajadores  se les permitira ocupar la vivienda proveida por el empleador. Los trabajadores deberan ocupar la vivienda asignada por el empleador. El empleador proveera facilidades para dormir, de baño, y de inodoro separadas para personas de cada genero

El empleador retiene posesion y control de la vivienda a todo momento. Trabajadores residiendo en vivienda proveida por el empleador deben desocupar la vivienda prontamente cuando su empleo es terminado, de acuerdo con las leyes del estado.

Si no ha sido realizado todavia, Purpose Point Harvesting, LLC  solicita una inspeccion de la vivienda proveida por el empleador por las autoridades apropiadas estatales/locales para asegurar que toda la vivienda cumple con los estandares relevantes no mas tarde de 30 dias antes de que la vivienda sea ocupada. En caso de que las viviendas proveidas fueran propiedades alquiladas y/o acomodaciones publicas, tal vivienda cumplira con todos los estandares de vivienda aplicables locales, estatales, y/o estandares federales de la OSHA en 29 CFR §1910.142. El empleador pagara todos los cargos por propiedades alquiladas directamente al dueño/operador de la vivienda.

Trabajadores viviendo en vivienda proveida por el empleador son responsables de mantener los dormitorios y las areas comunes en forma ordenada y limpia de acuerdo con las Normas de Trabajo, anexas e incorporadas por referencia. El faltar a cumplir con las Normas de Trabajo resultara en accion disciplinaria.

ETA 790 – Adjunto 1                                                                                            P-16698
Purpose Point Harvesting, LLC

## Artículo 11.    Horas Anticipadas/Previstas de Trabajo por Semana (continuación del ETA 790, Página 1, Artículo 11)

El empleador ofrecera 40 horas por semana, si el clima y la condicion de las cosechas lo permiten. La programacion de trabajo estandar es el siguiente:

| Día(s) Laborales | Hora de Comienzo | Hora de Terminacion | Horas Totales |
|------------------|------------------|---------------------|---------------|
| Lunes – Viernes  | 7:00 AM          | 2:30 PM             | 7 horas/dia   |
| Sábado           | 7:00 AM          | 12:00 PM            | 5 horas/dia   |

El empleador podra solicitar, pero no requerir, que los trabajadores trabajen mas de 7 horas por dia, y/o en el Sabbath (dia de descano septimo) o feriados federales. Los trabajadores tendran un descanso para almorzar sin pago. Los trabajadores deberan reportarse a trabajar al sitio designado de trabajo cada dia. La programacion de trabajo podra variar dado el clima, la luz del sol, temperaturas, condiciones de la cosecha , y otros factores. El empleador notificara a los trabajadores de antemano de cualquier cambio de la hora de comenzar el trabajo.

## Artículo 12.    Rango Previsto de Horas para las Diferentes Actividades de la Temporada (continuación del ETA 790, Página 1, Artículo 12)

Todas las horas trabajadas serán ocupadas en producción de frutas, vegetales y arboles de navidad con actividades de trabajo divididas entre tareas especificas descritas en el Artículo 16. Dado que la demanda de producción agricola no se puede predecir y depende enteramente de factores externos como el clima, luz del sol, temperatura, y demanda del mercado, es imposible predecir con cualquier grado de presicion el porcentaje de tiempo dedicado a cada tarea individual o actividad de cosecha. La asignación de tareas y/o actividades de cosecha cada dia laboral podrán variar.  Ver Artículo 16 para mas información.

## Artículo 15.    Instrucciones Sobre Cómo Referir y Contratar Solicitantes (continuación del ETA 790, Página 3, Artículo 15)

El empleador entrevistara a solicitantes referidos por la oficina local, Michigan Works! West Central. La oficina estatal SWA que esta refiriendo al solicitante es responsable de informarle a los solicitantes de todos los terminos y condiciones de empleo. Despues de coordinar al solicitante referido con la oficina estatal SWA que tiene la orden de trabajo, la oficina estatal SWA que hizo la referencia debera contactar al agente del empleador o al empleador directamente para proveer notificacion de la referencia. Cuando sea posible y si es necesario, la oficina estatal SWA debera proporcionar servicios de traduccion.

El  Empleador entrevistara de Lunes a Viernes. Porfavor contacte a el  empleador primero  durante las horas de 9:00 AM - 5:00 PM EST. Si no esta disponible, contactar a el Agente del Empleador empleador durante las horas de 9:00 AM - 5:00 PM EST.

| Empleador – Purpose Point Harvesting, LLC | Agente del  Empleador – MAS Labor H2A, LLC |
|-------------------------------------------|--------------------------------------------|
| Ms. Lucille Moreno                        | P.O. Box 507                               |
| 2235 N. 56th Ave. Mears, MI  49436        | Lovingston, VA  22949                      |
| (231) 742-1395 (teléfono)                 | 434-263-4300 / 434-260-8833 (teléfono)     |
| purposepointhllc@gmail.com (email)        | referrals@maslabor.com (email)             |

Empleador entrevistara al solicitante por telefono cuando sea referido o dentro de un tiempo razonable despues.  Empleador solicita preaviso del SWA si la oficina que mantiene la orden de trabajo tiene intencion de referir multiples solicitantes al mismo tiempo.

ETA 790 – Adjunto 1
Purpose Point Harvesting, LLC

El empleador le comunicara la decision de ofrecer empleo directamente al solicitante al numero de telefono, direccion, o correo electronico que el solicitante provee. El empleador le sugiere a todos los solicitantes que mantengan comunicacion con el SWA que los refirio.

**SWA que mantiene la orden de trabajo**:    Michigan Works! West Central
195 North Michigan Avenue
Shelby MI 49455
(231) 259-2000

Purpose Point Harvesting, LLC  cumplirá con todas las aseguraciones incluidas en 20 CFR §655.135 con respecto a solicitantes y trabajadores contratados para desarrollar el trabajo descrito con la presente, incluyendo sin limitar regulaciones especificas relacionadas a practicas de solicitar empleo, reclutamiento positivo, y cumplimiento con las leyes y regulaciones locales, estatales, y federales.

**Artículo 16.    Descripción y Requisitos del Trabajo (continuación del ETA 790, Página 3, Artículo 16)**

**Descripción del Trabajo:** Siembra, cultiva, y cosecha vegetales, frutas , arboles.

Siembra raices, semillas, y bulbos.  Cubre la tierra con plastico o otras cubiertas.  Limpia el plastico a mano despues de que sea removido.  Ara la tierra.  Deshierba y reduce plantas.  Transplanta plantas a mano.  Estaca/amarra plantas, enreja/poda plantas, instala postes y alambre para plantas con vides.  Pizca, corta, levanta, o jala la cosecha. Amarra vegetales en montones. Clasifica, determina tamaño, lava, y empaca producto en el campo de acuerdo con los estandares de la empresa.  Mantiene cuidado para prevenir daño al producto y las plantas.

A los trabajadores se les podra ofrecer trabajo en las tardes para cosechar esparrago por un periodo corto del contrato.

Reducir frutas a mano para controlar el tamaño y calidad de la fruta.  Remover el capullo, flor y/o fruta identificable dentro del manojo de frutas.  Debe poder  identificar con precision y remover fruta deforme, dañada, o no vendible.  Cosechar: Escoger fruta para pizcar y/o pelar el arbol de fruta al pizcar basado en las necesidades de la temporada.  Chasquear fruta del arbol con pulgar y palma de la mano para evitar jalar el tallo, perforaciones, magulladas, o otros daños.  Pizcar fruta del suelo y fruta para pelar.  Usar/manipular escalera de hasta 16 pies de altura y pesando hasta 60  libras Llenar cubetas/canastas de fruta y colocar la fruta en contenedores.  Seguir las instrucciones del supervisor/capataz en relacion a requirimientos de color y tamaño.  Debe ser capaz de diferenciar entre colores y variedades de fruta con precision. Algunas frutas podran usar agitadores mecanicos al cosechar.

El trabajo general de arboles podra incluir sembrar, cultivar, azadonear, pintar arboles, colocar alfombra para evitar maleza, colocar mantilla, ferilizar, recortar o entrenar.  Colocar rejas protectoras de arboles o conos y colgar dispensadoras de feromonas. Amarrar/colocar arboles y ramas juntas a los enrejados usando hilo, cinta, alambre, u otro tipo de enganchadores o soporte.

Los trabajadores tambien podran cultivar y cosechar arboles perennes. Cortar árboles con sierras de cadena operadas con gasolina. Arrastrar arboles del área de corte y sacudir arboles con sacudidora mecánica. Empacar arboles utilizando empacadora mecánica. Cortar árboles con cuchillos, arrancar piñones, fertilizar y pintar arboles con rociadoras. Apilar arboles para formar un montón. Deberá cargar y descargar arboles y pasarlos por la embaladora y cargarlos a los camiones y vagones.

Cavar zanjas, palear, azadonear, acarrear, preparar la tierra, y otras tareas manuales.  Recoger raices, piedras, maleza y otros deshechos del campo.  Se requiere agacharse, inclinarse, arrodillarse.  Usar herramientas de mano incluyendo sin limitar, azadones, palas, cuchillos, tijeras, clippers, podadoras, y sierras. Levantar, cargar, descargar producto o suministros. Cortar, embalar, apilar y cargar heno.

Usar equipo de potencia incluyendo sin limitar: tractores, sembradoras, cortadoras, aradores, rociadores, cultivadores, tijera mecanica, sierra de cadena, montacargas, cargadores de patines. Debe operar el equipo agricola con seguridad, con o sin direccion. Limpiar/mantener edificios, estructuras, equipo, y areas de trabajo de la granja.  Construir/reparar enrejado y otras estructuras y mantener las lineas de la propiedad.

ETA 790 – Adjunto 1
Purpose Point Harvesting, LLC

P-16698

El trabajo se realiza en los campos por largos periodos de tiempo. Los trabajadores podran ayudar en manejar el producto empaquetado pesando hasta 60 libras y deberan poder cargarlo hasta una altura de 5 pies. Los trabajadores deben de ser capaces de trabajar de pie en posición inclinada por largos periodos de tiempo. El trabajo requiere movimientos repetitivos y mucho caminar. El trabajo se requiere en los campos cuando las plantas estan humedas con rocio y/o lluvia, y podra requerirse durante lluvia leve, nieve, vientos moderados, sol directo, alta humedad, y temperaturas extremas. Las temperaturas en los campos durante las horas de trabajo podran oscilar desde 10 hasta 100 grados F. Se podrá requerir que los trabajadores trabajen durante chubascos no tan severos que detengan la operación en los campos. Las alergias al ambrosia, vara de oro, abejas de miel, insecticidas, herbicidas, fungicidas, o químicos relacionados, podran afectar la habilidad del trabajador para desarrollar el trabajo.

Los trabajadores deben de ser capaces de realizar el trabajo requerido con o sin adaptaciones razonables.

Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion bajo sospecha razonable de uso y luego de ún accidente de trabajo. Se requiere trabajar en Sabado. Debe ser capaz de levantar/cargar 60 libras.

Las personas que deseen el trabajo en esta posicion deberán estar disponibles por el período completo requerido por el empleador. Los solicitantes deben ser capaces de proveer una declaracion verbal o por escrito para establecer experiencia previa relevante.

Los solicitantes contratados estarán sujetos a una prueba de hasta 5 días durante el cual su desarrollo de las tareas requeridas será evaluado. El empleador se retiene el derecho de despedir a un trabajador si el empleador razonablemente encuentra que el desarrollo durante el periodo de evaluacion no es aceptable.

El empleador se retiene el derecho de despedir a un trabajador obviamente descalificado, enfermo fingido, o recalcitrante quien físicamente sea capaz pero demuestre su falta de deseo de desarrollar el trabajo necesario para que el empleador aumente su producción de calidad premium, o por cualquier otro motivo legítimo. (Ver Anexo 2, Condiciones Generales).

El empleador podra disciplinar al trabajador, incluyendo una suspensión breve de actividades (tiempo fuera) por un período determinado por el supervisor/suspensión de trabajo por un período establecido de días, o la terminación del trabajo como se encuentra descrito en las Normas de Trabajo.

El empleador asegura que al trabajador se le proveerá transportación de su vivienda al lugar de trabajo cada día (para los trabajadores que se les provea hospedaje bajo las normas aplicables).

Los aumentos y/o bonos se podran ofrecer a cualquier trabajador temporal contratado bajo esta orden de trabajo, a discreción de la compañía, basado en factores individuales incluyendo su desempeño, habilidad y permanencia.

Todos los términos y condiciones incluidos en esta orden de trabajo se aplicarán por igual a todos los trabajadores, tanto empleados de EEUU y H-2A, empleados en la ocupación descrita en esta orden de trabajo.

**Requisitos Especiales:** Se requiere prueba de consumo de drogas/alcohol, pagada por el empleador, post contratacion bajo sospecha razonable de uso y luego de un accidente de trabajo. Se requiere trabajar en Sabado. Debe ser capaz de levantar/cargar 60 libras.

## Artículo 17.    Rango de Pago, Informacion Especial de Pagos y Deducciones (continuación del ETA 790, Página 4, Artículo 17)

**Rango por Pieza.** Todo el trabajo sera compensado de acuerdo con el rango de pago por hora mencionado anteriormente con excepcion de ciertas tareas que podran ser compensadas de acuerdo con un rango por pieza de productividad como incentivo, de acuerdo con el sigiuiente esquema:

Ver las lista anexa de Rango Por Pieza

Ningun rango por pieza sera mas bajo que el rango por pieza predominante en el area de empleo donde se intenta trabajar. En caso que el SWA/DOL pase un rango(s) por pieza nuevo que sea mas bajo que el rango por pieza mencionado anteriormente, el

ETA 790 – Adjunto 1
Purpose Point Harvesting, LLC

empleador se reserva el derecho de pagar el rango por pieza nuevo mas bajo para las cosechas aplicables. Cuando el trabajo se desarolla de acuerdo con el rango por pieza prescrito, se le garantiza a los trabajadores que no se les pagara menos de el rango por hora H-2A applicable por cada hora trabajada. El empleador podra , a su discrecion, subir o suspender el esquema de rango por pieza a favor de un rango por hora descrito por el rango por hora H-2A applicable para asegurar ganancias justas.

**Horas Extra/Sobretiempo**. Trabajo Agricultural esta exento de los requerimientos federales de horas extras/sobretiempo bajo 29 USC §213(a)(6). La paga por horas extras/sobretiempo solamente es aplicable si es requerido por la ley estatal o como se especificado en esta section.

**Deducciones.** El empleador hara todas las deducciones requeridas por ley. Deducciones podran incluir FICA, retencion de impuestos federales/estatales, mantenimiento para niños ordenado por la corte, embargo, retencion por carga no pagada, y otras deducciones autorizadas o requeridas por ley. Los trabajadores deben autorizar de antemano cualquier deduccion voluntaria. Deducciones voluntarias podran incluir reembolso de avanzes y/o prestamos, seguro de salud, o contribucion a un plan de retiro, y/o servicios de TV cable/satelite, internet, o otros servicio(s) por la conveniencia y beneficio del trabajador. Otras deducciones podran ser aplicables (ver Anexo 2). El empleador hara todas las deducciones de acuerdo con la ley FLSA y leyes estatales aplicables.

El empleador proveera seguro de compensacion cubriendo lesiones y enfermedades que resultan de/o ocurren durante el curso de su trabajo. . El empleador proveera prueba de cobertura de seguro de compensacion a trabajadores a el Oficial Certificante antes de la fecha de certificacion.

Hacer una llamada de larga distancia utilizando el telefono del empleador constituira consentimiento por el trabajador de que el empleador le deduzca los costos de la(s) llamada(s) de su paga. El trabajador confirmara prontamente tal autorizacion por escrito. Si el trabajador no autoriza la deduccion por escrito, el trabajador debe pagarle al empleador por tal uso telefonico en cuanto el empleador se lo pida.  Los trabajadores que no paguen los costos de las llamadas dentro de un tiempo razonable podran ser sujetos a disciplina.

De acuerdo con 8 CFR §214.2(h)(5)(xi)(A) y 20 CFR §655.135(j)-(k), el empleador prohibe que los trabajadores se les solicite o que paguen cuotas por reclutamiento. Los trabajadores que paguen o sean solicitados a pagar tales cuotas deberan informar al empleador inmediatamente. El empleador investigara todos los reclamos de cuotas ilegales y tomara medidas para remediar la situacion como sea indicado.

## Artículo 18.    Mas Detalles Sobre el Salario (continuación del ETA 790, página 4, Artículo 18)

En caso de que el rango de pago aplicable a H-2A se reduzca por cualquier razon durante el periodo de reclutamiento positivo del empleador o durante el periodo de contrato de la orden de trabajo, el empleador se reserva el derecho de reducir el rango de pago por hora ofrecido a el rango de pago mas bajo, contal de que el rango de pago mas bajo continue siendo el rango de pago mas alto del AEWR, el rango de pago por hora o pieza prevaleciente, un rango determinado bajo un acuerdo colectivo, y el rango federal y estatal minimo en efecto cuando el trabajo bajo esta orden se desarolle.

El empleador le pagara a cada trabajador por cheque los Viernes. El periodo entre pagos es semanal.

El empleador proveera a cada trabajador, el dia de pago o antes, un estado de cuenta por escrito que refleje: (1) el pago en bruto de ganancias por el periodo de pago; (2) la fecha del comienzo y final del periodo de pago; (3) el rango por hora; (4) el rango por pieza y numero diario de unidades producidas, si es aplicable; (5) horas laborales ofrecidas por el empleador; (6) horas trabajadas por el trabajador; (7) una lista de todas las deducciones; (8) ganancias netas; y (9) el nombre, direccion, y numero federal (FEIN) del empleador.

## Artículo 19.    Arreglos de Transportacion (continuación del ETA 790, página 4, Artículo 19)

El empleador proveera o pagara el costo de transportacion de salida a todos los trabajadores que completen el periodo de contrato H-2A. Los costos incluiran transportacion y subsistencia razonable de el sitio de trabajo hasta la residencia permanente del trabajador. En el evento de que el trabajador haya aceptado trabajo con un empleador posterior que esta de acuerdo con proveer o pagar transportacion hasta la residencia permanente del trabajador, el empleador actual proveera o pagara el costo de

ETA 790 – Adjunto 1                                                                                    P-16698
Purpose Point Harvesting, LLC

transportacion unicamente al sitio de trabajo posterior. El empleador pagara o reembolsara los costos de transportacion de entrada y de salida solamente a los trabajadores que no conmuten (ver definicion en Articulo 3) El empleador no pagara o reembolsara los costos de transportacion a cualquier trabajador que resigne voluntariamente, abandone su empleo, o sea terminado por motivo antes de que termine el periodo del contrato H-2A.

El empleador proveera, sin costo al trabajador, transportacion incidental entre sitios de trabajo. Para trabajadores que viven en vivienda proveida por el empleador, el empleador tambien proveera transportacion diaria a/y de el sitio de trabajo. Toda la transportacion sera de acuerdo con las leyes y regulaciones locales, estatales, y federales aplicables. Transportacion cumplira con todos los requisitos de seguridad, licenciatura, y seguro.  Uso de transportacion proveida por el empleador es voluntario; los trabajadores no esta requeridos a utilizarla como condicion de empleo.

ETA 790 – Adjunto 2
Purpose Point Harvesting, LLC

P-16698

### TERMINOS, CONDICIONES, Y ASEGURACIONES ADICIONALES

**Condiciones Generales.** Para ser contratado para este trabajo, el trabajador deberá ser capaz, estar dispuesto, y disponible en el momento y lugar donde se necesite desarrollar el trabajo descrito en esta orden de trabajo. Trabajadores contratados están de acuerdo con seguir las Normas de Trabajo publicadas (aqui anexas). Los trabajadores deberán notificar y obtener permiso del empleador para todas sus ausencias.  Los trabajadores que renuncian o son despedidos por causa previo al final del periodo de contrato podrán perder su elegibilidad para ser re-contratados.

**Articulos Proveidos por el Empleador.** El empleador proveera sin costo al trabajador todas las herramientas, suministros, y equipo necesario para desarrollar sus tareas asignadas. El empleador podra cobrarle al trabajador por los costos razonables de daños y/o repuesto de herramientas y/o equipo si la reparacion o repuesto son resultado de la mala conducta o negligencia de el trabajador.   El empleador podra cobrarle al trabajador por los costos razonables de reparacion de daños a la vivienda que se consideren mas que un desgaste normal, si se encuentra que el trabajador es responsable de tales daños.  El empleador proveera camas y otros articulos similares a los trabajadores que residen en vivienda proveida por el empleador sin costo alguno al menos que el trabajador ilegalmente remueva objetos o cause daño mas alla del desgaste normal.

**Garantia de ¾.** El empleador garantiza que ofrecera a cada trabajador por lo menos tres cuartos (75%) de las horas del total del periodo del contrato H-2A, incluyendo extensiones aplicables, comenzando con el primer dia de trabajo del trabajador y terminando el dia que finaliza el contrato H-2A o su extensión, si hubiera. Si el empleador no logra satisfacer esta garantia, el empleador le pagara a los trabajadores el monto que cada trabajador hubiera ganado si el trabajador hubiera trabajado las horas garantizadas. Esta provision no es aplicable a ningun trabajador que voluntariamente resigne, abandone su empleo, o sea terminado por causa.

**Terminacion.** El empleador podrá dar por terminado al trabajador por razones legales relacionadas al trabajo y así mismo notificar a la oficina local del Servicio de Empleo si el trabajador: (1) abandona el empleo (cinco días laborales consecutivos sin excusa); (2) se hace el enfermo o de otra manera se rehusa sin justificación a desarrollar el trabajo como se le es indicado; (3) comete actos serios de mala conducta o violaciones repetidas de las Normas de Trabajo; (4) fracasa, después de completar el período de tres días o cinco días de entrenamiento (el que aplique), a desarrollar su trabajo de manera competente para que el empleador produzca o venda productos de calidad premium; y/o (5) ofrece otro motivo legal para terminar su trabajo, incluyendo la terminación de un trabajador extranjero porque un trabajador de EEUU esta disponible para el trabajo bajo la regla del DOL de 50%.

Si el empleador requiera revisión de antecedentes como condición de empleo (ver Articulo 16.2), el empleador podrá terminar por causa, de acuerdo con las leyes y regulaciones aplicables, a cualquier trabajador que se le encuentre durante el periodo de trabajo una convicción criminal al menos que el trabajador ilegalmente remueva objetos o cause daño mas alla del desgaste normal que el empleador razonablemente crea podría poner la seguridad y bienestar de otros trabajadores, miembros de la empresa, clientes, o el publico en general, en peligro.

**Notificacion de Separacion.** El empleador notificara a DOL (y DHS, en el caso de un trabajador H-2A extranjero) no mas tarde que dos (2) dias laborales si un trabajador resigna voluntariamente, abandona su trabajo (cinco dias laborales consecutivos de ausencias sin excusa), es terminado por causa, o es despedido antes de que finalice la fecha del contrato H-2A. El empleador no pagara ni reembolsara los costos de viaje de salida a cualquier trabajador que resigne voluntariamente, abandone su trabajo, o sea despedido por causa antes de que el contrato H-2A finalice.

**Archivos de Ganancias.** El empleador esta de acuerdo con retener todos los documentos requeridos bajo 20 CFR § 655.122(j) y 20 CFR § 655.167 por un periodo de no menos de tres (3) años después de la fecha de certificacion. El empleador esta de acuerdo que hara disponibles estos documentos para inspeccion y transcripcion si un trabajador, un representante de un trabajador, el Secretario de Labor, o alguien autorizado y designado como representante lo solicita.

**Imposibilidad de Contrato.** Si, por causa de un fuego, clima, u otra fuerza mayor se vuelve imposible finalizar el contrato, el empleador podrá terminar el contrato siempre y cuando sea aprobado por un Oficial Certificador. En el evento que se de por terminado el Contrato, el empleador cumplira con la garantía de tres cuartos por el tiempo que haya pasado desde el primer día del empleo hasta el momento de la terminación de acuerdo con 20 CFR § 655.122(i). El empleador hara esfuerzos en transferir al

ETA 790 – Adjunto 2
Purpose Point Harvesting, LLC

P-16698

trabajador a otro empleo similar que sea aceptable a el trabajador, de acuerdo con las leyes de emigración aplicables. Si dicha transferencia no se efectua, el empleador deberá:

(1) Regresar al trabajador, a costa del empleador, al lugar de donde el trabajador (sin importar el empleo que interviene) vino a trabajar para el empleador, o transportar al trabajador al siguiente empleador H-2A certificado, cualquiera que el trabajador prefiera;

(2) Reembolsar al trabajador el total de las deducciones hechas al pago del trabajador por el empleador por transportacion y gastos de subsistencia al lugar del empleo; y

(3) Reembolsar al trabajador por gastos de transportación y subsistencia al lugar de empleo, si dichos reembolsos no fueron antes hechos. La subsistencia diaria sera contabilizada de acuerdo con 20 CFR § 655.122(h). La cantidad del reembolso de transporte no sera menor que el costo por el medio de transporte mas económico y razonable que cubra la distancia involucrada.

**Pago de la Primera Semana.** De acuerdo con 20 CFR § 653.501(c)(3)(i), el empleador garantiza que ofrecera a los solicitantes de Estados Unidos y los referidos el numero de horas especificadas anteriormente para la semana que comienza con el primer dia del contrato H-2A indicado en Articulo 9.  Solicitantes contratados deben contactar al SWA o oficina que retiene la orden de trabajo para verificar el primer dia de trabajo no antes de nueve (9) dias laborales, y no mas tarde de cinco (5) dias laborales, antes de la fecha de comienzo especificada en la orden de trabajo. El no contactar a la oficina de acuerdo con este requerimiento descalifica al solicitante de la garantía de horas.

**Revelacion del Contrato.** El empleador le proveera el trabajador, en un idioma que el trabajador entienda, una copia del Acuerdo de Trabajo Agrícola y las Normas de Trabajo que contengan todas las disposiciones requeridas por la sección 20 CFR 655.122(q) a más tardar al momento en que el trabajador aplique por su visa, o, para el trabajador domestico en empleo correspondiente, a mas tardar al momento que comience el trabajo. Para un trabajador H-2A transfiriendose a un empleador H-2A subsecuente, el empleador H-2A subsecuente proveerá una copia a más tardar al momento de hacer la oferta de trabajo al trabajador. Si hace falta un contrato por escrito entre el empleador y el trabajador los términos requeridos en esta orden de trabajo serviran como el contrato de trabajo.

**Reconocimiento de Partida**. El empleador aconsejara a todos los trabajadores extranjeros H-2A de su responsabilidad de partir de los Estados Unidos o a su empleo subsecuente autorizado cuando se separe de su empleo o complete el periodo de contrato H-2A, al menos que el trabajador extranjero H-2A obtenga una extension de status.

P-16698

## WORK RULES

These Work Rules provide guidance to workers regarding acceptable conduct standards and general expectations. This document is not intended to be comprehensive. Violation of any lawful, job-related employer requirements, including these Work Rules, are grounds for immediate termination. Employer may impose other disciplinary measures, including suspension of work, at its discretion.

1. Workers must comply with all rules relating to discipline, attendance, work quality and effort, and the care and maintenance of all employer-provided property.

2. Workers must perform work carefully and in accordance with employer's instructions. Workers performing sloppy work may be suspended without pay for the remainder of a workday or for up to three days, depending on the degree of infraction, the worker's prior record, and other relevant factors. Employer may discharge worker for subsequent offenses.

3. Workers may not use or possess alcohol or illegal drugs during work time or during any workday before work is completed for the day (e.g., during meals). Workers may not report for work under the influence alcohol or illegal drugs. Employer may terminate workers for excessive alcohol use or drunk/disorderly conduct in housing after hours. Workers may not use, possess, sell, or manufacture illegal drugs on any employer premises, including housing.

4. Workers must be present, able, and willing to perform every scheduled workday at the scheduled time unless excused by employer. Employer does not permit excessive absences and/or tardiness. Workers must report any absence from work by 7:00 AM. Employer may terminate any worker who abandons employment (five consecutive workdays of unexcused absence).

5. Workers must keep employer-provided living quarters and common areas neat, clean, and in good repair, except for normal wear and tear. Workers must cooperate in maintaining common kitchen and living areas. Employer does not permit pets of any kind.

6. Workers may not remove, deface, or alter any employer notices or posters required by federal and state law. Workers may request copies of posters.

7. Workers living in employer-provided housing must lock the housing and turn off all lights, electronics, and unnecessary heat before leaving for work each morning. Workers must close all doors and windows while using heat and during adverse weather conditions.

8. Workers assigned to bunk beds in employer-provided housing may not separate bunk beds.

9. Workers may not cook in living quarters or any other non-kitchen areas in employer-provided housing. Employer furnishes cooking facilities and equipment.

10. Workers may not leave paper, cans, bottles and other trash in fields, work areas, or on housing premises. Workers must properly use trash and waste receptacles.

11. Workers may not take unauthorized breaks from work.

12. Workers may not sleep, waste time, or loiter during working hours.

13. Workers may not leave the field or other assigned work area without permission of employer or supervisor.

14. Workers may not enter employer's premises without authorization.

15. Workers must be present at their assigned worksite at the scheduled start time. Workers may not begin work prior to scheduled starting time or continue working after stopping time.

16. Workers may not entertain guests in employer-provided housing premises after 10:30 PM, except on Saturdays when guest hours end at 12:00 midnight. No persons, other than workers assigned by employer, may sleep in housing.

17. Workers may not deliberately restrict production or damage products/commodities.

18. Workers may not physically threaten other workers, the employer, supervisors, or members of the public with any tool or weapon. Workers who violate this rule may be subject to immediate termination.

19. Workers are prohibited from harassing others and engaging in abusive behavior of any kind. Workers who physically, sexually, or verbally harass other workers, the employer, supervisors, or members of the public may be subject to immediate termination.

P-16698

20. Workers may not fight on employer's premises, including housing, at any time. Workers who violate this rule may be subject to immediate termination.

21. Workers may not carry, possess, or use any dangerous or deadly weapon. Workers who violate this rule may be subject to immediate termination.

22. Workers may not steal from other workers or the employer. Workers who violate this rule may be subject to immediate termination.

23. Workers may not falsify identification, personnel, medical, production or other work-related records.

24. Workers may not drive any vehicles on employer's property without proper licensing, if required.

25. Workers may not abuse or destroy any machinery, truck or other vehicle, equipment, tools, or other property belonging to the employer or to other workers.

26. Workers must report any damage or breakdown to equipment, tools, or other property belonging to the employer.

27. Workers may not use or operate trucks or other vehicles, machines, tools or other equipment and property that has not been specifically assigned to worker by the employer or supervisor. Workers may not use or operate trucks or other vehicles, tools or other equipment or property for personal use unless expressly authorized by the employer.

28. Workers may not misuse or remove from the farm premises without authorization any employer-owned property.

29. Workers may not accept personal gifts from employer's vendors or customers without employer's authorization.

30. Workers must obey all safety rules and common safety practices. Workers must report any injuries or accidents promptly to the employer or immediate supervisor.

31. Workers must follow supervisor's instructions. Insubordination is cause for termination.

32. Workers may not reveal confidential or proprietary business information to any third-party. Confidential information includes, but is not limited to, worker lists, customer lists, financial information, or other business records.

33. Workers must obtain employer's permission to make long distance telephone calls on employer's telephone line. Employer will charge worker for the costs of any unauthorized long distance calls.

34. Except as otherwise noted above, employees who violate any of these Work Rules will be disciplined according to the following schedule:

| | |
|---|---|
| First Offense: | Oral warning and correction. |
| Second Offense: | Written warning and unpaid leave for balance of day. |
| Third Offense: | Immediate termination. Worker will be asked to sign written fact statement. |

P-16698

## NORMAS DE TRABAJO

Estas Normas de Trabajo proveen una guía para los trabajadores con relación a los estándares aceptables de conducta y expectativas generales del empleador. No es la intención del documento ser comprensivo. Violaciones de requisitos legitimos relacionados con el empleo, incluyendo estas Normas de Trabajo, serán motivo de terminación inmediata. El empleador podrá imponer otras medidas de disciplina, incluyendo suspensión de trabajo, a su discreción.

1. Los trabajadores deberán cumplir con todas las normas relacionadas con disciplina, asistencia, calidad y esfuerzo en el trabajo, y el cuidado y mantenimiento de toda la propiedad proveída por empleador.

2. Los trabajadores deberan desarrollar su trabajo con cuidado de acuerdo con las instrucciones del empleador. Trabajadores desarollando su trabajo de forma descuidada podran ser suspendidos sin pago por el resto del día o hasta por tres días, dependiendo del grado de la infracción, el record previo del trabajador, y otros factores relevantes. El empleador podra despedir a un trabajador por ofensas que ocurran posteriormente.

3. Los trabajadores no podran usar o poseer alcohol, o drogas ilegales durante horas laborales de trabajo o durante cualquier día de trabajo antes de que el mismo sea completado (como durante las comidas). Los trabajadores no podrán reportarse a trabajar bajo la influencia de alcohol o drogas ilegales. El empleador podra despedir a un trabajador por uso excesivo de alcohol, andar borracho y/o conducta inadecuada en la vivienda despúes de las horas de trabajo. Los trabajadores no podran usar, poseer, vender, o manufacturar drogas ilegales en la propiedad del empleador, incluyendo la vivienda.

4. Los trabajadores deberan estar presentes, habiles, y dispuestos a desarrollar el trabajo programado para el dia a la hora programada al menos que reciban una excusa del empleador. El empleador no permitira ausencias excesivas y/o tardanzas. Los trabajadores deberan reportar cualquier ausencia del trabajo antes de las 7:00 AM. El empleador podra despedir a cualquier trabajador que abandone su trabajo (cinco días laborales consecutivos de ausencias sin excusa).

5. Los trabajadores deberán mantener la vivienda proveída por el empleador y areas comunes limpias y ordenadas, y en buen estado, con excepcion de el uso y desgaste normal. Los trabajadores deberán cooperar en mantener las áreas comunes de la cocina y habitaciones. El empleador no permitira ninguna mascota de ningun tipo.

6. Los trabajadores no deberan quitar, manipular, o alterar los carteles del empleador requeridos por ley federal y estatal. Los trabajadores que requieran copias podrán solicitarlas.

7. Los trabajadores viviendo en vivienda proveida por el empleador deberán hechar llave o candado, apagar todas las luces, artículos electrónicos, y la calefaccion no necesaria antes de salir al trabajo cada mañana. Los trabajadores deberan cerrar las puertas y ventanas mientras usan la calefaccion y durante condiciones de clima adversos.

8. Los trabajadores que tengan literas asignadas en vivienda proveida por el empleador no deberan separar las literas.

9. Los trabajadores que viven en vivienda proveida por el empleador no deberan cocinar en los dormitorios o en cualquier otra área que no sea la cocina. El empleador proveerá facilidades y equipo para cocinar.

10. Los trabajadores no deberan tirar papeles, latas, botellas ni otra basura en los campos, áreas de trabajo, ni en la vivienda. Se deberan usar los recipientes para basura y desperdicios.

11. Los trabajadores no deberan tomar descansos del trabajo sin autorización .

12. Los trabajadores no deberán dormir, perder el tiempo, o vagar durante horas laborales de trabajo.

13. Los trabajadores no deberan abandonar los campos u otras areas asignadas de trabajo sin permiso del empleador o el supervisor.

14. Los trabajadores no deberan entrar a la propiedad del empleador sin autorización.

15. Los trabajadores deberán presentarse a su lugar de trabajo asignado a la hora programada para iniciar su trabajo. Los trabajadores no podrán iniciar el trabajo antes de la hora de entrada o continuar trabajando después de la hora de terminación.

16. Los trabajadores que habiten la vivienda proveida por el empleador no podrán tener visitas después de las 10:30 p.m. con la excepción de los sábados en la noche cuando las horas de visita terminarán a las 12:00 de la medianoche. Ninguna persona que no esté asignada por el empleador, podrá dormir en la vivienda.

17. Los trabajadores no deberan deliberadamente restringir la producción o dañar los productos.

P-16698

18. Los trabajadores no deberan amenazar fisicamente a otros trabajadores, el empleador, o supervisores, o miembros del publico con una herramienta o arma. El trabajador que viole esta norma podra ser despido de inmediato.

19. Los trabajadores no deberán acosar a otros o participar en comportamiento abusivo de ningún tipo. Los trabajadores que fisicamente, sexualmente, o verbalmente acosen a otros trabajadores, el empleador, supervisores, o miembros del publico podrán ser sujetos a terminación inmediata.

20. Los trabajadores no deberan pelear en la propiedad del empleador, incluyendo la vivienda, en ningun momento. El trabajador que viole esta norma podra ser despedido de inmediato.

21. Los trabajadores no deberan cargar, poseer, o usar armas peligrosas. El trabajador que viole esta norma podra ser despedido de inmediato.

22. Los trabajadores no deberan robar de otros compañeros de trabajo o el empleador. El trabajador que viole esta norma podra ser despedido de inmediato.

23. Los trabajadores no deberan falsificar su identificación, registros personales, medicos, producción u otros documentos relacionados al trabajo.

24. Los trabajadores no deberán conducir ningún vehiculo en la propiedad del empleador sin licencia apropiada, si es requerido.

25. Los trabajadores no podrán intencionalmente abusar o destruir maquinaria, camionetas o vehiculos, equipo, herramientas, o propiedad perteneciente al empleador o otros trabajadores.

26. Los trabajadores deberán reportar cualquier daño o descompostura de equipo, herramientas, o otra propiedad que sea del empleador.

27. Los trabajadores no deberan usar u operar camiones u otros vehículos, maquinaria, herramientas u otros equipos y propiedad a la que los trabajadores no hayan sido específicamente asignados por el supervisor. Los trabajadores no deberan usar u operar camiones u otros vehículos, herramientas u otro equipo o propiedad para uso personal al menos que haya sido expresamente autorizado por el empleador.

28. Los trabajadores no deberan hacer mal uso o retirar de la propiedad de la granja sin autorización cualquier propiedad del empleador.

29. Los trabajadores no deberán aceptar regalos personales de vendedores del empleador o clientes sin la autorización del empleador.

30. Los trabajadores deberán obedecer todas las reglas de seguridad o practicas de seguridad. Los trabajadores deberán reportar cualquier lesión o accidente de inmediato al supervisor o al empleador.

31. Los trabajadores deberán seguir las instrucciones del supervisor. La insubordinación sera motivo para terminacion.

32. Los trabajadores no deberán revelar información de la empresa confidencial a terceras personal. Informacion confidencial incluye, sin limitar, listas de trabajadores, lista de clientes, información de las finanzas, o otros records de la empresa.

33. El trabajador debera obtener permiso para hacer llamadas de larga distancia con el telefono del empleador.  El empleador le cobrara al trabajador el costo de cualquier llamada de larga distancia que no sea autorizada.

34. Salvo se indique lo contrario, los trabajadores que violen cualquiera de estas Normas de Trabajo serán disciplinados de la siguiente manera:

    Primera Ofensa:    Aviso oral y correccion.
    Segunda Ofensa:    Aviso por escrito y resto del día sin paga.
    Tercera Ofensa:    Despido inmediato. Se le pedirá al trabajador que firme los hechos por escrito

# Drug & Alcohol Policy

Purpose Point Harvesting, LLC (the "Company") is a drug and alcohol-free workplace.  The Company's business focus on providing general labor to farmers to assist them in harvesting agricultural crops and other miscellaneous tasks around the farm ("farm work").  The Company's workplace refers to all job sites where Company employees are being assigned.  This policy applies to all temporary agricultural workers hired under the United States Citizenship and Immigration Services ("USCIS") H-2A Program, as well as no H-2A Program workers hired to perform farm work under the umbrella of a Master Agreement between the farmer and the Company.

This drug and alcohol-free workplace policy is issued in compliance with State of Michigan law governing drugs and alcohol testing and is meant to provide a balance between the worker privacy rights and the farmer right to demand the worker's performance not being compromised by the consumption of drugs and/or alcohol.

In compliance with state law, workers who, as part of their job, must operate heavy machinery, equipment or motor vehicles, for purposes of testing are held to a higher threshold of scrutiny.

All workers drug and alcohol test and/or records involving disciplinary actions related to violations of this policy will be kept confidential.  Its release will be allowed in the manner and to the individuals authorized by current law or regulation.

This policy prohibits unlawful manufacture, distribution, dispensing, possession and/or use of controlled substances or the unlawful possession, use or distribution of alcohol at the workplace or while in transit between the lodging facility and the field, shop or any other place the worker has been assigned by the Company. This ban also includes self-prescribed, over-the-counter, medications used and/or consumed in quantities larger than the recommended by the label, unless otherwise prescribed by a licensed physician.

The Company is authorized to test for any combination of drugs, and as many or as little substances and panels as it deems necessary on each case. The Company will test for alcohol consumption upon suspicion and within 8 hours of an accident.  An individual will be deemed in violation of the alcohol consumption policy when the alcohol concentration is .04 or greater. Alcohol is defined as the intoxicant agent in beverage alcohol, ethyl alcohol, or other low molecular weight alcohols, including methyl or isopropyl alcohol.

Violation of this policy may result in disciplinary sanctions up to and including termination of employment.  The Company may also refer the violation to the appropriate authorities for prosecution.  Similarly, the Company will implement all necessary steps to drop any worker in violation of the policy from the H-2A Program.

Refusing to be tested post accident or when a reasonable suspicion of violation is asserted, would imply that the worker is in violation of this policy.

While violation of this policy shall be deemed as a breach of the terms of employment, neither this policy nor any terms of the same shall be construed as the establishment of a contract of employment between the Company and the worker. The Company reserves the right to amend or modify any term or provision of this policy with or without notice.

A worker who receives a verified positive drug test will be subject to disciplinary action, up to and including termination. A worker whose test results indicate an alcohol concentration greater than .04 will be subject to disciplinary action, up to and including termination.

No worker will be allowed to remain at the workplace if upon being tested receives a verified positive drug results.  Similarly, no worker will be allowed to remain at the workplace if upon tested is found to have any unrecordable alcohol concentration.

A worker who refuses to submit to a required drug and/or alcohol test will be immediately removed from the workplace and will be subject to immediate termination. A worker is deemed he/she has refused to submit to a drug test and/or an alcohol test whenever he/she fails to meet any of the legal requirements to successfully complete the required test.

The Company relies on the Laboratory of choice meeting the qualifications and having in place the procedures to guarantee the chain of custody and proper confidentiality of the testing and results.  The Company will make every effort to keep the results of drug and alcohol tests confidential.  However, the worker realizes that since his hiring is based on a Federal Program (USCIS H-2A Program) the Company may be mandated to release said results, and/or base decisions aimed at excluding the worker from the Program.

Acknowledgment of Receipt:


_____
Name                      Date

### Política De Drogas y Alcohol

Purpose Point Harvesting, LLC (la "Compañía") es un lugar de trabajo libre de drogas y alcohol. Los negocios de la Compañía se centran en proporcionar mano de obra general a los finqueros para ayudarlos a cosechar cultivos agrícolas y otras tareas diversas en la finca ("trabajo agrícola"). El lugar de trabajo de la Compañía se refiere a todos los sitios de trabajo donde se asignan los empleados de la Compañía. Esta política se aplica a todos los trabajadores agrícolas temporales contratados bajo el Programa H-2A de Servicios de Ciudadanía e Inmigración de los Estados Unidos ("USCIS"), así como a los trabajadores del Programa H-2A contratados para realizar trabajos agrícolas bajo el Acuerdo Maestro entre agricultor y la Compañía.

De conformidad con la ley estatal, los trabajadores que, como parte de su trabajo, deben operar maquinaria pesada, equipo o vehículos de motor, a los fines de la prueba se someten a un umbral más alto de escrutinio.

Todas las pruebas y / o registros de drogas y alcohol de los trabajadores que impliquen acciones disciplinarias relacionadas con violaciones de esta política serán confidenciales. Su lanzamiento se permitirá de la manera y a las personas autorizadas por la ley o regulación actual.

Esta política prohíbe la fabricación, distribución, dispensación, posesión y / o uso ilegal de sustancias controladas o la posesión, el uso o la distribución ilícitos de alcohol en el lugar de trabajo o en tránsito entre la instalación de alojamiento y el campo, tienda o cualquier otro lugar donde el trabajador ha sido asignado por la Compañía. Esta prohibición también incluye los medicamentos auto prescritos, de venta libre, que se consumen o consumen en cantidades mayores a las recomendadas por la etiqueta, a menos que un médico autorizado indique lo contrario.

La Compañía está autorizada a realizar pruebas para detectar cualquier combinación de medicamentos sean grandes o pequenas sustancias y paneles como lo considere necesario en cada caso. La Compañía evaluará el consumo de alcohol bajo sospecha y dentro de las 8 horas posteriores a un accidente. Se considerará que un individuo infringe la política de consumo de alcohol cuando la concentración de alcohol es de .04 o mayor. El alcohol se define como el agente intoxicante en bebidas alcohólicas, alcohol etílico u otros alcoholes de bajo peso molecular, incluido el alcohol metílico o isopropílico.

La violación de esta política puede resultar en sanciones disciplinarias que pueden incluir el despido. La Compañía también puede derivar la violación a las autoridades correspondientes para su enjuiciamiento. De manera similar, la Compañía implementará todos los pasos necesarios para despedir a cualquier trabajador que viole la política del Programa H-2A.
Negarse a someterse a la prueba después de un accidente o cuando se afirma una sospecha razonable de violación, implicaría que el trabajador está en violación de esta política.

Si bien la violación de esta política se considerará como un incumplimiento de los términos de empleo, ni esta política ni los términos de la misma se interpretarán como el establecimiento de un contrato de trabajo entre la empresa y el trabajador. La Compañía se reserva el derecho de enmendar o modificar cualquier término o disposición de esta política con o sin previo aviso. Un trabajador que recibe una prueba de drogas positiva verificada estará sujeto a medidas disciplinarias, que pueden incluir el

despido. Un trabajador cuyos resultados de prueba indiquen una concentración de alcohol superior a .04 estará sujeto a medidas disciplinarias, que pueden incluir el despido.

No se permitirá que ningún trabajador permanezca en el lugar de trabajo si al someterse a la prueba recibe un resultado verificado de drogas positivas. De manera similar, a ningún trabajador se le permitirá permanecer en el lugar de trabajo si se encuentra que tiene una concentración irreversible de alcohol después de la prueba.

Un trabajador que se niegue a someterse a un examen de drogas y / o alcohol requerido será inmediatamente retirado del lugar de trabajo y estará sujeto a la terminación inmediata. Se considera que un trabajador se ha negado a someterse a una prueba de detección de drogas y / o una prueba de alcohol cada vez que no cumpla con alguno de los requisitos legales para completar con éxito la prueba requerida.

La Compañía confía en el Laboratorio de elección cumpliendo con las calificaciones y teniendo en su lugar los procedimientos para garantizar la cadena de custodia y la confidencialidad adecuada de las pruebas y los resultados. La Compañía hará todos los esfuerzos posibles para mantener confidenciales los resultados de las pruebas de drogas y alcohol. Sin embargo, el trabajador se da cuenta de que, dado que su contratación se basa en un Programa Federal (Programa USCIS H-2A), la Compañía puede tener el mandato de mandar dichos resultados y / o tomar decisiones básicas para excluir al trabajador del Programa.

Acuse de recibo:

_____

Nombre                    Fecha