UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOMEZ-ECHEVERRIA, et al.,

    Plaintiffs,

v.

PURPOSE POINT HARVESTING, LLC, et al.,

    Defendants.

_____/

Case No. 1:22-cv-314

HON. JANE M. BECKERING

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (ECF No. 8). On June 13, 2022, on leave granted, Plaintiff filed a First Amended Complaint (ECF No. 11, corrected by 13). Because the First Amended Complaint supersedes Plaintiffs' earlier complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' pending motion is moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 8) is DISMISSED as moot.

Dated: June 15, 2022

     /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge