# Exhibit 1

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/11/2023

/s/ *[signature]*
Emilto Moreno

/s/ *[signature]*
Lucille Moreno