# Exhibit 2

Client ID: 7007
Petition ID: 11600

12.    Seguro de Compensación de Trabajadores:

Portador:  Farm Bureau Insurance
Póliza:  WCA 3082430
Nombre y Dirección del Tenedor de la Poliza: Purpose Point Harvesting, LLC  2235 N. 56th Ave., Mears MI 49436
Persona a Quien se Debe Notificar la Reclamación:  Gayle Forner
Número de Teléfono e la Persona a Quien se le debe Notificar la Reclamación:  (231) 873-4119
Fecha Límite para la Reclamación:  7 dias

13.    Copia del Contrato de Trabajo:

He leído y estoy de acuerdo con los términos del ofrecimiento del empleo H-2A por Purpose Point Harvesting, LLC .  También ratifico que no he pagado o se me ha pedido pagar ninguna cantidad de dinero o compensación por los servicios proveídos hacia mi por cualquier organización o individuo asociado con mi futuro empleo o visa H-2A.

Una copia de este Contrato de Trabajo será proveída al trabajador.

Acordado el ___12___ de ___Junio_____ , 20_17_.

Trabajador:                                          Empleador:

_____                          _____
(Firma)                                            (Firma)

_____                          _____
(Número de Seguro Social o Inmigración.)           (Título)

Client ID:  7007
Petition ID:  11600

12.    <u>Seguro de Compensación de Trabajadores:</u>

Portador:  Farm Bureau Insurance
Póliza:  WCA 3082430
Nombre y Dirección del Tenedor de la Poliza: Purpose Point Harvesting, LLC  2235 N. 56th Ave., Mears MI 49436
Persona a Quien se Debe Notificar la Reclamación:  Gayle Forner
Número de Teléfono e la Persona a Quien se le debe Notificar la Reclamación:  (231) 873-4119
Fecha Límite para la Reclamación:  7 días

13.    <u>Copia del Contrato de Trabajo:</u>

He leído y estoy de acuerdo con los términos del ofrecimiento del empleo H-2A por Purpose Point Harvesting, LLC . También ratifico que no he pagado o se me ha pedido pagar ninguna cantidad de dinero o compensación por los servicios proveídos hacia mi por cualquier organización o individuo asociado con mi futuro empleo o visa H-2A.

Una copia de este Contrato de Trabajo será proveída al trabajador.

Acordado el _12_ de _Junio 2017_ , 20___.

Trabajador:                                                     Empleador:

___Dorwin Joel Fuentes___
(Firma) .                                                          _____
                                                                      (Firma)

_____                       _____
(Número de Seguro Social o Inmigración.)                  (Título)

Client ID: 7007
Petition ID: 11600

12. Seguro de Compensación de Trabajadores:

Portador: Farm Bureau Insurance
Póliza: WCA 3082430
Nombre y Dirección del Tenedor de la Poliza: Purpose Point Harvesting, LLC  2235 N. 56th Ave., Mears MI 49436
Persona a Quien se Debe Notificar la Reclamación: Gayle Forner
Número de Teléfono e la Persona a Quien se le debe Notificar la Reclamación: (231) 873-4119
Fecha Límite para la Reclamación: 7 dias

13. Copia del Contrato de Trabajo:

He leído y estoy de acuerdo con los términos del ofrecimiento del empleo H-2A por Purpose Point Harvesting, LLC . También ratifico que no he pagado o se me ha pedido pagar ninguna cantidad de dinero o compensación por los servicios proveidos hacia mi por cualquier organización o individuo asociado con mi futuro empleo o visa H-2A.

Una copia de este Contrato de Trabajo será proveída al trabajador.

Acordado el __12__ de _____Junio_____, 201_7_.

Trabajador:                                        Empleador:

_____                          _____
(Firma) .                                          (Firma)

_____                          _____
(Número de Seguro Social o Inmigración.)           (Título)

Client ID: 7007
Petition ID: 14003

G. El empleador cooperará con actividades de extensión realizados basado en el 20 CFR § 653.107.

H. El uso del pronombre masculino es solo para conveniencia de referencia e incluye el género femenino.

I. Este contrato será interpretado y aplicado bajo las leyes del estado de MI, Estados Unidos de América.

11. Terminación:

El empleador podrá despedir al trabajador por una razón legitima relacionada al trabajo si el trabajador:

A. Abandona el trabajo.

B. Se rehusa sin causa justificable a llevar a cabo trabajo por el cual ha sido reclutado y empleado.

C. Comete un acto grave de mala conducta o violación(es) seria(s) y repetida(s) de las Normas de Trabajo del empleador.

D. No logra trabajar de forma competente para permitir que el empleador produzca, coseche y venda un producto de primera calidad.

E. Se rehuse a trabajar según instrucciones.

F. Provea otra razón legitima relacionada al trabajo que conlleven a terminación de empleo, o

G. Este Contrato de Trabajo también terminara debido a fuego, clima, otros casos de fuerza mayor, u otra causa o razón fuera del control del empleador que cause que sea imposible satisfacer este Contrato de Trabajo. "Razón fuera de control del empleador" incluye la terminación de cualquier trabajador, si no es un trabajador Estadounidense, porque un trabajador Estadounidense se hace disponible a un trabajo según la regla del 50% del Departamento de Labor.

12. Seguro de Compensación de Trabajadores:

Portador: Accident Fund Insurance Company
Póliza: ARP 120002699
Nombre y Dirección del Tenedor de la Poliza: Purpose Point Harvesting, LLC, 2235 N. 56th Ave., Mears, MI 49436
Persona a Quien se Debe Notificar la Reclamación: Gayle Forner
Número de Teléfono e la Persona a Quien se le debe Notificar la Reclamación: (231) 873-4119
Fecha Limite para la Reclamación: 7 dias

13. Copia del Contrato de Trabajo:

He leído y estoy de acuerdo con los términos del ofrecimiento del empleo H-2A por Purpose Point Harvesting, LLC. También ratifico que no he pagado o se me ha pedido pagar ninguna cantidad de dinero o compensación por los servicios proveidos hacia mi por cualquier organización o individuo asociado con mi futuro empleo o visa H-2A.

Una copia de este Contrato de Trabajo será proveída al trabajador.

Acordado el __30__ de __Abril__, 20_18_.

Trabajador:

_____
(Firma)

_____
(Número de Seguro Social o Inmigración.)

Empleador:

_____
(Firma)

_____
(Título)

Client ID: 7007
Petition ID: 14003

G. El empleador cooperará con actividades de extensión realizados basado en el 20 CFR § 653.107.

H. El uso del pronombre masculino es solo para conveniencia de referencia e incluye el género femenino.

I. Este contrato será interpretado y aplicado bajo las leyes del estado de MI, Estados Unidos de América.

11. Terminación:

El empleador podrá despedir al trabajador por una razón legitima relacionada al trabajo si el trabajador:

A. Abandona el trabajo.

B. Se rehusa sin causa justificable a llevar a cabo trabajo por el cual ha sido reclutado y empleado.

C. Comete un acto grave de mala conducta o violación(es) seria(s) y repetida(s) de las Normas de Trabajo del empleador.

D. No logra trabajar de forma competente para permitir que el empleador produzca, coseche y venda un producto de primera calidad.

E. Se rehuse a trabajar según instrucciones.

F. Provea otra razón legitima relacionada al trabajo que conlleven a terminación de empleo, o

G. Este Contrato de Trabajo también terminara debido a fuego, clima, otros casos de fuerza mayor, u otra causa o razón fuera del control del empleador que cause que sea imposible satisfacer este Contrato de Trabajo. "Razón fuera de control del empleador" incluye la terminación de cualquier trabajador, si no es un trabajador Estadounidense, porque un trabajador Estadounidense se hace disponible a un trabajo según la regla del 50% del Departamento de Labor.

12. Seguro de Compensación de Trabajadores:

Portador: Accident Fund Insurance Company
Póliza: ARP 120002699
Nombre y Dirección del Tenedor de la Poliza: Purpose Point Harvesting, LLC, 2235 N. 56th Ave., Mears, MI 49436
Persona a Quien se Debe Notificar la Reclamación: Gayle Forner
Número de Teléfono e la Persona a Quien se le debe Notificar la Reclamación: (231) 873-4119
Fecha Límite para la Reclamación: 7 dias

13. Copia del Contrato de Trabajo:

He leído y estoy de acuerdo con los términos del ofrecimiento del empleo H-2A por Purpose Point Harvesting, LLC. También ratifico que no he pagado o se me ha pedido pagar ninguna cantidad de dinero o compensación por los servicios proveidos hacia mi por cualquier organización o individuo asociado con mi futuro empleo o visa H-2A.

Una copia de este Contrato de Trabajo será proveida al trabajador.

Acordado el _30_ de _Abril_____, 20_18_.

Trabajador:                                Empleador:

_Artemio Coronado estevan_               _____
(Firma)                                   (Firma)

_____                    _____
(Número de Seguro Social o Inmigración.)   (Título)

Client ID: 7007
Petition ID: 14003

G. El empleador cooperará con actividades de extensión realizados basado en el 20 CFR § 653.107.

H. El uso del pronombre masculino es solo para conveniencia de referencia e incluye el género femenino.

I. Este contrato será interpretado y aplicado bajo las leyes del estado de MI, Estados Unidos de América.

11.    Terminación:

El empleador podrá despedir al trabajador por una razón legitima relacionada al trabajo si el trabajador:

A. Abandona el trabajo.

B. Se rehusa sin causa justificable a llevar a cabo trabajo por el cual ha sido reclutado y empleado.

C. Comete un acto grave de mala conducta o violación(es) seria(s) y repetida(s) de las Normas de Trabajo del empleador.

D. No logra trabajar de forma competente para permitir que el empleador produzca, coseche y venda un producto de primera calidad.

E. Se rehuse a trabajar según instrucciones.

F. Provea otra razón legitima relacionada al trabajo que conlleven a terminación de empleo, o

G. Este Contrato de Trabajo también terminara debido a fuego, clima, otros casos de fuerza mayor, u otra causa o razón fuera del control del empleador que cause que sea imposible satisfacer este Contrato de Trabajo. "Razón fuera de control del empleador" incluye la terminación de cualquier trabajador, si no es un trabajador Estadounidense, porque un trabajador Estadounidense se hace disponible a un trabajo según la regla del 50% del Departamento de Labor.

12.    Seguro de Compensación de Trabajadores:

Portador: Accident Fund Insurance Company
Póliza: ARP 120002699
Nombre y Dirección del Tenedor de la Poliza: Purpose Point Harvesting, LLC, 2235 N. 56th Ave., Mears, MI 49436
Persona a Quien se Debe Notificar la Reclamación: Gayle Forner
Número de Teléfono e la Persona a Quien se le debe Notificar la Reclamación: (231) 873-4119
Fecha Límite para la Reclamación: 7 días

13.    Copia del Contrato de Trabajo:

He leído y estoy de acuerdo con los términos del ofrecimiento del empleo H-2A por Purpose Point Harvesting, LLC. También ratifico que no he pagado o se me ha pedido pagar ninguna cantidad de dinero o compensación por los servicios proveídos hacia mi por cualquier organización o individuo asociado con mi futuro empleo o visa H-2A.

Una copia de este Contrato de Trabajo será proveída al trabajador.

Acordado el __3 0__ de __abil__, 20_1 8_

Trabajador:                                                     Empleador:

_Julio Esias Gong M_                                    _____
(Firma)                                                          (Firma)

_____                              _____
(Número de Seguro Social o Inmigración.)        (Título)

Client ID: 7007
Petition ID: 14003

G.  El empleador cooperará con actividades de extensión realizados basado en el 20 CFR § 653.107.

H.  El uso del pronombre masculino es solo para conveniencia de referencia e incluye el género femenino.

I.  Este contrato será interpretado y aplicado bajo las leyes del estado de MI, Estados Unidos de América.

11.  Terminación:

El empleador podrá despedir al trabajador por una razón legítima relacionada al trabajo si el trabajador:

A.  Abandona el trabajo.

B.  Se rehusa sin causa justificable a llevar a cabo trabajo por el cual ha sido reclutado y empleado.

C.  Comete un acto grave de mala conducta o violación(es) seria(s) y repetida(s) de las Normas de Trabajo del empleador.

D.  No logra trabajar de forma competente para permitir que el empleador produzca, coseche y venda un producto de primera calidad.

E.  Se rehuse a trabajar según instrucciones.

F.  Provea otra razón legítima relacionada al trabajo que conlleven a terminación de empleo, o

G.  Este Contrato de Trabajo también terminara debido a fuego, clima, otros casos de fuerza mayor, u otra causa o razón fuera del control del empleador que cause que sea imposible satisfacer este Contrato de Trabajo. "Razón fuera de control del empleador" incluye la terminación de cualquier trabajador, si no es un trabajador Estadounidense, porque un trabajador Estadounidense se hace disponible a un trabajo según la regla del 50% del Departamento de Labor.

12.  Seguro de Compensación de Trabajadores:

Portador: Accident Fund Insurance Company
Póliza: ARP 120002699
Nombre y Dirección del Tenedor de la Poliza: Purpose Point Harvesting, LLC, 2235 N. 56th Ave., Mears, MI 49436
Persona a Quien se Debe Notificar la Reclamación: Gayle Forner
Número de Teléfono e la Persona a Quien se le debe Notificar la Reclamación: (231) 873-4119
Fecha Límite para la Reclamación: 7 dias

13.  Copia del Contrato de Trabajo:

He leído y estoy de acuerdo con los términos del ofrecimiento del empleo H-2A por Purpose Point Harvesting, LLC. También ratifico que no he pagado o se me ha pedido pagar ninguna cantidad de dinero o compensación por los servicios proveidos hacia mi por cualquier organización o individuo asociado con mi futuro empleo o visa H-2A.

Una copia de este Contrato de Trabajo será proveída al trabajador.

Acordado el __30__ de __Abril__, 20__18__.

Trabajador:                                        Empleador:

___Leonel Lopez Y Lopez___              _____
(Firma)                                            (Firma)

_____              _____
(Número de Seguro Social o Inmigración.)        (Título)

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

Client ID: 7007
Petition ID: 14003

G.  El empleador cooperará con actividades de extensión realizados basado en el 20 CFR § 653.107.

H.  El uso del pronombre masculino es solo para conveniencia de referencia e incluye el género femenino.

I.  Este contrato será interpretado y aplicado bajo las leyes del estado de MI, Estados Unidos de América.

11.  Terminación:

El empleador podrá despedir al trabajador por una razón legitima relacionada al trabajo si el trabajador:

A.  Abandona el trabajo.

B.  Se rehusa sin causa justificable a llevar a cabo trabajo por el cual ha sido reclutado y empleado.

C.  Comete un acto grave de mala conducta o violación(es) seria(s) y repetida(s) de las Normas de Trabajo del empleador.

D.  No logra trabajar de forma competente para permitir que el empleador produzca, coseche y venda un producto de primera calidad.

E.  Se rehuse a trabajar según instrucciones.

F.  Provea otra razón legitima relacionada al trabajo que conlleven a terminación de empleo, o

G.  Este Contrato de Trabajo también terminara debido a fuego, clima, otros casos de fuerza mayor, u otra causa o razón fuera del control del empleador que cause que sea imposible satisfacer este Contrato de Trabajo. "Razón fuera de control del empleador" incluye la terminación de cualquier trabajador, si no es un trabajador Estadounidense, porque un trabajador Estadounidense se hace disponible a un trabajo según la regla del 50% del Departamento de Labor.

12.  Seguro de Compensación de Trabajadores:

Portador: Accident Fund Insurance Company
Póliza: ARP 120002699
Nombre y Dirección del Tenedor de la Poliza: Purpose Point Harvesting, LLC, 2235 N. 56th Ave., Mears, MI 49436
Persona a Quien se Debe Notificar la Reclamación: Gayle Forner
Número de Teléfono e la Persona a Quien se le debe Notificar la Reclamación: (231) 873-4119
Fecha Límite para la Reclamación: 7 dias

13.  Copia del Contrato de Trabajo:

He leído y estoy de acuerdo con los términos del ofrecimiento del empleo H-2A por Purpose Point Harvesting, LLC. También ratifico que no he pagado o se me ha pedido pagar ninguna cantidad de dinero o compensación por los servicios proveidos hacia mi por cualquier organización o individuo asociado con mi futuro empleo o visa H-2A.

Una copia de este Contrato de Trabajo será proveída al trabajador.

Acordado el __30__ de __Obril__, 20_18_.

Trabajador:                                          Empleador:

_Darwin JOEL_                                       _____
(Firma)                                             (Firma)
__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__                                      _____
(Número de Seguro Social o Inmigración.)            (Título)

Client ID: 7007
Petition ID: 16698

## 8. Acknowledgment / *Reconocimiento*

By signing below, Worker affirms that he or she has read, understands, and agrees to the terms of this Agreement as offered by employer. Worker affirms that he or she has not paid, or been solicited to pay, any fees or compensation of any kind, directly or indirectly, by any person or entity associated with employment under this Agreement or the H-2A visa, including recruitment fees, job placement fees, processing fees, attorney's fees, agent fees, application fees, or petition fees. In the event that worker is solicited to pay any such fees, Worker agrees to report the incident immediately to employer. Worker acknowledges that he or she has received a copy of this Agreement in a language understood by worker. /

*Al firmar debajo, trabajador afirma que el o ella ha leído, entiende, y esta de acuerdo con los términos de este Contrato como es ofrecido por el empleador. El trabajador afirma que el o ella no ha pagado, ni se le a solicitado ningún dinero o compensacion de cualquier tipo, directa o indirectamente, por ninguna persona o entidad asociada con el empleo bajo este Contrato o la visa H-2A, incluyendo cuotas de reclutamiento, cuotas por colocarlo en empleo, cuotas de procesamiento, cuotas de abogados, cuotas de aplicación, o cuotas de petición. En caso de que un trabajador sea solicitado a pagar cualquiera de estas cuotas, trabajador esta de acuerdo en reportar el incidente inmediatamente al empleador. Trabajador reconoce que el o ella ha recibido una copia de esta Contrato en un idioma que entiende el trabajador.*

Date / *Fecha*: 28/02/2019

Worker / *Trabajador*                                    Purpose Point Harvesting, LLC

_____              _____
Signature / *Firma*                                        Signature / *Firma*

Luis Eduardo Gomez Echeverria              _____
Printed Name / *Nombre en Letra de Molde*        Printed Name / *Nombre en Letra de Molde*

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                                    _____
Social Security or DHS Identification Number /    Title / *Titulo*
*Numero de Seguro Social o Identificacion DHS*

Malacatan San Marcos
Home Address (at time of recruitment) /
*Direccion Residencial (cuando fue reclutado)*

Place of Recruitment / *Lugar de Reclutamiento*:

☐ MI

☐ Mexico

☑ Other / *Otro*: Guatemala

Client ID: 7007
Petition ID: 16698

## 8. Acknowledgment / *Reconocimiento*

By signing below, Worker affirms that he or she has read, understands, and agrees to the terms of this Agreement as offered by employer. Worker affirms that he or she has not paid, or been solicited to pay, any fees or compensation of any kind, directly or indirectly, by any person or entity associated with employment under this Agreement or the H-2A visa, including recruitment fees, job placement fees, processing fees, attorney's fees, agent fees, application fees, or petition fees. In the event that worker is solicited to pay any such fees, Worker agrees to report the incident immediately to employer. Worker acknowledges that he or she has received a copy of this Agreement in a language understood by worker. /

*Al firmar debajo, trabajador afirma que el o ella ha leído, entiende, y esta de acuerdo con los términos de este Contrato como es ofrecido por el empleador. El trabajador afirma que el o ella no ha pagado, ni se le a solicitado ningún dinero o compensación de cualquier tipo, directa o indirectamente, por ninguna persona ó entidad asociada con el empleo bajo este Contrato o la visa H-2A, incluyendo cuotas de reclutamiento, cuotas por colocarlo en empleo, cuotas de procesamiento, cuotas de abogados, cuotas de aplicación, o cuotas de petición. En caso de que un trabajador sea solicitado a pagar cualquiera de estas cuotas, trabajador esta de acuerdo en reportar el incidente inmediatamente al empleador. Trabajador reconoce que el o ella ha recibido una copia de esta Contrato en un idioma que entiende el trabajador.*

Date / *Fecha:* _____

**Worker / *Trabajador***                                          **Purpose Point Harvesting, LLC**

_____                                  _____
Signature / *Firma*                                              Signature / *Firma*

_____                                  _____
Printed Name / *Nombre en Letra de Molde*                 Printed Name / *Nombre en Letra de Molde*

_____                                  _____
Social Security or DHS Identification Number /            Title / *Titulo*
*Número de Seguro Social o Identificación DHS*

_____
Home Address (at time of recruitment) /
*Dirección Residencial (cuando fue reclutado)*

Place of Recruitment / *Lugar de Reclutamiento:*

☐ MI

☐ Mexico

☐ Other / *Otro:* _____

Client ID: 7007
Petition ID: 15698

## 8. Acknowledgment / *Reconocimiento*

By signing below, Worker affirms that he or she has read, understands, and agrees to the terms of this Agreement as offered by employer. Worker affirms that he or she has not paid, or been solicited to pay, any fees or compensation of any kind, directly or indirectly, by any person or entity associated with employment under this Agreement or the H-2A visa, including recruitment fees, job placement fees, processing fees, attorney's fees, agent fees, application fees, or petition fees. In the event that worker is solicited to pay any such fees, Worker agrees to report the incident immediately to employer. Worker acknowledges that he or she has received a copy of this Agreement in a language understood by worker. /

*Al firmar debajo, trabajador afirma que el o ella ha leído, entiende, y esta de acuerdo con los términos de este Contrato como es ofrecido por el empleador. El trabajador afirma que el o ella no ha pagado, ni se le a solicitado ningún dinero o compensacion de cualquier tipo, directa o indirectamente, por ninguna persona o entidad asociada con el empleo bajo este Contrato o la visa H-2A, incluyendo cuotas de reclutamiento, cuotas por colocarlo en empleo, cuotas de procesamiento, cuotas de abogados, cuotas de aplicación, o cuotas de petición. En caso de que un trabajador sea solicitado a pagar cualquiera de estas cuotas, trabajador esta de acuerdo en reportar el incidente inmediatamente al empleador. Trabajador reconoce que el o ella ha recibido una copia de esta Contrato en un idioma que entiende el trabajador.*

Date / *Fecha:* 28-02-19

| Worker / *Trabajador* | Purpose Point Harvesting, LLC |
|---|---|
| *Julio Eison Song M* | |
| Signature / *Firma* | Signature / *Firma* |
| *Julio Eison Song M* | |
| Printed Name / *Nombre en Letra de Molde* | Printed Name / *Nombre en Letra de Molde* |
| 821-37 24-9 2 | |
| Social Security or DHS Identification Number / *Numero de Seguro Social o Identificacion DHS* | Title / *Titulo* |

*Malacatan SAN MARCOS*
Home Address (at time of recruitment) /
*Direccion Residencial (cuando fue reclutado)*

Place of Recruitment / *Lugar de Reclutamiento:*

☐ MI

☐ Mexico

☒ Other / *Otro:* *Guatemala*