# Exhibit 6



# LICENCIADO
## JUAN ESTUARDO DE LEÓN MONTIEL
### ABOGADO Y NOTARIO

LICENCIADO
Juan Estuardo de León Montiel
ABOGADO Y NOTARIO





**ACTA NOTARIAL DE DECLARACIÓN JURADA.** En la ciudad de Malacatán, departamento de San Marcos, República de Guatemala, Centroamérica, siendo las quince horas con cuarenta y cinco minutos del día veintisiete de Marzo del año dos mil veintitrés. Yo; **JUAN ESTUARDO DE LEÓN MONTIEL,** Notario, **colegiado activo número diecinueve mil quinientos dos (19,502),** me encuentro constituído en mi oficina jurídica profesional ubicada en la quinta avenida cuatro guión treinta y dos de la zona uno de ésta ciudad, donde soy requerido por el señor **DEIBIN BELARMINO GÓMEZ ZACARÍAS,** de veinticinco años de edad, soltero, agricultor, guatemalteco, de este domicilio, y residente en Aldea Nicá, del municipio de Malacatán, departamento de San Marcos, se identifica con el Documento Personal de Identificación, el cual tiene el Código Único de Identificación número tres mil ciento trece, setenta y nueve mil cuatrocientos noventa y cuatro, un mil doscientos quince (3113 79494 1215), extendido por el Registro Nacional de las Personas de la República de Guatemala, quien requiere de mis servicios Notariales a efecto de hacer constar mediante **DECLARACIÓN JURADA,** el hecho que más adelante se describe para lo cual procedo de la manera siguiente: **PRIMERO:** El infrascrito Notario procede a juramentar al señor **DEIBIN BELARMINO GÓMEZ ZACARÍAS,** de conformidad con la siguiente fórmula: ¿Prometéis bajo juramento decir la verdad? Y contesta: "Sí, bajo juramento, prometo decir la verdad"; a continuación se le hace saber la pena relativa al delito de perjurio, y declara: ser de los datos de identificación personal anteriormente anotados, que se halla en el libre ejercicio de sus derechos civiles. **SEGUNDO:** Declara siempre bajo solemne juramento de ley, el señor

**OFICINA JURIDICA PROFESIONAL**
5ª. Avenida 4-32 zona 1, Malacatán, San Marcos.
Celular: 50444712

**DEIBIN BELARMINO GÓMEZ ZACARÍAS,** que cuando el señor LUIS EDUARDO GOMEZ ECHEVERRIA, se huyó de la compañía, me llamo para seguir aconsejándome y diciendo cosas en contra del señor **EMILTO MORENO GÓMEZ,** y que yo era un tonto por no querer hablar y siempre me aseguraba que nos darían la residencia Americana y al ganar la demanda habrá un dinero muy grande de por medio que la Tía Tere era una abogada que ayudaba a mucha gente a meter demandas y que ganaban buen dinero. Estando un día en el apartamento cuando trabaje en el grupo de LUIS EDUARDO GOMEZ ECHEVERRIA, nos reunió a todo el grupo y nos dijo que atacáramos al señor **EMILTO MORENO GÓMEZ,** cuando él llegara a visitarnos, que era fácil, que solo era de encerrarlo en un cuarto, y agarrar un cuchillo y clavárselo, no entiendo hasta el día de hoy, cuanto LUIS EDUARDO GOMEZ ECHEVERRIA, era capaz de hacer solo por obtener papeles de los Estados Unidos, y dinero, Yo fui muy humillado por el señor LUIS EDUARDO GOMEZ ECHEVERRIA, nos dijo que nos preparáramos porque tendríamos miedo, un día dieciocho de Septiembre me acuerdo muy bien, que él me dijo eso, que tendríamos visita no se a que se refería, muchas veces me sentí con miedo a que LUIS EDUARDO GOMEZ ECHEVERRIA, pudiera matarme, ya que el señor LUIS EDUARDO GOMEZ ECHEVERRIA, se desaparecía varias veces del trabajo, hasta por una hora, alguien lo recogía en un carro negro, y lo llevaba de regreso al trabajo, esto paso muchas veces. En el año dos mil veinte (2020), estando yo en Guatemala, recibí una llamada desconocida, y era el señor LUIS EDUARDO GOMEZ ECHEVERRIA, Insistiendo que me uniera al grupo de personas que estaban firmando un papel para demandar al señor **EMILTO MORENO**



# LICENCIADO
# JUAN ESTUARDO DE LEÓN MONTIEL
# ABOGADO Y NOTARIO

LICENCIADO
Juan Estuardo de León Montiel
ABOGADO Y NOTARIO



GÓMEZ, y la compañía Purpose Point Harvesting, le dije que hiciera favor de ya no llamarme, porque no estaba dispuesto hablar mentiras, cuando le dije eso solo me respondió que no me olvidara que en Guatemala hasta de gratis matan a la gente. Sentí su amenaza de muerte sobre mi persona yo le respondí que no le hecho nada malo, para que me maten, hoy en día he sufrido insultos del padre de LUIS EDUARDO GOMEZ ECHEVERRIA, quien es el señor LUIS ALBERTO GOMEZ CASTRO, diciéndome que soy un traicionero culero, no has dado la espalda, no quieres unirte, ahora te vas a morir de hambre, me siento amenazado y acorralado, el señor padre de LUIS EDUARDO GOMEZ ECHEVERRIA, mientras trabajamos ha llegado a disparar con arma de fuego cerca de nosotros, mi familia y yo. **TERCERO:** Declara el señor **DEIBIN BELARMINO GÓMEZ ZACARÍAS**, que en el año dos mil veintiuno (2021), mientras trabajaba en el terreno de mi padre aquí en Guatemala, recibí una llamada de numero desconocido y al yo contestar esa llamada, era la señora Tereza, Tía Tere, abogada de LUIS EDUARDO GOMEZ ECHEVERRIA, ella me dijo que se quería unirme a un grupo de personas que estaban demandando al señor **EMILTO MORENO GÓMEZ**, y que ella nos daría la residencia Estadounidense, a toda mi familia y dinero, le explique que yo no podía unirme a esa cosas porque yo conocía muy bien al señor LUIS EDUARDO GOMEZ ECHEVERRIA, porque trabaje con él, en el grupo que el dirigía, también le explique que dentro de la compañía no había ningún mal trato, y si no me unía al grupo de esa demanda, es porque sufrí mucho maltrato de parte del señor LUIS EDUARDO GOMEZ ECHEVERRIA, y el nos obligó a violar las leyes del contrato muchas veces, en seguida la señora Tereza solo me dijo gracias y ya no insistió solo colgó

la llamada. Yo, **DEIBIN BELARMINO GÓMEZ ZACARÍAS**, doy fe y afirmo que mi testimonio es verdadero y que si requieren de mi persona, estoy dispuesto a declarar frente a LUIS EDUARDO GOMEZ ECHEVERRIA, y a cualquier abogado o autoridad y no solo esto sino a especificar en persona todo el mal trato y humillaciones de parte del señor LUIS EDUARDO GOMEZ ECHEVERRIA, declaro que en ningún momento sufrí mal trato del señor **EMILTO MORENO GÓMEZ**, y que todo lo que el señor LUIS EDUARDO GOMEZ ECHEVERRIA, ha hablado y testificado en contra del señor **EMILTO MORENO GÓMEZ**, es mentira. **CUARTO:** Por último, declara el señor **DEIBIN BELARMINO GÓMEZ ZACARÍAS**, que presta la declaración jurada para los efectos legales correspondientes. No habiendo más que hacer constar se termina la presente acta notarial, treinta minutos después de su inicio en el mismo lugar y fecha, la cual consta en una hoja de papel español tamaño oficio, adhiriendo a la misma los timbres de ley correspondientes. Leo íntegramente lo escrito al requiriente y bien enterado de su contenido, objeto, validez y demás efectos legales, la ratifica, acepta y firma.

f) _leib_

**DEIBIN BELARMINO GÓMEZ ZACARÍAS**

**ANTE MI:**

LICENCIADO
*Juan Estuardo de León Montiel*
ABOGADO Y NOTARIO



**NOTARIAL ACT OF SWORN STATEMENT.** In the city of Malacatan, Department of San Marcos, Republic of Guatemala, Central America, being fifteen hours and forty-five minutes on the twenty-seventh day of March of the year two thousand and twenty-three. I, **JUAN ESTUARDO DE LEON MONTIEL**, Notary, active collegiate **number nineteen thousand five hundred two (19,502)**, am constituted in my professional legal office located on fifth avenue, four dash thirty-two in zone one of this city, where I am required by the Mr. **DEIBIN BELARMINO GOMEZ ZACARIAS**, who has twenty-five years old, is single, a farmer, Guatemalan, from this address, and resident in Aldea Nica, in the municipality of Malacatan, department of San Marcos, identifies himself with his Personal Identification Document, which has the Unique Identification Code number of three thousand one hundred thirteen, seventy-nine thousand four hundred ninety-four, one thousand two hundred fifteen (3113 79494 1215), issued by the National Registry of Persons of the Republic of Guatemala, who requires my Notarial services in order to record by his means a **SWORN STATEMENT**, of the facts that are described below, for which I proceed as follows: **FIRST**: The undersigned Notary proceeds to swear an oath to Mr. **DEIBIN BELARMINO GOMEZ ZACARIAS**, in accordance with the following formula: Do you promise under oath to tell the truth? And he answers: "Yes, under oath, I promise to tell the truth"; then he is informed of the penalty related to the crime of perjury and declares: to be the previously identified person, exercising his civil rights freely. **SECOND**: I, Mr. **DEIBIN BELARMINO GOMEZ ZACARIAS** declare under solemn legal oath that when Mr. LUIS EDUARDO GOMEZ ECHEVERRIA fled from the company, he called me and continued advising me and telling me things against Mr. **EMILTO MORENO GOMEZ**, and telling me that I was a fool for not wanting to talk. He continually told me that they would give us an American residency and that at the moment that we

win the lawsuit, there would be a lot of money involved because Aunt Tere was a lawyer who helped many people file lawsuits, and they earned good money. One day when I was in the apartment while working for LUIS EDUARDO GOMEZ ECHEVERRIA group, he gathered the whole group together and told us to attack Mr. **EMILTO MORENO GOMEZ**; when he came to visit us that it was going to be easy, that we just need to lock him up in a room, and grab a knife and stab him. I do not understand to this day, how much LUIS EDUARDO GOMEZ ECHEVERRIA was capable of doing to obtain papers from the United States and money. I was personally humiliated by Mr. LUIS EDUARDO GOMEZ ECHEVERRIA; he always told us to be ready because we would be afraid. One day, on September 18, I remember very well, he told me that we would have visitors, I don´t know what he meant by that; many times, I felt afraid that LUIS EDUARDO GOMEZ ECHEVERRIA could kill me since Mr. LUIS EDUARDO GOMEZ ECHEVERRIA would disappear from work several times, for more than an hour, someone would pick him up in a black car, and took him back to work, this happened many times. In the year two thousand and twenty (2020), I received an unknown call while I was in Guatemala. It was Mr. LUIS EDUARDO GOMEZ ECHEVERRIA, insisting that I join the group of people who were signing a paper to sue Mr. **EMILTO MORENO GOMEZ**. The Purpose Point Harvesting company, I told him to please not call me anymore because he was not willing to tell lies; when I told him that, he only replied that I should not forget that in Guatemala, they even kill people for free. I felt his death threat on me, and I replied that I had not done anything wrong for them to threaten me with death, today I have suffered insults from the father of LUIS EDUARDO GOMEZ ECHEVERRIA, who is Mr. LUIS ALBERTO GOMEZ CSTRO, telling me that I am a treacherous asshole, who has turned his back to them because I didn´t want to join. Now I was going to die of hunger, I felt threatened and cornered. The father of LUIS EDUARDO GOMEZ ECHEVERRIA came to the point of shooting a firearm near us, my family and me, while we were working. **THIRD**: I, Mr. DEIBIN BELARMINO GOMEZ ZACARIAS, declare that in the year two thousand and

twenty-one (2021), while I was working on my father's land here in Guatemala, I received a call from an unknown number and when I answered that call, it was Mrs. Tereza who is known as Aunt Tere, the lawyer for LUIS EDUARDO GOMEZ ECHEVERRIA, she told me that she wanted me to join a group of people who were suing Mr. **EMILTO MORENO GOMEZ** and that she would give us U.S. residence, to all of my family and also money. I explained to her that I could not join these things because I knew Mr. LUIS EDUARDO GOMEZ ECHEVERRIA very well because I worked with him in the group that he directed; I also explained to him that within the company, there was no mistreatment and if I did not join the group of that lawsuit, it is because I suffered a lot of mistreatment from Mr. LUIS EDUARDO GOMEZ ECHEVERRIA, and he forced us to violate the laws of the contract several times, immediately Mrs. Tereza only said thank you and no longer insisted and just hung up the call. I, **DELBIN BELARMINO GOMEZ ZACARIAS**, attest and affirm that my testimony is true and that I am personally required, I am willing to testify in front of LUIS EDUARDO GOMEZ ECHEVERRIA and any lawyer or authority and not only this but to any specific person everything, the mistreatment, and humiliation on the part of Mr. LUIS EDUARDO GOMEZ ECHEVERRIA, I declare that at no time did I suffer mistreatment from Mr. EMILTO MORENO GOMEZ, and that everything that Mr. LUIS EDUARDO GOMEZ ECHEVERRIA has spoken and testified against Mr. EMILTO MORENO GOMEZ, is a lie. **FOURTH**: Finally, I, Mr. DELBIN BELARMINO GOMEZ ZACARIAS, declare that I provide the sworn statement to the corresponding legal authorities. Not having anything more to record, this notarial deed is terminated thirty minutes after its commencement in the same place and date. It appears on a sheet of legal-size Spanish paper, adhering to the corresponding legal stamps. I fully read what was written for the applicant and, being well aware of its content, value, validity, and other legal effects, ratifies, accepts, and sign it.



**DEIBIN BELARMINO GÓMEZ ZACARÍAS**

LICENCIADO
Juan Eduardo de León Montiel
ABOGADO Y NOTARIO

---

I, Andrea Noguera, declare that I am fluent in and understand English and Spanish. The attached document is a true and accurate translation of the Spanish document: "DEIBIN BELARMINO GOMEZ ZACARIAS. NOTARIAL ACT OF SWORN STATEMENT" Dated March 27 2023 and that contains four pages."

Date: 07/12/2023

Andrea C. Noguera. H.



MINISTERIO DE GOBERNACIÓN
SUB ESTACION 42-61, MALACATÁN
COMISARIA CUARENTA Y DOS
POLICIA NACIONAL CIVIL
SAN MARCOS



**DENUNCIA NÚMERO 1,023/2023, REF...AG...YGO.../Fuentes.**
**Malacatán, San Marcos 13 de abril de 2023.**

Señor:
**Fiscalía Distrital, ministerio Público.**
**Malacatan, San Marcos.**
**Su despacho.**

Respetuosamente me dirijo a usted, con la finalidad de hacer de su conocimiento que el día de hoy siendo las 17:40 horas, a esta oficina de atención ciudadana, compareció la persona de datos de identificación siguientes:

**BRIDMAN URIVER GOMEZ MORENO**: de 26 años de edad casado agricultor originario residente en Aldea Esquipulas de este municipio presentando documento de identificación 3519 31120 1215 tel. 53752058

**KEMBIRLE MINERVA AMBROCIO PEREZ** de 25 años de edad casada ama de casa originaria y residente en Aldea Esquipulas de este municipio presentando documento de identificación 3130 80097 1215 teléfono 37260196

**MANIFESTANDO:** Que desde hace tiempo han tenido problemas con el señor de nombre Luís Alberto Gómez Castro, quien puede ser localizado en Aldea Nica de este Municipio, indican que a inicios del mes de febrero del presente año cuando el denunciante caminaba con rumbo a su domicilio, al paso le salió el denunciado quien se conducía a bordo de una motocicleta e intento atropellar al denunciante, así mismo índica el compareciente que en repetidas ocasiones el denunciado le ha indicado que lo eliminara físicamente a él y a los integrantes de su núcleo familiar, razón por la cual el compareciente teme por la vida de sus familiares ya que es de su conocimiento que el denunciado posee un arma de fuego en su domicilio pues en repetidas ocasiones ha escuchado detonaciones de arma de fuego provenientes del domicilio del denunciado, sigue manifestando que trabaja para la empresa PURPOSE POINT HARVESTING, en Estados Unidos, Michigan, de lo cual él se va durante un tiempo a trabajar para los Estados Unidos de Norte América con Licencia de trabajo, por lo que teme que al momento de que él se encuentre laborando en referido País, el denunciado pueda causar algún daño físico a su conviviente de Hogar (segunda denunciante), por tal motivo lo responsabiliza de lo que le suceda en su ausencia y solicita hacerlo de su conocimiento en virtud a que ha dicho en sus amenazas que eliminara físicamente a uno por uno de los que laboran en la empresa arriba en mención.

El (la) denunciante solicitó hacerlo de su conocimiento, para los efectos de ley correspondientes, quedando prevenido (a) de forma verbal a comparecer a su despacho en días y horas hábiles a ratificar y/o ampliar lo antes descrito.

De usted, deferentemente.

AGENTE DE POLICIA

YOVANI GONZÁLEZ ORTÍZ
ENCARGADO SUB ESTACIÓN 42-61, MALACATÁN

Fiscalía Municipal de Malacatán San
MINISTERIO PÚBLICO
RECIBIDO
14/04/23
09:00



0 calle 1ra. avenida zona 1, Cantón Santa Lucía, Malacatán, San Marcos
Teléfono: (502) 30471822



**GOVERNMENT OF**
**GUATEMALA**
DR. ALEJANDRO GIAMMATTEI

MINISTRY OF GOVERNMENT
SUB-STATION 42-61 MALACATAN
COMMISSARY FORTY-TWO
NATIONAL CIVIL POLICE
SAN MARCOS



Diligence Number 1,023/2023 REF/AG/YGO/Fuentes,

Malacatan San Marcos, April 13 202 3

Mr. (to):
District Attorney's Office, Public
Prosecutor's Office.
Malacatan San Marcos.
His Dispatch.

I respectfully writing to you in order to inform you that today at 10:30 a.m., the following person appeared at this citizen's attention office and stated his name and identification following:

BRIDMAN URIVER GOMEZ MORENO: 26 years old, married, farmer, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, identified by his personal identification document, ID document 3519 31120 1215 phone 53752058.

KEMBIRLE MINERVA AMBROCIO PEREZ: 25 years old, married, housewife, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, identified by his personal identification document, ID document 3130 80097 1215 phone 37260196.

STATING: For some time, they had had problems with Mr. Luis Alberto Gomez Castro, who can be located in Aldea Nica of this Municipality, indicating that at the beginning of February of this year, when the complainant was walking to his home, the complainant, who was riding a motorcycle, tried to run over the complainant, and the complainant indicates that on several occasions the complainant has told him that he was not going to be able to go to his home. The complainant has indicated to him that he will physically eliminate him and the members of his family, for this reason, the complainant fears for the life of his family members since he is aware that the complainant has a firearm in his home since he has repeatedly heard gunshots coming from the complainant's home, he continues to state that he works for the company PURPOSE POINT HARVESTING, in the United States, Michigan, He fears that when he is working in the aforementioned country, the denounced may cause some physical harm to his wife (second denouncer), he holds him responsible for whatever may happen to him in his absence and requests to make him aware of it since he has said in his threats that he will physically eliminate one or two of the employees of the aforementioned company.

Yours truly.

**POLICE AGENT**

GIOVANI GONZALEZ ORTIZ

SUB-STATION CHIEF 42-61 MALACATAN

RECEIVED
04/14/23
MUNICIPAL PROSECUTOR'S OFFICE
OF MALACATAN SAN MARCOS

I, Andrea Noguera, declare that I am fluent in and understand English and Spanish. The attached document is a true and accurate translation of the Spanish document: "BRIDMAN URIVER GOMEZ MORENO Police Report" Dated April 13 2020 and that contains only one page."

Date: 07/12/2023

Andrea C. Noguera H.



**GOBIERNO** *de*
**GUATEMALA**

MINISTERIO DE GOBERNACIÓN
SUBESTACION42-61
MALACATAN SAN MARCOS
POLICIA NACIONAL CIVIL



**DENUNCIA NÚMERO 1,026/2023, REF...AG...YGO.../Fuentes.**
**Malacatán, San Marcos 13 de abril de 2023.**

Señor:
**Fiscalía Distrital, ministerio Público.**
**Malacatan, San Marcos.**
**Su despacho.**

Respetuosamente me dirijo a usted, con la finalidad de hacer de su conocimiento que el día de hoy siendo las 18:30 horas, a esta oficina de atención ciudadana, compareció la persona de datos de identificación siguientes:

**TONY FERDY MORENO BAMACA**: de 28 años de edad casado agricultor, originario y residente en Aldea Esquipulas de este municipio presentando documento de identificación 2847 00576 1215, tel. 38413761.

**SAYRA KARINA DE LEÓN CIFUENTES**: de 30 años de edad casada ama de casa, originaria residente en Aldea  Esquipulas de este municipio presentando documento de identificación 2169 09929 0920, tel. 31923703.

**MANIFESTANDO:** Que a inicios de enero del presente año han tenido problemas con el señor de nombre LUS ALBERTO GOMEZ CASTRO, quien puede ser localizado en Aldea Nica de este Municipio ya que en repetidas ocasiones el denunciado le ha indicado que lo eliminara fisicamente a él y a los integrantes de su núcleo familiar, razón por la cual el compareciente teme por la vida de sus familiares ya que es de su conocimiento que el denunciado posee un arma de fuego en su domicilio pues en repetidas ocasiones ha escuchado detonaciones de arma de fuego provenientes del domicilio del denunciado y siempre menciona con los vecinos que ganas le sobran para darle balazos al denunciante, sigue manifestando que trabaja para la empresa PURPOSE POINT HARVESTING en Estados Unidos, Michigan, de los cual el se va durante un tiempo a trabajar a los Estados Unidos de Norte América  con Licencia de trabajo, por lo que teme que al momento de que él se encuentre laborando en referido país, el denunciado pueda causar algún daño  físico a su conviviente de hogar (segunda denunciante), por tal motivo lo responsabiliza de los que le suceda en su ausencia y solicita hacerlo de su conocimiento en virtud a que ha dicho en sus amenazas que eliminara fisicamente a uno por uno de los que laboran en la empresa arriba en mención.

El (la) denunciante solicitó hacerlo de su conocimiento, para los efectos de ley correspondientes, quedando prevenido (a) de forma verbal a comparecer a su despacho en días y horas hábiles a <u>ratificar y/o ampliar lo antes descrito.</u>

De usted, deferentemente.

**AGENTE DE POLICIA**

**YOVANI GONZÁLEZ ORTIZ**
**ENCARGADO/SUB ESTACIÓN 42-61, MALACATÁN**

Fiscalia Municipal de Malacatan San Marcos
MINISTERIO PÚBLICO
RECIBIDO
20-02-2023

0 calle entre 1ª y 2ª av. zona I, Cantón Santa Lucia, Malacatan, San Marcos
Teléfono: (502) 30471822



MINISTRY OF GOVERNMENT
SUB-STATION 42-61 MALACATAN
COMMISSARY FORTY-TWO
NATIONAL CIVIL POLICE
SAN MARCOS

**GOVERNMENT OF
GUATEMALA**
DR ALEJANDRO GIAMMATTE



Diligence Number 1,026/2023 REF/AG/YGO/Fuentes.

Malacatan San Marcos. April 13 2023

Mr. (to):
District Attorney's Office, Public
Prosecutor's Office.    .
Malacatan San Marcos.
His Dispatch.

I respectfully writing to you in order to inform you that today at 18:30 a.m., the following person appeared at this citizen's attention office and stated his name and identification following:

TONY FERDY MORENO BAMACA: 28 years old, married, farmer, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, identified by his personal identification document, ID document 2847 00576 1215 phone 38413761.

SAYRA KARINA DE LEON CIFUENTES: 30 years old, married, housewife, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, identified by his personal identification document, ID document 2169 09929 0920 phone 31923703.

STATING: That at the beginning of January of this year they have had problems with Mr. LUS ALBERTO GOMEZ CASTRO, who can be located in Aldea Nica of this municipality, since on repeated occasions the accused has told him that he will physically eliminate him and the members of his family, The complainant fears for the life of his family members since he is aware that the accused has a firearm in his home, since he has repeatedly heard gunshots coming from the home of the accused and always mentions with the complainant's family members that he has a firearm in his home. and he always mentions to the neighbors that he wants to shoot the complainant, he continues to state that he works for the company PURPOSE POINT HARVESTING in the United States, Michigan, from which he goes for a while to work in the United States of America with a work license, for which he fears that while he is working in said country, the denounced may cause some physical damage to his  wife (second complainant), for this reason he holds him responsible for what may happen to her in his absence and requests of your knowledge since he has said in his threats that he will physically eliminate one by one of the workers who work in the company mentioned above.

Yours truly.

**POLICE AGENT**

GOVANI GONZALEZ OPAZ

**SUB-STATION CHIEF 42-61 MALACATAN**

RECEIVED
02/20/23
MUNICIPAL PROSECUTOR'S OFFICE
OF MALACATAN SAN MARCOS

I, Andrea Noguera, declare that I am fluent in and understand English and Spanish. The attached document is a true and accurate translation of the Spanish document: "TONY FERDY MORENO BAMACA Police Report" Dated April 13, 2020 and that contains only one page."

Date: 07/12/2023

Andrea C. Noguera. H.



**GOBIERNO** *de*
**GUATEMALA**
DR. ALEJANDRO GIAMMATTEI

MINISTERIO DE GOBERNACIÓN
SUB ESTACION 42-61, MALACATAN
COMISARIA CUARENTA Y DOS
POLICIA NACIONAL CIVIL
SAN MARCOS



<u>**DENUNCIA NÚMERO 1,024/2023, REF...AG...YGO.../Fuentes.**</u>
<u>**Malacatán, San Marcos 13 de abril de 2023.**</u>

Señor:
**Fiscalía Distrital, ministerio Público.**
**Malacatan, San Marcos.**
Su despacho.

Respetuosamente me dirijo a usted, con la finalidad de hacer de su conocimiento que el día de hoy siendo las 18:00 horas, a esta oficina de atención ciudadana, compareció la persona de datos de identificación siguientes:

<u>**EDER WALDEMAR ECHEVERRIA ARRIAGA**</u>: de 39 años de edad casado agricultor originario y residente en Aldea Esquipulas de este municipio presentando documento de identificación 1928 23108 1215 tel. 32546094.

<u>**ENMA LIDY MUÑOZ DIAZ**</u>: de 35 años de edad casada ama de casa originaria y residente en Aldea Esquipulas de este municipio Presentando documento de identificación 1807 18207 1215 tel. 45452840

<u>**MANIFESTANDO:**</u> Que desde hace tiempo han tenido problemas con el señor de nombre LUIS ALBERTO GÓMEZ CASTRO, quien puede ser localizado en Aldea Nica de este Múnicipio, indican que en fecha 12 de enero del presente año cuando la segunda denunciante caminaba desde una tienda con rumbo a su domicilio, al paso le salió el denunciado quien se conducía a bordo de una motocicleta e intento atropellar al denunciante, así mismo indica el compareciente que en repetidas ocasiones el denunciado le ha indicado que lo eliminara físicamente a él y a los integrantes de su núcleo familiar, razón por la cual el compareciente teme por la vida de sus familiares, en virtud a que cuando se mantiene ingiriendo licor dentro de las cantinas siempre menciona que ganas le sobraban para darle balazos, sigue manifestando que trabaja para la empresa PURPOSE POINT HARVESTING, en Estados Unidos, Michigan, de la cual él se va durante un tiempo a trabajar para los Estados Unidos de Norte América con Licencia de trabajo, por lo que teme que al momento de que él se encuentre laborando en referido País, el denunciado pueda causar algún daño físico a su conviviente de Hogar (segunda denunciante), por tal motivo lo responsabiliza de lo que le suceda en su ausencia y solicita hacerlo de su conocimiento en virtud a que ha dicho en sus amenazas que eliminara físicamente a uno por uno de los que laboran en la empresa arriba en mención.

El (la) denunciante solicitó hacerlo de su conocimiento, para los efectos de ley correspondientes, quedando prevenido (a) de forma verbal a comparecer a su despacho en días y horas hábiles a ratificar y/o ampliar lo antes descrito.

De usted, deferentemente.

AGENTE DE POLICIA

YOVANI GONZÁLEZ ORTÍZ
ENCARGADO SUB ESTACIÓN 42-61, MALACATÁN

Fiscalía Municipal de Malacatán San Marcos
MINISTERIO PÚBLICO
R E C I B I D O
14/04/23
09:00

0 calle 1ra. avenida zona 1, Cantón Santa Lucía, Malacatán, San Marcos
Teléfono: (502) 30471822



**GOVERNMENT OF GUATEMALA**
DE ALEJANDRO GIAMMATTEI

MINISTRY OF GOVERNMENT
SUB-STATION 42-61 MALACATAN
COMMISSARY FORTY-TWO
NATIONAL CIVIL POLICE
SAN MARCOS



Diligence Number 1,024/2023 REF/AG/YGO/Fuentes.

Malacatan San Marcos, April 13 202**3**

Mr. (to):
District Attorney's Office, Public
Prosecutor's Office.
Malacatan San Marcos.
His Dispatch.

I respectfully writing to you in order to inform you that today at 18:30 a.m., the following person appeared at this citizen's attention office and stated his name and identification following:

EDER WALDEMAR ECHEVERRIA ARRIAGA: 39 years old, married, farmer, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, Identified by his personal identification document, ID document 1928 231081215 phone 32546094.

ENMA UDY MUNOZ DIAZ: 35 years old, married, housewife, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, identified by his personal identification document, ID document 1807 18207 1215 phone 45452840.

STATING: For some time, they have had problems with Mr. LUIS ALBERTO GOMEZ CASTRO, who can be located in Aldea Nica of this Municipality; they indicate that on January 12 of the present when the second complainant was walking to her home when she passed by the complainant who was on a motorcycle and tried to run over the complainant. The complainant indicates that on repeated occasions, the accused has said that he will physically eliminate him and his family members; for these reasons, they fear for their lives. Also, when the accuser drinks liquor in the bars, he always mentions that he feels like shooting. The complainant continues to say that he works in the company PURPOSE POINT HARVESTING in the United States, Michigan, from which he is going to work for a while in the United States of America with a work license. He fears that when he is working in that country, the denounced could cause some physical harm to his son or his partner (second complainant); for this motive, they make him responsible for what may happen during his absence because he has threatened to physically eliminate one or two of those who work in the above-mentioned company.

Yours truly,

**POLICE AGENT**

GIOVANI GONZALEZ ORTIZ
**SUB-STATION CHIEF 42-61 MALACATAN**

RECEIVED
04/14/23
MUNICIPAL PROSECUTOR'S OFFICE
OF MALACATAN SAN MARCOS

I, Andrea Noguera, declare that I am fluent in and understand English and Spanish. The attached document is a true and accurate translation of the Spanish document: "EDER WALDEMAR ECHEVERRIA ARRIAGA Police Report" Dated April 13 2020 and that contains only one page."

Date:07/12/2023

Andrea C. Noguera. H.



MINISTERIO DE GOBERNACIÓN
SUB ESTACION 42-61, MALACATAN
COMISARIA CUARENTA Y DOS
POLICIA NACIONAL CIVIL
SAN MARCOS



**GOBIERNO** *de*
**GUATEMALA**
DR. ALEJANDRO GIAMMATTEI

**DENUNCIA NÚMERO 1,022/2023, REF...AG...YGO.../Fuentes.**
**Malacatán, San Marcos 13 de abril de 2023.**

Señor:
Fiscalía Distrital, ministerio Público.
Malacatán, San Marcos.
Su despacho.

Respetuosamente me dirijo a usted, con la finalidad de hacer de su conocimiento que el día de hoy siendo las 16:15 horas, a esta oficina de atención ciudadana, compareció la persona de datos de identificación siguientes:

**ROGER ADEMIR DE LEÓN ARREAGA:** de 29 años de edad casado agricultor, originario y residente en Aldea Nica de este municipio presentando documento de identificación 2587 90466 1215, tel. 48963129.

**DARSI ELISA MORENO BÁMACA:** de 31 años de edad casada ama de casa, originario residente en Aldea Nica de este municipio presentando documento de identificación 2158 51242 1215, tel. 48963129.

**MANIFESTANDO:** Que desde hace tiempo han tenido problemas con el señor de nombre Luís Alberto Gómez Castro, quien puede ser localizado en Aldea Nica de este Municipio, indican que en fecha 20 de enero del presente año índica el compareciente que en repetidas ocasiones el denunciado le a indicado que lo eliminara físicamente a él y a los integrantes de su núcleo familiar, razón por la cual el compareciente teme por la vida de sus familiares ya que es de su conocimiento que el denunciado posee un arma de fuego en su domicilio, sigue manifestando que trabaja para la empresa PURPOSE POINT HARVESTING, en Estados Unidos, Michigan, de lo cual él se va durante un tiempo a trabajar para los Estados Unidos de Norte América con Licencia de trabajo, por lo que teme que al momento de que él se encuentre laborando en referido País, el denunciado pueda causar algún daño físico a su conviviente de Hogar (segunda denunciante), por tal motivo lo responsabiliza de lo que le suceda en su ausencia y solicita hacerlo de su conocimiento en virtud a que ha dicho en sus amenazas que eliminara físicamente a uno por uno de los que laboran en la empresa arriba en mención.

El (la) denunciante solicitó hacerlo de su conocimiento, para los efectos de ley correspondientes, quedando prevenido (a) de forma verbal a comparecer a su despacho en días y horas hábiles a ratificar y/o ampliar lo antes descrito.

De usted, deferentemente.

AGENTE DE POLICIA

YOVANI GONZALEZ ORTIZ
ENCARGADO SUB ESTACIÓN 42-61, MALACATAN

Fiscalía Municipal de Malacatan San Marcos
MINISTERIO PÚBLICO
14/04/23

0 calle 1ra. avenida zona 1, Cantón Santa Lucía, Malacatán, San Marcos
Teléfono: (502) 30471822



**GOVERNMENT OF**
**GUATEMALA**
DR ALEJANDRO GIAMMATTEI

MINISTRY OF GOVERNMENT
SUB-STATION 42-61 MALACATAN
COMMISSARY FORTY-TWO
NATIONAL CIVIL POLICE
SAN MARCOS



Diligence Number 1,024/2023 REF/AG/YGO/Fuentes.

Malacatan San Marcos, April 13 202**3**

Mr. (to):
District Attorney's Office, Public
Prosecutor's Office,
Malacatan San Marcos,
His Dispatch.

I respectfully writing to you in order to inform you that today at 18:30 a.m., the following person appeared at this citizen's attention office and stated his name and identification following:

ROGER ADEMIR DE LEON ARREAGA: 29 years old, married, farmer, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, identified by his personal identification document, ID document 2587 90466 1215, phone 48963129.

DARSI ELISA MORENO BAMACA: 31 years old, married, housewife, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, identified by his personal identification document, ID document 2158 51242 1215, phone 48963129.

STATING: For some time, they have had problems with Mr. Luis Alberto Gomez Castro, who can be located in Aldea Nica of this Municipality, indicating that on January 20 of the present year, the accused has indicated that he will physically eliminate him and his family members, this is the reason for which the person appearing fears for the life of his family members, since it is known that the accused has a firearm in his home, he continues stating that he works for the company PURPOSE POINT HARVESTING, in the United States, Michigan, from where he is going to work for a period of time in the United States of America with a work license, for which he fears that while he is working in said country, the accused may cause some physical harm to his partner at home (second denouncer), this is the motive for which he holds him responsible for what may happen to him in his absence and requests to make the authorities aware that he has said in his threats that he will physically eliminate one by one of those who work in the company mentioned above.

Yours truly.

**POLICE AGENT**

GIOVANI GONZALEZ ORTIZ
SUB-STATION CHIEF 42-61 MALACATAN

RECEIVED
04/14/23
MUNICIPAL PROSECUTOR'S OFFICE
OF MALACATAN SAN MARCOS

I, Andrea Noguera, declare that I am fluent in and understand English and Spanish. The attached document is a true and accurate translation of the Spanish document: "ROGER ADEMIR DE LE6N ARREAGA Police Report" Dated April 13, 2020, and that contains only one page."

Date: 07/12/2023

Andrea C. Noguera. H.



**GOBIERNO** *de*
**GUATEMALA**
DR. ALEJANDRO GIAMMATTEI

MINISTERIO DE GOBERNACIÓN
SUB ESTACIÓN 42-61, MALACATAN
COMISARIA CUARENTA Y DOS
POLICIA NACIONAL CIVIL
SAN MARCOS



**DENUNCIA NÚMERO 1,025/2023, REF...AG...YGO.../Fuentes.**
**Malacatán, San Marcos 13 de abril de 2023.**

Señor:
**Fiscalía Distrital, ministerio Público.**
**Malacatan, San Marcos.**
**Su despacho.**

Respetuosamente me dirijo a usted, con la finalidad de hacer de su conocimiento que el día de hoy siendo las 18:30 horas, a esta oficina de atención ciudadana, compareció la persona de datos de identificación siguientes:

**YENER DIDIER GOMEZ MORENO:** de 31 años de edad unido agricultor originario y residente en Aldea Esquipulas de este municipio presentando documento de identificación 2112 01359 1215 tel. 32906419.

**ANA ISABEL HERNANDEZ CHILEL:** de 25 años de edad ama de casa originaria y residente en Aldea Esquipulas de este municipio presentando documento de identificación 3117 46055 1215 tel. 57198846

**MANIFESTANDO:** Que desde hace tiempo han tenido problemas con el señor de nombre LUIS ALBERTO GÓMEZ CASTRO, quien puede ser localizado en Aldea Nica de este Municipio, indican que a inicios de enero del presente año indica el compareciente que en repetidas ocasiones el denunciado le ha indicado que lo eliminara físicamente a él y a los integrantes de su núcleo familiar, razón por la cual el compareciente teme por la vida de sus familiares ya que es de su conocimiento que el denunciado posee un arma de fuego en su domicilio pues en repetidas ocasiones ha escuchado detonaciones de arma de fuego provenientes del domicilio del denunciado o cuando se mantiene ingiriendo licor dentro de las cantinas siempre menciona que ganas le sobraban para darle balazos, sigue manifestando que trabaja para la empresa PURPOSE POINT HARVESTING, en Estados Unidos, Michigan, de lo cual él se va durante un tiempo a trabajar para los Estados Unidos de Norte América con Licencia de trabajo, por lo que teme que al momento de que él se encuentre laborando en referido País, el denunciado pueda causar algún daño físico a su conviviente de Hogar (segunda denunciante), por tal motivo lo responsabiliza de lo que le suceda en su ausencia y solicita hacerlo de su conocimiento en virtud a que ha dicho en sus amenazas que eliminara físicamente a uno por uno de los que laboran en la empresa arriba en mención.

El (la) denunciante solicitó hacerlo de su conocimiento, para los efectos de ley correspondientes, quedando prevenido (a) de forma verbal a comparecer a su despacho en días y horas hábiles a ratificar y ampliar lo antes descrito.

De usted, deferentemente.

AGENTE DE POLICIA

**YOVANI GONZALEZ ORTIZ**
**ENCARGADO SUB ESTACIÓN 42-61, MALACATÁN**

---

0 calle 1ra. avenida zona 1, Cantón Santa Lucía, Malacatán, San Marcos
Teléfono: (502) 30471822



MINISTRY OF GOVERNMENT
SUB-STATION 42-61 MALACATAN
COMMISSARY FORTY-TWO
NATIONAL CIVIL POLICE
SAN MARCOS



**GOVERNMENT OF**
**GUATEMALA**
Dr. ALEJANDRO GIAMMATTEI

Diligence Number 1,025/2023 REF/AG/YGO/Fuentes.

Malacatan San Marcos, April 13 2023

Mr. (to):

District Attorney's Office, Public

Prosecutor's Office,

Malacatan San Marcos,

His Dispatch.

I respectfully writing to you in order to inform you that today at 18:30 hours., the following person appeared at this citizen's attention office and stated his name and identification following:

<u>YENER DIDIER GOMEZ MORENO:</u> 31 years old, married, farmer, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, identified by his personal identification document, ID document 2112 01359 1215, phone 32906419.

<u>ANA ISABEL HERNANDEZ CHILEL:</u> 25 years old, married, housewife, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, identified by his personal identification document, ID document 3117 46055 1215, phone 57198846.

<u>STATING:</u> That for a long time they have had problems with the man named LUIS ALBERTO GOMEZ CASTRO, who can be located in Aldea Nica of this Municipality, they indicate that at the beginning of January of this year the appearing party indicates that on several occasions the accused has told him that will physically eliminate him and the members of his family nucleus, which is why the appearing party fears for the lives of his relatives since he is aware that the defendant has a firearm at his home because he has repeatedly heard detonations of firearms coming from the home of the accused or when he continues to drink liquor in the canteens, he always mentions that he had too much desire to shoot him, he continues to state that he works for the company PURPOSE POINT HARVESTING, in the United States, Michigan, of which he goes to work for a while for the United States of North America with a work license, so he fears that at the time he is working in that country, the defendant may cause physical harm to his household partner (second complainant). For this reason, he holds him responsible for what happens to him in his absence. He requests that he be made aware of it because he has said in his threats that he physically eliminated one or two of those who work in the abovementioned company. Yours truly.

**POLICE AGENT**

GIOVANI GONZALEZ ORTIZ

**SUB-STATION CHIEF 42-61 MALACATAN**

RECEIVED
04/14/23
MUNICIPAL PROSECUTOR'S OFFICE
OF MALACATAN SAN MARCOS

I, Andrea Noguera, declare that I am fluent in and understand English and Spanish. The attached document is a true and accurate translation of the Spanish document: "YENER DIDIER GOMEZ MORENO Police Report" Dated April 13 2020 and that contains only one page.

Date:07/12/2023

Andrea C. Noguera. H.

  

**GOBIERNO DE LA REPÚBLICA DE**
# GUATEMALA
Ministerio de Gobernación

**SUB-ESTACIÓN 42-61
MALACATÁN.
POLICÍA NACIONAL CIVIL**

DENUNCIA NÚMERO 985/2020, REF... INSP... RRAG.../Fs
Malacatán, San Marcos 15 de Abril de 2020.

Señor:
Fiscalía Distrital, Ministerio Público.
Malacatán San Marcos.
Su despacho.

Respetuosamente me dirijo a usted con la finalidad de hacer de su conocimiento que el día de hoy siendo las 14:50
Horas, a esta oficina de atención ciudadana compareció la persona de datos de identificación siguientes:

JESUS ENRIQUE GARCIA GOMEZ: de 37 años de edad, casado, Albañil, originario y residente en Aldea Esquipulas
Nica, Municipio de Malacatan, San marcos, hijo de Pedro Garcia y de Angelina Gómez, identificándose con su
documento de identificación personal No. de CUI: 240370465 1215.

MANIFESTANDO: Que es ex trabajador de la Compañía Purpose Point Harvesting, fui contactado por el señor, Leonel
Lopez y Lopez, quien se dirigió a mi persona para que me uniera a una Demanda que estaba preparando Luis Eduardo
Gomez Echeverria y Ervil Gomez Echeverria y la Abogada Teresa, indicándole el señor Leonel López que la Abogada
nos ofrecia papeles Estadunidenses y un dinero de por medio, pero me dijo el señor Luis Gómez que lo único que yo
tenía que hacer era que cuando vine contratado por la compañia Purpose Point Harvesting, nos habían cobrado dinero
y que nos quitaban los pasaportes a la fuerza, y que ya estaban unidos el señor Artemio Coronado Esteban y el señor
Darwin Fuentes Pérez y otros más, indicándome que me uniera pero mi persona no me quíse unir a dicha demanda,
porque todo lo que el señor Leonel López dijo de la compañia era una Difamación y le indique que no lo hiciera porque
todo era una mentira, porque la Compañía Purpose Point Harvesting, no cobra y no le quitan los pasaportes a la fuerza
a nadie y mucho menos existe maltrato en contra de los trabajadores, al contrario ellos cuidan y apoyan muy bien a
los trabajadores que contratan, al ver mi reacción el señor Leonel López me amenazó diciéndome que me atuviera a
las consecuencias y que cuidara a mi familia.

De usted, deferentemente.

INSPECTOR DE POLICIA

ROBERTINO RAUDI ARDIANO GODINEZ
JEFE DE SUB ESTACIÓN 42-61, MALACATÁN

0 calle 1ra. avenida zona 1, Cantón Santa Lucía, Malacatán, San Marcos
Teléfono: (502) 30471822




SUB-ESTACION 42-61
MALACATAN.
NATIONAL CIVIL POLICE



Diligence Number 985/2020 REFINSP /RRAG/ fs.

Malacatan San Marcos. April 15 2020

Mr. (to):
District Attorney's Office, Public
Prosecutor's Office.
Malacatan San Marcos.
His Dispatch.

I respectfully writing to you in order to inform you that today at 2:30 p.m., the following person appeared at this citizen's attention office and stated his name and identification following: .

JESUS ENRIQUE GARCIA GOMEZ: 37 years old, married, educated, builder, native, and resident of Aldea Esquipulas Nica of this Municipality, San Marcos, son of Pedro Garcia and Angelina Gomez, identified by his personal identification document, CUI number 240370465 1215.

STATING: a former employee of the company Purpose Point Harvesting was contacted by Mr. Leonel Lopez and Lopez, who addressed him, asking him to join a lawsuit that was being prepared by Luis Gomez Echeverria and Ervil Gomez Echeverria and the lawyer Teresa, telling him also that the lawyer was offering American papers and money in exchange of declaring that he was hired by the company Purpose Point Harvesting, and this company had charge them money and taken their passport by force. Were already part of this lawsuit, Artemio Coronado Esteban and Mr. Darwin Fuentes Perez, and some others. He was asking me to join the lawsuit, but I did not want to join such a lawsuit because everything that Mr. Leonel Lopez said of the company was Defamation; I asked him not to do it because it was a lie; the company' Purpose Point Harvesting, does not charge money and does not take passports by force to anybody, and there is no mistreatment against their workers, on the contrary, they take care and support the workers that they hire. When Mr. Leones Lopez saw my reaction, he threatened me, telling me to abide by the consequences and take care of my family.

Yours truly.

INSPECTOR NATIONAL CIVIL POLICE
SUB-STATION CHIEF 42-61 MALACATAN

F).

ROBERTINO RAUDI ARDIANO GODINEZ

I, Andrea Noguera, declare that I am fluent in and understand English and Spanish. The attached document is a true and accurate translation of the Spanish document: "JESUS ENRIQUE GARCIA GOMEZ Police Report" Dated April 15, 2020, and that contains only one page."

Date:07/12/2023

Andrea C. Noguera. H.