# Exhibit 10

# LICENCIADO
# JUAN ESTUARDO DE LEÓN MONTIEL
# ABOGADO Y NOTARIO





**ACTA NOTARIAL DE DECLARACIÓN JURADA.** En la ciudad de Malacatán, departamento de San Marcos, República de Guatemala, Centroamérica, siendo las dieciséis horas con treinta minutos del día veintisiete de Marzo del año dos mil veintitrés. Yo; **JUAN ESTUARDO DE LEÓN MONTIEL**, Notario, **colegiado activo número diecinueve mil quinientos dos (19,502)**, me encuentro constituido en mi oficina jurídica profesional ubicada en la quinta avenida cuatro guión treinta y dos de la zona uno de ésta ciudad, donde soy requerido por el señor **MEFIBOCET MORALES DE PAZ**, de treinta años de edad, soltero, agricultor, guatemalteco, de este domicilio, y residente en Aldea Nicá, del municipio de Malacatán, departamento de San Marcos, se identifica con el Documento Personal de Identificación, el cual tiene el Código Único de Identificación número dos mil trescientos cincuenta, treinta y dos mil seiscientos ochenta y nueve, un mil doscientos quince (2350 32689 1215), extendido por el Registro Nacional de las Personas de la República de Guatemala, quien requiere de mis servicios Notariales a efecto de hacer constar mediante **DECLARACIÓN JURADA**, el hecho que más adelante se describe para lo cual procedo de la manera siguiente: **PRIMERO:** El infrascrito Notario procede a juramentar al señor **MEFIBOCET MORALES DE PAZ**, de conformidad con la siguiente fórmula: ¿Prometéis bajo juramento decir la verdad? Y contesta: "Si, bajo juramento, prometo decir la verdad"; a continuación se le hace saber la pena relativa al delito de perjurio, y declara: ser de los datos de identificación personal anteriormente anotados, que se halla en el libre ejercicio de sus derechos civiles. **SEGUNDO:** Declara siempre bajo solemne juramento de ley, el señor **MEFIBOCET MORALES DE PAZ**, que en el año dos mil veintiuno (2021), recibí una llamada de la Abogada Tereza y también del señor **LUIS GÓMEZ ECHEVERRÍA**, donde me ofrecían papeles legales del país de los Estados Unidos de América, y también me ofrecían dinero extra a cambio de declarar en contra

**OFICINA JURIDICA PROFESIONAL**
5a. Avenida 4-32 zona 1, Malacatán, San Marcos.
Celular: 50444712

del señor EMILTO MORENO GÓMEZ, y la compañía Purpose Point Harvesting, donde tenía que decir que me robaban en mis pagos, y que nos obligaban hacer cosas que nosotros no queríamos, y nos explotaban y nos maltrataban. **TERCERO**: Declara el señor MEFIBOCET MORALES DE PAZ, que el señor LUIS GÓMEZ ECHEVERRÍA, le está pidiendo que declare hechos falsos, y que nunca existieron, y Yo, declaro que durante los cuatro años he trabajado para la compañía Purpose Point Harvesting, nunca sufrí malos tratos, siempre estaban al tanto de mi alimentación, medicina si padecíamos de alguna enfermedad o algún dolor, y en mis pagos que por medio de cheque la compañía nos extendía nunca me robaron, y yo, MEFIBOCET MORALES DE PAZ, afirmo que mi testimonio es verdadero y que si requieren de mi persona, estoy dispuesto a declarar, y si decido hablar es porque lo que están haciendo con el señor EMILTO MORENO GÓMEZ, es una injusticia, por lo cual suplico a las autoridades del país de los Estados Unidos de América, tomar en cuenta mi declaración jurada. **CUARTO**: Por último, declara el señor MEFIBOCET MORALES DE PAZ, que presta la declaración jurada para los efectos legales correspondientes. No habiendo más que hacer constar se termina la presente acta notarial, treinta minutos después de su inicio en el mismo lugar y fecha, la cual consta en una hoja de papel español tamaño oficio, adhiriendo a la misma los timbres de ley correspondientes. Leo íntegramente lo escrito al requirente y bien enterado de su contenido, objeto, validez y demás efectos legales, la ratifica, acepta y firma.

_[firma]_
**MEFIBOCET MORALES DE PAZ**
**ANTE MÍ:**

_[sello:]_ LICENCIADO
Juan Estuardo de León Montiel
ABOGADO Y NOTARIO



**NOTARIAL ACT OF SWORN STATEMENT.** In the city of Malacatan, Department of San Marcos, Republic of Guatemala, Central America, being sixteen hours and thirty minutes on the twenty-seventh day of March of the year, two thousand and twenty-three. I; **JUAN ESTUARDO DE LEON MONTIEL,** Notary, active collegiate number **nineteen thousand five hundred two (19,502)**, I am constituted in my professional legal office located on fifth avenue four dash thirty-two in zone One of this city, where I am required by the Mr. **MEFIBOCET MORALES DE PAZ**, who has thirty years old, is single, a farmer, Guatemalan, from this address, and resident in Aldea Nica, in the municipality of Malacatan, Department of San Marcos, identifies himself with his Personal Identification Document, which has the Unique Identification Code number two thousand three hundred fifty, thirty-two thousand six hundred eighty-nine, one thousand two hundred fifteen (2350 32689 1215), issued by the National Registry of Persons of the Republic of Guatemala, who requires my Notarial services in order to record by his means a **SWORN STATEMENT**, of the facts described below, for which I proceed as follows: **FIRST:** The undersigned Notary precedes to swear, Mr. **MEFIBOCET MORALES DE PAZ**, in accordance with the following formula: Do you promise under oath to tell the truth? And he answers: "Yes, under oath, I promise to tell the truth"; then he is informed of the penalty related to the crime of perjury and declares: to be the previously identified person, exercising his civil rights freely. **SECOND:** I, Mr. **MEFIBOCET MORALES DE PAZ,** declared under solemn legal oath that: in the year two thousand twenty-one (2021), I received a call from Lawyer Tereza and also from Mr. **LUIS GOMEZ ECHEVERRIA**, where they offered me legal papers from the country of the United States of America, and they also offered me extra money in exchange of declaring against Mr. **EMILTO**

**MORENO GOMEZ**, and the Purpose Point Harvesting company, where I had to say that they robbed me of my payments, and that they forced us to do things that we did not want, and that they exploited and mistreated us. <u>**THIRD**</u>: I, Mr. **MEFIBOCET MORALES DE PAZ**, declare that Mr. **LUIS GOMEZ ECHEVERRIA** is asking him to declare false facts that never existed. I, **MEFIBOCET MORALES DE PAZ**, also declare that during the four years I have worked for the company Purpose Point Harvesting, I have never suffered mistreatment; they were always aware of my alimentation, medicine, or if we suffered any illness or pain, and also that my payments were issued by the company by checks and they never robbed me. I, **MEFIBOCET MORALES DE PAZ**, affirm that my testimony is true and that I am willing to testify if they require my person. Right now, I decided to speak because what they are doing with Mr. **EMILTO MORENO GOMEZ** is an injustice for which I beg the authorities of the country of the United States of America to take note of my statement. <u>**FOURTH**</u>: Finally, I, Mr. **MEFIBOCET MORALES DE PAZ** declare that I provided the sworn statement to the corresponding legal effects. Not having anything more to add to the record, this notarial deed is terminated thirty minutes after its commencement in the same place and date. It appears on a sheet of legal-size Spanish paper, adhering to the corresponding legal stamps. I fully read what was written for the applicant and, being well aware of its content, value, validity, and other legal effects, ratified, accepted, and sign it.

**BEFORE ME:**

_[signature]_
**MEFIBOCET MORALES DE PAZ**

_[signature]_

[Seal: LICENCIADO Juan Estuardo de León Montiel ABOGADO Y NOTARIO]

I, Andrea Noguera, declare that I am fluent in and understand English and Spanish. The attached document is a true and accurate translation of the Spanish document: "MEFIBOCET MORALES DE PAZ. NOTARIAL ACT OF SWORN STATEMENT" Dated March 27, 2023 and that contains two pages."

Date: 07/12/2023

Andrea C. Noguera. H.