# Exhibit 2

 For: **LUIS GOMEZ ECHEVERRIA**



## Most Recent I-94

Admission (I-94) Record Number : 86641926356
Most Recent Date of Entry: 2019 April 29
Class of Admission : H2A
Admit Until Date : 11/16/2019
Details provided on the I-94 Information form:

| | |
|---|---|
| Last/Surname : | GOMEZ ECHEVERRIA |
| First (Given) Name : | LUIS |
| Birth Date : | 1989 July 22 |
| Document Number : | 350239401 |
| Country of Citizenship : | Guatemala |

Get Travel History

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date:

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms

# Travel History Results

ument Number : **350239401**

ument Country of Issuance : **Guatemala**

| Date | Type | Location |
|---|---|---|
| 2019-04-29 | Arrival | DAL |
| 2018-11-19 | Departure | HOU |
| 2018-05-14 | Arrival | HOU |
| 2017-11-02 | Departure | Unavailable |
| 2017-06-20 | Arrival | MIA |