UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-314 | 4/22/2025 | 2:36 p.m. – 4:20 p.m. | Grand Rapids | Jane M. Beckering |

## CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| Luis Gomez-Echeverria, et al. | Purpose Point Harvesting, LLC, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Kenya Davis<br>Teresa Hendricks<br>Molly Spaak<br>Benjamin Solomon-Schwartz<br>Jessica Mugler<br>Suleman Masood | Plaintiffs |
| Robert Anthony Alverez, Sr.<br>Victor Manuel Jimenez, Jr.<br>Kat Dahl | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Final pretrial conference held; Final Pretrial Order to enter.

Court Reporter: Genevieve Hamlin
Law Clerk: M. Berger