UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOMEZ-ECHEVERRIA, et al.,

    Plaintiffs,

v.

PURPOSE POINT HARVESTING, LLC, et al.,

    Defendants.
_____/

Case No. 1:22-cv-314

HON. JANE M. BECKERING

## ORDER

Plaintiffs have requested that the Court grant permission for a non-attorney to possess an electronic communication device throughout trial to facilitate the display of exhibits and demonstrative exhibits for which Wi-Fi connection is needed (ECF No. 263).  The Court discourages reliance on internet connections during trial proceedings, as the Court does not have public Wi-Fi, and cellular coverage in the Courtroom may be unreliable.  Accordingly, Plaintiffs' request is DENIED without prejudice to renew accompanied by an explanation why Plaintiffs' exhibits cannot be downloaded in advance such that they can be displayed without Wi-Fi connection.

**IT IS SO ORDERED**.

Dated:  May 27, 2025

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge