UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-314 | 5/28/2025 | 8:22 AM - 9:05 AM; 9:17 AM - 10:27 AM; 10:39 AM - 12:01 PM; 1:15 PM – 2:35 PM; 2:51 PM – 4:58 PM | Grand Rapids | Jane M. Beckering |

**CASE CAPTION**

| Plaintiff: | Defendants: |
|---|---|
| Luis Gomez-Echeverria, et al. | Purpose Point Harvesting, LLC, et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Jessica Mugler<br>Kenya Khalelah Davis<br>Benjamin Solomon-Schwartz<br>Molly Spaak<br>Suleman Masood<br>Teresa M. Hendricks | Plaintiffs |
| Robert Anthony Alvarez, Sr.<br>Victor Manuel Jimenez, Jr.<br>Kat Dahl | Defendants |

**WITNESSES**

| Witness: | Called by: |
|---|---|
| Rubicelia Berumen | Plaintiffs |
| | |
| | |
| | |
| | |

## PROCEEDINGS

**NATURE OF HEARING:** Day 1 of jury trial; jury selection completed; Plaintiffs began to present their case; Interpreters Donna Boss and Mercedes De La Rosa-Sherman appeared and proceedings interpreted in the language of Spanish.

## EXHIBITS

Plaintiff's Exhibits PTX 116, PTX 117, PTX 118, PTX 18, PTX 19, PTX 20, PTX 38, PTX 56, PTX 57, PTX 58, PTX 69, PTX 80, PTX 81, PTX 16, PTX 17, PTX 84, PTX 88, PTX 89, PTX 90, PTX 10, PTX 11, PTX 12, PTX 13, PTX 14, PTX 31, PTX 50, PTX 51, PTX 52, PTX 53, PTX 73, PTX 75, PTX 76, PTX 77, PTX 107, PTX 108, PTX 121, PTX 122, PTX 123, PTX 124, PTX 125, PTX 126, PTX 127, PTX 128, PTX 129, PTX 130, PTX 131, PTX 132, PTX 133, PTX 134, PTX 135, PTX 136, PTX 137, PTX 138, PTX 139, PTX 140, PTX 141, PTX 142, PTX 143, PTX 144, PTX 145, PTX 146, PTX 147, PTX 148, PTX 149, PTX 150, PTX 151, PTX 152, PTX 153, PTX 154, PTX 155, PTX 156, PTX 157, PTX 158, PTX 159, PTX 160, PTX 161, PTX 162, PTX 3, PTX 5, PTX 28, PTX 55, PTX 71, PTX 32, PTX 33, PTX 34, PTX 35, PTX 36, and PTX 37 admitted.

Court Reporter: Genevieve Hamlin
Law Clerk: M. Berger
Case Manager: R. Wolters