# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
## Southern Division

Luis Gomez-Echeverria et al.,

    *Plaintiffs,*

v.

Purpose Point Harvesting LLC et al.,

    *Defendants.*

Case No. 1:22-cv-00314

Hon. Jane M. Beckering

## PLAINTIFFS' REQUEST FOR NON-ATTORNEY ACCESS TO ELECTRONIC COMMUNICATION DEVICES THROUGHOUT TRIAL

Plaintiffs file this request seeking permission for access for three non-attorney staff to electronic communications devices during the ongoing trial in this matter. Pursuant to Local Civil Rule 7.1(d), counsel for Plaintiffs have conferred with counsel for Defendants, and Defendants report that they do not oppose this request.

Western District of Michigan Local General Rule 4.3 provides that in general "electronic communication devices are not permitted in federal court facilities." LGenR 4.3(b). Section 4.3(c), however, provides a list of "Exempted persons" from this general rule who "are permitted to carry and use electronic communication devices within federal court facilities in the Western District of Michigan." LGenR 4.3(c). "[P]arties, other than defendants in criminal cases" are permitted to use electronic communication devices in the courtroom if "their counsel certifies to security staff that such devices are necessary to facilitate litigation pending before the court." *Id.* at 4.3(c)(iii). Moreover, "upon request to the court, a judicial officer may issue an order granting permission to an individual or group, otherwise not authorized to possess an electronic communication device." LGenR 4.3(c)(viii).

1

During the trial, plaintiffs expect support staff to conduct research, take notes, and otherwise assist in the prosecution of Plaintiffs' case. All of these tasks are "necessary to facilitate litigation pending before the court." LGenR 4.3(c)(iii). As such, Plaintiffs respectfully request permission for its litigation support staff— Luis Lopez, Sophia Stoute, and Ruth Zheng—to use their laptops and cell phones within the Court House in furtherance of the ongoing trial, and to notify the U.S. Marshals Services of such order.

Dated: May 28, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**
*/s/ Kenya K. Davis*
Kenya K. Davis (D.C. Bar No: 502305)
Admitted to Practice in the Western District of Michigan
 1401 New York Avenue, NW
 Washington, DC 20005
Telephone: (202) 237-9608   Email: kdavis@bsfllp.com

**MIGRANT LEGAL AID**
Teresa Hendricks (P46500)
 1140 Fuller Ave., NE
Grand Rapids, MI 49503 Tel: (616) 454-5055
thendricks@migrantlegalaid.org

*Attorneys for Plaintiffs*