UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS GOMEZ–ECHEVERRIA, et al.,

    Plaintiffs,

Case No. 1:22–cv–00314–JMB–RSK

v.

Hon. Jane M. Beckering

EMILTO MORENO GOMEZ, et al.,

    Defendants.
_____/

## ORDER

    Having reviewed Plaintiffs' renewed request regarding electronic communication devices (ECF No. 272), seeking to permit Plaintiffs' litigation support staff, consisting of Luis Lopez, Sophia Stoute, and Ruth Zheng, to use their laptops and cell phones within the courthouse during the pendency of this trial: IT IS HEREBY ORDERED that Plaintiffs' renewed request (ECF No. 272) is GRANTED. A copy of this Order will be provided to the Court Security Officers.

    IT IS SO ORDERED.

Dated: May 29, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge