UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-314 | 5/29/2025 | 8:02 AM – 8:26 AM; 8:57 AM – 10:34 AM; 10:48 AM – 12:28 PM; 1:39 PM – 3:04 PM 3:24 – 5:09 PM | Grand Rapids | Jane M. Beckering |

## CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Luis Gomez-Echeverria, et al. | Purpose Point Harvesting, LLC, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Jessica Mugler<br>Kenya Khalelah Davis<br>Benjamin Solomon-Schwartz<br>Molly Spaak<br>Suleman Masood<br>Teresa M. Hendricks | Plaintiffs |
| Robert Anthony Alvarez, Sr.<br>Victor Manuel Jimenez, Jr.<br>Kat Dahl | Defendants |

## WITNESSES

| Witness: | Called by: |
|---|---|
| Darwin Joel Fuentes Perez | Plaintiffs |
| Luis Gomez-Echeverria | Plaintiffs |
|  |  |
|  |  |
|  |  |

## PROCEEDINGS

**NATURE OF HEARING:** Day 2 of jury trial; Plaintiffs continued to present their case; Interpreters Donna Boss and Mercedes De La Rosa-Sherman appeared and proceedings interpreted in the language of Spanish.

## EXHIBITS

Plaintiffs' Exhibits PTX185, PTX186, PTX187, PTX188, PTX189, and PTX190 admitted.

Court Reporter: Genevieve Hamlin
Law Clerk: M. Berger
Case Manager: R. Wolters