UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-314 | 6/2/2025 | 8:05 AM – 8:22 AM;<br>8:44 AM – 9:58 AM;<br>10:11 AM – 12:10 PM<br>1:18 PM – 3:03 PM<br>3:15 PM – 5:01 PM | Grand Rapids | Jane M. Beckering |

## CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Luis Gomez-Echeverria, et al. | Purpose Point Harvesting, LLC, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Jessica Mugler<br>Kenya Khalelah Davis<br>Molly Spaak<br>Suleman Masood<br>Teresa M. Hendricks | Plaintiffs |
| Robert Anthony Alvarez, Sr.<br>Victor Manuel Jimenez, Jr.<br>Kat Dahl | Defendants |

## WITNESSES

| Witness: | Called by: |
|---|---|
| Hervil Gomez-Echeverria | Plaintiffs |
| Artemio Coronado Esteban | Plaintiffs |
| Peggy Morales | Plaintiffs |
| Emilto Moreno Gomez | Plaintiffs |
|  |  |

## PROCEEDINGS

**NATURE OF HEARING:** Day 4 of jury trial; Plaintiffs continued to present their case; Interpreters Donna Boss and Mercedes De La Rosa-Sherman appeared and proceedings interpreted in the language of Spanish.

## EXHIBITS

Plaintiffs' Exhibits PTX178, PTX30, and PTX 82 admitted.

Court Reporter: Genevieve Hamlin
Law Clerk: M. Berger
Case Manager: R. Wolters