UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-314 | 6/3/2025 | 8:03 AM – 8:09 AM;<br>8:48 AM – 10:14 AM<br>10:27 AM – 12:11 PM<br>1:26 PM – 3:35 PM<br>3:49 PM – 5:06 PM | Grand Rapids | Jane M. Beckering |

## CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Luis Gomez-Echeverria, et al. | Purpose Point Harvesting, LLC, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Jessica Mugler<br>Kenya Khalelah Davis<br>Molly Spaak<br>Suleman Masood<br>Teresa M. Hendricks | Plaintiffs |
| Robert Anthony Alvarez, Sr.<br>Victor Manuel Jimenez, Jr.<br>Kat Dahl | Defendants |

## WITNESSES

| Witness: | Called by: |
|---|---|
| Emilto Moreno Gomez (continued from 6/2/2025) | Plaintiffs |
| Rosalinda Ruiz | Defendants |
| Mefibocet Morales De Paz | Defendants |
|  |  |
|  |  |

## PROCEEDINGS

**NATURE OF HEARING:** Day 5 of jury trial; Plaintiffs continued to present their case and rested; Defendants began to present their case; Interpreters Donna Bos and Mercedes De La Rosa-Sherman appeared and proceedings interpreted in the language of Spanish.

## EXHIBITS

Plaintiffs' Exhibits PTX99A, PTX99B, PTX99C admitted.

Court Reporter: Genevieve Hamlin
Law Clerk: M. Berger
Case Manager: R. Wolters