UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-314 | 6/4/2025 | 8:33 AM – 10:33 AM<br>10:49 AM – 11:57 AM;<br>1:06 PM – 2:16 PM;<br>2:29 PM – 4:11 PM<br>4:20 PM – 5:10 PM | Grand Rapids | Jane M. Beckering |

## CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Luis Gomez-Echeverria, et al. | Purpose Point Harvesting, LLC, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Jessica Mugler<br><br>Kenya Khalelah Davis<br><br>Benjamin Solomon-Schwartz<br><br>Molly Spaak<br><br>Suleman Masood<br><br>Teresa M. Hendricks | Plaintiffs |
| Robert Anthony Alvarez, Sr.<br><br>Victor Manuel Jimenez, Jr.<br><br>Kat Dahl | Defendants |

## WITNESSES

| Witness: | Called by: |
|---|---|
| Mefibocet Morales De Paz (continued from 6/3/2025) | Defendants |
| Ergil Miguel Gomez Navarro | Defendants |
| Deibin Belaxmino Gomez-Zacarias | Defendants |
| Eder Waldemar Echeverria-Arriaga | Defendants |
| Tony-Ferdy Moreno-Bamaca | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Day 6 of jury trial; Defendants continued to present their case; Interpreters Donna Bos and Mercedes De La Rosa-Sherman appeared and proceedings interpreted in the language of Spanish.

## EXHIBITS

Plaintiffs' Exhibits PTX450, PTX453, PTX454 admitted.

Court Reporter: Genevieve Hamlin
Law Clerk: M. Berger
Case Manager: R. Wolters