UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| Luis Gomez-Echeverria et al., *Plaintiffs,* v. Purpose Point Harvesting LLC et al., *Defendants.* | Case No. 1:22-cv-00314 Hon. Jane M. Beckering |

## JUDGMENT

In accordance with the jury verdict entered after trial in this action:

IT IS HEREBY ORDERED that judgment is entered for the Plaintiffs against the Defendants jointly and severally in the following amounts:

1) For Luis Gomez-Echeverria:     $127,500.00, plus $3,995.71 in prejudgment interest;

2) For Hervil Gomez Echeverria:   $110,500.00, plus $1,525.63 in prejudgment interest;

3) For Darwin Joel Fuentes Perez: $156,500.00, plus $4,576.90 in prejudgment interest;

4) For Artemio Coronado Esteban:  $62,500.00, plus $1,816.23 in prejudgment interest;

5) For Leonel Lopez Y Lopez:      $98,000.00, plus $3,341.87 in prejudgment interest;

IT IS FURTHER ORDERED that post-judgment interest shall accrue separately and additionally on the principal, prejudgment interest, and costs and expenses awarded in this

Judgment from the date of entry of this judgment until paid in full, at the rate established under 28 U.S.C. § 1961, with post-judgment interest computed daily to the date of payment and compounded annually; and

IT IS FURTHER ORDERED that Defendants' Counterclaim is dismissed with prejudice.

Dated: June 12, 2025     /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge