UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS GOMEZ-ECHEVERRIA, et al.,

    Plaintiffs/Counter-Defendants,

v.

PURPOSE POINT HARVESTING, LLC, et al.,

    Defendants/Counter-Claimants.
_____/

Case No. 1:22-cv-314

HON. JANE M. BECKERING

## **ORDER**

This matter is before the Court on Defendants' Motion for extension of time to file a response (ECF No. 316), seeking at least a 7-day extension of time to respond to Plaintiffs' Motion for attorneys' fees and costs (ECF No. 314). The Court having reviewed the filings, including the Certificate of Concurrence (ECF No. 317):

**IT IS HEREBY ORDERED** that the Motion for extension of time to file a response (ECF No. 316) is GRANTED to the extent that Defendants shall, not later than July 17, 2025, file their response to Plaintiffs' Motion for attorneys' fees and costs (ECF No. 314).

Dated: July 11, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge